UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

STATE OF NEW YORK; STATE OF
WASHINGTON; STATE OF RHODE ISLAND;
STATE OF ARIZONA; STATE OF
CALIFORNIA; STATE OF COLORADO; STATE
OF CONNECTICUT; DISTRICT OF COLUMBIA;
STATE OF HAWAI'I; STATE OF ILLINOIS;
STATE OF MAINE; STATE OF MARYLAND;
COMMONWEALTH OF MASSACHUSETTS;
STATE OF MICHIGAN; STATE OF
MINNESOTA; STATE OF NEVADA; STATE OF
NEW JERSEY; STATE OF NEW MEXICO;
STATE OF OREGON; STATE OF VERMONT;
STATE OF WISCONSIN,

     Plaintiffs,

        v.

U.S. DEPARTMENT OF JUSTICE; PAMELA
BONDI, in her official capacity as ATTORNEY
GENERAL OF THE UNITED STATES; U.S.
DEPARTMENT OF HEALTH AND HUMAN
SERVICES; ROBERT F. KENNEDY, JR., in his
official capacity as SECRETARY OF THE U.S.
DEPARTMENT OF HEALTH AND HUMAN
SERVICES; U.S. DEPARTMENT OF
EDUCATION; LINDA McMAHON, in her official
capacity as SECRETARY OF THE U.S.
DEPARTMENT OF EDUCATION; U.S.
DEPARTMENT OF LABOR; LORI CHAVEZ-
DeREMER, in her official capacity as
SECRETARY OF THE. US. DEPARTMENT OF
LABOR,

     Defendants.

Case No. 1:25-cv-00345

---

1

<u>DECLARATION OF JESSICA RANUCCI</u>

JESSICA RANUCCI, an attorney duly admitted to practice before the Courts of this State, does hereby state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am Jessica Ranucci, Special Counsel in the Office of the Attorney General for the State of New York. I represent the State of New York in this action.

2. I submit this declaration in support of Plaintiffs States' Motion for a Preliminary Injunction. The facts set forth herein are based upon my personal knowledge and/or a review of the files in my possession.

3. I have attached this declaration true and correct copies of the following documents, as noted herein.

4. Attached as Exhibit 1 is a true and correct copy of the U.S. Department of Justice's Revised Specification Pursuant to the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 ("DOJ PRWORA Notice") dated July 16, 2025. 90 Fed. Reg. 32,023.

5. Attached as Exhibit 2 is a true and correct copy of the U.S. Department of Health and Human Services' "Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA); Interpretation of ''Federal Public Benefit'' ("HHS PRWORA Notice") dated July 14, 2025. 90 Fed. Reg. 31,232.

6. Attached as Exhibit 3 is a true and correct copy of the U.S. Department of Education's "Clarification of Federal Public Benefits Under the Personal Responsibility and Work Opportunity Reconciliation Act" ("ED PRWORA Notice") dated July 11, 2025. 90 Fed. Reg. 30,896

7. Attached as Exhibit 4 is a true and correct copy of the U.S. Department of Labor's "Work Authorization Verification in Grant Programs Administered by the Employment and Training Administration" ("DOL PRWORA Notice") dated July 10, 2025, also available at:

https://www.dol.gov/sites/dolgov/files/ETA/advisories/TEGL/2023/TEGL%2010-23%20Change%202/TEGL%2010-23%20Change%202.pdf.

8.      Attached as Exhibit 5 is a true and correct copy of HHS's Regulatory Impact Analysis, dated July 13, 2025, also available at regulations.gov docket AHRQ-2025-0002-0002.

9.      Attached as Exhibit 6 is a true and correct copy of the Department of Education's Dear Colleague Letter, dated November 19, 1997, also available at:

https://www.ed.gov/media/document/1997-prwora-dcl-110417.pdf.

10.     Attached as Exhibit 7 is a true and correct copy of the Department of Labor's Prior PRWORA Notice from February 21, 2024 ("2024 DOL Guidance"), also available at https://www.dol.gov/sites/dolgov/files/ETA/advisories/TEGL/2023/TEGL%2010-23/TEGL%2010-23.pdf.

11.     Attached as Exhibit 8 is a true and correct copy of the Department of Labor's TEGL 19-16, Attachment II, dated March 10, 2017, also available at https://www.dol.gov/sites/dolgov/files/ETA/advisories/TEGL/2017/TEGL_19-16_Attachment_II.pdf.

12.     Attached as Exhibit 9 is a chart showing all exhibits attached to this declaration including, where applicable, the identity of the declarant.

