# Exhibit 8

## Attachment II
## Participation Level Services Chart
## WIOA Title I Adult, Title I Dislocated Worker, and
## Title III Employment Service Programs[1]

| Attachment II | | | |
|---|---|---|---|
| **Adult/DW/ES Service Type (WIOA Sec. 134 (c))** | **Does this service trigger inclusion in participation?** | **Category of Service (i.e. Basic, Individualized, Training)** | **Applicable PIRL Data Element Number(s)** |
| Eligibility Determination | No | Basic Career Service | N/A |
| Outreach, Intake, Orientation | No | Basic Career Service | N/A |
| Initial assessment of skill levels & supportive service needs | Yes | Basic Career Service | 1003, 1004, 1102 |
| Job search assistance (Self-directed) | No | Basic Career Service | N/A |
| Job search assistance (Staff-assisted) | Yes | Basic Career Service | 1003, 1004, 1104 |
| Placement assistance (includes "Referred to Employment") (Staff-assisted) | Yes | Basic Career Service | 1003, 1004, 1105, 1106, 1107, 1108, 1109, 1110, 1111 |
| Career Counseling (includes "Staff-assisted career guidance") | Yes | Basic Career Service | 1003, 1004, 1102 |
| Providing info on in-demand sectors, occupations, or nontraditional employment | No | Basic Career Service | 1100, 1101 |
| Provision of referrals and associated coordination of activities with other programs and services | No | Basic Career Service | 1100, 1101, 1113, 1115 |
| Provision of workforce and labor market employment statistics information | No | Basic Career Service | 1100, 1101, 1103 |

---

[1] Note this this chart does not include all available services that may be provided, but rather those services specifically authorized under WIOA sec. 134(c)(2). Additionally, these services do not indicate whether or not an individual is a participant, but rather which services trigger an individual to become a participant.

| Attachment II | | | |
|---|---|---|---|
| Adult/DW/ES Service Type (WIOA Sec. 134 (c)) | Does this service trigger inclusion in participation? | Category of Service (i.e. Basic, Individualized, Training) | Applicable PIRL Data Element Number(s) |
| Provision of info on job vacancies | No | Basic Career Service | 1100, 1101, 1103 |
| Provision of info on job skills necessary to fill vacancies | No | Basic Career Service | 1100, 1101, 1103 |
| Provision of info on local demand occupations, with earnings, skill requirements, and opportunities for advancement for those jobs | No | Basic Career Service | 1100, 1101, 1103 |
| Provision of performance and program cost info for providers of education and training | No | Basic Career Service | 1100, 1101 |
| Provision of info on local performance | No | Basic Career Service | 1100, 1101 |
| Provision of info on availability of supportive services or assistance | No | Basic Career Service | 1100, 1101 |
| Referral to supportive services | No | Basic Career Service | 1113 |
| Provision of information and meaningful assistance filing for UI | Yes | Basic Career Service | 1003,1004, 1112 |
| Assistance establishing eligibility for financial aid | Yes | Basic Career Service | 1003,1004, 1116 |
| Comprehensive and specialized assessments | Yes | Individualized Career Service | 1004, 1200, 1201 |
| Development of IEP | Yes | Individualized Career Service | 1004, 1200, 1201, 1202 |
| Group Counseling | Yes | Individualized Career Service | 1004, 1200, 1201 |
| Individual Counseling | Yes | Individualized Career Service | 1004, 1200, 1201 |
| Career Planning | Yes | Individualized Career Service | 1004, 1200, 1201 |

2

| Attachment II | | | |
|---|---|---|---|
| Adult/DW/ES Service Type (WIOA Sec. 134 (c)) | Does this service trigger inclusion in participation? | Category of Service (i.e. Basic, Individualized, Training) | Applicable PIRL Data Element Number(s) |
| Short-term prevocational services | Yes | Individualized Career Service | 1004, 1200, 1201, 1210 |
| Internships and work experiences (including transitional jobs) | Yes | Individualized Career Service | 1004, 1200, 1201, 1203, 1205, 1211 |
| Workforce preparation activities | Yes | Individualized Career Service | 1004, 1200, 1201 |
| Financial literacy services | Yes | Individualized Career Service | 1004, 1200, 1201, 1206 |
| Out-of-area job search assistance and relocation assistance | Yes | Individualized Career Service | 1004, 1200, 1201 |
| English-language acquisition and integrated education and training programs | Yes | Individualized Career Service | 1004, 1200, 1201, 1207 |
| Follow up services | n/a (must be a participant first to receive) | Follow up Service | 1503 |
| Training services under Sec. 134(c)(3)(D) with exception of Sec. 134(c)(3)(D)(iii) (incumbent worker training) | Yes | Training | 1300, 1301, 1302, 1303, 1304, 1305, 1306, 1307, 1308, 1309, 1310, 1311, 1312, 1313, 1314, 1315, 1316, 1317, 1318, 1319 |
| Incumbent Worker Training | No[2] | Training | 907 |

*Note: Receipt of any of the three types of services (Basic, Individualized, or Training) makes an individual a "Reportable Individual" while it only takes the receipt of one service that triggers participation to be considered a participant.

---

[2] While Incumbent Worker Training is not a self-service or information-only service, individuals are not required to meet eligibility requirements for the Adult or Dislocated Worker programs to receive Incumbent Worker Training.