# Exhibit 9: Chart of Exhibits

| Ex. # | Title |
|---|---|
| 1 | DOJ PRWORA Notice |
| 2 | HHS PRWORA Notice |
| 3 | ED Notice |
| 4 | DOL Notice |
| 5 | HHS Final Regulatory Impact Analysis |
| 6 | ED 1997 DCL |
| 7 | 2024 DOL Guidance |
| 8 | TEGL 19-16 Attachment II |
| 9 | Chart of Exhibits |

| Ex. # | State | Declarant | Agency |
|---|---|---|---|
| 10 | CA | Beth Neary | San Francisco Department of Public Health |
| 11 | CA | Colleen Chawla | San Mateo County Health |
| 12 | CA | Greta Hansen | County of Santa Clara |
| 13 | CA | Hillary Kunins | San Francisco Department of Public Health |
| 14 | CA | Joan Miller | City and County of San Francisco |
| 15 | CA | Maria Guadalupe Jaime Mileham | California Department of Social Services |
| 16 | CA | Tony Thurmond | Superintendent of Public Instruction |
| 17 | CA | Wilmer Brown, Jr. | California Department of Community Services and Development |

| 18 | CO | Danielle Ongart | Colorado Department of Education |
| --- | --- | --- | --- |
| 19 | CO | Kelly Folks | Colorado Department of Labor and Employment |
| 20 | CO | Les Becker | Colorado Behavioral Health Administration |
| 21 | CT | Nancy Navarretta | Department of Mental Healdh and Addiction Services |
| 22 | CT | Peter Hadler | Connecticut Department of Social Services |
| 23 | DC | Hannah Matthews | District Office of the State Superintendent of Education |
| 24 | DC | Kilin Boardman-Schroyer | Office of the State Superintendent of Education |
| 25 | IL | Brian Durham | Illinois Community College Board |
| 26 | IL | Gregory Stevens | Illinois Criminal Justice Information Authority |
| 27 | IL | Lisa Masinter | Illinois Department of Public Health |
| 28 | IL | Rosario Wortman | Illinois Department of Human Services |
| 29 | IL | Ryan Rollinson | Illinois Department of Human Services |
| 30 | IL | Tony Sanders | Illinois State Board of Education |
| 31 | MA | Christopher Jee | Massachusetts Executive Office of Housing and Livable Communities |
| 32 | MA | Lauren Woo | Massachusetts Department of Elementary and Secondary Education |
| 33 | MA | Nathan Mackinnon | Massachusetts Association of Community Colleges |
| 34 | MA | Sharon Boyle | Massachusetts Executive Office of Health and Human Services |
| 35 | MD | Danielle Meister | Maryland Department of Housing and Community Development |
| 36 | MD | Erin Roth | Maryland Department of Labor |
| 37 | ME | Sara Gagne-Holmes | Maine Department of Health and Human Services |
| 38 | ME | Stacie McCoy | Maine Department of Education |

| 39 | MI | Dwayne Haywood | Michigan Department of Health and Human Services |
| --- | --- | --- | --- |
| 40 | MI | Krista Johnson | Michigan Department of Labor and Economic Opportunity |
| 41 | MI | Sarah Lyon-Callo | Michigan Department of Health and Human Services |
| 42 | MN | Eric Grumdahl | Minnesota Department of Human Services |
| 43 | NJ | Janel Winter | New Jersey Department of Community Affairs |
| 44 | NJ | Jorden Schiff | New Jersey Department of Education |
| 45 | NJ | Robert Asaro-Angelo | New Jersey Department of Labor and Workforce Development |
| 46 | NJ | Sarah Adelman | New Jersey Department of Human Services |
| 47 | NM | Casey Lafferty | New Mexico Early Childhood Education and Care Department |
| 48 | NM | Janis Gonzales | New Mexico Department of Public Health |
| 49 | NM | Sarita Nair (First) | New Mexico Department of Workforce Solutions |
| 50 | NM | Sarita Nair (Second) | New Mexico Department of Workforce Solutions |
| 51 | NY | Benjamin Rosen | New York Office of Mental Health |
| 52 | NY | Ceylane Meyers-Ruff | New York State Education Department |
| 53 | NY | Elana Marton | New York State Council on Children and Families |
| 54 | NY | Eugene Heslin | New York Department of Health |
| 55 | NY | Jacqueline Orr | New York Department of State |
| 56 | NY | Janice Chisholm | New York City Department of Health and Mental Hygiene |
| 57 | NY | Maria Morris-Groces | New York State Office of Addiction Services and Supports |
| 58 | OR | Alyssa Chatterjee | Oregon Department of Early Learning and Care |
| 59 | OR | Annika Shore | Oregon Health Authority |

| 60 | OR | Ben Cannon | Oregon Higher Education Coordinating Commission |
|---|---|---|---|
| 61 | OR | Ebony Clarke | Oregon Health Authority |
| 62 | OR | Elizabeth Weber | Oregon Housing and Community Services Department |
| 63 | RI | Ana Giron | Rhode Island Office of the Attorney General |
| 64 | RI | Matthew Weldon | Rhode Island Department of Labor and Training |
| 65 | RI | Thomas Martin | Rhode Island Department of Behavioral Healthcare, Developmental Disabilities and Hospitals |
| 66 | WA | Cynthia Guertin-Anderson | Washington Department of Commerce |
| 67 | WA | Faisal Khan | Public Health- Seattle & King County |
| 68 | WA | Joy Adams | Washington State Employment Security Department |
| 69 | WA | Michele Roberts | Washington State Department of Health |
| 70 | WA | Shannon Mathis | Washington State Department of Children, Youth, and Families |
| 71 | WA | Teesha Kirschbaum | Washington State Health Care Authority |
| 72 | WI | Debra Standridge | Wisconsin Department of Health Services |
| 73 | AZ | Kristin Flores | Arizona Attorney General's Office |
| 74 | VT | Zoie Saunders | Vermont Agency of Education |
| 75 | VT | Emily Hawes | Vermont Department of Mental Health |
| 76 | VT | Julie Arel | Vermont Department of Health |