# Exhibit 64

## DECLARATION OF MATTHEW WELDON

I, Matthew Weldon, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am currently the Director of the Rhode Island Department of Labor and Training ("RI DLT") and have held this position since April 2021.

2.      I am familiar with the information in the statements set forth below either through personal knowledge, consultation with RI DLT staff, or from my review of relevant documents and information.

### The Department of Labor and Training

3.      The RI DLT provides a number of services and resources for our state's workers and businesses, including significant workforce development and training opportunities for Adults and Youth via US Department of Labor funding through the Workforce Innovation and Opportunity Act (WIOA).

4.      One way that the RI DLT utilizes WIOA funds to support the state's workforce is through its operation of, and/or service provision within three DLT Career Centers, otherwise known as American Job Centers. or.  There are centers in West Warwick, Woonsocket, and Providence.

5.      The DLT Career Centers offer free services to un/underemployed Rhode Islanders by providing job search assistance, interview skills career planning, resume drafting assistance, and providing information about, connecting people to, and enrolling participants in occupational training opportunities which are funded at little to no cost to the client with WIOA funds.   Via DLT and partner state agency staff, Career Centers also provide information about, and connect Rhode Islanders to, other services including veterans services, occupational rehabilitative services, and other programs including the Department of Human services financial assistance programs.

1

6.      DLT Career Centers provide a number of self-help services that anyone can come in and use, such as providing free computer, internet, printer, fax, and assistive services technology access for people to draft resumes, apply for jobs or utilize for remote interview needs.  DLT Career Centers also provide a number of services that qualify as "participant-level services" under the WIOA.  These services, which are the most helpful to Rhode Island job-seekers, include job search assistance, placement assistance, career counseling, and referrals to, and provision (through WIOA funding) of, occupational job training including via Individual Training Accounts (ITAs) or On the Job Training (OJTs).

7.      These essential workforce programs and centers are funded by federal grant programs through the US Department of Labor, Employment and Training Administration.  The RI DLT receives approximately eight (8) million dollars each year to fund these services whether directly or through the local cities of Providence and Cranston (who oversee the Providence Career Center)..  This funding comes from the following federal programs:

     a.   WIOA Adult

     b.   WIOA Dislocation Worker

     c.   Wagner-Peyser

     d.   Senior Citizen Service Employment Program (SCSEP)

8.      Similarly, the RI DLT currently subgrants WIOA funding for Youth Services to local service providers specializing in career exploration, career preparation and hands on work experience for youth aged 14-24.

9.      These services allow local youth, many of whom face significant barriers to housing, education and employment, to be supported along their pathway to credentialling and careers. Youth access these programs through active recruitment by community partners. To be eligible for these

2

services Youth are required to meet age, income, and educational requirements and, if applicable, be registered for selective service.

10.    These youth services are also funded by WIOA dollars.  The RI DLT receives approximately three (3) million dollars million each year to fund those programs.

**The July 10, 2025 Change Notice**

11.    Prior to July 10, 2025, in order for individuals to access participant-level services, they were required to provide proof that they were authorized to work in the United States by providing both (1) an active copy of a government issued identification card with photograph and (2) either a social security number or proof of work authorization. This process and requirements allowed RI DLT staff to verify work authorization and program eligibility through federal sites without placing an onerous burden on the client.

12.    Prior to July 10, 2025, in order for individuals to access participant-level services within WIOA Youth they were required to provide proof and or attestation of, identification, age, individual/family income, school status (in/out of school), and other demographic information including work authorization.

13.    On July 10, 2025, the United States Department of Labor issued Training and Employment Guidance Letter No. 10-23, Change 2 (the "Notice"), which notified WIOA grant recipients like the RI DLT that, effective immediately, all "participant-level services" are now considered "federal public benefits" under the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 ("PRWORA").

**Impact on Service Recipients**

14.    This Notice imposes a significantly more onerous requirement on individuals seeking participant-level services to prove their work authorization.  Now, instead of the previous verification documents, which RI DLT already utilized,  individuals will need to provide additional levels of

documentation, often not readily at hand like a U.S. Passport, , Permanent Resident Card (instead of supplying the number on the card which RI DLT currently requires), or a combination of documents to verify both citizenship and work eligibility such as a state issued photo ID along with a certified copy of a birth certificate or identification card for use of Resident Citizen in the United States  RI DLT will need to maintain copies of those documents in its case files in addition to the current verification RI DLT already maintains.

15.     Regardless of immigration status, this change will make it significantly more difficult for Rhode Islanders seeking assistance and will deter otherwise eligible individuals from using the services provided by DLT Career Centers.

16.     For example, it is highly unlikely that a United States citizen who decides to stop into a DLT Career Center will happen to be carrying a copy of their passport or other forms of required identification, and those in seeking assistance after an emergency (such as flood or fire) often do not have ready access to those documents

17.     Additionally, the current intake and eligibility verification process for participant-level services at DLT Career Centers is already a long process and takes approximately 45-minutes.  Adding time to go through additional work authorization papers could significantly extend the amount of time it takes for an intake session which many Rhode Islanders may not want to wait through.

18.     Similarly, many youth participants, particularly those in the foster care system and/or experiencing houselessness, do not have ready access to these required documents. These additional requirements could remove service access for many of Rhode Island's most vulnerable citizens, who would otherwise be entirely eligible to receive these critical workforce services.

Executed this 18th Day of July 2025 in Cranston, Rhode Island:

_____
Matthew Weldon
Director, Rhode Island Department
of Labor and Training