# Exhibit 65

## <u>DECLARATION OF THOMAS G. MARTIN</u>

I, Thomas G. Martin, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Director for the Division of Behavioral Health at the Rhode Island Department of Behavioral Healthcare, Developmental Disabilities and Hospitals (RI BHDDH). I assumed this position in July 2022 after having served as the Acting Director since November 2021.

2. I have worked within the behavioral health field in Rhode Island for more than 40 years, including serving as the Associate Director of Clinical Services at RI BHDDH and the Director of Inpatient Psychiatric Care at CharterCare Health Partners.

3. I am familiar with the information in the statements set forth below either through personal knowledge, consultation with RI BHDDH staff, or from my review of relevant documents and information.

### RI Department of Behavioral Healthcare, Developmental Disabilities and Hospitals (RI BHDDH)

4. RI BHDDH is the second largest department in the State and serves Rhode Islanders, and their loved ones, who are living with mental illness and/or substance use conditions, have developmental disabilities, or need care in one of the State Hospitals. RI BHDDH is recognized by the federal and state governments as the State Mental Health Authority, the Single State Agency for Substance Use Disorder Treatment and Prevention, and the State Opioid Treatment Authority.

5. RI BHDDH receives and relies upon approximately $23 million annually in HHS funding through the following grant programs:

   a. Substance Use Prevention, Treatment and Recovery Services Block Grant

   b. Community Mental Health Services Block Grant

   c. Projects for Assistance in Transition from Homelessness Grant Program

1

d.  State Opioid Response Grant Program

**Substance Use Prevention, Treatment and Recovery Services (SUPTRS) Block Grant**

6.      RI BHDDH administers Rhode Island's SUPTRS Block Grant Program, which seeks to prevent and treat substance use through targeted services, including tuberculosis services, early intervention services for HIV/AIDS, and primary prevention services, and with a focus on target populations such as people who are pregnant, have dependent children, or use injection drugs.

7.      For fiscal year 2025, Rhode Island's SUPTRS Block Grant allocation is approximately $7,782,562, which funds programs operated by 23 different nonprofit providers and local municipalities across the State.

**Community Mental Health Services Block Grant**

8.      RI BHDDH administers Rhode Island's Community Mental Health Services Block Grant, which supports the provision of comprehensive, community mental health services to adults with serious mental illnesses and children with serious emotional disturbances.

9.      For fiscal year 2025, Rhode Island's allocation is approximately $3,541,517, which funds programs operated by 11 different nonprofit providers across the State. Using these funds, RI BHDDH impacts over 17,000 Rhode Islanders annually.

**Projects for Assistance in Transition from Homelessness (PATH) Grant Program**

10.      The Projects for Assistance in Transition from Homelessness (PATH) Grant Program aims to reduce or eliminate homelessness for individuals with serious mental illnesses and/or substance use disorders who experience homelessness or are at imminent risk of becoming homeless.

11.      RI BHDDH administers Rhode Island's PATH Grant Program, which receives approximately $300,000 in annual formula grant funding. RI BHDDH currently subcontracts with House of Hope, a community development non-profit organization, to offer comprehensive services statewide intended to prevent and eliminate homelessness through affordable housing, street outreach,

2

and case management. This year RI BHDDH expects to enroll more than 470 individuals at imminent risk of homelessness into House of Hope's PATH program.

## State Opioid Response (SOR) Grant Program

12. The State Opioid Response (SOR) Grant Program is a Mental Health and Substance Use Disorder Treatment, Prevention, and Recovery Support Services Program administered by the HHS Substance Abuse and Mental Health Services Administration (SAMSHA) through formula grant funding to States. The SOR Grant Program aims to address the opioid crisis by increasing access to FDA-approved medication-assisted treatment of opioid use disorder, reducing unmet treatment need, and reducing opioid overdose related deaths through prevention, treatment and recovery activities for opioid use disorder.

13. RI BHDDH administers Rhode Island's SOR Grant Program, which receives approximately $11,359,101 in annual formula grant funding. Using the SOR funds, RI BHDDH addresses the opioid crisis through programs operated by 28 different nonprofit providers and local municipalities across the State, impacting an estimated 160,000 Rhode Islanders each year.

14. RI BHDDH and its subcontracted providers do not inquire into or verify the immigration status of individuals served by the above-described HHS grant programs. RI BHDDH solely provides services based on need and regardless of immigration status.

## July 10, 2025 HHS Notice

15. I understand that HHS has changed a longstanding interpretation of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA). Since 1998, HHS has permitted States to offer certain federally funded social safety net services regardless of immigration status. HHS is now requiring that RI BHDDH identify and exclude undocumented people from its substance use prevention, treatment and recovery services, community mental health services, and transition from homelessness assistance programs.

3

16. I further understand that HHS announced this change the Thursday before it went into effect on Monday, July 14th, and that RI BHDDH is already at risk of enforcement for noncompliance and the loss of critical federal funding.

17. The programs that RI BHDDH administers to address substance use, mental health and homelessness throughout the State provide life-saving services. For example, these funds support Rhode Island's 988 suicide and crisis lifeline, a statewide 24/7 call center that responds to any Rhode Islander experiencing a behavioral health crisis. As another example, using these funds RI BHDDH operates a mobile van outreach program for individuals who may need medication-assisted treatment for a substance use disorder and a mobile response team outreaching individuals who were seen after an overdose in the emergency room. It is logistically impossible and clinically inappropriate to verify immigration status while working to engage the client in receiving these critical services.

18. Many of the people RI BHDDH serves simply lack access to the documentation that would be needed to verify their immigration status. Others may forego seeking behavioral health or substance abuse interventions if doing so becomes more onerous through a screening or verification process. Rhode Islanders suffering from substance abuse disorders and mental health illnesses will be seriously and immediately harmed if RI BHDDH providers cannot help them without seeking and obtaining prior verification of immigration status.

19. These programs do not have, and cannot immediately or retroactively implement, a verification system. Any disruption of services—even temporarily—because of the HHS Notice will potentially harm the hundreds of thousands of Rhode Islanders directly reached by these RI BHDDH programs annually, as well as all those who live in, work in, or travel to our State and are indirectly served by the programs' impact on the safety of our communities Statewide.

20. Right now, Rhode Islanders are particularly vulnerable to harm from the foreseeable consequences of the HHS Notice. Workers at Butler Hospital in Providence, RI (the State's largest

4

psychiatric hospital) have been on strike since May 15th, resulting in a significantly reduced bed capacity for inpatient psychiatric and substance abuse treatment within the State. If RI BHDDH cannot continue to provide the same level of community-based, outpatient interventions through its federally funded programs, more Rhode Islanders will end up resorting to or requiring hospitalization or incarceration. This would further exacerbate our State's already-strained inpatient and correctional systems.

21.     In addition to the significant increased risk of mental health harms for Rhode Islanders if there is any diminution or elimination of the preventative and treatment services funded by these programs, the State will bear the burden of additional costs at it's highest levels of care. Based on my decades of professional experience in the behavioral health field, Rhode Islanders will end up seeking or requiring treatment in emergency room or hospital settings which are significantly higher-cost, and many untreated behavioral diagnoses will result in incarceration at the State's expense.

Executed this 18th Day of July 2025 in Cranston, Rhode Island:

Thomas G. Martin

Director, Division of Behavioral Health

Rhode Island Department of Behavioral Healthcare, Developmental Disabilities and Hospitals

5