Case 1:25-cv-00345-MSM-PAS    Document 14-4    Filed 07/22/25    Page 1 of 8 PageID #:
Case 1:25-cv-00345-MSM-PAS    Document 14-4    Filed 07/21/25    Page 1 of 8 PageID #:
1120

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| State of New York, et al., | ) |
| *Plaintiff(s)* | ) ) ) ) ) |
| v. | ) Civil Action No. 1:25-cv-345-MSM-PAS |
| U.S. Department of Justice, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of Education
400 Maryland Avenue SW
Washington, D.C. 20202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    See attached.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **July 21, 2025**                           /s/ **Hanorah Tyer-Witek**
                                                   **Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-345-MSM-PAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Education
was received by me on *(date)* 07/22/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I sent the summons and complaint by certified mail to (1) the Defendant's address as stated on the summons; and (2) the United States Attorney's Office - District of Rhode Island

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/22/2025

*Server's signature*

William Piva, Investigator
*Printed name and title*

4 Howard Avenue
Cranston, RI 02920
*Server's address*

Additional information regarding attempted service, etc:

# Attachment: Plaintiffs' Contact Information

Dated: July 21, 2025                                              Respectfully submitted,

**LETITIA JAMES**                                                 **NICHOLAS W. BROWN**
Attorney General for the State of New York                        Attorney General of Washington

By: /s/ *Rabia Muqaddam*                                          By: /s/ *Andrew Hughes*

Rabia Muqaddam*                                                   Andrew Hughes*
*Chief Counsel for Federal Initiatives*                           Benjamin Seel*
Jessica Ranucci*                                                  Zane Muller*
*Special Counsel*                                                 *Assistant Attorneys General*
Zoe Levine*                                                       Cristina Sepe*
*Special Counsel for Immigrant Justice*                           *Deputy Solicitor General*
28 Liberty St.                                                    800 Fifth Avenue, Suite 2000
New York, NY 10005                                                Seattle, WA 98104-3188
(929) 638-0447                                                    (206) 464-7744
rabia.muqaddam@ag.ny.gov                                          Andrew.Hughes@atg.wa.gov
zoe.levine@ag.ny.gov                                              Benjamin.Seel@atg.wa.gov
jessica.ranucci@ag.ny.gov                                         Zane.Muller@atg.wa.gov
                                                                  Cristina.Sepe@atg.wa.gov
*Attorneys for the State of New York*
                                                                  *Attorneys for the State of Washington*

**PETER F. NERONHA**                                              **KRISTIN K. MAYES**
Attorney General for the State of Rhode Island                    Attorney General for the State of Arizona

By: /s/ *Sarah W. Rice*                                           By: /s/ *Hayleigh S. Crawford*
Sarah W. Rice (RI No. 10588)                                      Hayleigh S. Crawford*
Stephen N. Provazza (RI No. 10435)                                Mary M. Curtin*
*Unit Chief, Consumer & Economic Justice Unit*                    2005 North Central Avenue
150 South Main St.                                                Phoenix, Arizona 85004
Providence, RI 02903                                              Phone: (602) 542-3333
Phone: 401-274-4400                                               Hayleigh.Crawford@azag.gov
SRice@riag.ri.gov                                                 Mary.Curtin@azag.gov
SProvazza@riag.ri.gov                                             ACL@azag.gov

*Attorneys for the State of Rhode Island*                         *Attorneys for the State of Arizona*

46

**ROB BONTA**
Attorney General for the State of California

By: /s/ Heidi Lehrman
Heidi Lehrman*
Neli Palma*
Michael L. Newman
*Senior Assistant Attorneys General*
Kathleen Boergers*
Srividya Panchalam*
*Supervising Deputy Attorneys General*
Heidi Lehrman*
Jeanelly Orozco Alcalá*
Natasha A. Reyes*
*Deputy Attorneys General*
1300 I Street
Sacramento CA 95814
Heidi.Lehrman@doj.ca.gov
Michael.Newman@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
Jeanelly.OrozcoAlcala@doj.ca.gov
Natasha.Reyes@doj.ca.gov

*Attorneys for the State of California*

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: /s/ Patricia McCooey
Patricia McCooey*
*Assistant Attorney General*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5210
Patricia.McCooey@ct.gov

*Attorney for the State of Connecticut*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: /s/ David Moskowitz
David Moskowitz*
*Deputy Solicitor General*
Jennifer L. Sullivan*
*Deputy Attorney General*
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
david.moskowitz@coag.gov
jen.sullivan@coag.gov

*Attorneys for the State of Colorado*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: /s/ Mitchell P. Reich
Mitchell P. Reich
*Senior Counsel to the Attorney General*
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 279-1261
mitchell.reich@dc.gov

Attorney for the District of Columbia

47

**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Sarah J. North*
Sarah J. North*
*Deputy Division Chief, Public Interest Division*
Holly Berlin*
*Assistant Attorney General, Special Litigation Bureau*
Alexandra Reed*
*Assistant Attorney General, Civil Rights Bureau*
R. Henry Weaver*
*Assistant Attorney General, Special Litigation Bureau*
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
312-814-3000
Sarah.North@ilag.gov
Holly.Berlin@ilag.gov
Alexandra.Reed@ilag.gov
Robert.Weaver@ilag.gov

*Attorneys for the State of Illinois*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s Virginia A. Williamson*
Virginia A. Williamson*
*Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6584
VWilliamson@oag.state.md.us

*Attorney for the State of Maryland*

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s Kalikoʻonālani D. Fernandes*

David D. Day*
*Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes*
*Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Attorneys for Plaintiff State of Hawaiʻi*

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Brendan Kreckel*
Brendan Kreckel*
By: */s/ Kristin Trabucchi*
Kristin Trabucchi*
*Assistant Attorneys General*
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel.: 207-626-8800
Fax: 207-287-3145
Brendan.kreckel@maine.gov
kristin.k.trabucchi@maine.gov

*Attorneys for the State of Maine*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Bryan Beach*
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
BeachB@michigan.gov

*Attorneys for the State of Michigan*

**AARON D. FORD**
Attorney General for the State of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
*Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

*Attorney for the State of Nevada*

**RAÚL TORREZ**
Attorney General for the State of New Mexico

By: */s/ Mark Noferi*
Mark Noferi*
*Senior Litigation Counsel*
NM Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 490-4060
MNoferi@nmdoj.gov

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ David Ureña*
Katherine Dirks
*Chief State Trial Counsel*
Ethan W. Marks*
David Ureña*
Brett M. Gannon*
*Assistant Attorneys General*
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2675
david.urena@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Joseph R. Richie*
Joseph R. Richie*
*Special Counsel*
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us

*Attorney for the State of Minnesota*

**MATTHEW J. PLATKIN**
Attorney General of New Jersey

By: */s/ Meghan Musso*
Meghan Musso*
Patrick Clancey*
Kathleen Riley*
*Deputy Attorneys General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-5289
meghan.musso@law.njoag.gov

*Attorney for the State of New Mexico*

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
*Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov

*Attorney for the State of Vermont*

*Attorneys for the State of New Jersey*

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Coby Howell*
Coby Howell*
*Senior Assistant Attorney General*
Tel (971) 673-1880
Fax (971) 673-5000
coby.howell@doj.oregon.gov

*Attorney for the State of Oregon*

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Faye B. Hipsman*
Faye B. Hipsman*
*Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-9487
faye.hipsman@wisdoj.gov

*Attorney for the State of Wisconsin*