UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK; STATE OF WASHINGTON; STATE OF RHODE ISLAND; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE; PAMELA BONDI, in her official capacity as ATTORNEY GENERAL OF THE UNITED STATES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. DEPARTMENT OF EDUCATION; LINDA McMAHON, in her official capacity as SECRETARY OF THE U.S. DEPARTMENT OF EDUCATION; U.S. DEPARTMENT OF LABOR; LORI CHAVEZ-DeREMER, in her official capacity as SECRETARY OF THE. US. DEPARTMENT OF LABOR, <br><br> Defendants. | Case No. 1:25-cv-00345 <br><br> **STIPULATION AND JOINT PROPOSAL FOR BRIEFING SCHEDULE** |

1

## **STIPULATION**

1. Defendants agree to stay enforcement and application in Plaintiff States[1] through September 10, 2025, of the challenged Notices (and their contents) as set forth below:

    a. U.S. Department of Justice, "Revised Specification Pursuant to the Personal Responsibility and Work Opportunity Reconciliation Act of 1996," 90 Fed. Reg. 32,023 (July 16, 2025);

    b. U.S. Department of Health and Human Services, "Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA); Interpretation of 'Federal Public Benefit,'" 90 Fed. Reg. 31,232 (July 14, 2025);

    c. U.S. Department of Education, "Clarification of Federal Public Benefits under the Personal Responsibility and Work Opportunity Reconciliation Act," 90 Fed. Reg. 30,896 (July 11, 2025); and

    d. U.S. Department of Labor, "Training and Employment Guidance Letter No. 10-23, Change 2" (July 10, 2025).

2. Defendants agree that, regardless of the outcome of this litigation, including on any appeal, they will never enforce or in any way apply the PRWORA Notices listed in paragraph 1, including the interpretations of PRWORA expressed in those Notices, related to:

    a. conduct occurring in Plaintiff States prior to September 11, 2025;

    b. funds expended in Plaintiff States prior to September 11, 2025; or

    c. any other actions taken in reliance on this Stipulation prior to September 11, 2025.

---

[1] The term States includes the States and their subdivisions and instrumentalities.

## JOINT PROPOSAL FOR BRIEFING SCHEDULE

The parties respectfully request that the Court enter the following schedule with respect to Plaintiffs' July 21, 2025 Preliminary Injunction Motion, ECF No. 2:

**Defendants' Opposition Due:** August 11, 2025

**Plaintiffs' Reply Due:** August 18, 2025

**Argument:** August 20, 2025, or as soon thereafter as the Court is available.

Dated: July 29, 2025                      Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

DIANE KELLEHER
Branch Director
Federal Programs Branch

ELIZABETH TULIS
Assistant Branch Director
Federal Programs Branch

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
ALEXANDRA YEATTS
(CA Bar No. 358762)
*Trial Attorneys*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Attorney for Defendants*

4

| | |
|---|---|
| **LETITIA JAMES**<br>Attorney General for the State of New York<br><br>By: /s/ Rabia Muqaddam<br><br>Rabia Muqaddam<br>*Chief Counsel for Federal Initiatives*<br>Jessica Ranucci<br>*Special Counsel*<br>Zoe Levine<br>*Special Counsel for Immigrant Justice*<br>28 Liberty St.<br>New York, NY 10005<br>(929) 638-0447<br>rabia.muqaddam@ag.ny.gov<br>zoe.levine@ag.ny.gov<br>jessica.ranucci@ag.ny.gov<br><br>*Attorneys for the State of New York* | **NICHOLAS W. BROWN**<br>Attorney General of Washington<br><br>By: /s/ Andrew Hughes<br><br>Andrew Hughes<br>Benjamin Seel<br>Zane Muller<br>*Assistant Attorneys General*<br>Cristina Sepe<br>*Deputy Solicitor General*<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(206) 464-7744<br>Andrew.Hughes@atg.wa.gov<br>Benjamin.Seel@atg.wa.gov<br>Zane.Muller@atg.wa.gov<br>Cristina.Sepe@atg.wa.gov<br><br>*Attorneys for the State of Washington* |
| **PETER F. NERONHA**<br>Attorney General for the State of Rhode Island<br><br>By: /s/ Sarah W. Rice<br>Sarah W. Rice (RI No. 10588)<br>Stephen N. Provazza (RI No. 10435)<br>*Unit Chief, Consumer & Economic Justice Unit*<br>150 South Main St.<br>Providence, RI 02903<br>Phone: 401-274-4400<br>SRice@riag.ri.gov<br>SProvazza@riag.ri.gov<br><br>*Attorneys for the State of Rhode Island* | **KRISTIN K. MAYES**<br>Attorney General for the State of Arizona<br><br>By: /s/ Hayleigh S. Crawford<br>Hayleigh S. Crawford<br>Mary M. Curtin<br>2005 North Central Avenue<br>Phoenix, Arizona 85004<br>Phone: (602) 542-3333<br>Hayleigh.Crawford@azag.gov<br>Mary.Curtin@azag.gov<br>ACL@azag.gov<br><br>*Attorneys for the State of Arizona* |
| **ROB BONTA**<br>Attorney General for the State of California<br><br>By: /s/ Heidi Lehrman<br>Heidi Lehrman<br>Neli Palma<br>Michael L. Newman<br>*Senior Assistant Attorneys General* | **PHILIP J. WEISER**<br>Attorney General for the State of Colorado<br><br>By: /s/ David Moskowitz<br>David Moskowitz<br>*Deputy Solicitor General*<br>Jennifer L. Sullivan<br>*Deputy Attorney General* |

