AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | | |
|---|---|---|
| State of New York, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00345 |
| U.S. Department of Justice, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Massachusetts.

Date:   08/07/2025

/s/ Ethan W. Marks
*Attorney's signature*

Ethan W. Marks, MA BBO No. 690746
*Printed name and bar number*

Massachusetts Office of the Attorney General
One Ashburton Place
Boston, MA 02108
*Address*

Ethan.W.Marks@mass.gov
*E-mail address*

(617) 963-2104
*Telephone number*

(617) 573-5386
*FAX number*