UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

STATE OF NEW YORK; STATE OF WASHINGTON; STATE OF RHODE ISLAND; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WISCONSIN,

    Plaintiffs,

    v.

U.S. DEPARTMENT OF JUSTICE; PAMELA BONDI, in her official capacity as ATTORNEY GENERAL OF THE UNITED STATES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. DEPARTMENT OF EDUCATION; LINDA McMAHON, in her official capacity as SECRETARY OF THE U.S. DEPARTMENT OF EDUCATION; U.S. DEPARTMENT OF LABOR; LORI CHAVEZ-DeREMER, in her official capacity as SECRETARY OF THE. US. DEPARTMENT OF LABOR,

    Defendants.

Case No. 1:25-cv-345

## SUPPLEMENTAL DECLARATION OF JESSICA RANUCCI

JESSICA RANUCCI, an attorney duly admitted to practice before the Courts of this State, does hereby state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am Jessica Ranucci, Special Counsel in the Office of the Attorney General for the State of New York. I represent the State of New York in this action.

2. I submit this supplemental declaration in support of Plaintiffs States' Motion for a Preliminary Injunction.

3. I have attached this declaration true and correct copies of the following documents, as noted herein. I have numbered these Exhibits consecutively following Exhibits 1-76 of my July 21, 2025 Declaration, ECF No. 4.

4. Attached as Exhibit 77 is a true and correct copy of the Declaration of Cynthia Marten of Delaware Department of Education.

5. Attached as Exhibit 78 is a true and correct copy of the Declaration of Ryan Yamane of Hawaiʻi Department of Human Services.

6. Attached as Exhibit 79 is a true and correct copy of the Declaration of Katrina McCombs of New Jersey Department of Education.

7. Attached as Exhibit 80 is a true and correct copy of the Declaration of Janel Winter of New Jersey Department of Community Affairs.

Dated: New York, New York
       August 18, 2025

_Jessica Ranucci_
Jessica Ranucci