IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al*.,<br><br>Defendants. | No. 25-cv-00345 |

## NOTICE

Defendants write to provide additional information as to the Performance Partnership Pilots for Disconnected Youth (P3) authority and waivers issued by the Department of Education in November 2022 and October 2023, and to correct a statement made by Defendants' counsel at the August 20, 2025 hearing on Plaintiffs' Motion for a Preliminary Injunction.

P3 was first authorized by Congress in FY 2014 by the Consolidated Appropriations Act, 2014 (P.L. 113-76) (2014 Act), and the authority was included by Congress in appropriations acts in succeeding years, including in the Consolidated Appropriations Act, 2022 (Pub. L. 117-103) (2022 Act) and the Consolidated Appropriations Act, 2023 (Pub. L. 117-328) (2023 Act). P3 program benefits were generally geared toward improving outcomes for disconnected youth, and P3 was designed to increase the rate at which disconnected youth ages 14-24 (who are low-income and either homeless, in foster care, involved in the juvenile justice system, unemployed, or not enrolled in or at risk of dropping out of an educational institution) achieve success in meeting educational, employment, or other key goals. 2014 Act, section 526(a)(2).

The FY 2022 and FY 2023 P3 authorities enabled the use of appropriated discretionary federal funds to administer pilot sites for certain TRIO programs[1] authorized under the Higher

---

[1] Federal TRIO Programs (TRIO) are Federal outreach and student services programs designed to identify and provide services for individuals from disadvantaged backgrounds. TRIO includes eight programs targeted to serve and assist low-income individuals, first-generation college

Education Act of 1965, as amended, and corresponding waivers of certain statutory, regulatory, and administrative program requirements to achieve improved outcomes for disconnected youth. These waivers did not, however, waive PRWORA verification requirements. Counsel's statement that the waivers waived PRWORA verification requirements for P3 programs was incorrect.

Defendants include in their submission the waivers granted to California and Oregon. *See* Exhibit 1, California P3 Pilot Waiver; Exhibit 2, Oregon P3 Pilot Waiver.

Dated: August 21, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

DIANE KELLEHER
Branch Director
Federal Programs Branch

ELIZABETH TULIS
Assistant Branch Director
Federal Programs Branch

*/s/ Alexandra L. Yeatts*
ALEXANDRA L. YEATTS (CA Bar No. 358762)
HEIDY L. GONZALEZ (FL Bar No. 1025003)
*Trial Attorneys*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 353-5677
Email: Alexandra.Yeatts@usdoj.gov

---

students, and individuals with disabilities to progress through the academic pipeline from middle school to postbaccalaureate programs. "Federal TRIO Programs." January 29, 2025, available at https://www.ed.gov/about/ed-offices/ope/trio.