UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-00345<br><br>**MOTION FOR STAY OF BRIEFING SCHEDULE IN LIGHT OF LAPSE OF APPROPRIATIONS** |

1

## MOTION FOR A STAY OF BRIEFING SCHEDULE
## IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of the briefing schedule entered in this case, ECF No. 67.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendant agencies in this case: the Department of Education, the Department of Health and Human Services, and the Department of Labor. The Department of Justice does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the Department of Education, the Department of Health and Human Services, and the Department of Labor are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Specifically, Department of Justice attorneys and employees at the Defendant Agencies will be unable to work to comply with the October 24, 2025, administrative record production deadline.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the briefing schedule until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Defendants' counsel contacted Plaintiffs' counsel via email. Plaintiffs' counsel indicated that "Plaintiffs consent to this motion on the basis that Defendants [] agree[] not to appeal the preliminary injunction, ECF No. 64." Defendants do not agree with that proposal. As such, "Plaintiffs' position is that this request is premature given that the schedule entered on September 22, 2025 does not set any deadlines for Defendants that are imminent."

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the briefing schedule in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025

        Respectfully submitted,

        BRETT A. SHUMATE
        Assistant Attorney General
        Civil Division

        ERIC J. HAMILTON
        Deputy Assistant Attorney General
        Federal Programs Branch

        DIANE KELLEHER
        Branch Director
        Federal Programs Branch

        */s/ Heidy L. Gonzalez*
        HEIDY L. GONZALEZ
        (FL Bar No. 1025003)
        ALEXANDRA YEATTS
        (CA Bar No. 358762)
        *Trial Attorneys*
        U.S. Department of Justice,
        Civil Division, Federal Programs
        1100 L Street, N.W.
        Washington, DC 20005
        Tel: (202) 598-7409
        Email: heidy.gonzalez@usdoj.gov

        *Attorney for Defendants*