# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK, *et al.*,

    Plaintiffs,

    v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

    Defendants.

Case No. 1:25-cv-00345

## NOTICE OF APPEAL

All Defendants in this action—U.S. Department of Justice; Pamela Bondi, in her official capacity as Attorney General of the United States; U.S. Department of Health and Human Services; Robert F. Kennedy, Jr., in his official capacity as secretary of the U.S. Department of Health and Human Services; U.S. Department of Education; Linda McMahon, in her official capacity as secretary of the U.S. Department of Education; U.S. Department Of Labor; and Lori Chavez-DeRemer, in her official capacity as secretary of the U.S. Department of Labor—respectfully provide notice that they hereby appeal to the United States Court of Appeals for the First Circuit the Court's September 10, 2025 Memorandum and Order, ECF No. 64, which, among other relief, granted Plaintiffs' July 21, 2025 motion, and entered a preliminary injunction order against Defendants.

Dated: November 7, 2025

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General
    Civil Division

    ERIC J. HAMILTON
    Deputy Assistant Attorney General
    Federal Programs Branch

DIANE KELLEHER
Branch Director
Federal Programs Branch

<u>*/s/ Alexandra L. Yeatts*</u>
ALEXANDRA YEATTS
(CA Bar No. 358762)
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
*Trial Attorneys*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 353-5677
Email: alexandra.yeatts@usdoj.gov

*Attorneys for Defendants*