UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-00345<br><br>**CONSENT MOTION FOR ONE-WEEK EXTENSION OF BRIEFING SCHEDULE** |

Defendants respectfully requests that the Court modify the briefing schedule on the parties' cross-motions for summary judgment to extend the filing deadlines by one week, as follows:

- Plaintiffs shall file any motion for summary judgment on or before December 19, 2025;

- Defendants shall file any response to Plaintiffs' motion for summary judgment, as well as any cross-motion for summary judgment, on or before January 9, 2026;

- Plaintiffs shall file any reply to Defendants' response to Plaintiffs' motion for summary judgment, as well as any response to cross-motion for summary judgment, on or before January 23, 2026; and

- Defendants shall file any reply to Plaintiffs' response to cross-motion for summary judgment on or before February 13, 2026.

Good cause exists to grant this motion because the parties seek to avoid filings in the days immediately following federal holidays. Moreover, a short, one-week extension of the briefing deadlines will not materially affect the resolution of this matter. Defendants do not seek to modify the remaining provisions of the existing stipulation, ECF No. 67, including:

- Defendants may defer responding to the second amended complaint until after the Court's

1

ruling on the summary judgment motion(s), to the extent a response is necessary;

- Defendants shall file the administrative record for this case on or before November 21, 2025; and

- The Parties agree to dispense with Local Rule 56(a)(1)'s requirement that a motion for summary judgment "be accompanied by a separate Statement of Undisputed Facts."

Defendants' counsel has conferred with Plaintiffs' counsel, who has stated that Plaintiffs consent to this modification. Accordingly, Defendants respectfully submit that good cause for this modification of the briefing schedule.

Dated: November 18, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

DIANE KELLEHER
Branch Director
Federal Programs Branch

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
ALEXANDRA YEATTS
(CA Bar No. 358762)
*Trial Attorneys*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Attorney for Defendants*