**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-00345 |

**NOTICE FILING ADMINISTRATIVE RECORD**

Defendants hereby file the administrative record in this case, as follows:

Exhibit A: administrative record for the Department of Health and Human Services

Exhibit B: administrative record for the Department of Education

Exhibit C: administrative record for the Department of Labor

Dated: November 21, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

DIANE KELLEHER
Branch Director
Federal Programs Branch

*/s/ Alexandra L. Yeatts*
ALEXANDRA YEATTS
(CA Bar No. 358762)
HEIDY L. GONZALEZ

- 1 -

(FL Bar No. 1025003)
*Trial Attorneys*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 353-5677
Email: alexandra.yeatts@usdoj.gov

*Attorney for Defendants*