UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK, *et al.,*

    *Plaintiffs,*

    v.

U.S. DEPARTMENT OF JUSTICE, *et al.,*

    *Defendants.*

Case No. 1:25-cv-00345

**CERTIFICATION OF ADMINISTRATIVE RECORD**

    I, Andrew Guernsey, Senior Advisor within the U.S. Department of Health and Human Services, certify to the best of my knowledge that the materials listed in the attached index constitute the non-privileged documents that were considered, either directly or indirectly, in connection with promulgation of the policy challenged in the above-captioned action.

Executed this 12th day of November 2025, in Washington, D.C.

_____
Andrew Guernsey