*New York et al. v. DOJ et al.*, No. 1:25-cv-00345 (D.R.I.)

## HHS ADMINISTRATIVE RECORD INDEX

| Begin Bates | Description |
|---|---|
| HHS-PRWORA_000001 | Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA); Interpretation of "Federal Public Benefit", 90 Fed. Reg. 31232 (July 14, 2025) |
| HHS-PRWORA_000009 | Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA); Interpretation of "Federal Public Benefit", 63 Fed. Reg. 41658 (Aug. 4, 1998) |
| HHS-PRWORA_000013 | Final Specification of Community Programs Necessary for Protection of Life or Safety Under Welfare Reform Legislation, 66 Fed. Reg. 3613 (Jan. 16, 2001) |
| HHS-PRWORA_000017 | Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA); Interpretation of "Federal Public Benefit", Dkt. No. AHRQ-2025-0002, Final Regulatory Impact Analysis, Final Regulatory Flexibility Analysis, Unfunded Mandates Reform Act Analysis |
| HHS-PRWORA_000032 | Merriam-Webster, definition of "Eligibility" |
| HHS-PRWORA_000039 | Merriam-Webster, definition of "Similar" |
| HHS-PRWORA_000048 | Administration of Children and Families, definition of "Child Welfare" |
| HHS-PRWORA_000051 | House Committee on Homeland Security Majority Report, Crisis by Design: A Comprehensive Look at the Biden-Harris Administration's Unprecedented Border Crisis (Sept. 18, 2024) |