13.     Attached as Exhibit 10 is a true and correct copy of the Declaration of Beth Neary of San Francisco Department of Public Health.

14.     Attached as Exhibit 11 is a true and correct copy of the Declaration of Colleen Chawla of San Mateo County Health.

15.     Attached as Exhibit 12 is a true and correct copy of the Declaration of Greta Hansen of County of Santa Clara.

16.    Attached as Exhibit 13 is a true and correct copy of the Declaration of Hillary Kunins of San Francisco Department of Public Health.

17.    Attached as Exhibit 14 is a true and correct copy of the Declaration of Joan Miller of City and County of San Francisco.

18.    Attached as Exhibit 15 is a true and correct copy of the Declaration of Maria Guadalupe Jaime-Mileham of California Department of Social Services.

19.    Attached as Exhibit 16 is a true and correct copy of the Declaration of Tony Thurmond, Superintendent of Public Instruction.

20.    Attached as Exhibit 17 is a true and correct copy of the Declaration of Wilmer Brown, Jr. of California Department of Community Services and Development.

21.    Attached as Exhibit 18 is a true and correct copy of the Declaration of Danielle Ongart of Colorado Department of Education.

22.    Attached as Exhibit 19 is a true and correct copy of the Declaration of Kelly Folks of Colorado Department of Labor and Employment.

23.    Attached as Exhibit 20 is a true and correct copy of the Declaration of Les Becker of Colorado Behavioral Health Administration.

24.    Attached as Exhibit 21 is a true and correct copy of the Declaration of Nancy Navarretta of Department of Mental Health and Addiction Services.

25.    Attached as Exhibit 22 is a true and correct copy of the Declaration of Peter Hadler of Connecticut Department of Social Services.

26.    Attached as Exhibit 23 is a true and correct copy of the Declaration of Hannah Matthews of District Office of the State Superintendent of Education.

27.    Attached as Exhibit 24 is a true and correct copy of the Declaration of Kilin

4

Boardman-Schroyer of Office of the State Superintendent of Education.

28.    Attached as Exhibit 25 is a true and correct copy of the Declaration of Brian Durham of Illinois Community College Board.

29.    Attached as Exhibit 26 is a true and correct copy of the Declaration of Gregory Stevens of Illinois Criminal Justice Information Authority.

30.    Attached as Exhibit 27 is a true and correct copy of the Declaration of Lisa Masinter of Illinois Department of Public Health.

31.    Attached as Exhibit 28 is a true and correct copy of the Declaration of Rosario Wortman of Services.

32.    Attached as Exhibit 29 is a true and correct copy of the Declaration of Ryan Rollinson of Services.

33.    Attached as Exhibit 30 is a true and correct copy of the Declaration of Tony Sanders of Illinois State Board of Education.

34.    Attached as Exhibit 31 is a true and correct copy of the Declaration of Christopher Jee of Massachusetts Executive Office of Housing and Livable Communities.

35.    Attached as Exhibit 32 is a true and correct copy of the Declaration of Lauren Woo of Massachusetts Department of Elementary and Secondary Education.

36.    Attached as Exhibit 33 is a true and correct copy of the Declaration of Nathan Mackinnon of Massachusetts Association of Community Colleges.

37.    Attached as Exhibit 34 is a true and correct copy of the Declaration of Sharon Boyle of Massachusetts Executive Office of Health and Human Services.

38.    Attached as Exhibit 35 is a true and correct copy of the Declaration of Danielle Meister of Maryland Department of Housing and Community Development.

5

39. Attached as Exhibit 36 is a true and correct copy of the Declaration of Erin Roth of Maryland Department of Labor.

40. Attached as Exhibit 37 is a true and correct copy of the Declaration of Sara Gagne-Holmes of Maine Department of Health and Human Services.

41. Attached as Exhibit 38 is a true and correct copy of the Declaration of Stacie McCoy of Maine Department of Education.

42. Attached as Exhibit 39 is a true and correct copy of the Declaration of Dwayne Haywood of Michigan Department of Health and Human Services.

43. Attached as Exhibit 40 is a true and correct copy of the Declaration of Krista Johnson of Michigan Department of Labor and Economic Opportunity.

44. Attached as Exhibit 41 is a true and correct copy of the Declaration of Sarah Lyon-Callo of Michigan Department of Health and Human Services.

45. Attached as Exhibit 42 is a true and correct copy of the Declaration of Eric Grumdahl of Minnesota Department of Human Services.

46. Attached as Exhibit 43 is a true and correct copy of the Declaration of Janel Winter of New Jersey Department of Community Affairs.