5

| | |
|---|---|
| Kathleen Boergers<br>Srividya Panchalam<br>*Supervising Deputy Attorneys General*<br>Heidi Lehrman<br>Jeanelly Orozco Alcalá<br>Natasha A. Reyes<br>*Deputy Attorneys General*<br>1300 I Street<br>Sacramento CA 95814<br>Heidi.Lehrman@doj.ca.gov<br>Michael.Newman@doj.ca.gov<br>Neli.Palma@doj.ca.gov<br>Kathleen.Boergers@doj.ca.gov<br>Srividya.Panchalam@doj.ca.gov<br>Jeanelly.OrozcoAlcala@doj.ca.gov<br>Natasha.Reyes@doj.ca.gov<br><br>*Attorneys for the State of California* | Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>david.moskowitz@coag.gov<br>jen.sullivan@coag.gov<br><br>*Attorneys for the State of Colorado* |
| **WILLIAM TONG**<br>Attorney General for the State of Connecticut<br><br>By: */s/ Patricia McCooey*<br>Patricia McCooey<br>*Assistant Attorney General*<br>165 Capitol Ave<br>Hartford, CT 06106<br>(860) 808-5210<br>Patricia.McCooey@ct.gov<br><br>*Attorney for the State of Connecticut* | **BRIAN L. SCHWALB**<br>Attorney General for the District of Columbia<br><br>By: */s/ Mitchell P. Reich*<br>Mitchell P. Reich<br>*Senior Counsel to the Attorney General*<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, NW<br>Washington, D.C. 20001<br>(202) 279-1261<br>mitchell.reich@dc.gov<br><br>Attorney for the District of Columbia |
| **KWAME RAOUL**<br>Attorney General for the State of Illinois<br><br>By: */s/ Sarah J. North*<br>Sarah J. North<br>*Deputy Division Chief, Public Interest Division*<br>Holly Berlin<br>*Assistant Attorney General, Special Litigation Bureau*<br>Office of the Illinois Attorney General | **ANNE E. LOPEZ**<br>Attorney General for the State of Hawaiʻi<br><br>By: /s Kalikoʻonālani D. Fernandes<br><br>David D. Day<br>*Special Assistant to the Attorney General*<br>Kalikoʻonālani D. Fernandes<br>*Solicitor General*<br>425 Queen Street<br>Honolulu, HI 96813 |

6

| | |
|---|---|
| 115 S. LaSalle Street<br>Chicago, IL 60603<br>312-814-3000<br>Sarah.North@ilag.gov<br>Holly.Berlin@ilag.gov<br><br>*Attorneys for the State of Illinois* | (808) 586-1360<br>david.d.day@hawaii.gov<br>kaliko.d.fernandes@hawaii.gov<br><br>*Attorneys for Plaintiff State of Hawaiʻi* |

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s Virginia A. Williamson*
Virginia A. Williamson
*Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6584
VWilliamson@oag.state.md.us

*Attorney for the State of Maryland*

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Brendan Kreckel*
Brendan Kreckel
By: */s/ Kristin Trabucchi*
Kristin Trabucchi
*Assistant Attorneys General*
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel.: 207-626-8800
Fax: 207-287-3145
Brendan.kreckel@maine.gov
kristin.k.trabucchi@maine.gov

*Attorneys for the State of Maine*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti
Bryan Beach
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
BeachB@michigan.gov

*Attorneys for the State of Michigan*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ David Ureña*
Katherine Dirks
*Chief State Trial Counsel*
Ethan W. Marks
David Ureña
Brett M. Gannon
*Assistant Attorneys General*
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2675
david.urena@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

**AARON D. FORD**
Attorney General for the State of Nevada

By: /s/ Heidi Parry Stern
Heidi Parry Stern
*Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

*Attorney for the State of Nevada*

**RAÚL TORREZ**
Attorney General for the State of New Mexico

By: /s/ Mark Noferi
Mark Noferi
*Senior Litigation Counsel*
NM Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 490-4060
MNoferi@nmdoj.gov

*Attorney for the State of New Mexico*

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: /s/ Ryan P. Kane
Ryan P. Kane
*Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov

*Attorney for the State of Vermont*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: /s/ Joseph R. Richie
Joseph R. Richie
*Special Counsel*
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us

*Attorney for the State of Minnesota*

**MATTHEW J. PLATKIN**
Attorney General of New Jersey

By: /s/ Meghan Musso
Meghan Musso
Patrick Clancey
Kathleen Riley
*Deputy Attorneys General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-5289
meghan.musso@law.njoag.gov

*Attorneys for the State of New Jersey*

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: /s/ Coby Howell
Coby Howell
*Senior Assistant Attorney General*
Tel (971) 673-1880
Fax (971) 673-5000
coby.howell@doj.oregon.gov

*Attorney for the State of Oregon*

**JOSHUA L. KAUL**

Attorney General for the State of Wisconsin

By: */s/ Faye B. Hipsman*
Faye B. Hipsman
*Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-9487
faye.hipsman@wisdoj.gov

*Attorney for the State of Wisconsin*

9