47. Attached as Exhibit 44 is a true and correct copy of the Declaration of Jorden Schiff of New Jersey Department of Education.

48. Attached as Exhibit 45 is a true and correct copy of the Declaration of Robert Asaro-Angelo of New Jersey Department of Labor and Workforce Development.

49. Attached as Exhibit 46 is a true and correct copy of the Declaration of Sarah Adelman of New Jersey Department of Human Services.

50. Attached as Exhibit 47 is a true and correct copy of the Declaration of Casey

Lafferty of New Mexico Early Childhood Education and Care Department.

51.      Attached as Exhibit 48 is a true and correct copy of the Declaration of Janis Gonzales of New Mexico Department of Public Health.

52.      Attached as Exhibit 49 is a true and correct copy of the First Declaration of Sarita Nair of New Mexico Department of Workforce Solutions.

53.      Attached as Exhibit 50 is a true and correct copy of the Second Declaration of Sarita Nair of New Mexico Department of Workforce Solutions.

54.      Attached as Exhibit 51 is a true and correct copy of the Declaration of Benjamin Rosen of New York Office of Mental Health.

55.      Attached as Exhibit 52 is a true and correct copy of the Declaration of Ceylane Meyers-Ruff of New York State Education Department.

56.      Attached as Exhibit 53 is a true and correct copy of the Declaration of Elana Marton of New York State Council on Children and Families.

57.      Attached as Exhibit 54 is a true and correct copy of the Declaration of Eugene Heslin of New York Department of Health.

58.      Attached as Exhibit 55 is a true and correct copy of the Declaration of Jacqueline Orr of New York Department of State.

59.      Attached as Exhibit 56 is a true and correct copy of the Declaration of Janice Chisholm of New York City Department of Health and Mental Hygiene.

60.      Attached as Exhibit 57 is a true and correct copy of the Declaration of Maria Morris-Groves of New York State Office of Addiction Services and Supports.

61.      Attached as Exhibit 58 is a true and correct copy of the Declaration of Alyssa Chatterjee of Oregon Department of Early Learning and Care.

62.     Attached as Exhibit 59 is a true and correct copy of the Declaration of Annika Shore of Oregon Health Authority.

63.     Attached as Exhibit 60 is a true and correct copy of the Declaration of Ben Cannon of Oregon Higher Education Coordinating Commission.

64.     Attached as Exhibit 61 is a true and correct copy of the Declaration of Ebony Clarke of Oregon Health Authority.

65.     Attached as Exhibit 62 is a true and correct copy of the Declaration of Elizabeth Weber of Oregon Housing and Community Services Department.

66.     Attached as Exhibit 63 is a true and correct copy of the Declaration of Ana Giron of Rhode Island Office of the Attorney General.

67.     Attached as Exhibit 64 is a true and correct copy of the Declaration of Matthew Weldon of Rhode Island Department of Labor and Training.

68.     Attached as Exhibit 65 is a true and correct copy of the Declaration of Thomas Martin of Rhode Island Department of Behavioral Healthcare, Developmental Disabilities and Hospitals.

69.     Attached as Exhibit 66 is a true and correct copy of the Declaration of Cynthia Guertin-Anderson of Washington Department of Commerce.

70.     Attached as Exhibit 67 is a true and correct copy of the Declaration of Faisal Khan of Public Health- Seattle & King County.

71.     Attached as Exhibit 68 is a true and correct copy of the Declaration of Joy Adams of Washington State Employment Security Department.

72.     Attached as Exhibit 69 is a true and correct copy of the Declaration of Michele Roberts of Washington State Department of Health.

8

73.    Attached as Exhibit 70 is a true and correct copy of the Declaration of Shannon Mathis of Washington State Department of Children, Youth, and Families.

74.    Attached as Exhibit 71 is a true and correct copy of the Declaration of Teesha Kirschbaum of Washington State Health Care Authority.

75.    Attached as Exhibit 72 is a true and correct copy of the Declaration of Debra Standridge of Wisconsin Department of Health Services.

76.    Attached as Exhibit 73 is a true and correct copy of the Declaration of Kristin Flores of Arizona Attorney General's Office.

77.    Attached as Exhibit 74 is a true and correct copy of the Declaration of Zoie Saunders of Vermont Agency of Education.

78.    Attached as Exhibit 75 is a true and correct copy of the Declaration of Emily Hawes of Vermont Department of Mental Health.

79.    Attached as Exhibit 76 is a true and correct copy of the Declaration of Julie Arel of Vermont Department of Health.


Dated: New York, New York
       July 21, 2025

Jessica Ranucci