# EXHIBIT A

process called rostering (5 minutes per response). We randomly selected up to 2 eligible youth per household. We asked parents to provide permission for each eligible youth to participate in the study (5 minutes). If more than one youth was selected, parental permission was required for each child. In some cases, the adult taking the screener was not the parent of the eligible youth(s). We then reached out by email and/or with a letter to notify the parent of their child(ren)s' eligibility (2 minutes) and a request parental permission (N = 300). All youth with parental permission (n = 10,431) were sent an invitation email to participate in the study (1 minute). We also sent reminder emails and texts out to eligible youth during data collection who had not yet completed the survey (2 minutes).

In addition to the primary mail-based data collection at baseline in 2023, we recruited an additional sample using a social media-based recruitment from a subpopulation of respondents at increased risk for initiating use of cigarettes and ENDS products. This supplemental data collection consisted of online self-administered surveys of participants recruited through social media advertisements. The recruitment sample for this data collection was youth ages 14 to 20 who met the subpopulation criteria. At baseline, 13,888 respondents were invited to take the screener through social media ads (1 minute). We screened 9,444 respondents (5 minutes per screener response) and identified 1,501 eligible respondents. This is a longitudinal study, so participants from the social media sample will be retained in the sample because they were members of the original study cohort.

Follow-Up (Replenishment) Recruitment

We estimate that we will lose approximately 15 percent of the original baseline sample at each FU wave. Replenishing the sample will ensure we maintain an adequate longitudinal sample at each study wave and continue to have representation from younger respondents in our aging sample. We will replenish the sample up to 4 times during the study period. We will send out recruitment/study material packages to an additional 450,000 households in total (3 minutes per response) over the course of the study period. We expect to receive an estimated 95,000 completed screeners (5 minutes per response). For households identified as eligible for the study during the replenishment screening process (*i.e.*, the presence of 1 or more youth ages 11 to 17), we will ask the parent/guardian to list all

eligible youth in their households for study selection, a process called rostering (5 minutes per response). We will randomly select up to 2 eligible youth per household. We will ask parents to provide permission for each eligible youth to participate in the study (5 minutes). If more than one youth is selected, parental permission will be required for each child. In some cases, where the adult taking the screener is not the parent of the eligible youth(s), we will reach out by email and/or letter with a notice of eligibility (2 minutes) and a request to provide parental permission. All youth with parental permission will be sent an invitation email to participate in the study (1 minute). We will also send reminder emails and texts out to eligible youth during data collection who have not yet completed the survey (2 minutes). We will not use social media to recruit any respondents for the replenishment samples.

*Youth Survey Materials*

Baseline

For the main data collection at baseline in 2023, we collected data from 5,354 youth respondents recruited by mail. For the supplemental social media data collection at baseline in 2023, we collected data from 1,501 youth respondents. These 6,855 youth respondents provided baseline assent (5 minutes per response) and completed the survey (30 minutes per response). Following completion of the study, we mailed an incentive letter (1 minute). For the 5,354 youth respondents recruited for the main data collection, we asked the parent/guardian to provide permission (5 minutes per response) for the youth to participate in the study. We received a waiver of parental permission for youth 14+ and did not require parental permission for respondents from the social media data collection.

Follow-Up Waves

As this is a longitudinal data collection, participants who complete the baseline survey or any follow-up replenishment survey will be recontacted for each subsequent follow-up wave. We will send invitations and study materials to sample respondents for up to eight follow-up waves (10 minutes per respondent). Including youth recruited in the replenishment, this will be up to 14,053 youth at each wave. At each of the eight follow-up waves, respondents are estimated to provide assent (5 minutes per respondent) and complete the survey (30 minutes per respondent). Where required, we will ask the parent/

guardian to provide permission (5 minutes per respondent) for the youth to participate in the study. For youth who complete the survey, we will also mail an incentive letter (1 minute per respondent).

To align with Executive Order 14168, Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, we are revising this information collection to remove questions relating to gender. Our estimated burden for the information collection reflects an overall decrease of 557 hours and an increase of 507,886 responses. We are proposing up to 3 additional follow-up waves of data collections, including up to 2 additional replenishment samples. In addition, we updated the estimated burden per response based on past data collections for the baseline and first follow-up wave.

Dated: July 8, 2025.

**Grace R. Graham,**
*Deputy Commissioner for Policy, Legislation, and International Affairs.*

[FR Doc. 2025–13047 Filed 7–11–25; 8:45 am]
**BILLING CODE 4164–01–P**

---

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

### Office of the Secretary

0991–ZA57

### Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA); Interpretation of "Federal Public Benefit"

**AGENCY:** Office of the Secretary, HHS.

**ACTION:** Notice; 30-day comment period.

---

**SUMMARY:** This notice sets forth the interpretation that the U.S. Department of Health and Human Services (HHS) uses for the term "Federal public benefit" as used in Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA), Public Law 104–193, 8 U.S.C. 1611. In doing so, this notice revises the interpretation of the term set forth in a prior notice, 63 FR 41658 (Aug. 4, 1998) ("the 1998 HHS PRWORA Notice" or "1998 Notice"). This notice also describes and preliminarily identifies the HHS programs that provide "Federal public benefits" within the scope of PRWORA, including HHS programs that were not listed in the 1998 HHS PRWORA Notice.

**DATES:** To be assured consideration, comments must be received no later

than 11:59 p.m. Eastern Time (ET) on August 13, 2025. HHS will not reply individually to responders but will consider all comments submitted by the deadline.

**ADDRESSES:** *Docket:* You may examine the notice docket at *regulations.gov* under Docket ID. AHRQ–2025–0002. The docket contains this notice, the Regulatory Impact Analysis, and all comments received to date. To submit a response, click the "Comment" button inside Docket: AHRQ–2025–0002 and follow all instructions.

**FOR FURTHER INFORMATION CONTACT:** Sean R. Keveney, Acting General Counsel, Office of the General Counsel, HHS. 200 Independence Avenue SW, Washington, DC 20201. 202–690–7741.

**SUPPLEMENTARY INFORMATION:**

## I. Background

According to Section 401 of PRWORA, 8 U.S.C. 1611(a), aliens who are not "qualified aliens" are not eligible for any "Federal public benefit" as defined in 8 U.S.C. 1611(c). The prohibition set forth in § 1611(a) is subject to certain narrow exceptions explicitly set forth in § 1611(b).

The statutory text, § 1611(c), defines "Federal public benefit" as "(A) any grant, contract, loan, professional license, or commercial license provided by an agency of the United States or by appropriated funds of the United States" and "(B) any retirement, welfare, health, disability, public or assisted housing, postsecondary education, food assistance, unemployment benefit, or any other similar benefit for which payments or assistance are provided to an individual, household, or family eligibility unit by an agency of the United States or by appropriated funds of the United States." 8 U.S.C. 1611(c)(1). This definition, too, is subject to certain narrow exceptions. *See id.* (c)(2) (setting forth certain narrow exceptions to the definition of "Federal public benefit").

In addition, under Section 432 of PRWORA, as amended, to the extent required by law, providers of a nonexempt "Federal public benefit" must verify that a person applying for the benefit is a qualified alien and is eligible to receive the benefit. 8 U.S.C. 1642.

## II. Interpretation

The statutory language is clear: if an HHS program falls into either § 1611(c)(1)(A) or (c)(1)(B), such benefits are not available to aliens, unless (i) that alien is a qualified alien, or (ii) some other exception applies to the HHS program, either under § 1611(b) or via

the definitional limits on "Federal public benefit" set forth in subparagraph (c)(2). Thus, the task is simple: construe the plain language of § 1611(c)(1)(A) and (c)(1)(B). Those provisions state that "Federal public benefit" means:

(A) any grant, contract, loan, professional license, or commercial license provided by an agency of the United States or by appropriated funds of the United States; and

(B) any retirement, welfare, health, disability, public or assisted housing, postsecondary education, food assistance, unemployment benefit, or any other similar benefit for which payments or assistance are provided to an individual, household, or family eligibility unit by an agency of the United States or by appropriated funds of the United States.

If HHS "provide[s]" the (i) "grant, contract, loan, professional license, or commercial license," or if the "grant, contract, loan, professional license, or commercial license" is "provided by" "appropriated funds of the United States," then it is a "Federal public benefit." Similarly, if HHS "provide[s]" the "retirement, welfare, health, disability, public or assisted housing, postsecondary education, food assistance, unemployment benefit, or any other similar benefit," or such "benefit" is "provided by" "appropriated funds of the United States," then such benefit is a "Federal public benefit," as long as the benefit is "provided to" one of three types of recipients: (i) "an individual," (ii) a "household," or (iii) a "family eligibility unit."

The 1998 HHS PRWORA Notice artificially and impermissibly constrains these statutory definitions, and the scope of PRWORA's effect, in at least four main ways. *First,* it reads a limitation into § 1611(c)(1)(A) that "grant" refers to financial awards to individuals and thus does not include block grants to States and localities. That limitation does not appear in the statutory text. As explained further below, the limitation rests on the 1998 Notice's incorrect assertion that such limitation is required by the canon of *noscitur a sociis. See* 63 FR at 41659.

*Second,* the 1998 Notice convolutedly and incorrectly interprets § 1611(c)(1)(B)'s reference to "eligibility unit" to mean that subparagraph (c)(1)(B) does not actually reach benefits provided to individuals, households, or families. Rather, it erroneously reasons that "the individual, household, or family must, as a condition of receipt, meet specified criteria" beyond the fact that a given benefit is "targeted to communities or specified sectors of the population." 63 FR at 41659. As

explained further below, this interpretation rests on an overreading of the phrase "eligibility unit" and arbitrary line-drawing about what is and is not an adequate "eligibility" criterion. Relatedly, to deal with the consequences of this arbitrary line-drawing, the 1998 Notice created another test—unmoored from the statutory language—that asked whether "a preponderance of a program's services" was "provided to communities or specified sectors of the population" versus "individual, household, or family eligibility units." *Id.* This test underscores that the 1998 Notice misinterpreted the statute.

*Third,* the 1998 Notice advances an erroneously narrow interpretation of the elements of the list in § 1611(c)(1)(B) without due regard for the catch-all phrase "other similar benefit." For example, it declares that Head Start program would not be a "Federal public benefit" because one element of the list is "postsecondary education." 63 FR at 41659. As explained further below, this aspect of the 1998 Notice rests on a misapplication of canons of statutory interpretation.

*Fourth,* the 1998 Notice incorrectly asserts that the "exemption[s]" in § 1611(b)(1) "excludes some HHS programs from the definition of 'Federal public benefits.'" As detailed below, this aspect of the 1998 Notice is erroneous in certain respects.

### 1. "Any Grant"

Section 1611(c)(1)(A) reaches "any grant, contract, loan, professional license, or commercial license" provided by HHS. HHS administers a multitude of grant programs, including those in which the grants go to institutions (such as research grants) and those in which the grants go to States (such as Title X services grants). Sometimes the activity supported by the grant is carried out by the "recipient"; sometimes the recipient uses an award to provide health professional training support for individuals; and sometimes the recipient acts as a "pass-through entity" "that provides a subaward to a subrecipient to carry out part of a Federal program," 45 CFR 75.2 (definitions for HHS's uniform grants regulation), under which the obligations and requirements on the recipient flow down to the subrecipient, *Id.* § 75.372.

PRWORA says "*any* grant" (emphasis added). "Read naturally, the word 'any' has an expansive meaning, that is, one or some indiscriminately of whatever kind." *Ali* v. *Fed. Bureau of Prisons,* 552 U.S. 214, 219 (2008) (cleaned up). The statutory text does not distinguish between grants "to individuals" and

**31234**     **Federal Register** / Vol. 90, No. 132 / Monday, July 14, 2025 / Notices

grants "provided to states or localities." *Contra* 63 FR at 41659. And so, HHS must apply the plain meaning of the statutory text. *E.g., Pub. Serv. Elec. & Gas Co.* v. *F.E.R.C.,* 989 F.3d 10, 19 (D.C. Cir. 2021) ("[A] regulation can never trump the plain meaning of a statute.") (quotes omitted).

The 1998 Notice relied on the canon of *noscitur a sociis*—"words grouped in a list should be given related meaning," 63 FR at 41659 (quotes omitted)—in order to exclude "so-called 'block grants' . . . provided to states or localities" from the sweep of subparagraph (c)(1)(A). But clearly the "related meaning" that ties together the elements of the list are that they are forms of a benefit that agencies (here, HHS) provide to the public. Obviously, the elements of the list will not match in every respect. A "license" will differ from a "loan" in some respects, and a "grant" will differ from all the other elements of the list in certain respects, too. In short, the 1998 Notice takes the canon of *noscitur a sociis* too far; it should be used "to avoid ascribing to one word a meaning so broad that it is *inconsistent* with its accompanying words." *See Gustafson* v. *Alloyd Co., Inc.,* 513 U.S. 561, 575 (1995) (emphasis added). No inconsistency arises from relying on the plain meaning of the term "any grant," including grants to individuals as well as grants to non-individuals. Even on its own terms, the 1998 Notice's reasoning fails: HHS *does* enter into "contract[s]" with non-individuals, including States.

Indeed, the reasoning of the 1998 Notice is incoherent when it comes to "grant[s]" in the context of HHS-administered benefit programs. Contrary to the 1998 Notice, "grants" are *not* "generally" "agreements between Federally funded programs and individuals." 63 FR at 41659. The one example cited in the notice, "research grants," does not fit the bill: those funds may eventually be given to a lab staffed with a group of individuals, but in most cases the grant recipient or subrecipient is an institution. It would be an error not to consider a grant to be a Federal public benefit because the initial recipient is a governmental or private entity. Indeed, that is rarely true for grants in the first place.

The conclusion that "any grant" means "any grant" is reinforced by the structure of the statute. While subparagraph (c)(1)(B) provides a definition of "Federal public benefit" that is tied to the nature of the recipient ("individual, household, or family eligibility unit"), subparagraph (c)(1)(A) does not include similar language. Especially because these are

neighboring provisions, the omission has to be assumed to be intentional. *Russello* v. *United States,* 464 U.S. 16, 23 (1983) ("[W]here Congress includes particular language in one section of a statute but omits it in another section of the same Act, it is generally presumed that Congress acts intentionally and purposely in the disparate inclusion or exclusion."). Thus, the 1998 Notice reads a limitation into subparagraph (c)(1)(A) that Congress intentionally left out.

*2. "Eligibility Unit"*

Section 1611(c)(1)(B) clearly prohibits aliens (who are not qualified aliens) from accessing a wide array of HHS-provided benefits "for which payments or assistance are provided to an individual, household, or family eligibility unit[.]" The question is the meaning and function of "eligibility unit" in this provision.

To start, "eligibility unit" does not modify all items of the list. Rather, the term "family eligibility unit" is used in parallel to "household" elsewhere in the statute. *See* 8 U.S.C. 1631 (f)(1), (2) (discussing instances in which an abuser "resid[es] in the same household as the alien" and then stating that benefits are not available "for an alien during any period in which the individual responsible for such battery or cruelty resides in the same household or family eligibility unit as the individual"); see 8 U.S.C. 1641(c) (similar). This leads to a straightforward reading of the statute: benefits are subject to PRWORA if they go to an individual, a household, or a "family eligibility unit."

Even just looking to the phrase "eligibility unit" itself, in the benefits context, "family eligibility unit" just means the "unit" by which "eligibility" is assessed. *Cf. Mitchell* v. *Lipscomb,* 851 F.2d 734 (4th Cir. 1988) (discussing "filing unit" in context of Medicaid eligibility determination). Subparagraph (c)(1)(B) does not otherwise dictate what criteria must enter into the "eligibility" assessment in order for the "payments or assistance" to be within the definition of "Federal public benefit." Under a plain-meaning approach, "eligibility" simply means "the quality or state of being eligible: fitness or suitability to be chosen, selected, or allowed to do something." [1] Depending

on the program, eligibility can turn on the income level or age of the relevant "unit." *See* 63 FR at 41659. But it can also turn on the fact that the "unit" has a "particular physical condition[]" or is a certain "gender." *Contra id.*

Thus, the Department believes the proper interpretation of subparagraph (c)(1)(B) is as follows: the listed benefits, including "other similar benefit[s]," are "Federal public benefit[s]" as long as they are provided on either a per-individual, per-household, or per-"family eligibility unit" basis.

The 1998 Notice gave greater significance to "eligibility unit" than that text can bear. The notice interpreted subparagraph (c)(1)(B) to include only "benefits that are (1) provided to an individual, household, or family, *and* (2) the individual, household, or family must, as a condition of receipt, meet specified criteria (*e.g.,* a specified income level or residency) in order to be conferred the benefit[.]" 63 FR at 41659 (emphasis added). As to the second criterion, the 1998 Notice added: "in order for a program to be determined to provide benefits to 'eligibility units' the authorizing statute must be interpreted to mandate ineligibility for individuals, households, or families that do not meet certain criteria, such as a specified income level or a specified age." *Id.*

The first flaw of the 1998 Notice is that it assumes that "eligibility unit" modifies "individual" and "household." It is not clear whether the phrase "eligibility unit" applies to all three items in the list ("individual," "household," and "family") or to just "family." At a minimum, it strains the English language to conceive of an "individual[ ]eligibility unit." That notion would commonly be expressed as "eligible individual," but Congress did not say "eligible individual" in subparagraph (c)(1)(B). As explained above, recognizing that "family eligibility unit" is a discrete phrase (parallel to "individual" and "household") avoids having to resolve the textual question of the difference between "individual" and "individual eligibility unit." The Department is unaware of any statute or HHS program that uses the term "individual eligibility unit" in this sense. The Department seeks comment on the application of "eligibility unit" in other federal programs at HHS or similar contexts. In the interpretation that the Department now sets forth, the question is largely

---

[1] *Merriam-Webster.com Dictionary,* Merriam-Webster, *https://www.merriam-webster.com/dictionary/eligibility.* (Accessed 15 Apr. 2025). This is also consistent with HHS regulations: *e.g.* CFR 431.804 "*Eligibility* means meeting the State's categorical and financial criteria for receipt of benefits under the Medicaid or CHIP programs." *See also:* 2 CFR 200.203, "The statutory, regulatory

or other eligibility factors or considerations that determine the applicant's qualification for Federal awards under the program (*e.g.,* type of non-Federal entity)."

academic as to whether "eligibility unit" applies to "individual" and "household." But under the 1998 Notice's approach, the question becomes much more important, because "eligibility unit" bears significant weight in the analysis. Yet, the 1998 Notice elides this question, simply assuming without explanation that "eligibility unit" applies across the list despite its likely inapplicability to the term "individual."

Even if the phrase does apply to all three items, it is not clear whether the word "eligibility" supplies any significant constraint in this context. Of course, the Department is mindful of the canon against superfluity. *See Microsoft* v. *i4i Ltd,* 564 U.S. 91, 106 (2011). But as explained above, in the context of benefit programs, a reference to "eligibility unit" can simply mean the categorization of discrete end-recipients of the "payments or assistance"—that is, the statute recognizes that some benefits are allocated on an individual basis, some on a household basis, and some on a family basis, and "eligibility" is assessed vis-à-vis those "unit[s]." The statute does not otherwise place special weight on the word "eligib[le]." *See also* Dep't of Justice, "Verification of Eligibility for Public Benefits," 63 FR 41662, 41664–65 ("if an agency provides an unemployment benefit to an individual using federally appropriated funds, the definition is satisfied"; no discussion of "eligibility unit" or additional "eligibility" criteria). This understanding makes particular sense in the PRWORA context. One purpose of PRWORA is to limit aliens' access to public benefits, and if the end-recipient of the benefit is something larger than a household or family (for example, the multi-unit buildings referenced in the 1998 Notice, 63 FR at 41660), it makes little sense to talk about an assessment of immigration status.

In addition, the 1998 Notice's approach is unmoored from the statutory text and invites arbitrary application. Assume for the sake of discussion that "eligibility unit" modifies the entire list. And assume further that the term "eligibility" means a "Federal public benefit" must employ some sort of criteria that excludes certain individuals, household, or families, but not others. The 1998 Notice goes further: those criteria must be in "the authorizing statute" of the benefit program and those criteria must be of some special type. It is not enough if the entire benefit program is structured "to meet the needs of certain populations"; rather, the criteria must be such that "providers use variations in individual characteristics as a basis for

determining eligibility, on a case-by-case basis." 63 FR at 41659–60.

None of the Notice's line-drawing about the right type of criteria is grounded in the statutory text. That is enough to reject it. And the 1998 Notice's own example demonstrates the fallacy of its reasoning. The Notice points to a grant for "children or pregnant women." *Id.* Obviously, a man is not an eligible individual for a grant program that provides benefits to pregnant women. Put another way, "as a condition of receipt" of the benefit, he must "meet specified criteria," and he fails to do so. *Id.* at 41659. So, the situation would seem to meet the test articulated by the 1998 Notice. But the notice convolutedly reasons that the "Maternal and Child Health program" is not a Federal public benefit because *this* criterion (being a pregnant woman, not a man) is somehow different from other criteria ("such as a specified income level or a specified age").

The 1998 Notice also points to the definition of "Federal benefit" in Section 561 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 (IIRIRA). 63 FR at 41659. The caption of that section is "Increased maximum criminal penalties for forging or counterfeiting seal of a federal department or agency to facilitate benefit fraud by an unlawful alien." That is, the entire statutory provision, 18 U.S.C. 506, is about criminal liability for a person who commits certain acts of forgery (or related acts). In defining "Federal benefit" in that context, there is no need to refer to "eligibility unit"— the statute contemplates a person committing a criminal act to "facilitate[e] an alien's application for, or receipt of, a Federal benefit." 18 U.S.C. 506(b). Any inference that might be drawn for supporting a narrow interpretation of PRWORA is insufficient to overcome the plain meaning of the text of 8 U.S.C. 1611, especially in light of the explicit purpose of PRWORA set forth in § 1601.

By eliminating this arbitrary line-drawing around what constitutes an appropriate "eligibility" criterion, HHS's new interpretation will no longer raise a question about what to do with programs that, as the 1998 Notice describes, "provide a mixture of services, some of which are provided to . . . communities or specified sectors of the population." 63 FR at 41660. That question was a consequence of the 1998 Notice's convoluted approach to subparagraph (c)(1)(B), in which certain eligibility criteria (such as income limits) counted, but others did not (such as geographic limits). And it led to yet more analysis that was far removed from

the statutory text. *See id.* (creating a "preponderance" test to determine whether an HHS program is a "Federal public benefit"). Now, if an HHS program provides a benefit that falls within the categories set forth in the first half of subparagraph (c)(1)(B), and it does so on a per-individual, per-household, or per-family basis, it will be a "Federal public benefit." That is true whether the "eligibility" of the relevant "unit" turns on being part of a specific "communit[y]," part of a "specified sector of the population," having a "specified income level," being a "specified age," etc. *See* 63 FR at 41659–60.

Further, the 1998 Notice imposes a requirement that the limits on eligibility to individuals, household, or family be in the statutory text. There is no statutory basis for requiring that the description of eligibility be in statute. At least one court has found the 1998 Notice misinterprets the statute. "HHS's reasoning is not persuasive . . . Not only did HHS fail to explain why a benefit program's status should turn on whether Congress explicitly laid out the eligibility criteria in the statutory text, but HHS's approach would result in a large number of benefit programs falling outside PRWORA's reach, which would run counter to Congress's intent in enacting PRWORA." *Poder in Action* v. *City of Phoenix,* 481 F. Supp. 3d 962, 974 (D. Ariz. 2020). That court found that the program at issue in that case (the Coronavirus Relief Fund) was likely a "Federal public benefit" because it "provide[d] benefits on a household basis." *Id.* at 974.

The straightforward reasoning applied by that court, supported by the plain meaning of the statutory text, is consistent with the approach the HHS will take in determining whether an HHS program is a "Federal public benefit" and applying the prohibition in § 1611(a).

*3. "Any Other Similar Benefit"*

Subparagraph (c)(1)(B) lists a wide range of benefits that fall within the definition of "Federal public benefit," and supplements those specific examples with a catch-all phrase: "any other similar benefit." HHS programs may provide an "other similar benefit" even if they do not directly fall within the enumerated, specific items of the list. Indeed, that is the point of a catch-all phrase. *Republic of Iraq* v. *Beaty,* 556 U.S. 848, 860 (2009) ("[T]he whole value of a generally phrased residual clause, like the one used in the second proviso, is that it serves as a catchall for matters not specifically contemplated—known unknowns[.]"); *Cf. Uriostegui* v.

HHS-PRWORA_000004

*Ala. Crime Victims Compensation Comm'n,* 2010 WL 11613802, at *15 (N.D. Ala. Nov. 16, 2010) (rejecting attempts to distinguish crime victim compensation program from the other benefits listed in (c)(1)(B): "The categories of benefits listed in § 1611(c)(1)(B) are quite broad in their variety[.]"), *report and recommendation adopted,* 2011 WL 13285298 (N.D. Ala. Jan. 12, 2011).

The 1998 Notice acknowledged that "the litany of categories in 401(c)(1)(B) is broad." But the notice only engaged with this statutory language apophatically, providing a single example of what is *not* included in the specific terms, while ignoring the catch-all phrase. *See* 63 FR at 41659. It is true that an HHS program that deals with non-postsecondary education (such as Head Start) would not fall within the statutory term "postsecondary education . . . benefit." *Id.* But such program *would* fall within the statutory term if it is "similar" to another "benefit" explicitly listed in the statutory text. At the very least, the 1998 Notice wholly fails to explain why a program like Head Start would not fall within the term "other similar benefit." HHS believes Head Start is similar to a welfare benefit and will explain further below.

The Department announces that it will interpret the phrase "any other similar benefit" in line with plain meaning: any other benefit that is "alike in substance or essentials" to or that "[has] characteristics in common"[2] with "retirement, welfare, health, disability, public or assisted housing, postsecondary education, food assistance, [or] unemployment benefit[s]." 8 U.S.C. 1611(c)(1)(B). *See also United States* v. *Raynor,* 302 U.S. 540, 547 (1938) ("Similarity is not identity, but resemblance between different things."). This approach is fully consistent with the canon of *ejusdem generis:* "Where general words follow specific words in a statutory enumeration, the general words are usually construed to embrace" "objects *similar in nature* to those objects enumerated by the preceding specific words." *Yates* v. *United States,* 574 U.S. 528, 545 (2015) (alterations omitted, emphasis added).

The application of this interpretation to specific HHS programs is informed by PRWORA's statement of purpose, which emphasizes that Congress intended to reach a broad range of benefit programs in order to ensure that "aliens within

the Nation's borders not depend on public resources to meet their needs, but rather rely on their own capabilities and the resources of their families, their sponsors, and private organizations" and to ensure that "the availability of public benefits not constitute an incentive for immigration to the United States." 8 U.S.C. 1601(2). HHS's interpretation of subparagraph (c)(1)(B) will also be informed by the recognition that Congress enacted this provision to apply across the multifarious operations of the federal government—that is, HHS will not overread into the fact that Congress provided certain examples to underscore the breadth of subparagraph (c)(1)(B) in order to improperly exclude programs that properly fall within the plain meaning of subparagraph (c)(1)(B).

Based on this interpretation, the Department believes that Head Start is a "similar benefit" to a welfare benefit. While the term "welfare" is not defined in PRWORA, it can be given a fair reading in its plain meaning and agency usage. The broad sweep of "welfare" described in the preamble in section 400 of PRWORA, (8 U.S.C. 1601) supports a broad reading of "welfare" and any "similar benefit", as do other laws enacted around the same time. The Welfare Indicators Act of 1994 (Pub. L. 103–432) directs the HHS Secretary to publish an annual report on welfare dependency. The law states it should "include analysis of families and individuals receiving assistance under means-tested benefit programs, including the program of aid to families with dependent children under part A of title IV of the Social Security Act (42 U.S.C. 601 *et seq.*), the food stamp program under the Food Stamp Act of 1977 (7 U.S.C. 2011 *et seq.*), and the Supplemental Security Income program under title XVI of the Social Security Act (42 U.S.C. 1381 *et seq.*), or as general assistance under programs administered by State and local governments."[3] The purpose of this report is to address questions concerning the extent to which American families depend on income from welfare programs. The Administration for Children and Families also defines "welfare" specifically in the context of services that help children: "Child welfare is a continuum of services designed to ensure that children are safe and that families have the necessary support to care for their children successfully."[4] The Head Start Program is, at minimum,

a similar program to the aforementioned welfare programs, which also provide means-tested assistance to families and individuals.

While Head Start provides for school readiness, it also provides low-income children and their families with "health, educational, nutritional, and social and other services, that are determined based on family needs assessment, to be necessary."[5] Further, it may serve as child care for parents of young children. These benefits provided by the Head Start program are "similar" to "welfare" benefits.

To the extent HHS has issued regulatory statements or guidance that suggest the Head Start program is not a "Federal public benefit" under subparagraph (c)(1)(B), those statements cannot stand in light of the plain meaning of PRWORA. This principle, of course, applies beyond the determination of whether the Head Start program is a "Federal public benefit"; it applies to the evaluation of any other program "provided by" by the Department or administered by the Department "by appropriated funds of the United States." 8 U.S.C. 1611(c)(1)(A), (B).

*4. Exemptions*

Section IV of the 1998 Notice, entitled "Exemptions," asserts that § 1611(b)(1) "excludes some HHS programs from the definition of 'Federal public benefits.'" 63 FR at 41660.

While it is true that § 1611(b)(1) excludes certain HHS programs from the ambit of § 1611(a), it is false that those programs are excluded from the definition of "Federal public benefit." In fact, the statute clearly says the opposite. Paragraph (b)(1) says "Subsection (a) shall not apply with respect to the following *Federal public benefits* . . . " (emphasis added). Thus, "Public health assistance . . . for immunizations with respect to immunizable diseases and for testing and treatment of symptoms of communicable diseases whether or not such symptoms are caused by a communicable disease," 8 U.S.C. 1611(b)(1)(C), very much is a "Federal public benefit." *Contra* 63 FR at 41660. Whether it is subject to § 1611(a) is a separate question conceptually.

**III. HHS Programs**

Having set forth the correct interpretation of the definition of "Federal public benefit," HHS has determined that the list of HHS programs set forth in the 1998 HHS

---

[2] *Merriam-Webster.com Dictionary,* Merriam-Webster, *https://www.merriam-webster.com/dictionary/similar.* (Accessed 13 Apr. 2025).

[3] 42 U.S. Code § 1314a.

[4] "Child Welfare," Administration for Children and Families, accessed on July 7, 2025, *https://acf.gov/acf_issues/child_welfare.*

[5] 42 U.S.C. 9831. *See also* 42 U.S.C. 9833.

PRWORA Notice is incomplete and needs to be updated.

The 1998 Notice, 63 FR at 41660, identified the following HHS programs as providing "Federal public benefit[s]" and were not "otherwise excepted" from § 1611(a): (1) Adoption Assistance; (2) Administration on Developmental Disabilities (ADD)—State Developmental Disabilities Councils (direct services only); (3) ADD—Special Projects (direct services only); (4) ADD—University Affiliated Programs (clinical disability assessment services only); (5) Adult Programs/Payments to Territories; (6) Agency for Health Care Policy and Research Dissertation Grants; (7) Child Care and Development Fund; (8) Clinical Training Grant for Faculty Development in Alcohol & Drug Abuse; (9) Foster Care; (10) Health Profession Education and Training Assistance; (11) Independent Living Program; (12) Job Opportunities for Low Income Individuals (JOLI); (13) Low Income Home Energy Assistance Program (LIHEAP); (14) Medicare; (15) Medicaid (except assistance for an emergency medical condition); (16) Mental Health Clinical Training Grants; (17) Native Hawaiian Loan Program; (18) Refugee Cash Assistance; (19) Refugee Medical Assistance; (20) Refugee Preventive Health Services Program; (21) Refugee Social Services Formula Program; (22) Refugee Social Services Discretionary Program; (23) Refugee Targeted Assistance Formula Program; (24) Refugee Targeted Assistance Discretionary Program; (25) Refugee Unaccompanied Minors Program; (26) Refugee Voluntary Agency Matching Grant Program; (27) Repatriation Program; (28) Residential Energy Assistance Challenge Option (REACH); (29) Social Services Block Grant (SSBG); (30) State Child Health Insurance Program (CHIP); (31) Temporary Assistance for Needy Families (TANF).

Based on the interpretation of PRWORA set forth above, and based on intervening developments since the promulgation of the 1998 Notice, HHS now identifies the following additional HHS programs as providing "Federal public benefit[s]": (32) Title X Family Planning Program; (33) Head Start; (34) Title IV–E Educational and Training Voucher Program; (35) Community Services Block Grant (CSBG); (36) Health Center Program; (37) Substance Use Prevention, Treatment, and Recovery Services Block Grant; (38) Community Mental Health Services Block Grant; (39) Projects for Assistance in Transition from Homelessness Grant Program; (40) Certified Community Behavioral Health Clinics; (41) Mental Health and Substance Use Disorder Treatment, Prevention, and Recovery Support Services Programs administered by the Substance Abuse and Mental Health Services Administration not otherwise covered under (37)–(40), above; (42) Title IV–E Prevention Services Program; (43) Title IV–E Kinship Guardianship Assistance Program; (44) Health Workforce Programs not otherwise covered under "(10) Health Profession Education and Training Assistance", as described above (including grants, loans, scholarships, payments, and loan repayments).[6]

To be clear, the above list is not exhaustive. Any programs not listed in this notice or established after the date of this notice may still fall under the definition of Federal public benefit. Any additional programs determined to be Federal public benefits will be announced in program specific guidance.

## IV. Verification

The 1998 Notice, at various points, touched on the immigration-status verification requirements that PRWORA, as amended, attached to HHS programs. While verification requirements are related to a practical effectuation of the prohibition set forth in § 1611(a), they are conceptually distinct from a proper definition of "Federal public benefit." Thus, the Department is not formally revising the aspects of the 1998 Notice that touch on PROWRA's verification requirements at this time.

However, the Department notes important considerations for stakeholders to keep in mind. The American people, acting through their elected representatives in Congress and the President that they have elected to lead the Executive Branch, has made it clear that it is the policy of this country that persons' access to public benefits should turn on those persons' immigration status. In enacting PRWORA, "Congress ma[de] the following statements concerning national policy with respect to welfare and immigration": "It continues to be the immigration policy of the United States" that "aliens within the Nation's borders not depend on public resources to meet their needs, but rather rely on their own capabilities and the resources of their families, their sponsors, and private organizations," and that "the availability of public benefits not constitute an incentive for immigration to the United States." 8 U.S.C. 1601.

President Trump has similarly issued numerous Presidential actions that reflect the will of the American people that aliens should not burden our public benefits system and that our public benefits system should not serve as a magnet for illegal immigration. This Administration recognizes that it is "it is national policy that 'aliens within the Nation's borders not depend on public resources to meet their needs,' and that 'it is a compelling government interest to remove the incentive for illegal immigration provided by the availability of public benefits.'" Executive Order 14218, § 1, 90 FR 10581 (quoting PRWORA, alterations omitted). Thus, President Trump has emphasized that his Administration "will uphold the rule of law, defend against the waste of hard-earned taxpayer resources, and protect benefits for American citizens in need, including individuals with disabilities and veterans." Id. As President Trump has ordered, "The American people deserve a Federal Government that puts their interests first and a Government that understands its sacred obligation to prioritize the safety, security, and financial and economic well-being of Americans." Executive Order 14159, § 1, 90 FR 8443.

Even if PRWORA and related regulatory activity do not mandate an entity to conduct verification of the immigration status of a person applying for benefits, nothing in the statute prohibits such an entity from conducting verification. See 8 U.S.C. 1642. Pending further regulation and/or guidance on the situations in which verification is required, all entities that are part of HHS's administration of public benefits should pay heed to the clear expressions of national policy described above.

## V. Change in Position

To be clear, the Department hereby explicitly "display[s] awareness that it is changing position." F.C.C. v. Fox Television Stations, 556 U.S. 502, 515 (2009) (emphasis omitted). As explained above, the change in position from the 1998 Notice is necessary because the 1998 Notice incorrectly interprets

---

[6] Some programs have citizenship or immigration requirements independent of, or more extensive than, PRWORA. For example, The National Health Service Corps (NHSC) programs require beneficiaries to be U.S. citizens or nationals of the United States. See 42 U.S.C. 254l(b)(2) (requiring NHSC scholars to be "be eligible for, or hold, an appointment as a commissioned officer in the Regular or Reserve Corps of the Service or be eligible for selection for civilian service in the Corps." Also see 42 CFR 62.3(a)(3)–(4) The same requirements apply to the NHSC Loan Repayment Program. See 42 U.S.C. 254l–1(b)(2); 42 CFR 62.24(a)(2). In general, under 5 CFR 7.3(a), civilian employees of the United States appointed through the competitive process are required to be a "citizen or national of the United States," and Comm. Corps officers are required to be U.S. citizens under 42 U.S.C. 204(a)(2) ("All commissioned officers shall be citizens of the United States . . . .").

HHS-PRWORA_000006

PRWORA's plain meaning of the statute's text in multiple ways. The Department's new position is consistent with the plain meaning of the statute's text.

Some may argue that there are reliance interests that are affected by the Department's change in position. Some may argue that the Department's new position will negatively impact public health. However strong these hypothetical policy arguments may be, the Department has no power to override Congress's will, expressed in the clear statutory text of PROWRA. *See Loper Bright Enters.* v. *Raimondo,* 603 U.S. 369, 400 (2024) ("In the business of statutory interpretation, if [an agency's interpretation of a statute] is not the best, it is not permissible."). The Department anticipates that numerous unqualified aliens will no longer receive benefits under Federally funded programs due to this notice. This is a necessary result of the Department's obligation to comply with the law. It is also necessary to remedy the corresponding harm of the denial of limited benefits to those U.S. citizens and qualified aliens who otherwise would receive benefits to which they are entitled, but for them being provided to unqualified aliens. In addition, HHS is concerned that the provision of Federal public benefits to unqualified aliens incentivizes increased illegal immigration, compounding the problem over time, of unqualified aliens increasingly unlawfully drawing down and crowding out benefits reserved for U.S. citizens and qualified aliens.

## V. Comment Period and Effective Date

Although HHS is soliciting public comment on this interpretation, it is necessary to apply this interpretation to HHS programs immediately, prior to receipt and consideration of any comments. Any delay would be contrary to the public interest and fail to address the ongoing emergency at the Southern Border of the United States.

During the prior administration, the numbers of illegal aliens who entered the United States reached dangerous levels, threatened the safety and wellbeing of the American people, and strained Federal and State resources.[7] On January 20, 2025, President Trump declared a national emergency at the Southern Border of the United States. Additional delay to correct the deficiencies of the 1998 Notice would

fail to remove incentives to illegal immigration that are exacerbating the invasion at the Southern Border.

Additional delay will also cause unnecessary or incorrect administrative actions by agencies or entities that administer our programs, resulting ultimately in the denial of critical benefits and services to U.S. citizens and qualified aliens who, according to the interpretation in this notice, are otherwise eligible. In sum, although we are providing a 30-day period for public comment, as indicated at the beginning of this notice, this interpretation is effective immediately. Post-promulgation notice-and-comment and immediate effectiveness are consistent with the Administrative Procedure Act, pursuant to 5 U.S.C. 553(b)(A) and (d)(2).

## VI. Economic Impact

### 1. Introduction

We have examined the impacts of the notice under Executive Order 12866, Executive Order 13563, Executive Order 14192, the Regulatory Flexibility Act (5 U.S.C. 601–612), the Congressional Review Act/Small Business Regulatory Enforcement Fairness Act of 1996 (5 U.S.C. 801, Pub. L. 104–121), and the Unfunded Mandates Reform Act of 1995 (Pub. L. 104–4).

Executive Orders 12866 and 13563 direct us to assess all benefits and costs of available regulatory alternatives and, when regulation is necessary, to select regulatory approaches that maximize net benefits. Regulatory actions are "economically significant" under section 3(f)(1) Executive Order 12866 if they "have an annual effect on the economy of $100 million or more; or adversely affect in a material way the economy, a sector of the economy, productivity, competition, jobs, the environment, public health or safety, or State, local, or tribal governments or communities." Executive Order 14192 requires that any new incremental costs associated with significant new regulations "shall, to the extent permitted by law, be offset by the elimination of existing costs associated with at least ten prior regulations." This notice addresses alien eligibility for public benefits, and thus is expressly exempt from the requirements of Executive Order 14192 as a regulatory action related to an immigration-related function of the United States. The analysis indicates, and the Office of Information and Regulatory Affairs (OIRA) has determined, that this notice is an economically significant regulatory action under section 3(f)(1) Executive Order 12866.

Because this notice may result in an annual effect on the economy of $100 million or more or meet other criteria specified in the Congressional Review Act/Small Business Regulatory Enforcement Fairness Act of 1996, OIRA has determined that this notice falls within the scope of 5 U.S.C. 804(2).

The Regulatory Flexibility Act requires Agencies to analyze regulatory options that would minimize any significant impact of a rule on small entities. Because the incremental costs of verification are about 0.1% of the average annual expenditures per enrollee, we certify that the notice will not have a significant economic impact on a substantial number of small entities. This analysis, as well as other sections in this document and the notice, serves as the Final Regulatory Flexibility Analysis, as required under the Regulatory Flexibility Act.

The Unfunded Mandates Reform Act of 1995 (UMRA) generally requires that each agency conduct a cost-benefit analysis; identify and consider a reasonable number of regulatory alternatives; and select the least costly, most cost-effective, or least burdensome alternative that achieves the objectives of the rule before promulgating any proposed or final rule that includes a Federal mandate that may result in expenditures of more than $100 million (adjusted for inflation) in at least one year by State, local, and tribal governments, in the aggregate, or by the private sector. Each agency issuing a rule with relevant effects over that threshold must also seek input from State, local, and tribal governments. The current threshold after adjustment for inflation using the Implicit Price Deflator for the Gross Domestic Product is $187 million, reported in 2024 dollars. UMRA only applies in situations where an agency engages in notice-and-comment rulemaking. It does not apply to this notice.

### A. Overview of Economic Impacts

This notice updates and corrects our interpretation of the term "Federal public benefit." We anticipate that the notice will lead to a reduction in improper expenditures of taxpayer resources on Federal public benefits for unqualified aliens and a corresponding increase in benefits for U.S. citizens and qualified aliens. We present a partial benefit-cost analysis of the notice—for some effects, focusing on the impacts of one program as an illustrative case of the full potential economic impacts. For the Head Start program, we report a primary estimate of $374 million in annual effects representing incremental expenditures on U.S. citizens and

---

[7] "Crisis by Design," A Comprehensive Look at the Biden-Harris Administration's Unprecedented Border Crisis, House Committee on Homeland Security Majority Report, September 18, 2024, *homeland.house.gov/wp-content/uploads/2024/09/September-2024-Border-Report.pdf.*

qualified aliens. We report a full range of estimated expenditure effects between $184 million and $1,881 million, capturing uncertainty in the baseline share of program beneficiaries who are U.S. citizens and qualified aliens. We anticipate that these expenditure effects will result in improved services and access for U.S. citizens and qualified aliens. For these effects to occur, we estimate corresponding annual costs of $21 million in the opportunity cost of time spent by individuals seeking benefits to document eligibility and time spent by individuals reviewing program eligibility, and additional transition costs for the Head Start program associated with revising standard operating procedures. A broader scope of analysis would report additional expenditure effects and costs associated with other programs covered by the notice. In a supplementary analysis, we estimate a range of potential upfront transition costs associated with revising standard operating procedures (not limited to Head Start) between $115 million to $175 million. We request comment on our estimates of benefits, costs, and transfers of this notice. We have developed a Final Economic Analysis of Impacts that assesses the impacts of this notice. The full final analysis of economic impacts is available in the docket at *regulations.gov* under Docket ID. AHRQ–2025–0002.

**Robert F. Kennedy, Jr.,**
*Secretary, Department of Health and Human Services.*
[FR Doc. 2025–13118 Filed 7–10–25; 4:15 pm]
**BILLING CODE 4150–28–P**

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

### National Institutes of Health

### National Institute of Environmental Health Sciences; Notice of Meeting

Pursuant to section 10(a) of the Federal Advisory Committee Act, as amended, notice is hereby given of a meeting of the Scientific Advisory Committee on Alternative Toxicological Methods (SACATM).

SACATM is a federally chartered external advisory group of scientists from the public and private sectors, including representatives of regulated industry and national animal protection organizations. SACATM advises the Interagency Coordinating Committee on the Validation of Alternative Methods (ICCVAM), the National Toxicology Program (NTP) Interagency Center for the Evaluation of Alternative Toxicological Methods (NICEATM), and the Director of the National Institute of Environmental Health Sciences (NIEHS) and NTP regarding statutorily mandated duties of ICCVAM and activities of NICEATM.

This meeting will be held as a virtual meeting and open to the public. Individuals who plan to view the virtual meeting and need special assistance, such as sign language interpretation or other reasonable accommodations, should notify the Contact Person listed below. TTY users should contact the Federal TTY Relay Service at 800–877–8339 or 711 for TTY Relay Service. All requests should be made at least five business days in advance of the meeting.

Meeting is being amended to reflect updated TTY Relay Service phone number.

*Name of Committee:* Scientific Advisory Committee on Alternative Toxicological Methods (SACATM).

*Date:* September 11–12, 2025.

Registration is required to attend to view the webcast, and/or present oral comments. Written public comments will be accepted. Information about the meeting, registration, and how to submit public comments are available at *https://ntp.niehs.nih.gov/go/32822.*

*Time:* 10:00 a.m. to approximately 3:15 p.m. Eastern Time (each meeting day).

*Agenda:* The preliminary agenda, registration, and other meeting materials will be available at *https://ntp.niehs.nih.gov/go/32822.*

*Address:* NIEHS, Research Triangle Park, NC 27709 (Virtual Meeting).

*Meeting Format:* Virtual Meeting.

*Contact Person:* Mary S. Wolfe, Ph.D., Director, Office of Policy, Review, and Outreach, Division of Translational Toxicology, National Institute of Environmental Health Science, National Institutes of Health, P.O. Box 12233, MD A3–01, 111 T.W. Alexander Dr., Research Park Triangle, NC 27709, *wolfe@niehs.nih.gov.*

Any member of the public interested in presenting oral comments may register at *https://ntp.niehs.nih.gov/go/32822.* Each public comment period allows for five oral commenters. Only one representative of an organization may be allowed to present oral comments per comment period and if accepted by the committee, presentations are limited to five minutes. Registration is on a first-come, first-served basis. If the maximum number of commenters per comment period is exceeded, individuals registering to submit an oral comment will be placed on a wait list and notified should an opening become available.

In addition, any interested person may file written comments with the committee. Information on submitting written comment is available at *https://ntp.niehs.nih.gov/go/32822.*

Responses to this notice are voluntary. No proprietary, classified, confidential, or sensitive information should be included in statements submitted in response to this notice or presented during the meeting. This request for input is for planning purposes only and is not a solicitation for applications or an obligation on the part of the U.S. Government to provide support for any ideas identified in response to the request. Please note that the U.S. Government will not pay for the preparation of any information submitted or for its use of that information.

Additional information about SACATM, including link to the charter, roster, and records of past meetings, can be found at *https://ntp.niehs.nih.gov/go/advisory.*

Dated: July 9, 2025.

**Bruce A. George,**
*Program Analyst, Office of Federal Advisory Committee Policy.*
[FR Doc. 2025–13051 Filed 7–11–25; 8:45 am]
**BILLING CODE 4140–01–P**

## DEPARTMENT OF THE INTERIOR

### Fish and Wildlife Service

[FWS–R7–ES–2024–N073;
FXES11130700000–256–FF07C00000]

### Endangered and Threatened Wildlife and Plants; Initiation of 5-Year Status Reviews for the Short-Tailed Albatross (*Phoebastria albatrus*) and the Wood Bison (*Bison bison athabascae*)

**AGENCY:** Fish and Wildlife Service, Interior.

**ACTION:** Notice of initiation of reviews; request for information.

**SUMMARY:** We, the U.S. Fish and Wildlife Service, are initiating 5-year status reviews under the Endangered Species Act for the short-tailed albatross and the wood bison. A 5-year status review is based on the best scientific and commercial data available at the time of the review; therefore, we are requesting submission of any new information on these species that has become available since the last reviews.

**DATES:** To ensure consideration of your information in our reviews, we must receive your comments or information on or before September 12, 2025. However, we will accept new information about the species at any time.

**ADDRESSES:** For short-tailed albatross, please submit your information by one of the following methods:

• *Email: jennifer_j_spegon@fws.gov;* or

• *U.S. mail or hand delivery:* U.S. Fish and Wildlife Service, Attention: Jennifer Spegon, Southern Alaska Fish and Wildlife Field Office, 4700 BLM Road, Anchorage, AK 99507.

HHS-PRWORA_000008

**41658**  Federal Register / Vol. 63, No. 14 / Tuesday, August 4, 1998 / Notices

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

### Office of the Secretary

### Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA); Interpretation of "Federal Public Benefit"

**AGENCY:** Office of the Secretary, HHS.

**ACTION:** Notice with comment period.

**SUMMARY:** This notice with comment period interprets the term "Federal public benefit" as used in Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA), Pub. L. 104–193, and identifies the HHS programs that provide such benefits under this interpretation. According to section 401 of PRWORA, aliens who are not "qualified aliens" are not eligible for any "Federal public benefit," unless the "Federal public benefit" falls within a specified exception. A "Federal public benefit" includes "any grant, contract, loan, professional license, or commercial license" provided to an individual, and also "any retirement, welfare, health, disability, public or assisted housing, postsecondary education, food assistance, unemployment benefit, or any other similar benefit for which payments or assistance are provided to an individual, household, or family eligibility unit." Under section 432, providers of a non-exempt "Federal public benefit" must verify that a person applying for the benefit is a qualified alien and is eligible to receive the benefit.

The HHS programs that provide "Federal public benefits" and are not otherwise excluded from the definition by the exceptions provided in section 401(b) are:

Adoption Assistance
Administration on Developmental Disabilities (ADD)—State Developmental Disabilities Councils (direct services only)
ADD—Special Projects (direct services only)
ADD—University Affiliated Programs (clinical disability assessment services only)
Adult Programs/Payments to Territories
Agency for Health Care Policy and Research Dissertation Grants
Child Care and Development Fund
Clinical Training Grant for Faculty Development in Alcohol & Drug Abuse
Foster Care
Health Profession Education and Training Assistance
Independent Living Program
Job Opportunities for Low Income Individuals (JOLI)
Low Income Home Energy Assistance Program (LIHEAP)
Medicare

Medicaid (except assistance for an emergency medical condition)
Mental Health Clinical Training Grants
Native Hawaiian Loan Program
Refugee Cash Assistance
Refugee Medical Assistance
Refugee Preventive Health Services Program
Refugee Social Services Formula Program
Refugee Social Services Discretionary Program
Refugee Targeted Assistance Formula Program
Refugee Targeted Assistance Discretionary Program
Refugee Unaccompanied Minors Program
Refugee Voluntary Agency Matching Grant Program
Repatriation Program
Residential Energy Assistance Challenge Option (REACH)
Social Services Block Grant (SSBG)
State Child Health Insurance Program (CHIP)
Temporary Assistance for Needy Families (TANF)

While all of these programs provide "Federal public benefits" this does not mean that all benefits or services provided under these programs are "Federal public benefits." As discussed in sections II and III below, some benefits or services under these programs may not be provided to an "individual, household, or family eligibility unit" and, therefore, do not constitute "Federal public benefits" as defined by PRWORA.

**DATES:** Effective Date: This notice is effective on August 4, 1998.

**COMMENT PERIOD:** Written comments will be considered if we receive them at the appropriate address, as provided in the **ADDRESSES** section below, no later than 5 p.m. on October 5, 1998.

**ADDRESSES:** Mail comments (1 original and 3 copies) to the following address: Division of Economic Support for Families, Office of the Assistant Secretary for Planning and Evaluation, Department of Health and Human Services, Room 404E, 200 Independence Ave., SW, Washington, DC 20201, Attention: Colleen Curtin Rathgeb.

**FOR FURTHER INFORMATION CONTACT:** Colleen Curtin Rathgeb, (202) 401–6639.

Copies of comments may be inspected at the above address. Inquiries regarding how a particular program is affected by this notice should be submitted to DHHS program staff responsible for managing the program at either the appropriate Regional Office, or Headquarters in Washington, D.C. The above contact should be used only to submit general comments regarding the policy interpretation contained in this notice.

**SUPPLEMENTARY INFORMATION:**

### I. Background

Section 401 of PRWORA provides that an alien who is not a qualified alien, as defined in section 431 of PRWORA, is not eligible, with certain specified exceptions, for any "Federal public benefit." PRWORA, as amended by section 501 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 (IIRIRA), Pub. L 104–208, and by sections 5302 and 5571 of the Balanced Budget Act of 1997, Pub. L 105–33, defines "qualified alien" as an alien who, at the time the alien applies for, receives or attempts to receive a public benefit, is (1) an alien lawfully admitted for permanent residence under the Immigration and Nationality Act (the "Act"); (2) an alien granted asylum under Section 208 of the Act; (3) a refugee admitted to the United States under Section 207 of the Act; (4) an alien paroled into the United States under Section 212(d)(5) of the Act for a period of at least one year; (5) an alien whose deportation is being withheld under Section 243(h) of the Act as in effect prior to April 1, 1997, or whose removal is being withheld under Section 241(b)(3) of the Act; (6) an alien granted conditional entry under Section 203(a)(7) of the Act as in effect prior to April 1, 1980; (7) an alien who is a Cuban Haitian entrant as defined in Section 501(e) of the Refugee Education Assistance Act of 1980; or (8) an alien who (or whose child or parent) has been battered or subjected to extreme cruelty in the United States and otherwise satisfies the requirements of 8 U.S.C. 1641(c).

Section 401(c) of PRWORA defines "Federal public benefit" as: "(A) any grant, contract, loan, professional license or commercial license provided by an agency of the United States or by appropriated funds of the United States; and (B) any retirement, welfare, health, disability, public or assisted housing, postsecondary education, food assistance, unemployment benefit, or any other similar benefit for which payments or assistance are provided to an individual, household, or family eligibility unit by an agency of the United States or by appropriated funds of the United States." Section 432 of PRWORA as amended by section 504 of IIRIRA and section 5572 of the Balanced Budget Act of 1997, further requires that certain providers of "Federal public benefits" verify the citizenship or immigration status of an individual applying for a "Federal public benefit" for purposes of establishing eligibility unless the benefit falls within a specific exemption.

HHS-PRWORA_000009

Although section 401(b) of PRWORA identifies specific types of benefits and services that are explicitly exempted from these new requirements, PRWORA does not identify the specific benefits that are "Federal public benefits," and the definition in section 401(c), standing alone, does not provide sufficient guidance for benefit providers to make that determination. In order to facilitate compliance with the verification requirement in Section 432, the Department and other Federal agencies should interpret the term. (See the Department of Justice's "Proposed Rule on Verification of Eligibility for Public Benefits" published elsewhere in this issue of the **Federal Register** and "Interim Guidance on Verification of Citizenship, Qualified Alien Status and Eligibility Under Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996" 62 FR (November 17, 1997) pp. 61344–61416.)

## II. Interpretation

"Federal public benefits" that fall within Part A of the definition (i.e., "any grant, contract, loan, professional license, or commercial license provided by an agency of the United States or by appropriated funds of the United States") generally include agreements or arrangements between Federally funded programs and individuals, such as research grants, student loans, or patent licenses. For example, the Native Hawaiian Loan Program and the Repatriation Program are "Federal public benefits" because, as loan programs, they meet the statutory definition's criteria under Part A. Similarly, the term "grant" in Part A refers to financial awards to individuals; it does not include so-called "block grants" which are provided to states or localities, since that would give the word an entirely different meaning than the other terms in that Part. (This interpretation follows the traditional canon of statutory construction, *noscitur a sociis,* that provides that "words grouped in a list should be given related meaning." *Dole* v. *United Steelworkers of America,* 494 U.S. 26, 36 (1989) (*citing Massachusetts* v. *Morash,* 490 U.S. 107, 114–15 (1989) (*quoting Schreiber* v. *Burlington,* 472 U.S. 1, 8 (1985).)

If a benefit does not fall within Part A of the definition, it must be determined whether the benefit is a "Federal public benefit" under Part B: "any retirement, welfare, health, disability, public or assisted housing, postsecondary education, food assistance, unemployment benefit, or any other similar benefit for which payments or assistance are provided to an individual, household, or family eligibility unit by an agency of the United States or by appropriated funds of the United States."

To qualify as a "Federal public benefit" under Part B, a benefit must satisfy two conditions. First, the benefit must be one of those enumerated in section 401(c)(1)(B), that is, a "retirement, welfare, health, disability, public or assisted housing, postsecondary education, food assistance, [or] unemployment benefit," or be a "similar benefit." Second, a program's benefits or assistance must be provided to an "individual, household or family eligibility unit by an agency of the United States or by appropriated funds of the United States."

Although the litany of categories in 401(c)(1)(B) is broad, it is not comprehensive and clearly excludes certain categories from the definition. For example, by explicitly identifying "postsecondary education" the statute excludes non-postsecondary education programs, such as Head Start and elementary and secondary education.

With respect to the second condition, the phrase "individual, household, or family eligibility unit" is particularly ambiguous and requires clarification. At the outset we interpret the phrase to narrow the set of benefits that fall within Part B of the definition. This point is best illustrated by comparing "Federal public benefits" in PRWORA to the term "Federal benefit" in IIRIRA. Section 561 of IIRIRA contained a provision that increased criminal penalties for forging Federal documents in order to prevent the fraudulent receipt of "Federal benefits."

"Federal benefit" is defined in IIRIRA as: "(A) the issuance of any grant, contract, loan, professional license, or commercial license provided by an agency of the United States or by appropriated funds of the United States; and (B) any retirement, welfare, Social Security, health (including treatment of an emergency medical condition in accordance with section 1903(v) of the Social Security Act (19 USC 1396b(v)), disability, veterans, public housing, education, food stamps, or unemployment benefit, or any similar benefit for which payments or assistance are provided by an agency of the United States or by appropriated funds of the United States." IIRIRA's definition of "Federal benefit" is nearly the same as PRWORA's definition of "Federal public benefit" but with some significant differences. First, the definition of "Federal benefit" contained a more comprehensive list of benefits than that found in PRWORA's definition of "Federal public benefit."

Second, the "Federal benefit" definition *did not* include the phrase "individual, household, or family eligibility unit." The term "Federal public benefit," therefore, should be construed more narrowly than "Federal benefit." In addition, the PRWORA Conference Report contains language confirming the limiting effect of the phrase "individual, household, or family eligibility unit." In describing the application of the "Federal public benefit" definition to one particular program—Title I, Part A of the Elementary and Secondary Education Act (ESEA)—the conference report stated that it was "[t]he intent of the conferees" that it "not be affected by section 401 *because the benefit is not provided to an individual, household, or family eligibility unit.*" [H.R. Conference Report No. 104–725 at 380 (1996) (emphasis added)]. Given Congress' assessment that the benefits conferred under the ESEA are not provided to "individual, household, or family eligibility units," ESEA benefits are not "federal public benefits." In sum, these points confirm that Congress included the phrase "individual, household, or family eligibility unit" in the definition in order to limit those benefits that would not be available to non-qualified aliens.

We interpret the phrase "individual, household, or family eligibility unit" to refer to benefits that are (1) provided to an individual, household, or family, and (2) the individual, household, or family must, as a condition of receipt, meet specified criteria (e.g., a specified income level or residency) in order to be conferred the benefit, that is, they must be an "eligibility unit." Such benefits do not include benefits that are generally targeted to communities or specified sectors of the population (e.g., people with particular physical conditions, such as a disability or disease; gender; general age groups, such as youth or elderly). For example, in order for a program to be determined to provide benefits to "eligibility units" the authorizing statute must be interpreted to mandate ineligibility for individuals, households, or families that do not meet certain criteria, such as a specified income level or a specified age.

Many HHS programs are targeted to meet the needs of certain populations such as children or pregnant women. But unless the authorizing statutes require that the characteristics of these groups form the basis for denial of services or benefits, these are not benefits that go to "eligibility units." The authorizing statutes of these programs identify populations with specific characteristics to clarify the types of services that should be

HHS-PRWORA_000010

**41660**     Federal Register / Vol. 63, No. 14 / Tuesday, August 4, 1998 / Notices

provided; they do not contemplate that providers use variations in individual characteristics as a basis for determining eligibility, on a case by case basis. Therefore a benefit targeted to certain populations based on their characteristics, such as a benefit provided under the Maternal and Child Health program, which provides health services to women and children, is *not* a "Federal public benefit."

Some programs may provide a mixture of services, some of which are provided to "individual, household, or family eligibility units," and others that are provided to communities or specified sectors of the population. Programs that are primarily designed to target and provide services to communities should not be burdened with new verification procedures merely because they may include some services that flow more directly to the individual, household or family. Therefore, we have determined that a preponderance of a program's services must be provided to individual, household, or family eligibility units in order to be considered a "Federal public benefit" program under this Notice.

### III. HHS Programs

After a review of HHS programs, we have determined that the following programs provide "Federal public benefits," are not otherwise excepted from the eligibility restrictions imposed by 401(a) of PRWORA:

Adoption Assistance
Administration on Developmental
    Disabilities (ADD)—State Developmental
Disabilities Councils (direct services only)
ADD—Special Projects (direct services only)
ADD—University Affiliated Programs
    (clinical disability assessment services
    only)
Adult Programs/Payments to Territories
Agency for Health Care Policy and Research
    Dissertation Grants
Child Care and Development Fund
Clinical Training Grant for Faculty
    Development in Alcohol & Drug Abuse
Foster Care
Health Profession Education and Training
    Assistance
Independent Living Program
Job Opportunities for Low Income
    Individuals (JOLI)
Low Income Home Energy Assistance
    Program (LIHEAP)
Medicare
Medicaid (except assistance for an emergency
    medical condition)
Mental Health Clinical Training Grants
Native Hawaiian Loan Program
Refugee Cash Assistance
Refugee Medical Assistance
Refugee Preventive Health Services Program
Refugee Social Services Formula Program
Refugee Social Services Discretionary
    Program

Refugee Targeted Assistance Formula
    Program
Refugee Targeted Assistance Discretionary
    Program
Refugee Unaccompanied Minors Program
Refugee Voluntary Agency Matching Grant
    Program
Repatriation Program
Residential Energy Assistance Challenge
    Option (REACH)
Social Services Block Grant (SSBG)
State Child Health Insurance Program (CHIP)
Temporary Assistance for Needy Families
    (TANF)

This does not mean, however, that all benefits or services provided by these programs are "Federal public benefits" and require verification. For example, some states may provide LIHEAP funds for weatherization of multi-unit buildings. These funds would not be considered a "Federal public benefit" since the eligibility of individuals, households, or family units is not considered in determining whether such funds will be used to improve the building. Other programs that have been determined to provide "Federal public benefits" under this Notice should consult their Federal program administrators if it is believed that some of the program's services do not constitute "Federal public benefits."

Although SSBG does not have statutorily mandated eligibility criteria and therefore would not be included in our definition of "Federal public benefits" as explained in section III above, its inclusion in section 402 as a "federally designated program" for which States can determine the eligibility of qualified aliens suggests that the SSBG program be classified as providing "Federal public benefits." Otherwise, we would leave open the possibility of a state denying qualified aliens SSBG benefits or services while maintaining access to such benefits or services to non-qualified aliens.

Services or benefits that are wholly funded by state or local governments may be "state or local public benefit(s)" as defined in section 411(c) of PRWORA. However, services or benefits that are wholly or partially funded with HHS resources must comply with the interpretation provided in this Notice.

The Department of Justice issued a Notice, dated November 17, 1997, entitled "Interim Guidance on Verification of Citizenship, Qualified Alien Status and Eligibility Under Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996", at 62 *Fed Reg* 61344 (the "Interim Guidance") to assist affected providers in performing the verification procedures necessary to determine which aliens are "qualified aliens". Providers are encouraged to review that

guidance in order to understand the several important exemptions detailed there. These exemptions include those for: nonprofit charitable organizations; the provision of emergency medical care and certain other immunizations and treatments; the protection of certain battered aliens, and the provision of in-kind, community based services that are not contingent on income or resources and are necessary for the protection of life and safety. Further information regarding these exemptions is included below (section IV).

### IV. Exemptions

Congress created specific exemptions to the verification requirements. Therefore, in addition to the programs identified above, some HHS programs have eligibility requirements in statute but are otherwise specifically exempted under the provisions of section 401(b).

Section 401(b)(1)(C), exempts "public health assistance...for immunizations with respect to immunizable diseases and for testing and treatment of symptoms of communicable diseases whether or not such symptoms are caused by a communicable disease." This exemption, designed to protect public health, excludes some HHS programs from the definition of "Federal public benefits."

Services or assistance specified by the Attorney General that (i) deliver in-kind services at the community level; (ii) do not condition the provision of assistance, the amount of assistance provided, or the cost of assistance provided on the individual recipient's income or resources; and (iii) are necessary for the protection of life or safety are also exempted. The Attorney General published general guidance on August 30th, 1996 regarding which types of services and benefits meet these criteria at 61 FR 45985. We have reviewed our programs and have determined that a number of programs meet this criteria.

Section 432(d) of PRWORA (added by Section 508 of IIRIRA) exempts all providers that are nonprofit charitable organizations from these verification rules, even if they provide services or benefits funded by the HHS programs identified in this notice. Refer to the Department of Justice's Interim Guidance for more information on the applicability of these exemptions.

### V. Comment Period and Effective Date

Although HHS is soliciting public comment on this interpretation, we believe that it is necessary to apply this interpretation to HHS programs immediately, prior to receipt and consideration of any comments.

HHS-PRWORA_000011

PRWORA was enacted in August, 1996, and since that time HHS has received numerous inquiries regarding the application of the term "Federal public benefit." Additional delay will cause costly, unnecessary and/or incorrect administrative actions by agencies or entities that administer our programs. We also believe it is possible that due to confusion about the application of the term "Federal public benefit" people may have been denied critical benefits and services for which, under this interpretation, they are eligible. Without prompt issuance of this interpretation, state and local governments and other public and private benefit providers will remain confused over how to implement the requirements of Title IV of PRWORA. Finally, some states have indicated their intention to define the term "Federal public benefit" on their own if Federal guidance is not forthcoming soon. Independent interpretations by states will only compound the confusion on this issue since there is no certainty that each state will arrive at the same definition of the term. In sum, although we are providing a 60-day period for public comment, this interpretation is effective immediately.

## VI. Economic Impact

The Department has analyzed the costs and benefits of this notice to determine whether it has a substantial economic effect on the economy as a whole, on states, or on small entities. The purpose of this analysis was to identify less burdensome or more beneficial alternatives and thereby to influence the requirements imposed by the notice. This interpretation requires verification only for those activities within programs that have eligibility units defined by statutory eligibility criteria. Otherwise, a great deal of needless and costly verification might have been undertaken.

PRWORA creates major economic effects, a large portion of which results from changes in the law relating to immigrants' eligibility for Federal benefits. However, these effects are essentially due to other provisions of PRWORA, such as sections 402, 403 and 421, which alter the eligibility rules for certain mandatory spending programs and are largely in effect. This Notice provides clarifying guidance as to which HHS programs are subject to the existing PRWORA requirements regarding immigrants' eligibility for "Federal public benefits," thereby avoiding confusion among administering agencies, grantee agencies, benefit providers, and the public on the question of which programs must institute new eligibility and verification procedures. Therefore, the interpretation does not have an economic impact, and it does not affect the overall spending levels for any discretionary-funded HHS program. Nor does this interpretation create burdens or mandates on states or small entities.

As a result we have determined that this notice is not economically "significant" under Executive Order 12866's criterion of an economic effect of more than $100 million. For the same reason, it is not classified as a "major rule" for purposes of Congressional review under 5 U.S.C. § 801 et. seq., Subtitle E of the Small Business Regulatory Enforcement Fairness Act of 1996 (Pub. L. 104–121).

Dated: July 27, 1998.

**Donna E. Shalala,**

*Secretary.*

[FR Doc. 98–20491 Filed 8–3–98; 8:45 am]

**BILLING CODE 4140–04–P**

HHS-PRWORA_000012

No. 731–TA–652 (Review), may be closed to the public to prevent the disclosure of BPI.

By order of the Commission.

Issued: January 8, 2001.

**Donna R. Koehnke,**
*Secretary.*
[FR Doc. 01–1221 Filed 1–12–01; 8:45 am]
**BILLING CODE 7020–02–P**

---

## INTERNATIONAL TRADE COMMISSION

**[Inv. No. 337–TA–444]**

### In the Matter of Certain Semiconductor Light Emitting Devices, Components Thereof, and Products Containing Same; Notice of Investigation

**AGENCY:** U.S. International Trade Commission.

**ACTION:** Institution of investigation pursuant to 19 U.S.C. 1337.

---

**SUMMARY:** Notice is hereby given that a complaint was filed with the U.S. International Trade Commission on December 15, 2000, under section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. 1337, on behalf of Rohm, Inc., of Japan. A supplement to the Complaint was filed on January 4, 2001. The complaint, as supplemented, alleges violations of section 337 in the importation into the United States, the sale for importation, and the sale within the United States after importation of certain semiconductor light emitting devices, components thereof, and products containing same by reason of infringement of claims 1, 2, 4 and 6–45 of U.S. Letters Patent 6,084,899 and claims 1–5 and 9–23 of U.S. Letters Patent 6,115,399. The complaint further alleges that an industry in the United States exists and/or is in the process of being established as required by subsection (a)(2) of section 337.

The complainant requests that the Commission institute an investigation and, after the investigation, issue a permanent exclusion order and a permanent cease and desist order.

**ADDRESSES:** The complaint and supplement, except for any confidential information contained therein, are available for inspection during official business hours (8:45 a.m. to 5:15 p.m.) in the Office of the Secretary, U.S. International Trade Commission, 500 E Street, SW., Room 112, Washington, DC 20436, telephone 202–205–2000. Hearing impaired individuals are advised that information on this matter can be obtained by contacting the Commission's TDD terminal on 202–205–1810. Persons with mobility impairments who will need special assistance in gaining access to the Commission should contact the Office of the Secretary at 202–205–2000. General information concerning the Commission may be obtained by accessing its Internet server (*http://www.usitc.gov*).

**FOR FURTHER INFORMATION CONTACT:** Anne M. Goalwin, Esq., Office of Unfair Import Investigations, U.S. International Trade Commission, telephone 202–205–2574.

**Authority:** The authority for institution of this investigation is contained in section 337 of the Tariff Act of 1930, as amended, and in section 210.10 of the Commission's Rules of Practice and Procedure, 19 CFR § 210.10 (2000).

*Scope of Investigation:* Having considered the complaint, the U.S. International Trade Commission, on January 9, 2001, *Ordered That*—

(1) Pursuant to subsection (b) of section 337 of the Tariff Act of 1930, as amended, an investigation be instituted to determine whether there is a violation of subsection (a)(1)(B) of section 337 in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain semiconductor light emitting devices, components thereof, or products containing same by reason of infringement of claims 1, 2, 4, 6–44 or 45 of U.S. Letters Patent 6,084,899 or claims 1–5, 9–22 or 23 of U.S. Letters Patent 6,115,399, and whether an industry in the United States exists and/or is in the process of being established as required by subsection (a)(2) of section 337.

(2) For the purpose of the investigation so instituted, the following are hereby named as parties upon which this notice of investigation shall be served:

(a) The complainant is—

Rohm Co., Ltd., 21, Saiin Mizosaki-cho, Ukyo-ku, Kyoto, 615–8585, Japan

(b) The respondents are the following companies alleged to be in violation of section 337, and are the parties upon which the complaint is to be served:

Nichia Corporation, 491 Oka, Kaminaka-Cho, Anan, Tokushima, 774–8601, Japan

Nichia America Corporation, 3775 Hempland Road, Mountville, PA 17554

(c) Anne M. Goalwin, Esq., Office of Unfair Import Investigations, U.S. International Trade Commission, 500 E Street, S.W., Room 401–P, Washington, DC 20436, who shall be the Commission investigative attorney, party to this investigation; and

(3) For the investigation so instituted, the Honorable Sidney Harris is designated as the presiding administrative law judge.

Responses to the complaint and the notice of investigation must be submitted by the named respondents in accordance with section 210.13 of the Commission's Rules of Practice and Procedure, 19 CFR § 210.13. Pursuant to 19 CFR §§ 201.16(d) and 210.13(a), such responses will be considered by the Commission if received no later than 20 days after the date of service by the Commission of the complaint and the notice of investigation. Extensions of time for submitting responses to the complaint will not be granted unless good cause therefor is shown.

Failure of a respondent to file a timely response to each allegation in the complaint and in this notice may be deemed to constitute a waiver of the right to appear and contest the allegations of the complaint and to authorize the administrative law judge and the Commission, without further notice to that respondent, to find the facts to be as alleged in the complaint and this notice and to enter both an initial determination and a final determination containing such findings, and may result in the issuance of a limited exclusion order or a cease and desist order or both directed against that respondent.

Issued: January 10, 2001.

By order of the Commission.

**Donna R. Koehnke,**
*Secretary.*
[FR Doc. 01–1222 Filed 1–12–01; 8:45 am]
**BILLING CODE 7020–02–P**

---

## DEPARTMENT OF JUSTICE

**[A.G. Order No. 2353–2001]**

### Final Specification of Community Programs Necessary for Protection of Life or Safety Under Welfare Reform Legislation

**AGENCY:** Department of Justice.

**ACTION:** Notice of final order.

---

**SUMMARY:** This publication contains the final version of the Attorney General's Order that is issued pursuant to sections 401 and 411 of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996. The Order specifies the types of community programs, services, or assistance for which all aliens remain eligible. This publication also responds to comments submitted regarding the Order.

**DATES:** This Notice is effective January 16, 2001.

**FOR FURTHER INFORMATION CONTACT:** Jessica Rosenbaum, Office of Policy

Development, Department of Justice, 950 Pennsylvania Avenue, NW., Washington, DC 20530, telephone (202) 514–3737 for general information. For information regarding particular programs, contact the federal agency that administers the program.

**SUPPLEMENTARY INFORMATION:** On August 22, 1996, the President signed the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 ("Welfare Reform Act" or "the Act"). The Act, among other things, vests in the Attorney General the authority to specify certain types of community programs, services, or assistance for which all aliens remain eligible. Pursuant to the Act, the Attorney General issued an Order (AG Order No. 2049–96) ("the Order") implementing that authority, and making a "provisional specification" of such programs. The Order was published on August 30, 1996, at 61 FR 45985.

Under §§ 401 and 411 of the Act, aliens who are not "qualified aliens" (as defined in § 431 of the Act) are generally ineligible for federal, state, and local public benefits. However, there are a number of specified exceptions to those restrictions. Included in the list of statutory exceptions is a provision authorizing the Attorney General to identify programs, services, and assistance to which the Act's limitations on alien eligibility do not apply. Pursuant to §§ 401(b)(1)(D) and 411(b)(4), the Attorney General may specify only those types of programs, services, and assistance that meet all of the following three criteria: (1) Deliver in-kind services at the community level, including through public or private non-profit agencies; (2) do not condition the provision of assistance, the amount of assistance provided, or the cost of assistance provided on the individual recipient's income or resources; and (3) are necessary for the protection of life or safety. Any programs that are exempted under this provision of the Act must meet all three of the foregoing requirements. A program meeting only one or two of the criteria does not qualify for exemption under this section of the Act.

**Discussion of Comments**

On September 15, 1997, the Department published a notice requesting public comments on the Order (62 FR 48308). The comment period ended on November 14, 1997. The Department received 48 comments from a variety of sources including private, non-profit organizations, as well as city, state, and federal agencies. The Department also received four

comments on the Order in response to the Attorney General's notice of proposed rule-making: "Verification of Eligibility for Public Benefits," which was published on August 4, 1998 (63 FR 41662). In developing this final Order, the Department of Justice also relied on the input of other appropriate federal agencies and departments. All comments have been considered in preparing this final Order. Any significant changes are discussed below.

Many commenters seemed to believe that unless the Attorney General exempted their program, they would be required to verify citizenship or immigration status of all applicants. While that is certainly true in some cases, a service provider should not assume that it must verify citizenship or immigration status simply because its program or service is not exempted by this Order. Service providers and other interested parties should refer to benefit-granting agencies' interpretations of the term "federal public benefit" as used in the Act in order to determine whether their program is a federal public benefit and therefore subject to the alienage restrictions of the Act. See, for example, the Department of Health and Human Services notice of interpretation of federal public benefit, 63 FR 41658 (Aug. 4, 1998) (identifying which of their programs provide "federal public benefits" subject to PRWORA's limitations on alien eligibility. HHS advises that HHS programs not listed in the notice, such as Community Health Centers, and HHS programs under the Ryan White CARE Act and the Older Americans Act, do not meet the statutory definition of "federal public benefit" and therefore do not have to verify the citizenship or immigration status of applicants or recipients under PRWORA.).

In the past, the Department of Justice has deferred to other benefit-granting agencies' interpretations of whether their programs fall within certain definitions under the Welfare Reform Act. *See, e.g.*, Department of Justice, Verification of Eligibility for Public Benefits, 63 FR 41662, 41664 (1998) (to be codified at 8 CFR pt. 104) (proposed Aug. 4, 1998) (in establishing proposed regulatory definition of "federal public benefit," Immigration and Naturalization Service intends to give "all appropriate deference to benefit granting agencies' application of the definition to the programs they administer"); Department of Justice, Interim Guidance on Verification of Citizenship, Qualified Alien Status and Eligibility under Title IV of the Personal Responsibility and Work Opportunity

Reconciliation Act of 1996, 62 FR 61344, 61361 (1997) (directing interested parties with questions about the applicability of the Act to a benefit program to consult with the federal agency overseeing the program). Consistent with that practice, where commenters have raised questions about whether a particular program is a federal public benefit under the Act, the Department will grant all appropriate deference to the determination, if one has been made, by the benefit granting agency as to whether the program is a federal public benefit. Agencies and service providers should also note that section 432(d) of the Welfare Reform Act, which provides that nonprofit charitable organizations are not required to verify the immigration status of applicants for Federal, State, or local public benefits, may be applicable to their programs. For more information about this exemption, see Department of Justice, Verification of Eligibility for Public Benefits, 63 FR 41662, 41664 (1998) (to be codified at 8 CFR pt. 104) (proposed Aug. 4, 1998).

The majority of commenters emphasized the need for the Attorney General to exempt their particular services because they believed them to be necessary for the protection of life or safety. Many of those commenters, however, did not take account of the legal requirement that a program or service must satisfy all three prongs of the test set forth by Congress. Any service that is exempted by the Order not only must be necessary to protect life or safety and be delivered in-kind at the community level, but also must not condition the provision, amount, or cost of services on a client's income. With respect to the last requirement, in other words, if a state or community service provider charges fees that vary with the clients' income level, or determines the clients' eligibility for services based upon their income or ability to pay, the program at issue does not satisfy prong two of the test and therefore is not covered by the Order regardless of how necessary for life or safety the program, service, or assistance may be.

Twenty comments were received from community services providers, while the rest were from concerned citizens, members of Congress, and city, state, and federal agencies. Many comments addressed a variety of concerns, but more than twenty-eight concerned services provided to people with HIV/ AIDS. The majority of those comments asked the Attorney General to exempt categorically all programs funded under the Ryan White CARE Act, Housing Opportunities for People Living with AIDS (HOPWA) and the McKinney

HHS-PRWORA_000014

Homeless Assistance Act due to the special nature of the AIDS epidemic. As already indicated, many of those programs may not be "federal public benefits" as determined by relevant benefit-granting agencies, and therefore an exemption under this Order is unnecessary. While the Act authorizes exemptions for "programs, services, or assistance" that meet the three-pronged test, the Attorney General has no authority to provide a blanket exemption for all programs authorized by a single statute. That is because one or more of those programs may fail to meet all of the requirements imposed by the statute. Agencies and service providers must assess each program individually to determine whether it meets the three-pronged test. While many, if not all, HIV/AIDS-related services are likely to meet the first and third prongs, any state or federally funded programs that are required as a condition of their funding to employ sliding scales, or that otherwise limit the access to services or the amount of such services according to a client's income or ability to pay would not qualify for exemption under the Attorney General's Order.

Thirteen comments were received concerning services for the elderly. The majority of those comments also sought categorical exemptions for services provided under a variety of statutes. Again, the Act does not give the Attorney General the authority to exempt groups of programs. For a program to be covered by the Order, it must meet all three prongs of the statutory test.

Twenty-three comments addressed the importance of shelter and safe housing. Those community programs cover a wide range of services from emergency shelter to lead paint abatement. While many shelter and housing programs are important to the protection of life or safety, each program must meet the requirements of the three-pronged test in order to be exempt under the Order. With respect to the specific issue of lead paint abatement programs, we note that HUD has determined that benefits under the Lead Hazard Control program are not federal public benefits within the meaning of section 401(c) of the Welfare Reform Act. In accordance with the Department's practice of deferring to the determinations of benefit granting agencies, we therefore note that there is no need to conduct any verification procedures with respect to the immigration status of individuals whose dwellings receive services under the Lead Hazard Control program. We therefore need not, at this time, consider whether such benefits should be exempted under section 401(b).

Nine comments emphasized the importance of access to health care in general. One commenter described health centers that have a sliding scale of costs for services. Such programs do not qualify for coverage under the Order as they fail to meet the prong of the Order related to means testing. However, another commenter explained that their health centers have a fundamental obligation to serve all patients regardless of their ability to pay. As stated above, where community-level health programs serve all eligible clients regardless of their ability to pay and do not administer any type of sliding scale fee schedule or other income or resource test, they are covered by the Attorney General's Order.

Some commenters argued that the administrative burden that would result from having to verify immigration status would outweigh any proposed savings that could be derived from denying benefits to unqualified aliens. It should be understood, however, that the decision to deny federal, state, and local public benefits to aliens not qualified to receive them was made by Congress. Title IV of the Act does provide several exceptions to this blanket denial, including the programs covered by this Order and an exception from verification for all non-profit charitable providers. See the Department of Justice, Proposed Rule, Verification of Eligibility for Public Benefits, 63 FR 41662, 41677 (Aug. 4, 1998). All programs and services covered by the Order are exempt from any requirement that verification be conducted, unless service providers are mandated to conduct such verification pursuant to federal, state, or local law other than the Welfare Reform Act.

A number of commenters sought clarification as to whether service providers were obligated to verify a benefit seeker's immigration status prior to providing services covered by the Order. The services exempted by the Order are one of several categories of services that were designated by Congress to remain available to all aliens regardless of their status as qualified or not qualified for welfare benefits. Accordingly, service providers are not obligated to verify immigration status before providing those services unless they are required to do so by a law other than the Welfare Reform Act.

The remaining comments addressed services to migrant farmers, the disabled, victims of domestic violence, child care, and mental health services. While all of those concerns are important to the protection of life or safety, each program must meet the requirements of the three-pronged test described above in order to be exempt under the Order.

Several providers of emergency shelter have expressed the concern that they may be barred from providing temporary housing to aliens not qualified for welfare benefits. The final Order, like the original Order, specifies that "short term shelter or housing assistance for the homeless, for victims of domestic violence, or for runaway, abused or abandoned children" are deemed to be necessary for the protection of life or safety. Accordingly, programs and services of that type that deliver in-kind services at the community level and do not condition the provision of assistance, or the amount or cost thereof, on the individual recipient's income or resources are exempt from any requirement that verification be conducted, unless service providers are mandated to conduct such verification pursuant to federal, state, or local law other than the Welfare Reform Act.

**Final Specification of Community Programs Necessary for the Protection of Life or Safety Under the Welfare Reform Act**

*Preamble*

(1) The types of programs, services, and assistance enumerated in this Order are ones that Congress authorized the Attorney General to except from limitations on the ban on the availability of federal, state, or local public benefits imposed by Title IV of the Act.

(2) The Attorney General has fully exercised the power delegated to her under §§ 401(b)(1)(D) and 411(b)(4) of the Welfare Reform Act (codified at 8 U.S.C. 1611(b)(1)(D) and 1621(b)(4)).

(3) Neither states nor other service providers may use the Act as a basis for prohibiting access of aliens to any programs, services, or assistance covered by this Order. Unless an alien fails to meet eligibility requirements provided by applicable law other than the Act, benefit providers may not restrict the access of any alien to the services covered by this Order, including, but not limited to, emergency shelters.

(4) Thus, unless required by some legal authority other than the Act, benefit providers who satisfy the requirements of this Order are not required to verify the citizenship, nationality, or immigration status of applicants seeking benefits.

HHS-PRWORA_000015

(5) If a benefit provider offers a number of services, only some of which are exempt from verification as a result of this Order, the benefit provider may conduct verification of the non-exempt programs or services as specified in the applicable portions of the ''Interim Guidance on Verification of Citizenship, Qualified Alien Status and Eligibility Under Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996,'' 62 FR 61,344 (1997) or may be required to conduct verification as specified by any subsequent or superseding regulations.

(6) To the extent that it can be accomplished without undue administrative hardship, benefit providers should make every effort to provide information to all prospective benefit seekers about which benefits they qualify for and which benefits involve citizenship or immigration verification requirements.

*Specification*

Therefore, by virtue of the authority vested in me as Attorney General by law, including Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, I hereby specify that:

1. I do not construe the Act to preclude aliens from receiving police, fire, ambulance, transportation (including paratransit), sanitation, and other regular, widely available services and, for that reason, I am not making specifications of such programs, services, or assistance. It is not the purpose of this Order, however, to define more specifically the scope of the public benefits that Congress intended to deny certain aliens either altogether or absent my specification, and nothing herein should be so construed.

2. The government-funded programs, services, or assistance specified in this Order are those that: deliver in-kind (non-cash) services at the community level, including through public or private non-profit agencies or organizations; do not condition the provision, amount, or cost of the assistance on the individual recipient's income or resources, as discussed in paragraph 3, below; and serve purposes of the type described in paragraph 4, below, for the protection of life or safety. Specified programs must satisfy all three prongs of this test.

3. The community-based programs, services, or assistance specified in paragraphs 2 and 4 of this Order are limited to those that provide in-kind (non-cash) benefits and are open to individuals needing or desiring to participate without regard to income or resources. Programs, services, or assistance delivered at the community level, even if they serve purposes of the type described in paragraph 4 below, are not within this specification if they condition on the individual recipient's income or resources:

(a) the provision of assistance;
(b) the amount of assistance provided; or
(c) the cost of the assistance provided on the individual recipient's income or resources.

4. Included within the specified programs, services, or assistance determined to be necessary for the protection of life or safety are:

(a) Crisis counseling and intervention programs; services and assistance relating to child protection, adult protective services, violence and abuse prevention, victims of domestic violence or other criminal activity; or treatment of mental illness or substance abuse;

(b) Short-term shelter or housing assistance for the homeless, for victims of domestic violence, or for runaway, abused, or abandoned children;

(c) Programs, services, or assistance to help individuals during periods of heat, cold, or other adverse weather conditions;

(d) Soup kitchens, community food banks, senior nutrition programs such as meals on wheels, and other such community nutritional services for persons requiring special assistance;

(e) Medical and public health services (including treatment and prevention of diseases and injuries) and mental health, disability, or substance abuse assistance necessary to protect life or safety;

(f) Activities designed to protect the life or safety of workers, children and youths, or community residents; and

(g) Any other programs, services, or assistance necessary for the protection of life or safety.

Dated: January 5, 2001.

**Janet Reno,**
*Attorney General.*
[FR Doc. 01–1158 Filed 1–12–01; 8:45 am]
**BILLING CODE 4410–19–P**

---

# DEPARTMENT OF JUSTICE

## Immigration and Naturalization Service

**[INS No. 2093–00]**

## Establishing an Immigration and Naturalization Service Data Management Improvement Act Task Force

**AGENCY:** Immigration and Naturalization Service, Justice.

**ACTION:** Notice establishing a Task Force.

---

**SUMMARY:** In accordance with the provisions of the Federal Advisory Committee Act, and Public Law 106–215, the Attorney General is establishing an Immigration and Naturalization Service Data Management Improvement Act Task Force. This notice advises Federal, State, and local agencies, and private sector representatives that the Immigration and Naturalization Service (Service) is soliciting members from interested groups, associations, or individuals who may wish to serve on the Task Force.

**Purpose of Task Force**

The Task Force will evaluate and make recommendations on:

(1) How the Attorney General, in consultation with the Secretaries of State, Treasury, and Commerce can efficiently and effectively implement an integrated entry and exit data system;

(2) How the United States can improve the flow of traffic at airports, seaports, and land border ports-of-entry through—

(a) Enhancing systems for data collection and data sharing, including the integrated entry and exit data system, by better use of technology, resources, and personnel;

(b) Increasing cooperation between the public and private sectors;

(c) Increasing cooperation among Federal agencies and among Federal and State agencies; and

(d) Modifying information technology systems while taking into account the different data systems, infrastructure, and processing procedures at airports, seaports, and land border ports-of-entry; and

(3) The cost of implementing each of the Task Force's recommendations.

Further, no later than December 31, 2002 and no later than December 31 of each subsequent year the Task Force is in existence, the Attorney General shall submit a report to Congress containing the findings, conclusions, and recommendations of the Task Force.

**Composition of Task Force**

The Task Force shall be composed of 17 members, including the Attorney General, private sector representatives of affected industries and groups, and representatives from Federal, State, and local agencies, who have an interest in: immigration and naturalization; travel and tourism; transportation; trade; law enforcement; national security; or the environment. Participation on the Task Force will not be remunerated, however, travel and associated expenses may be reimbursed or borne by the Government.

HHS-PRWORA_000016

DEPARTMENT OF HEALTH AND HUMAN SERVICES

# Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA); Interpretation of "Federal Public Benefit"

Docket No. AHRQ-2025-0002

Final Regulatory Impact Analysis
Final Regulatory Flexibility Analysis
Unfunded Mandates Reform Act Analysis

Analysis Prepared by
The Executive Secretariat
Immediate Office of the Secretary
Department of Health and Human Services

HHS-PRWORA_000017

## Table of Contents

I.    Introduction and Summary ....................................................................................... 3

   A.    Introduction ..................................................................................................... 3

   B.    Overview of Economic Impacts ....................................................................... 4

II.   Final Economic Analysis of Impacts ....................................................................... 5

   A.    Background ...................................................................................................... 5

   B.    Analytic Approach .......................................................................................... 5

   C.    Baseline Scenario ........................................................................................... 6

   D.    Impacts of the Notice ...................................................................................... 8

   E.    Expenditure Shifts (Transfers or Benefits)................................................... 10

   F.    Costs .............................................................................................................. 11

HHS-PRWORA_000018

## I.    Introduction and Summary

### A.  Introduction

We have examined the impacts of the notice under Executive Order 12866, Executive Order 13563, Executive Order 14192, the Regulatory Flexibility Act (5 U.S.C. 601-612), the Congressional Review Act/Small Business Regulatory Enforcement Fairness Act of 1996 (5 U.S.C. 801, Pub. L. 104-121), and the Unfunded Mandates Reform Act of 1995 (Pub. L. 104-4).

Executive Orders 12866 and 13563 direct us to assess all benefits and costs of available regulatory alternatives and, when regulation is necessary, to select regulatory approaches that maximize net benefits. Regulatory actions are "economically significant" under section 3(f)(1) Executive Order 12866 if they "have an annual effect on the economy of $100 million or more; or adversely affect in a material way the economy, a sector of the economy, productivity, competition, jobs, the environment, public health or safety, or State, local, or tribal governments or communities." Executive Order 14192 requires that any new incremental costs associated with significant new regulations "shall, to the extent permitted by law, be offset by the elimination of existing costs associated with at least ten prior regulations." This notice addresses alien eligibility for public benefits, and thus is expressly exempt from the requirements of Executive Order 14192 as a regulatory action related to an immigration-related function of the United States. The analysis indicates, and the Office of Information and Regulatory Affairs (OIRA) has determined, that this notice is an economically significant regulatory action under section 3(f)(1) Executive Order 12866.

Because this notice may result in an annual effect on the economy of $100 million or more or meet other criteria specified in the Congressional Review Act/Small Business Regulatory Enforcement Fairness Act of 1996, OIRA has determined that this notice falls within the scope of 5 U.S.C. 804(2).

The Regulatory Flexibility Act requires Agencies to analyze regulatory options that would minimize any significant impact of a rule on small entities. Because the incremental costs of verification are about 0.1% of the average annual expenditures per enrollee, we certify that the notice will not have a significant economic impact on a substantial number of small entities. This analysis, as well as other sections in this document and the notice, serves as the Final Regulatory Flexibility Analysis, as required under the Regulatory Flexibility Act.

The Unfunded Mandates Reform Act of 1995 (UMRA) generally requires that each agency conduct a cost-benefit analysis; identify and consider a reasonable number of regulatory alternatives; and select the least costly, most cost-effective, or least burdensome alternative that achieves the objectives of the rule before promulgating any proposed or final rule that includes a Federal mandate that may result in expenditures of more than $100 million (adjusted for inflation) in at least one year by State, local, and tribal governments, in the aggregate, or by the private sector. Each agency issuing a rule with relevant effects over that threshold must also seek input from State, local, and tribal governments. The current threshold after adjustment for inflation using the Implicit Price Deflator for the Gross Domestic Product is $187 million, reported in 2024 dollars. UMRA only applies in situations where an agency engages in notice-and-comment rulemaking. It does not apply to this notice.

HHS-PRWORA_000019

B.  Overview of Economic Impacts

This notice updates and corrects our interpretation of the term "Federal public benefit." We anticipate that the notice will lead to a reduction in improper expenditures of taxpayer resources on Federal public benefits for unqualified aliens and a corresponding increase in benefits for U.S. citizens and qualified aliens. We present a partial benefit-cost analysis of the notice—for some effects, focusing on the impacts of one program as an illustrative case of the full potential economic impacts. For the Head Start program, we report a primary estimate of $374 million in annual effects representing incremental expenditures on U.S. citizens and qualified aliens. We report a full range of estimated expenditure effects between $184 million and $1,881 million, capturing uncertainty in the baseline share of program beneficiaries who are U.S. citizens and qualified aliens. We anticipate that these expenditure effects will result in improved services and access for U.S. citizens and qualified aliens. For these effects to occur, we estimate corresponding annual costs of $21 million in the opportunity cost of time spent by individuals seeking benefits to document eligibility and time spent by individuals reviewing program eligibility, and additional transition costs for the Head Start program associated with revising standard operating procedures.  A broader scope of analysis would report additional expenditure effects and costs associated with other programs covered by the notice. In a supplementary analysis, we estimate a range of potential upfront transition costs associated with revising standard operating procedures (not limited to Head Start) between $115 million to $175 million.

Table 1. Summary of Economic Impacts of the Notice, Head Start (2024 dollars)

| Category | | Primary Estimate | Low Estimate | High Estimate | Units | | | Notes |
| | | | | | Year Dollars | Discount Rate | Period Covered | |
|---|---|---|---|---|---|---|---|---|
| Expenditure Shifts | Annualized Monetized (millions) | $374 | $184 | $1,881 | 2024 | 7% | FY2026 | Incremental Head Start expenditures on U.S. citizens and qualified aliens, offsetting decrease for unqualified aliens |
| | | $374 | $184 | $1,881 | 2024 | 3% | FY2026 | |
| Costs | Annualized Monetized (millions) | $21 | $21 | $21 | 2024 | 7% | FY2026 | Time spent documenting and verifying eligibility and transition costs at Head Start programs |
| | | $21 | $21 | $21 | 2024 | 3% | FY2026 | |

4

HHS-PRWORA_000020

## II.    Final Economic Analysis of Impacts

### A.  Background

On August 4, 1998, the Department of Health and Human Services (HHS) published a notice to interpret the term "Federal public benefit" and identify the HHS programs that provide such benefits under this interpretation ("1998 Notice").[1] President Trump's Executive Order 14218 of February 19, 2025 directs the head of each executive department to "prevent taxpayer resources from acting as a magnet and fueling illegal immigration to the United States, and to ensure, to the maximum extent permitted by law, that no taxpayer-funded benefits go to unqualified aliens."[2] Through this notice, HHS updates its interpretation of the term "Federal public benefit" and preliminarily identifies the HHS programs that provide such benefits, including HHS programs that were not listed in the 1998 Notice.

### B.  Analytic Approach

In conducting this analysis, we began by identifying the most consequential impacts that will likely occur under this notice. For this regulatory action, these impacts relate to reducing improper expenditures of taxpayer resources on Federal public benefits for unqualified aliens. In our main analysis, we report the corresponding increases in expenditures on U.S. citizens and qualified aliens and offsetting reductions in expenditures for unqualified aliens. We also consider and report costs associated with time spent, on an ongoing basis, verifying eligibility for Federal public benefits, as well as upfront transition costs.

The interpretation under this notice corresponds to a number of programs that have been improperly administered by HHS. We present a partial benefit-cost analysis of the notice, for some effects, focusing on the impacts of one program as an illustrative case of the full potential economic impacts. Specifically, in assessing expenditure changes and ongoing costs of checking eligibility, we adopt a scope of analysis that covers the Head Start program, administered by the Office of Head Start within the Administration for Children and Families.  A broader scope of analysis would report additional expenditure effects and costs associated with other programs covered by the notice. In a supplementary analysis, we estimate a range of potential upfront transition costs associated with revising standard operating procedures (not limited to Head Start).

We consider and quantitatively assess several important sources of uncertainty. First, we present a range of estimates for the share of Head Start beneficiaries under the baseline scenario who are U.S. citizens or qualified aliens. Second, we assess a policy scenario of full compliance and an alternative policy scenario of partial compliance. In general, we report rounded total estimates but have not rounded several of the underlying inputs and intermediate calculations for transparency and reproducibility of the estimation process. The unrounded inputs and intermediate calculations should not be interpreted as representing a particular degree of

---

[1] Department of Health and Human Services. August 4, 1998. "Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA); Interpretation of 'Federal Public Benefit'" notice with comment period. 63 FR 41658. https://www.federalregister.gov/documents/1998/08/04/98-20491/personal-responsibility-and-work-opportunity-reconciliation-act-of-1996-prwora-interpretation-of.
[2] https://www.federalregister.gov/documents/2025/02/25/2025-03137/ending-taxpayer-subsidization-of-open-borders

HHS-PRWORA_000021

precision. Unless otherwise noted, all monetary estimates are reported in constant 2024 dollars: when necessary, we adjust estimates from other years using annual averages of the Consumer Price Index for all Urban Consumers (CPI-U).[3]

### C. Baseline Scenario

We adopt as our analytic baseline a continuation of the interpretation under the 1998 Notice. We model the potential economic impacts of this 2025 Notice by assuming that, absent this regulatory action, access to public benefits for the previously enumerated programs would continue to depend on immigration status, but access to the additionally identified programs would not. This choice of analytic baseline allows us to focus on any changes in the composition of beneficiaries for the additionally identified programs. This notice does not impact overall spending levels for any discretionary-funded HHS program. For the purposes of this analysis, we adopt a simplifying modeling assumption that Federal appropriations under the baseline scenario will grow at the same rate as the price level.

Our quantitative baseline is informed by the most recent full-year estimates for Head Start:

> "In FY 2024, Congress provided $12.27 billion for the Head Start Preschool and Early Head Start programs (hereafter, collectively referred to as 'Head Start,' unless otherwise noted), with funding to serve 718,947 children and pregnant women in centers, family homes, and family child care settings in urban, suburban, and rural communities throughout the country. This includes funding provided directly to tribes to operate American Indian and Alaska Native (AIAN) programs in tribal communities. It also includes funding for Migrant and Seasonal Head Start (MSHS) programs to provide Head Start services designed to meet the needs of migrant or seasonal farmworker families."[4]

In FY 2024, funding supported 1,562 Head Start grant recipients, with awards averaging $4 million and ranging from $322,000 to $202.6 million.[5] For our analysis, we focus on a share of the annual appropriations that are awarded to grant recipients for base program operations. In fiscal year 2024, spending on base program operations amounted to $11.9 billion, or about 97% of the total appropriations.[6] We divide $11.9 billion by 718,947 enrollees and report an average expenditure per enrollee of $16,503 and assume this average expenditure on will remain constant under our baseline scenario.

---

[3] Bureau of Labor Statistics. CPI for all Urban Consumers (CPI-U), Not Seasonally Adjusted, https://data.bls.gov/timeseries/CUUR0000SA0.

[4] Department of Health and Human Services. Fiscal Year 2026. Administration for Children, Families, and Communities. Justification of Estimates for Appropriations Committees. Page 47. https://www.hhs.gov/sites/default/files/fy-2026-acfc-cj.pdf.

[5] Department of Health and Human Services. Fiscal Year 2026. Administration for Children, Families, and Communities. Justification of Estimates for Appropriations Committees. Page 47. https://www.hhs.gov/sites/default/files/fy-2026-acfc-cj.pdf.

[6] Department of Health and Human Services, Administration for Children and Families, Office of Head Start. August 21, 2024. "Supporting the Head Start Workforce and Consistent Quality Programming" final rule. https://www.federalregister.gov/documents/2024/08/21/2024-18279/supporting-the-head-start-workforce-and-consistent-quality-programming. See Table B1. Baseline Head Start Budget Scenario. Nominal Dollars (in thousands).

HHS-PRWORA_000022

We supplement these data with a range of estimates for the share of beneficiaries that are 'authorized' (term used in the context of this analysis to refer to persons who are U.S. citizens and qualified aliens) or 'unauthorized' (term used in the context of this analysis to refer to persons who are not U.S. citizens are also not qualified aliens) under the baseline scenario. This parameter is inherently uncertain since this demographic information is not currently collected under the 1998 Notice. As an additional source of uncertainly, this analysis considers a range of possible implementation approaches in advance of potential future guidance discussed in this Notice. For the 'unauthorized' share of beneficiaries, we adopt a primary estimate of 3.3%, based on a ratio of the unauthorized immigration population living in the U.S. in 2022, 10,990,000,[7] and of the total U.S. population for the same year, 333,288,000.[8] We produce a lower-bound estimate of 1.7% using a similar comparison of the unauthorized immigrant population under 18 years old, 1,230,000,[9] and the U.S. population under age 18 years, 72,451,000.[10] We adopt 16% as our upper-bound estimate by combining several data sources, discussed below.

For this calculation, we note that estimates suggest that there are approximately 4.4 million U.S.-born children live in households with at least one unauthorized parent[11] and another 675,000 are themselves unauthorized children,[12] for a total of 5.1 million children. We pair this estimate with Census data that approximately 28% of all children are under the age of 5,[13] for an estimated total of 1.5 million children under age 5 who have at least one unauthorized parent. Studies indicate that 30–40% of families who are unauthorized immigrants live in poverty,[14] compared to the national poverty rate of 11.1%.[15] Together, these figures point to approximately 500,000 children under the age of 5 in poverty who have an unauthorized parent or are unauthorized themselves. Combining this estimate with an estimate that Head Start programs serve

---

[7] Department of Homeland Security, Office of Homeland Security Statistics. 2024. "Estimates of the Unauthorized Immigrant Population Residing in the United States: January 2018–January 2022." https://ohss.dhs.gov/topics/immigration/unauthorized/population-estimates.  This report offers insight into the potential geographic distribution of the Notice's effects; per report Table 3, the top ten states by population of unauthorized immigrants are California, Texas, Florida, New Jersey, Illinois, New York, North Carolina, Georgia, Washington and Arizona.

[8] Census Bureau. "2023 National Populations Projections Tables: Main Series." Table 1. Projected Population and Components of Change, 2022. https://www.census.gov/data/tables/2023/demo/popproj/2023-summary-tables.html.

[9] Department of Homeland Security, Office of Homeland Security Statistics. 2024. "Estimates of the Unauthorized Immigrant Population Residing in the United States: January 2018–January 2022." Table 4: Unauthorized Immigrant Population Estimates by Age and Sex: 2018–2020 and 2022. https://ohss.dhs.gov/topics/immigration/unauthorized/population-estimates.

[10] Census Bureau. "2023 National Populations Projections Tables: Main Series." Table 2. Projected Population by Age Group and Sex, 2022. https://www.census.gov/data/tables/2023/demo/popproj/2023-summary-tables.html.

[11] Passel, J.S., & Krogstad, J.M, (2024). "What we Know about Unauthorized Immigrants Living in the U.S." Washington, D.C.: Pew Research Center.

[12] Passel, J.S., & Cohn, D. (2018). "U.S. Unauthorized Immigrant Total Dips to Lowest Level in a Decade." Washington, D.C: Pew Research Center. https://www.pewresearch.org/hispanic/wp-content/uploads/sites/5/2019/03/Pew-Research-Center_2018-11-27_U-S-Unauthorized-Immigrants-Total-Dips_Updated-2019-06-25.pdf.

[13] Census Bureau. September 2024. "Poverty in the United States: 2023." https://www.census.gov/data/tables/2024/demo/income-poverty/p60-283.html.

[14] Batalova, J., & Fix, M. (2023). "Understanding Poverty Declines among Immigrants and Their Children in the United States." Washington, D.C.: Migration Policy Institute. https://www.migrationpolicy.org/sites/default/files/publications/mpi-poverty-declines-immigrants-2023_final.pdf.

[15] Census Bureau. September 2024. "Poverty in the United States: 2023." https://www.census.gov/data/tables/2024/demo/income-poverty/p60-283.html

HHS-PRWORA_000023

approximately 26% of the potentially eligible population,[16] we anticipate that approximately 115,000 Head Start children and families could be impacted, or about 16% of total cumulative enrollment in Head Start programs in FY 2024.

Table 2 summarizes the range of estimates for the share of beneficiaries that are authorized and unauthorized, and corresponding enrollment and expenditure estimates corresponding to these population groups.

Table 2. Baseline Scenario, Head Start (millions of 2024 dollars)

| Estimate | Low | Primary | High |
|---|---|---|---|
| Share of Beneficiaries | | | |
| Authorized | 98.3% | 96.7% | 84.0% |
| Unauthorized | 1.7% | 3.3% | 16.0% |
| Enrollment | | | |
| Total | 718,947 | 718,947 | 718,947 |
| Authorized | 706,741 | 695,240 | 603,915 |
| Unauthorized | 12,206 | 23,707 | 115,032 |
| Expenditures | | | |
| Total | $11,865 | $11,865 | $11,865 |
| Authorized | $11,663 | $11,473 | $9,966 |
| Unauthorized | $201 | $391 | $1,898 |

The range of estimates above are intended to describe the population of the entire Head Start program and are not based on a disaggregated analysis of any single program or group of programs. For example, the share of beneficiaries that are 'authorized' or 'unauthorized' might be higher for Migrant and Seasonal Head Start (MSHS) programs, which are designed to provide program services to farmworker families. We are aware of other estimates that might be relevant for this analysis and request public comment on our estimates and, more generally, any alternative credible estimates of the likely impacts of the notice.

### D.  Impacts of the Notice

In our main analysis, we consider a policy scenario that assumes full compliance with the notice such that the share of beneficiaries unauthorized to receive Federal assistance will fall to zero. We also report a sensitivity analysis that assumes a lower rate of compliance, resulting in one-third of the effects of the full-compliance scenario.[17] The partial-compliance scenario corresponds to alternative assumptions of the types of program grant recipients that would incur

---

[16] Calculated as the ratio of Head Start slots to the estimated 3.1 million children in poverty below the age of 5.
[17] Department of Health and Human Services. 2016. "Guidelines for Regulatory Impact Analysis." https://aspe.hhs.gov/reports/guidelines-regulatory-impact-analysis. See, e.g., page 24 "In most cases, the analysis focuses on estimating the incremental compliance costs incurred by the regulated entities, assuming full compliance with the regulation, and government costs," and corresponding footnote 53, "Analysts should consider the uncertainty associated with an assumption of full compliance and provide analysis of alternative assumptions, as appropriate."

HHS-PRWORA_000024

costs associated with verification that we discuss in greater detail in the cost section. Also, as documented in the cost section, we anticipate a slightly lower total enrollment level consistent with some resources spent on verification rather than other program activities. Table 3 summarizes these estimates for the full-compliance policy scenario, while Table 4 presents our estimates of the incremental effects of the notice. Table 5 summarizes the estimates for the partial-compliance policy scenario, discussed in greater detail later, and Table 6 presents estimates of the corresponding incremental effects under that scenario.

Table 3. Full-Compliance Policy Scenario, Head Start (millions of 2024 dollars)

| Estimate | Low | Primary | High |
|---|---|---|---|
| Share of Beneficiaries | | | |
|    Authorized | 100.0% | 100.0% | 100.0% |
|    Unauthorized | 0.0% | 0.0% | 0.0% |
| Enrollment | | | |
|    Total | 717,829 | 717,829 | 717,829 |
|    Authorized | 717,829 | 717,829 | 717,829 |
|    Unauthorized | 0 | 0 | 0 |
| Expenditures (Excluding New Costs) | | | |
|    Total | $11,847 | $11,847 | $11,847 |
|    Authorized | $11,847 | $11,847 | $11,847 |
|    Unauthorized | $0 | $0 | $0 |

Table 4. Impact of the Policy, Full-Compliance Scenario, Head Start (millions of 2024 dollars)

| Estimate | Low | Primary | High |
|---|---|---|---|
| Share of Beneficiaries | | | |
|    Authorized | 1.7% | 3.3% | 16.0% |
|    Unauthorized | -1.7% | -3.3% | -16.0% |
| Enrollment | | | |
|    Total | -1,118 | -1,118 | -1,118 |
|    Authorized | 11,088 | 22,589 | 113,914 |
|    Unauthorized | -12,206 | -23,707 | -115,032 |
| Expenditures (Excluding New Costs) | | | |
|    Total | -$18 | -$18 | -$18 |
|    Authorized | $184 | $374 | $1,881 |
|    Unauthorized | -$201 | -$391 | -$1,898 |

9

Table 5. Partial-Compliance Policy Scenario, Head Start (millions of 2024 dollars)

| Estimate | Low | Primary | High |
|---|---|---|---|
| Share of Beneficiaries | | | |
| Authorized | 99.4% | 98.9% | 94.7% |
| Unauthorized | 0.6% | 1.1% | 5.3% |
| Enrollment | | | |
| Total | 718,542 | 718,542 | 718,542 |
| Authorized | 714,476 | 710,644 | 680,220 |
| Unauthorized | 4,066 | 7,898 | 38,322 |
| Expenditures (Excluding New Costs) | | | |
| Total | $11,859 | $11,859 | $11,859 |
| Authorized | $11,792 | $11,728 | $11,226 |
| Unauthorized | $67 | $130 | $632 |

Table 6. Impact of the Policy, Partial-Compliance Scenario, Head Start (millions of 2024 dollars)

| Estimate | Low | Primary | High |
|---|---|---|---|
| Share of Beneficiaries | | | |
| Authorized | 1.1% | 2.2% | 10.7% |
| Unauthorized | -1.1% | -2.2% | -10.7% |
| Enrollment | | | |
| Total | -405 | 718,542 | 718,542 |
| Authorized | 7,734 | 710,644 | 680,220 |
| Unauthorized | -8,139 | 7,898 | 38,322 |
| Expenditures (Excluding New Costs) | | | |
| Total | -$6 | $11,859 | $11,859 |
| Authorized | $128 | $11,728 | $11,226 |
| Unauthorized | -$134 | $130 | $632 |

E.  Expenditure Shifts (Transfers or Benefits)

The quantified effects of this regulatory action include increases in expenditures on U.S. citizens and qualified aliens and offsetting reductions in expenditures for unqualified aliens. Current guidance to Federal agencies on the development of regulatory analysis states that "transfers from the United States to other nations should be included as costs, and transfers from other nations to the United States as benefits, as long as the analysis is conducted from the United States perspective."[18]  The quantified effects are categorized as transfers to the extent that they

---

[18] U.S. Office of Management and Budget. 2003. "Circular A-4: Regulatory Analysis."

10

ultimately flow to and from U.S. citizens and residents.[19]  The transfers category would also be used if a U.S. perspective is defined as within the borders of the United States or if a global perspective is used (as is encouraged for a supplemental analysis[20]).  Expenditure changes being categorized as benefits is contingent upon unqualified aliens being considered as part of another nation (in U.S.-focused analysis) and, even with such an analytic perspective, would only apply to the portion of effects not ultimately flowing from U.S. citizens and residents.

As a rough measure of the value of the program per enrollee, we adopt the average expenditure per enrollee under our baseline scenario of around $16,503. For our primary scenario, we estimate that the notice could generate $374 million in expenditure effects per year, with a full range of estimates between $184 million to $1,881 million. For these effects to fully materialize, programs would need to maintain current enrollment levels while serving only U.S. citizens and qualified aliens. We acknowledge some uncertainty about whether all programs could maintain current enrollment levels. For example, MSHS programs, which are designed to provide program services to farmworker families, collectively enroll about 3.3% of total annual funded enrollment. [21] These programs might experience under enrollment rather than a full transfer of enrollment to U.S. citizens and qualified aliens, which would translate to reductions in total Head Start enrollment rather than a shift in enrollment to other programs.[22]

### F.  Costs

This notice does not contain a new regulatory requirement related to verification of the immigration status of a person applying for benefits, and states "the Department is not formally revising the aspects of the 1998 Notice that touch on PROWRA's verification requirements at this time." However, the notice also points out that "nothing in the statute prohibits such entity from conducting verification," and discusses the possibility of "further regulation and/or guidance on the situations in which verification is required." Additional activities to verify program eligibility, inclusive of immigration status of a person applying for benefits, represent one plausible method to effectuate the interpretation under the notice. In this section, we estimate the opportunity costs of the time spent on eligibility verification. For our main analysis, we model the costs associated with universal verification for all program enrollees, but also consider an alternative scope of verification in a sensitivity analysis.

---

https://trumpwhitehouse.archives.gov/sites/whitehouse.gov/files/omb/circulars/A4/a-4.pdf. Pg. 38. Emphasis in original text.

[19] One potential for such flows in within households, a setting in which resources are especially fungible; as noted elsewhere in this analysis, many unqualified aliens live in households that also include U.S. citizens, residents or qualified aliens.  Although the quantification in this analysis focuses on Head Start, the Notice will have consequences for numerous other programs, many of which relate to the provision of health care; to the extent that the Notice shifts these types of funding, effects could partially flow to and from providers of charity care, jurisdictions that reimburse providers for uncompensated care, and other such entities, rather than entirely being experienced by unqualified aliens paying increased amounts out of pocket.

[20] "[E]ffects beyond… the United States… should be reported separately." U.S. Office of Management and Budget. 2003. "Circular A-4: Regulatory Analysis." https://www.reginfo.gov/public/jsp/Utilities/a-4.pdf. P. 15.

[21] Administration for Children and Families, Office of Head Start. "Head Start Program Facts: Fiscal Year 2023." https://headstart.gov/program-data/article/head-start-program-facts-fiscal-year-2023. 26,056 / 778,420 ≈ 0.033.

[22] P.L. 110-334 121 STAT 1368.

11

To quantify the time spent on verification of immigration status under this notice, we adopt estimates of the time burden associated with employment eligibility verification.[23] Specifically, we assume that individuals seeking benefits would spend approximately 9 minutes to demonstrate citizenship or qualified alien status, including time gathering supporting documentation, time completing any paperwork, and time consulting instructions as needed. Individuals reviewing program eligibility will spend approximately 31 minutes per verification on a variety of activities, including time collecting and reviewing documentation and creating or updating the eligibility determination record.

To estimate the costs associated with the verification, we monetize the opportunity costs of the time spent by individuals seeking benefits and time spent by individuals reviewing program eligibility. For time spent by individuals seeking benefits, we apply an estimate of an hourly value of time of $19.75,[24] following HHS's default approach to monetizing changes in time use for unpaid activities.[25] This approach indicates a cost-per-verification for individuals seeking benefits of $2.96.[26] For time spent by individuals reviewing program eligibility, we adopt a value of time that accounts for taxes and fringe benefits, as well as indirect costs not associated with production of a particular good or provision of a specific service. These indirect costs include overhead costs such as space rental and utilities, and other costs such as office supplies and administrative oversight. Specifically, we begin with data from the U.S. Bureau of Labor Statistics for the median pre-tax hourly wage for all occupations of $23.80.[27] We assume that fringe benefits plus indirect costs equal approximately 100 percent of pre-tax wages and adjust this hourly rate by multiplying by two for a fully loaded hourly wage rate of $47.60. This approach indicates a cost-per-verification for individuals reviewing program eligibility of $24.59. Combining the costs-per-verification for individuals seeking benefits and individuals reviewing program eligibility, we estimate total social costs of $27.56 per verification.

Verifying program eligibility for all 718,947 program participants would cost about $19.8 million. For the purposes of this analysis, we assume that the subset of costs associated with reviewing program eligibility would be funded through Federal expenditures and, absent

---

[23] Department of Homeland Security, U.S. Citizenship and Immigration Services. February 7, 2024. Supporting Statement for Employment Eligibility Verification. OMB Control No.: 1615-0047. Collection Instrument(s): Form I-9. https://www.reginfo.gov/public/do/DownloadDocument?objectID=139141501. See discussion on pages 6-7 on the time burden for employers and employees.

[24] Kearsley, A. "HHS Standard Values for Regulatory Analysis, 2025." Department of Health and Human Services, Office of the Assistant Secretary for Planning and Evaluation. February 2025. https://aspe.hhs.gov/reports/standard-ria-values.

[25] Department of Health and Human Services, Office of the Assistant Secretary for Planning and Evaluation. 2017. "Valuing Time in U.S. Department of Health and Human Services Regulatory Impact Analyses: Conceptual Framework and Best Practices." https://aspe.hhs.gov/reports/valuing-time-us-department-health-human-services-regulatory-impact-analyses-conceptual-framework.

[26] This approach to valuing the time spent on non-work activities might be an underestimate, as it does not explicitly consider other intangible costs associated with providing program eligibility. As a sensitivity analysis, we considered accounting for this and other factors by applying our estimate of the value of time for on-the-job activities. All else equal, this would result in a cost-per-verification for individuals seeking benefits of $7.14 and a total social cost of $31.73 per verification and a total cost of verification that is about 15% higher for both compliance scenarios.

[27] Bureau of Labor Statistics. May 2024 Occupational Employment and Wage Statistics. All Occupations (00-0000). https://data.bls.gov/oes/#/industry/000000.

HHS-PRWORA_000028

any new source of funding consistent with our baseline scenario, would result in reduction in total enrollment of 1,118 children and pregnant women, representing a reduction of about 0.16% compared to the baseline scenario.[28] For this enrollment calculation, we first added the new costs associated with reviewing eligibility of $24.79 to the baseline average expenditure per enrollee of $16,503 for a new total cost per enrollee of $16,527; and then divided the appropriation of $11.9 billion[29] by the new total cost per enrollee. With this adjustment, we estimate verification costs of about $19.8 million, including costs to individuals seeking benefits of about $2.1 million and costs to reviewing eligibility of about $17.7 million.

We also consider a sensitivity analysis of the benefits and costs under a different assumption about overall compliance. The Office of Head Start awards grants to a mix of public agencies, private nonprofit and for-profit organizations, tribal governments, and school systems for operating Head Start programs in local communities. Based on the Office of Head Start's Program Information Report (PIR),[30] an annual survey of Head Start grant recipients, approximately two-thirds of programs are either non-profits or Community Action Agencies. Although the PIR does not capture the category of "charitable non-profit" specifically, it is highly likely that these grant recipients are charitable non-profits due to the nature of their work. For this "partial-compliance" sensitivity analysis, we assume that verification would occur for the one-third of grant recipients that are not charitable non-profits. Under this scenario, we estimate verification costs of about $6.6 million, including costs to individuals seeking benefits of about $0.7 million and costs to reviewing eligibility of about $5.9 million. For this sensitivity analysis, we calculate enrollment using a weighted average of the cost of enrollment with and without verification.

In addition to the ongoing cost of checking participant eligibility, we anticipate upfront transition costs associated with revising standard operating procedures to reflect changes in response to the Notice. To quantify this impact, we assume that each of the 1,562 Head Start grant recipients would spend an average of 8 hours of work activity (for example, one business day for one worker). We assume these activities would be performed by a supervisor and monetize the opportunity costs using a fully loaded hourly wage of $63.60.[31] This approach indicates a typical cost per grant recipient of about $509 and a total cost across all grant recipients of about $0.8 million. Combined, we report total costs for Head Start of $20.6 million for the full-compliance scenario and $7.4 million for the partial-compliance scenario. We report these costs in Table 7.

---

[28] This reduction in enrollment could result in additional impacts that we do not quantify in this analysis, such as any potential impacts on the workforce.

[29] Excludes estimated transition costs for Head Start grant recipients discussed below.

[30] Department of Health and Human Services, Administration for Children and Families, Office of Head Start. "Program Information Report (PIR)." https://headstart.gov/program-data/article/program-information-report-pir.

[31] Bureau of Labor Statistics. May 2024 Occupational Employment and Wage Statistics. First-Line Supervisors of Office and Administrative Support Workers (43-1011). https://data.bls.gov/oes/#/industry/000000. Hourly median wage estimate doubled to produce a fully loaded estimate.

HHS-PRWORA_000029

Table 7. Costs, Head Start (2024 dollars)

| Estimate | Baseline Scenario | Full-Compliance Scenario | Partial-Compliance Scenario |
|---|---|---|---|
| Enrollment | 718,947 | 717,829 | 718,542 |
| Verifications | 0 | 717,829 | 239,514 |
| Individuals Seeking Benefits | | | |
|    Minutes per Verification | 9 | 9 | 9 |
|    Hourly Value of Time | $19.75 | $19.75 | $19.75 |
|    Opportunity Cost per Verification | $2.96 | $2.96 | $2.96 |
|    Costs, Subtotal | $0 | $2,126,999 | $709,704 |
| Individuals Confirming Eligibility | | | |
|    Minutes per Verification | 31 | 31 | 31 |
|    Hourly Value of Time | $47.60 | $47.60 | $47.60 |
|    Opportunity Cost per Verification | $24.59 | $24.59 | $24.59 |
|    Costs, Subtotal | $0 | $17,653,810 | $5,890,447 |
| Verification Costs | $0 | $19,780,810 | $6,600,151 |
| Transition Costs | 0 | $794,746 | $794,746 |
| **Total Costs** | **$0** | **$20,575,555** | **$7,394,896** |

All else equal, these costs may be overestimated if, for example, verification of citizenship or qualified-alien status is incorporated into existing processes for determining overall program eligibility. Similarly, while this analysis adopts a single year time horizon for analysis, the annualized costs for a longer time horizon would be lower if programs verified eligibility once per individual served by the program for multiple years, as is currently the practice for many programs. These costs may be underestimated if, for example, many individuals who are not eligible for the program as an U.S. citizen or qualified alien attempt verification or for certain grantees, such as public schools, to implement the verification.

As an additional metric, we also considered the total costs as a share of the average expenditure per enrollee. For our full-compliance scenario, these costs represent about 0.16% of total expenditures; and for our partial-compliance scenario, about 0.06%.

The cost estimates in Table 6 correspond to the Head Start program, matching the scope of analysis adopted for the other estimates in this analysis. As an additional analysis, we also considered the potential transition costs that may be experienced across all programs (not limited to Head Start). For this analysis, we adopt a range of estimates of the number of total entities receiving HHS funds.[32] Since some of these entities were covered by the 1998 Notice, we reduce these counts by 50%. For each entity receiving HHS funds, we adopt the per-entity estimate of $509 described above. Across all entities, we estimate transition costs ranging from about $115

---

[32] See Tables 6 and 12 of Regulatory Impact Analysis, 0945-AA15, https://www.hhs.gov/sites/default/files/sec-504-ria-final-rule-2024.pdf. This range of entities matches 74.9 percent of 604,844, 665,331 or 918,433 entities.

14

HHS-PRWORA_000030

million to $175 million. Table 8 presents these estimates. We welcome comments that would allow for refinement of this analysis.

Table 8. Upfront Transition Costs, All Programs (2024 dollars)

| Estimate | Lower | Medium | Higher |
|---|---|---|---|
| Entities Receiving HHS Funds | 453,028 | 498,333 | 687,906 |
| Entities with Transition Costs | 226,514 | 249,167 | 343,953 |
| Transition Cost per Entity | $509 | $509 | $509 |
| **Transition Costs** | **$115,250,323** | **$126,775,915** | **$175,003,286** |

HHS-PRWORA_000031

eligibility                                                    ✕        🔍

**Dictionary**                                    Thesaurus

# eligibility noun

el·i·gi·bil·i·ty    ( ˌe-lə-jə-ˈbi-lə-tē 🔊 )

**:** the quality or state of being eligible **:** fitness or suitability to be chosen, selected, or allowed to do something

The applicants must meet all requirements for *eligibility*.

… should "Shoeless Joe" Jackson, of "Black Sox" infamy, also be granted *eligibility* for the Hall of Fame?

— David A. Kaplan

Mass mailings go out to low-income areas, and if a letter is returned as undeliverable, the party uses it to challenge that voter's *eligibility*.

— Sasha Abramsky

## Recent Examples on the Web

ⓘ **Examples are automatically compiled from online sources to show current usage.** Read More

State system changes could result in delays as long as a few weeks to several months because states must reload their **eligibility** systems, according to government updates.

— Suzanne Blake, *MSNBC Newsweek*, 6 Nov. 2025

HHS-PRWORA_000032

‹

**Dictionary**                    Thesaurus

◄                                                              ►

Federal Poverty Guidelines.

– Marina Johnson, *Louisville Courier Journal*, 5 Nov. 2025

Alabama's Department of Human Resources (DHR), the agency responsible for SNAP in the state, says on its website that individuals can still apply for SNAP benefits during the suspension and DHR will continue to process applications and determine ***eligibility***.

– The Npr Network, *NPR*, 4 Nov. 2025

See All Example Sentences for *eligibility*

## First Known Use

1651, in the meaning defined above

## Time Traveler

**The first known use of *eligibility* was in 1651**

See more words from the same year

re-eligibility

HHS-PRWORA_000033

‹

|  Dictionary  |  Thesaurus  |
| --- | --- |

| acceptability | accessibility |
| adaptability | admissibility |
| advisability | affordability |
| allowability | amenability |
| amiability | appealability |
| applicability | availability |

See All Rhymes for *eligibility*

elidible          **eligibility**          eligible

See All Nearby Words

**Style**    MLA

HHS-PRWORA_000034

Case 1:25-cv-00345-MSM-PAS    Document 74-3    Filed 11/21/25    Page 36 of 137 PageID #: 2639



Dictionary                                        Thesaurus

Nglish: Translation of *eligibility* for Spanish Speakers

Last Updated: 6 Nov 2025 - Updated example sentences

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

HHS-PRWORA_000035

Dictionary

Thesaurus

## Top Lookups

1 **existential**

2 **happy**

3 **enigma**

4 **culture**

5 **didactic**

6 **pedantic**

7 **love**



### WORD OF THE DAY

## temerity

See Definitions and Examples »

Get Word of the Day daily email!

Your email addre    SUBSCRIBE

HHS-PRWORA_000036

Dictionary                    Thesaurus

## 13 Wonderful Words That You're Not Using (Yet)

## Ten More Words from Taylor Swift Songs



### Quordle
Can you solve 4 words at once?

Play

### Blossom
Pick the best words!

Play

HHS-PRWORA_000037



Dictionary                                    Thesaurus

### The Missing Letter

A daily crossword with a twist

**Play**

### Synonym Sandwich Quiz

Connect two unrelated words by picking a word syn...

**Take the quiz**

**See All**

Learn a new word every day.
Delivered to your inbox!

Your email address                SUBSCRIBE

Help  |  About Us  |  Advertising Info  |  Contact Us  |  Privacy Policy  |  Terms of Use

© 2025 Merriam-Webster, Incorporated

HHS-PRWORA_000038

similar                                                                                    ✕        🔍

**Dictionary**                                                     Thesaurus

◀ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                                                                          ▶

# similar adjective

sim·i·lar    ( ˈsi-mə-lər ◀⁾))    ˈsim-lər

Synonyms of *similar* ›

**1**    : having characteristics in common : strictly comparable

**2**    : alike in substance or essentials : **CORRESPONDING**
        No two animal habitats are exactly *similar* ...
        – W. H. Dowdeswell

**3**    : not differing in shape but only in size or position
        *similar* triangles
        *similar* polygons

**adverb**

Relevance

comparable                          analogous

like                                alike

such

HHS-PRWORA_000039

Dictionary                                              Thesaurus

**SIMILAR**, **ANALOGOUS**, **PARALLEL** mean closely resembling each other.

**SIMILAR** implies the possibility of being mistaken for each other.

all the houses in the development are *similar*

**ANALOGOUS** applies to things belonging in essentially different categories but nevertheless having many similarities.

*analogous* political systems

**PARALLEL** suggests a marked likeness in the development of two things.

the *parallel* careers of two movie stars

This month, General Electric's health-care division will begin marketing a first-of-its-kind electrocardiograph machine in the U.S. Although packed with the latest technology, the battery-powered device weighs just six pounds, half as much as the smallest ECG machine currently for sale. It will retail for a mere $2,500, an 80% markdown from products with **similar** capabilities.

– Reena Jana, *Business Week*, 23 & 30 Mar. 2009

There's a reason boards of directors can pluck so many CEOs out of one company and plop them into another: When it comes to management ideas and tools, many companies are surprisingly **similar**. They have the same hierarchies and budgeting processes.

– Jena McGregor, *Business Week*, 8 Oct. 2007

Though the trends were **similar**, the new patterns of consumption varied both regionally and nationally, as they continue to do today.

– John Brewer, *New York Review of Books*, 30 Nov. 2006

HHS-PRWORA_000040

<

| Dictionary | Thesaurus |
| --- | --- |

## Recent Examples on the Web

ⓘ **Examples are automatically compiled from online sources to show current usage.** Read More

Other Indian cities with GCCs are seeing **similar** trends.

– Priyanka Salve, *CNBC*, 6 Nov. 2025

Murakami is also multiple years younger than Bregman even if their contracts end up being very **similar**.

– Drew Vonscio, *MSNBC Newsweek*, 6 Nov. 2025

The Seahawks, who sent two mid-round draft picks to the Saints, may see Shaheed as **similar** to Percy Harvin.

– Tom Krasovic, *San Diego Union-Tribune*, 5 Nov. 2025

Despite a local Taiwanese series that covered **similar** territory, OMG co-founder and CEO Steve Chicorel sees opportunity rather than obstacle.

– Naman Ramachandran, *Variety*, 5 Nov. 2025

See All Example Sentences for *similar*

## Etymology

earlier, "(of parts of the body) made up of one substance, homogeneous," borrowed from Medieval Latin *similāris,* from Latin *similis* "having characteristics in common, like" + *-āris* -AR; *similis* going back to dialectal Indo-European *$*smh_2-el-i-$* (whence also, with different stem formations, Old Irish *amal,* preposition, "like, as," *samail* "likeness, similarity," Middle Welsh *hafal* "like, similar," Greek *homalós* "even,

HHS-PRWORA_000041

Dictionary                                                                          Thesaurus

SIMULTANEOUS); and *semel* "a single time, once" (see SEMELPAROUS). — The Celtic outcomes show an internal change of *\*-ema-* > *\*-ama-* ("Joseph's Law"). The initial *o* in Greek *homalós,* for expected *\*a,* has probably been carried over from *homós* "shared among all, common, same," *homoîos* "like, similar" (see HOMO- HOMEO-), — A different analysis of *similis* and like words has been proposed by G.E. Dunkel (*Lexikon der indogermanischen Partikeln und Pronominalstämme,* Heidelberg, 2014, p. 726). Behind *similis* the author sees *\*sm̥-h₂el-ó-,* with *\*sm̥-* as zero-grade of *\*som-* "together, with, the same" and *\*h₂el-* taken to be the verbal base meaning "nourish, bring up" (see OLD entry 1)—hence the compound would have meant "of equal growth," whence "like, similar." Dunkel analyzes *semel* "a single time," differently, however, as *\*sem-le,* with *\*sem-* "one" and *\*le* "over there, distant" (pp. 491, 673).

## First Known Use

1586, in the meaning defined at sense 1

## Time Traveler

**The first known use of *similar* was in 1586**

See more words from the same year

dissimilar

See All Rhymes for *similar*

HHS-PRWORA_000042

| Dictionary | Thesaurus |

◀          ▶

See All Nearby Words

**The Shared History of Dissimilar Words**

Incumbent, Succumb, and Recumbent

**Style**  | MLA |

"Similar." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merri am-webster.com/dictionary/similar. Accessed 10 Nov. 2025.

⎘ Copy Citation

HHS-PRWORA_000043

Dictionary                                    Thesaurus

# similar adjective

sim·i·lar    ˈsim-(ə-)lər 🔊

**1**    : having qualities in common

**2**    : not differing in shape but only in size or position
*similar* triangles

### adverb

Nglish: Translation of *similar* for Spanish Speakers

Last Updated: 6 Nov 2025 - Updated example sentences

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and
advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

HHS-PRWORA_000044

Dictionary

Thesaurus

# Top Lookups

**1**  **existential**

**2**  **happy**

**3**  **enigma**

**4**  **culture**

**5**  **didactic**

**6**  **pedantic**

**7**  **love**



## WORD OF THE DAY

# temerity 🔊

See Definitions and Examples »

Get Word of the Day daily email!

Your email addre          SUBSCRIBE

HHS-PRWORA_000045

Dictionary                                      Thesaurus

**Using Bullet Points ( • )**

**13 Wonderful Words That You're Not Using (Yet)**

**Ten More Words from Taylor Swift Songs**

**Quordle**

Can you solve 4 words at once?

**Play**

**Blossom**

Pick the best words!

**Play**

HHS-PRWORA_000046

Case 1:25-cv-00345-MSM-PAS     Document 74-3     Filed 11/21/25     Page 48 of 137 PageID
#: 2651



| Dictionary | Thesaurus |
|---|---|

### The Missing Letter
A daily crossword with a twist

**Play**

### Synonym Sandwich Quiz
Connect two unrelated words by picking a word syn…

**Take the quiz**

**See All**

Learn a new word every day.
Delivered to your inbox!

Your email address        SUBSCRIBE

Help  |  About Us  |  Advertising Info  |  Contact Us  |  Privacy Policy  |  Terms of Use

© 2025 Merriam-Webster, Incorporated

HHS-PRWORA_000047

Case 1:25-cv-00345-MSM-PAS     Document 74-3     Filed 11/21/25     Page 49 of 137 PageID #: 2652

🇺🇸  An official website of the United States government    Here's how you know

# Child Welfare

Child welfare is a continuum of services designed to ensure that children are safe and that families have the necessary support to care for their children successfully. ACF provides funding and technical assistance to state/tribal child welfare programs and grantees to promote positive outcomes for children and families.

## Latest Blogs



### November is National Adoption Month

November 1, 2024

*More From the Family Room Blog* ›

## Featured Resources

### Revised Technical Bulletin #1

October 2, 2025

### Update on Implementing Provisions of Public Law (Pub. L.) 118-258, The Supporting America's Children and Families Act

September 4, 2025

HHS-PRWORA_000048

Case 1:25-cv-00345-MSM-PAS    Document 74-3    Filed 11/21/25    Page 50 of 137 PageID
#: 2653

## AFCARS Dashboard May 2025 Webinar

June 25, 2025

**More Resources** ❯

# Success Stories



## Housing Vouchers for Youth Who Have Aged Out of Foster Care

# Related content

| TITLE | TYPE | LAST EDITED |
|---|---|---|
| Update on Implementing Provisions of Public Law (Pub. L.) 118-258, The Supporting America's Children and Families Act | Policy & Guidance | 09/04/2025 - 12:18 |
| Trump Administration Puts 46 States and Territories on Notice to Remove Gender Ideology Content from Sex Ed Materials | Press Release | 08/26/2025 - 14:36 |
| HHS Defunds California's Attempt to Indoctrinate Children with Gender Ideology | Press Release | 08/21/2025 - 12:46 |
| Healthy Marriage, Responsible Fatherhood, and Tribal TANF-Child Welfare Coordination NOFOs Now Available | Article (News) | 07/17/2025 - 13:16 |
| HHS Bans Illegal Aliens from Accessing its Taxpayer-Funded Programs | Press Release | 07/10/2025 - 09:21 |

HHS-PRWORA_000049

11/10/25, 9:05 AM
Case 1:25-cv-00345-MSM-PAS    Document 74-3    Filed 11/21/25    Page 51 of 137 PageID
Child Welfare | The Administration for Children and Families
#: 2654

| TITLE | TYPE | LAST EDITED |
|-------|------|-------------|
| **Public Law 118-258 - The Supporting America's Children and Families Act** | Policy & Guidance | 06/18/2025 - 15:00 |
| **AFCARS Dashboard May 2025 Webinar** | Training & Technical Assistance | 06/25/2025 - 16:48 |
| **Arkansas Primary Title IV-E Foster Care Eligibility Review (2024)** | Report | 06/05/2025 - 15:36 |
| **District of Columbia Primary Title IV-E Foster Care Eligibility Review (2024)** | Report | 06/05/2025 - 15:36 |
| **Puerto Rico Primary Title IV-E Foster Care Eligibility Review (2024)** | Report | 06/05/2025 - 15:36 |

1    2    3    4    5    6    7    8    9    ...    >

HHS-PRWORA_000050

# "CRISIS BY DESIGN"

# A Comprehensive Look at the Biden-Harris Administration's Unprecedented Border Crisis

*HOUSE COMMITTEE ON HOMELAND SECURITY MAJORITY REPORT*

SEPTEMBER 18, 2024

HHS-PRWORA_000051

# TABLE OF CONTENTS

***Executive Summary***................................................*pg. 3*

***Part 1:*** A Crisis by Design...................................................*pg. 8*

***Part 2:*** "A Willful and Systemic Refusal to Comply with the Law".............................*pg. 14*

***Part 3:*** The Scheme to Flood Ports of Entry with Inadmissible Aliens.........................*pg. 25*

***Part 4:*** The World Has Taken Advantage of Biden and Harris' Open Borders....................*pg. 28*

***Part 5:*** Partners in Chaos: The Biden-Harris Administration's Vast NGO Network............*pg. 31*

***Part 6:*** Criminal Cartels and Gangs Have Taken Control of the Border..........................*pg. 33*

***Part 7:*** The Specter of Gotaways, National Security Threats, and CCP Exploitation............*pg. 38*

***Part 8:*** The Human Costs of the Crisis—Fentanyl, Crime, Public Health, and Everything in Between...............................*pg. 46*

***Part 9:*** Migrants Suffering Abuse, Exploitation, and Death at Record Levels...................*pg. 65*

***Part 10:*** The Biden-Harris Administration Has Put Taxpayers on the Hook......................*pg. 71*

***Part 11:*** Top Border Crisis Lies by the Biden-Harris Administration...........................*pg. 76*

***Part 12:*** House Republicans Try to End the Crisis, While Democrats Obstruct..................*pg. 80*

***Part 13:*** Examining the Record of "Border Czar" Kamala Harris.........................*pg. 84*

***Part 14:*** Conclusion...............................*pg. 86*



"[E]VEN IF NOT ONE MORE INADMISSIBLE ALIEN CROSSED OUR BORDERS FOR THE REMAINDER OF BIDEN AND HARRIS' TERM, THE MILLIONS THEY HAVE ALREADY ALLOWED INTO OUR COUNTRY HAVE DONE DAMAGE THAT WILL TAKE DECADES TO REMEDY."

- COMMITTEE ON HOMELAND SECURITY CHAIRMAN MARK E. GREEN, MD

HHS-PRWORA_000052

# EXECUTIVE SUMMARY

President Joe Biden, "border czar" and Vice President Kamala Harris, and Department of Homeland Security (DHS) Secretary Alejandro Mayorkas have sparked the worst border crisis in American history. For nearly four years, Americans have witnessed a national security, public safety, and humanitarian disaster at America's borders.

The flood of inadmissible aliens[1] across America's sovereign borders has been objectively unprecedented. Since February 2021, U.S. Customs and Border Protection (CBP) has reported more than 8.2 million encounters of inadmissible aliens at the Southwest border,[2] a number that grows to more than 10.1 million when factoring in America's borders and ports of entry nationwide.[3]

In Biden, Harris, and Mayorkas' first full month in office, CBP recorded 101,099 encounters at the Southwest border.[4] Every month since, CBP has recorded at least 100,000 such encounters, and more than 200,000 encounters in 19 different months.[5] CBP is on pace to record more than 11.6 million encounters nationwide by the end of the Biden-Harris administration, a 274-percent increase from the 3.1 million encounters recorded between Fiscal Years (FY)17-20[6]—and that's not counting the roughly two million known gotaways that have entered on Biden and Harris' watch.[7]



These numbers clearly demonstrate one thing, as recently highlighted by House Committee on Homeland Security (Committee) Chairman Mark Green: "[E]ven if not one more inadmissible alien crossed our borders for the remainder of Biden and Harris' term, the millions they have already allowed into our country have done damage that will take decades to remedy."[8]

---

[1] For more information on the definition of "inadmissible aliens," see 8 U.S.C. § 1182.
[2] U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Southwest Land Border Encounters*, last modified August 28, 2024, https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters. Monthly encounter numbers throughout this report are indexed to CBP data through July 2024, or as otherwise noted.
[3] U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Nationwide Encounters*, last modified August 28, 2024, https://www.cbp.gov/newsroom/stats/nationwide-encounters.
[4] U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Southwest Land Border Encounters*, last modified August 28, 2024, https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters.
[5] Ibid.
[6] U.S. Department of Homeland Security, Office of Immigration Statistics, *2021 Yearbook of Immigration Statistics*, November 2022, 101, https://www.dhs.gov/sites/default/files/2023-03/2022_1114_plcy_yearbook_immigration_statistics_fy2021_v2_1.pdf.
[7] Gotaway numbers are documented later in this report.
[8] Mark Green, "No, Biden and Harris' Border Crisis Is Not Over," *RealClearPolitics*, August 20, 2024, https://www.realclearpolitics.com/articles/2024/08/20/no_biden_harris_border_crisis_is_not_over_151475.html.

HHS-PRWORA_000053

# EXECUTIVE SUMMARY

The Biden-Harris administration has ended numerous, effective border-security policies and replaced them with an agenda of open borders. These radical new policies have pulled Border Patrol agents away from their frontline mission of securing the border and enforcing U.S. immigration laws, to instead process and release into the country record numbers of inadmissible aliens that are surging across.

Simultaneously, transnational criminal organizations like the Mexican criminal cartels and violent gangs have been enriched and empowered by record profits from drug trafficking and human smuggling. They funnel those blood-bought dollars into their ever-expanding operations in American cities and throughout the hemisphere.



The human cost, to American citizens and migrants alike, has been incalculable. Fentanyl continues to be mass-smuggled across the increasingly porous border and into American communities, ruining lives and shattering families at an unprecedented rate. Illegal aliens are committing crimes in American communities large and small, and their shocking acts of violence and recklessness have been documented in every state. Furthermore, it is completely unknown how many gang members, violent criminals, and other potential public safety threats have either been released by overwhelmed Border Patrol agents, or slipped into the country as gotaways. In many cases, we simply will not know until it is too late.

Untold numbers of vulnerable men, women, and children have become victims of degradation and abuse along the journey to the Southwest border. A record number of border crossers have also been found dead on U.S. soil since Biden, Harris, and Mayorkas implemented their disastrous open-borders agenda. Border Patrol and Air & Marine Operations (AMO) agents have been forced to put their lives on the line at an exponentially higher rate than in years past,[9] conducting a historic number of rescue operations to save lives.

In addition to the human tragedies, Americans are increasingly feeling the financial costs imposed by the mass illegal immigration willfully facilitated by the Biden-Harris administration. Cities and states are being forced to shoulder unprecedented costs. The crisis has had a devastating effect on the schools, heath care providers, law enforcement agencies, and other public service providers who have limited resources to deal with the massive influx of illegal aliens. States like Texas have even issued proclamations of

---

[9] CBP rescues data cited later in this report.

HHS-PRWORA_000054

disaster, as citizens have struggled to confront the existential challenges posed by unchecked illegal crossings and cartel expansion.[10]

These open-borders policies have turned every state into a border state, and every town into a border town. Federal Bureau of Investigation (FBI) Director Christopher Wray testified to the Committee last year that the "threats that come from the other side of the border are affecting every state."[11] The consequences have impacted Americans of all races, political affiliations, and socioeconomic statuses, as this report from the Committee will show.

Joseph Borelli, minority leader of the New York City Council, encapsulated the Biden-Harris administration's culpability for the crisis when he testified to the Committee in September 2023. He said the Biden team "…ran on changing border policy. They came in…and they made changes, and now almost two years later, we can unequivocally say things have gotten absolutely worse, not just for New York, but it sounds like for a lot of the rest of the country."[12] The American people clearly agree, with almost two-thirds of Americans disapproving of the Biden-Harris administration's record on immigration, according to the latest RealClearPolitics average.[13]



**WATCH: Massive Surge of Illegal Aliens Overwhelms Border Patrol in Arizona**

Perhaps the most egregious aspect of this crisis is that it has been intentional from the start. Biden ran a campaign on providing amnesty to millions of illegal aliens,[14] promising to end policies that had brought illegal immigration to record lows.[15] On Sept. 12, 2019, during a Democratic presidential debate, Biden even encouraged individuals from around the world to "surge" to the border and file asylum claims,[16] despite

---

[10] State of Texas, Office of the Texas Governor, *Proclamation Renewing the Disaster Proclamation Concerning Border Security*, May 22, 2022, https://gov.texas.gov/uploads/files/press/DISASTER_border_security_renewal_IMAGE_05-22-2022.pdf.
[11] "Worldwide Threats to the Homeland," *Homeland Security Committee Events*, YouTube video, 55:07, November 15, 2023, https://www.youtube.com/watch?v=yVjgdrpk_OE&t=3307s.
[12] "The Financial Costs of Mayorkas' Open Border," *Homeland Security Committee Events*, YouTube video, 2:17:44, September 20, 2023, https://www.youtube.com/live/49LVY4FL2xk?si=13UI8AHVO0dS33KD&t=8264.
[13] "President Biden Job Approval – Immigration," *RealClearPolling*, last accessed September 16, 2024, https://www.realclearpolling.com/polls/approval/joe-biden/immigration.
[14] "The Biden Plan For Securing Our Values As A Nation Of Immigrants," *Biden for President*, last accessed September 17, 2024, https://web.archive.org/web/20201102053904/https://joebiden.com/immigration/.
[15] Lora Ries, "President Trump and Joe Biden: Comparing Immigration Policies," *The Heritage Foundation,* October 21, 2020, https://www.heritage.org/immigration/report/president-trump-and-joe-biden-comparing-immigration-policies.
[16] "Candidate Biden Calls on Illegal Immigrants to Surge the Border," *Speaker Kevin McCarthy*, YouTube video, March 19, 2021, https://www.youtube.com/watch?v=rYwLYMPLYbo.

HHS-PRWORA_000055

Department of Justice data clearly showing that the vast majority do not qualify for this protection.[17]

Mark Morgan, former CBP acting commissioner during the Trump administration and Border Patrol chief under President Barack Obama, told the Committee in an official interview on Jan. 22, 2024, that Biden "was hellbent on making sure that anything that we had implemented under President Trump that he was going to destroy and dismantle, and he made it very clear during the campaign."[18] As a result, months before the 2020 election, many would-be border crossers headed to the Southwest border "to wait for the day a Democrat won and Trump lost"[19]—individuals who "started moving just on [Biden's] campaign promises."[20] Biden—and Harris, whom he put "in charge of addressing the migrant surge at the U.S.-Mexico border"[21]—have followed through on these radical promises.[22]



**WATCH: Candidate Biden Urges Illegal Aliens to "Surge" to the Border**

Despite repeated warnings from experienced border security professionals of the crisis that would ensue,[23] Biden, Harris, Mayorkas, and the open-borders advocates in the new administration ended effective policies like the Migrant Protection Protocols (MPP, or "Remain in Mexico") and gutted enforcement of U.S. immigration laws.

The Biden-Harris administration also quickly implemented a host of unlawful policies and issued directives to signal that America's borders were open, and that those who crossed illegally would be released into the interior.[24]

The resulting crisis in early 2021 was predictable, swift, and catastrophic. Encounters skyrocketed and Border Patrol facilities were overwhelmed. Americans were deluged

---

[17] "Credible Fear and Asylum Process: Fiscal Year (FY) 2008 – FY 2019," *Department of Justice Executive Office for Immigration Review*, https://www.justice.gov/eoir/file/1216991/download.
[18] Mark Morgan, Transcribed Interview with the House Committee on Homeland Security, 19, January 22, 2024.
[19] "The Real Cost of an Open Border: How Americans are Paying the Price," *Homeland Security Committee Events*, YouTube video, 2:32:26, July 26, 2023, https://www.youtube.com/live/q2n1h6lIbMg?feature=share&t=9146.
[20] Ibid.
[21] Stef Kight, "Biden puts Harris in charge of border crisis," *Axios*, March 24, 2021, https://www.axios.com/2021/03/24/biden-harris-border-crisis.
[22] Lora Ries and Michael Sutherland, "Biden-Harris administration's Border Catastrophe – A Policy Tracker," *The Heritage Foundation*, June 25, 2021, https://datavisualizations.heritage.org/immigration/biden-administrations-border-catastrophe-a-policy-tracker/.
[23] Elissa Salamy, "Biden-Harris administration was warned on potential of border crisis, says Mark Morgan," *The National Desk,* March 23, 2021, https://wpde.com/news/nation-world/biden-administration-was-warned-on-potential-of-border-crisis-says-mark-morgan.
[24] U.S. Congress, Speaker of the House of Representatives, "64 Times the Biden-Harris administration Intentionally Undermined Border Security," Press Release, 118th Cong., 2nd sess., January 9, 2024, https://www.speaker.gov/64-times-the-biden-administration-intentionally-undermined-border-security/.

HHS-PRWORA_000056

with shocking images of migrants, including unaccompanied children, being crammed into detention centers awaiting release into the interior rather than removal. One facility in Donna, Texas, meant for 250 people, held nearly 4,000 at one point.[25] The chaos and destruction have only spiraled further since then.

In the words of John Modlin, chief patrol agent for the Border Patrol's Tucson Sector, his agents "went from what I would describe as unprecedented [apprehensions in 2021] to a point where I don't have the correct adjective to describe what's going on" by early 2023.[26]

Veteran DHS officials and seasoned border security experts agree that this chaos could have been avoided. On June 14, 2023, former DHS Acting Secretary Chad Wolf testified to the Committee, "In all candor, this is the first administration of either political party to deliberately take steps to diminish the security along our southern border. … [I]t is clear to me and to millions of Americans that this is a crisis by design, and one that was avoidable."[27]

As we near the close of the Biden-Harris administration, Americans should have all the facts. This report will serve as the final investigative exposé from the Committee during the 118th Congress, detailing the full story of the extreme, devastating, and unlawful agenda of the Biden-Harris administration, why it sparked the worst border crisis in U.S. history, and how Americans are still suffering from it to this present day.



*Camilo Montoya-Galvez, CBS News*

---

[25] Benjamin Siegel, "New photos show migrants in overcrowded Border Patrol facility in Texas," *ABC News*, March 22, 2021, https://abcnews.go.com/Politics/photos-show-overcrowded-border-patrol-facility-texas/story?id=76604072.

[26] "Full Committee Hearing On The Front Lines of the Border Crisis: A Hearing with Chief Patrol Agents," *GOP Oversight,* YouTube video, 1:12:24, February 7, 2023, https://www.youtube.com/live/f2ut2KyLfiE?feature=share&t=4344.

[27] "Open Borders, Closed Case: Secretary Mayorkas' Dereliction of Duty on the Border Crisis," *Homeland Security Committee Events*, YouTube video, 28:30, June 14, 2023, https://www.youtube.com/live/0gjm6jzYHqw?feature=share&t=1710.

HHS-PRWORA_000057

# PART 1: A CRISIS BY DESIGN

**Introduction:** A close examination of the evidence makes clear that even before taking office, the incoming Biden-Harris administration had its sights set on dismantling a secure border and flooding the country with inadmissible aliens. This evidence is readily apparent in the actions of the Biden transition team, the Biden-Harris administration's rapid elimination of effective border-security policies with no alternatives in place, and its utter refusal to enforce longstanding U.S. immigration laws.

## *The Transition*

In the winter of 2020, as the Biden-Harris team prepared to assume power, the warning signs were evident. In testimony to the Committee, former Border Patrol Chief Rodney Scott, who served as chief from February 2020 to August 2021, said, "[M]y staff and I engaged and advised the Biden transition teams well before inauguration. The administration's laser focus on expediting processing and increasing opportunities for migrants to enter the U.S. never wavered." Scott continued, "[a]dvice from career professionals was ignored. Policies were implemented that resulted in thousands of aliens being released into the U.S. Illegal immigration intensified, overwhelmed the Border Patrol, and effectively transferred control of our Southwest border directly to the Mexican drug cartels."[28]



Morgan reported a similar experience: "We told them that if…you end policies like the Migrant Protection Protocol[s], that you will cause a degree of chaos at the border that will pale in comparison of anything that we've seen in history. And that's exactly what's happened."[29] In its 2021 decision in Texas v. Biden, in which several states challenged the Biden-Harris administration's ending of MPP, the U.S. District Court for the Northern District of Texas validated Morgan and Scott's accounts.[30] Perhaps their sound advice was ignored because, as Scott would say publicly several years later, at least one senior DHS official told him directly, "[w]e do not like the Border Patrol. We do not trust the Border Patrol."[31]

## *The Elimination of Effective Border-Security Policies*

The rejection of warnings and advice from experienced border-security professionals continued through the inauguration. Biden, Harris, and Mayorkas wasted no time

---

[28] Ibid, 42:02, https://www.youtube.com/watch?v=0gjm6jzYHqw&t=2522s.
[29] Mark Morgan, Transcribed Interview with the House Committee on Homeland Security, 25-26, January 22, 2024.
[30] *See* Memorandum Opinion and Order, *State of Texas v. Biden*, No. 2:21-cv-00067, 14-15, (N.D. Tex. 2021).
[31] Anna Giaritelli, "Top Border Patrol officials say Biden appointees silenced them for years," *The Washington Examiner*, May 10, 2024, https://www.washingtonexaminer.com/news/white-house/2990090/top-border-patrol-officials-say-biden-appointees-silenced-them-years/.

HHS-PRWORA_000058

actively doing away with effective policies of the previous administration, and in doing so, they directly encouraged mass illegal immigration and abuse of America's asylum system. This section documents some of those policies.

***Migrant Protection Protocols:*** The Trump administration implemented MPP to help deter individuals from filing illegitimate or fraudulent asylum claims at the Southwest border.[32] Illegal aliens who crossed or sought admission into the United States through Mexico, including those who intended to seek asylum, were required to wait in Mexico until their claim was adjudicated.[33]

Morgan told the Committee that MPP deterred hundreds of thousands of individuals from making the journey,[34] because they knew they would have to wait in Mexico while their claim was processed. Wolf called it "one of the most effective policies in…reducing the unprecedented flood of fraudulent asylum claims being made at the southern border."[35] Gregory Bovino, chief patrol agent for the Border Patrol's El Centro Sector, told the Committee it worked because it served as a consequence to illegal entry.[36] Despite this, the Biden-Harris administration suspended MPP on day one,[37] and roughly six months later, Mayorkas issued a memo stating it should be terminated.[38] Months later, federal judge Matthew Kacsmaryk wrote in his decision in Texas v. Biden that the termination of MPP "has contributed to the current border surge."[39]

***Border Wall Construction:*** The border wall system has long been a critical component in maintaining order and security at the Southwest border,[40] helping agents better direct and manage the flow of illegal aliens. Multiple chief patrol agents affirmed this to the Committee during transcribed interviews in 2023.[41] Ron Vitiello, former Border Patrol chief, has testified to the Committee that the border wall system "provides an anchor for those agents to patrol and control area much more efficiently, much more effectively, and safer."[42] According to one agent, more wall "was always something we wanted. It was always something we wanted more of. Every administration gave it to us. It always was proven effective."[43] Per a 2018 survey by the National Border Patrol Council (NBPC), 89 percent of agents said a "wall system in strategic locations is necessary to securing the border."[44]

---

[32] U.S. Department of Homeland Security, News, *Migrant Protection Protocols*, January 24, 2019, https://www.dhs.gov/news/2019/01/24/migrant-protection-protocols.
[33] Ibid.
[34] Mark Morgan, Transcribed Interview with the House Committee on Homeland Security, 28-29, January 22, 2024.
[35] "Chad Wolf: Reinstatement of 'Remain in Mexico' Policy a 'Win' for Border Security," *The Heritage Foundation*, August 25, 2021, https://www.heritage.org/press/chad-wolf-reinstatement-remain-mexico-policy-win-border-security.
[36] Gregory Bovino, Transcribed Interview with the House Committee on Homeland Security, 106 & 112, July 12, 2023.
[37] U.S. Department of Homeland Security, News, *DHS Statement on the Suspension of New Enrollments in the Migrant Protection Protocols Program*, January 20, 2021, https://www.dhs.gov/news/2021/01/20/dhs-statement-suspension-new-enrollments-migrant-protection-protocols-program.
[38] U.S. Department of Homeland Security, *Memorandum: Termination of the Migrant Protection Protocols Program*, June 1, 2021, https://www.dhs.gov/sites/default/files/publications/21_0601_termination_of_mpp_program.pdf.
[39] *See* Memorandum Opinion and Order, *State of Texas v. Biden*, No. 2:21-cv-00067, 17, (N.D. Tex. 2021).
[40] U.S. Department of Homeland Security, News, *The Border Wall System is Deployed, Effective, and Disrupting Criminals and Smugglers*, October 29, 2020, https://www.dhs.gov/news/2020/10/29/border-wall-system-deployed-effective-and-disrupting-criminals-and-smugglers.
[41] *See* Jason Owens, Transcribed Interview with the House Committee on Homeland Security, 87-88, May 5, 2023; Aaron Heitke, Transcribed Interview with the House Committee on Homeland Security, 42-43, May 9, 2023; and Gregory Bovino, Transcribed Interview with the House Committee on Homeland Security, 87-88, July 12, 2023. Other chief patrol agents also went on record stating how border wall system is useful. *See also* Julio Rosas, "Biden Said Walls Do Not Work. Here's What Border Patrol Leadership Had to Say.," *Townhall*, October 6, 2023, https://townhall.com/tipsheet/juliorosas/2023/10/06/biden-said-border-walls-do-not-work-heres-what-border-patrol-sector-chiefs-had-to-say-n2629468.
[42] "Opening the Flood Gates: Biden's Broken Border Barrier," *Homeland Security Committee Events*, YouTube video, 2:49:59, July 18, 2023, https://www.youtube.com/live/lOGeX0LdFXM?feature=share&t=10199.
[43] Todd Bensman, "Border Patrol Agents, the Only True Experts, Lament Wall Construction Halt," *The Center for Immigration Studies,* February 3, 2021, https://cis.org/Bensman/Border-Patrol-Agents-Only-True-Experts-Lament-Wall-Construction-Halt.
[44] Stephen Dinan, "Border Patrol agents back Trump wall, survey finds," *The Washington Times,* April 2, 2018, https://www.washingtontimes.com/news/2018/apr/2/border-patrol-agents-back-trump-wall-survey-finds/.

HHS-PRWORA_000059

On his first day in office, Biden declared, "[i]t shall be the policy of my Administration that no more American taxpayer dollars be diverted to construct a border wall"[45]—another campaign promise.[46] Then-Border Patrol Chief Raul Ortiz testified to the Committee in March 2023 that he disagreed with Biden's order.[47] Mayorkas later contradicted his Border Patrol chief, saying, "I stand by the decision of this administration to cease construction of the wall."[48]

This decision was not only foolish from a security perspective, but also a financial one. Terminating construction of already paid-for border wall has cost taxpayers at least $1.837 billion.[49] Jim De Sotle, chief executive officer of LoneStar Pipeline Contractors, testified to the Committee in 2023 that his firm, which was contracted to assist in new construction, suffered millions of dollars in real losses and lost future revenue.[50] He informed the Committee in December that his firm had been forced to file for bankruptcy as a result of Biden and Harris' actions.[51]

The border wall was not the only barrier system in Biden and Harris' crosshairs, however. In July 2023, Texas announced the deployment of floating marine barriers in the Rio Grande River to deter illegal aliens from crossing.[52] Morgan said in August 2023 that during the Trump administration, research and development on a similar barrier system "was extensive" and testing showed it to be effective—but the Biden-Harris administration ended the project.[53] Not content to stop there, the administration also sued Texas for using its buoy system,[54] and went to the Supreme Court to seek authorization to destroy wire barriers put in place by Texas officials.[55]

***Asylum Cooperative Agreements:*** As noted by one former senior DHS official, a key principle of asylum is that "if someone is truly fleeing for their safety, they request protection in the first safe place in which they arrive."[56] To that end, the Trump administration negotiated asylum cooperative agreements (ACAs) with El Salvador, Guatemala, and Honduras.[57] These agreements served a number of important functions, including recognizing these nations as "safe third countries" to which the United States could return individuals who had arrived at the Southwest border without applying for

[45] U.S. President, Proclamation, "Termination of Emergency With Respect to the Southern Border of the United States and Redirection of Funds Diverted to Border Wall Construction," *Federal Register* 86, no. 16 (January 27, 2021): 7225-7227, https://www.federalregister.gov/documents/2021/01/27/2021-01922/termination-of-emergency-with-respect-to-the-southern-border-of-the-united-states-and-redirection-of.

[46] Andrew O'Reilly, "Biden says border wall construction will stop if he's elected president," *Fox News,* August 5, 2020, https://www.foxnews.com/politics/biden-border-wall-construction-stop-elected.

[47] "Full Committee Field Hearing: 'Failure By Design: Examining Secretary Mayorkas' Border Crisis,'" *Homeland Security Committee Events*, YouTube video, 1:50:12, March 15, 2023, https://www.youtube.com/live/7Z1ETzh3AUA?feature=share&t=6612.

[48] "Congressman Brecheen Questions Secretary Mayorkas During Homeland Security Committee Hearing 4/19/23," *Congressman Josh Brecheen*, YouTube video, 4:54, April 19, 2023, https://www.youtube.com/watch?v=YCa4Y0DFOBY.

[49] U.S. Congress, Senate, Committee on Homeland Security and Governmental Affairs, Subcommittee on Government Operations and Border Management, Minority, *President Biden is Wasting Billions by Not Building the Border Wall*, 117th Cong., 1st sess., July 21, 2021, 6, https://www.hsgac.senate.gov/wp-content/uploads/imo/media/doc/GOBM%20Interim%20Report%20on%20Wall__Final.pdf.

[50] "Opening the Flood Gates: Biden's Broken Border Barrier," *Homeland Security Committee Events*, YouTube video, 2:25:56, July 18, 2023, https://www.youtube.com/live/lOGeX0LdFXM?feature=share&t=8756.

[51] Email correspondence with the House Committee on Homeland Security, December 27, 2023.

[52] State of Texas, Office of the Texas Governor, Greg Abbott, *Operation Lone Star Boosts Border Response With New Marine Barriers*, July 14, 2023, https://gov.texas.gov/news/post/operation-lone-star-boosts-border-response-with-new-marine-barriers.

[53] Todd Bensman, "Dems hate Texas' Rio Grande border barrier because it WORKS," *The New York Post,* August 9, 2023, https://nypost.com/2023/08/09/dems-hate-texas-rio-grande-border-barrier-because-it-works/.

[54] Eric Beech and Kanishka Singh, "US sues Texas over floating border barriers," *Reuters*, July 25, 2023, https://www.reuters.com/world/us/us-doj-sues-texas-over-floating-border-barriers-2023-07-24/.

[55] John Kruzel and Andrew Chung, "White House turns to US Supreme Court in Texas razor-wire border dispute," *Reuters*, January 2, 2024, https://www.reuters.com/world/us/biden-administration-asks-us-supreme-court-intervene-texas-border-row-2024-01-02/.

[56] Lora Ries, "Biden's Misleading New Asylum Rule Is a Gimmick Atop a Shell Game," *The Daily Signal,* February 24, 2023, https://www.dailysignal.com/2023/02/24/bidens-misleading-new-asylum-rule-is-a-gimmick-atop-a-shell-game/, (emphasis added).

[57] U.S. Department of Homeland Security, *Fact Sheet: DHS Agreements with Guatemala, Honduras, and El Salvador*, May 31, 2019, https://www.dhs.gov/sites/default/files/publications/19_1028_opa_factsheet-northern-central-america-agreements_v2.pdf.

HHS-PRWORA_000060



asylum when passing through those countries. The agreements also made it clear that these individuals should claim asylum in those countries, not the United States.

In May 2023, then-Del Rio Sector Chief Patrol Agent Jason Owens, who would later succeed Ortiz as Border Patrol chief, told the Committee that such policies "would lessen the flow that the Border Patrol is facing."[58] The Biden-Harris administration suspended these agreements on Feb. 6, 2021, and later terminated them.[59]

***Crackdown on Sanctuary Cities:*** In 2017, the Trump administration issued Executive Order 13768, which prohibited federal grant money from being awarded to jurisdictions that refuse to cooperate with ICE with respect to removing criminal aliens.[60] These jurisdictions are commonly referred to as "sanctuary cities." However, the Biden-Harris administration issued an executive order on day one revoking that executive order.[61]

***DNA Testing for Family Units:*** In 2019, the Trump administration implemented a policy of DNA testing of family units apprehended at the Southwest border.[62] The policy was implemented to determine whether groups presenting themselves to CBP as "family units" were actually related, or simply grouped together by the cartels to ensure their swift release.[63] At the time, as many as 30 percent of adults arriving with minors were not biologically or legally related.[64]

However, according to a leaked CBP memo dated May 19, 2023, CBP would end the practice on May 31 after its current testing contract expired.[65] Following a June 2023 inquiry by Committee staff, CBP officials stated that testing was being conducted only on an "ad hoc basis" until "a vendor is selected… ."[66] In September 2023, Committee staff were further informed that no new vendor had been selected.[67] In June 2024, CBP announced that testing would only be conducted "with the consent of the adult," meaning that even if agents or officers suspect a child is being smuggled, Biden, Harris, and Mayorkas have given the final say on testing to the smugglers—not CBP.[68]

***Title 42:*** In 2020, the Trump administration responded to the COVID-19 pandemic by invoking the Centers for Disease Control and Prevention's (CDC) Title 42 public health authority.[69] Under Title 42, CBP could immediately expel illegal aliens through the closest port of entry.[70] According to one former chief patrol agent, illegal aliens could be

[58] Jason Owens, Transcribed Interview with the House Committee on Homeland Security, 173, May 5, 2023.
[59] U.S. Department of State, Office of the Spokesperson, *Suspending and Terminating the Asylum Cooperative Agreements with the Governments El Salvador, Guatemala, and Honduras*, February 6, 2021, https://www.state.gov/suspending-and-terminating-the-asylum-cooperative-agreements-with-the-governments-el-salvador-guatemala-and-honduras/.
[60] U.S. President, Executive Order, "Enhancing Public Safety in the Interior of the United States, 2017, Executive Order 13768 of January 25, 2017," *Federal Register* 82, no. 18 (June 30, 2017): 8799, https://www.govinfo.gov/content/pkg/FR-2017-01-30/pdf/2017-02102.pdf.
[61] U.S. President, Executive Order, "Revision of Civil Immigration Enforcement Policies and Priorities," *Federal Register* 86, no. 14 (January 25, 2021): 38926-38927, https://www.federalregister.gov/documents/2021/01/25/2021-01768/revision-of-civil-immigration-enforcement-policies-and-priorities.
[62] U.S. Department of Homeland Security, Office of Inspector General, *CBP Officials Implemented Rapid DNA Testing to Verify Claimed Parent-Child Relationships*, OIG-22-27, February 8, 2022, https://www.oig.dhs.gov/sites/default/files/assets/2022-02/OIG-22-27-Feb22.pdf.
[63] Luciana Magalhaes, Samantha Pearson, and Michelle Hackman, "Desperate to Cross into the U.S., Some Brazilians Create Phony Families," *The Wall Street Journal,* May 8, 2022, https://www.wsj.com/articles/desperate-to-cross-into-the-u-s-some-brazilians-create-phony-families-11652025729.
[64] Anna Giaritelli, "DNA tests reveal 30% of suspected fraudulent migrant families were unrelated," *The Washington Examiner,* May 18, 2019, https://www.washingtonexaminer.com/policy/defense-national-security/dna-tests-reveal-30-of-suspected-fraudulent-migrant-families-were-unrelated.
[65] John Solomon and Addison Smith, "Biden to end familial DNA testing at border, key deterrent to fraud and child trafficking," *Just the News*, May 24, 2023, https://justthenews.com/government/security/exclusive-biden-end-familial-dna-testing-border-key-deterrent-fraud-entry.
[66] Correspondence between CBP and the House Committee on Homeland Security, June 12, 2023.
[67] Correspondence between CBP and the House Committee on Homeland Security, September 22, 2023.
[68] Ali Bradley [@AliBradleyTV], "According to CBP, the DNA testing option is only available if the parent/adult gives consent:," Tweet, *Twitter*, June 9, 2024, https://x.com/AliBradleyTV/status/1799818326379811166.
[69] 42 U.S.C. § 265.
[70] Ibid.

HHS-PRWORA_000061



returned to Mexico in as little as 15 minutes.[71] During the Trump administration, Border Patrol agents made significant use of this authority,[72] but under Biden, Harris, and Mayorkas, Title 42 expulsions as a percentage of total Border Patrol apprehensions dropped substantially.[73]

The Biden-Harris administration ended Title 42 on May 11, 2023.[74] In April, Border Patrol agents were recording more than 6,000 apprehensions per day, more than six times the number that former DHS Secretary Jeh Johnson had previously said "overwhelms the system."[75] Leading up to May 11, daily apprehensions exceeded 10,000.[76] At a Committee briefing on May 24, Ortiz told members that while

> "RIGHT NOW OUR BORDER, NO MATTER HOW YOU WRITE IT DOWN ON PAPER, IT IS OPEN. WE SEE IT EVERY DAY. I LIVE IN THE RIO GRANDE VALLEY. I SEE IT EVERY DAY."
>
> – MAYRA CANTU, BORDER PATROL SPOUSE, SEPTEMBER 2023 HOUSE COMMITTEE ON HOMELAND SECURITY HEARING



apprehensions had decreased from these historic highs, he "fully expect[ed]" those numbers to return to the pre-expiration daily totals CBP had been recording for months.[77]

He was right.

Numbers dropped slightly in June 2023, as the cartels re-strategized, and then shot back up, exceeding 7,000 per day by August[78] and 11,000 in September.[79] Prominent correspondent Bill Melugin tweeted on Sept. 20, "[i]t's a total free for all in Eagle Pass [Texas] right now."[80] Bill Wells, the mayor of El Cajon, California, tweeted on Sept. 17, 2023, "[t]his is a disaster. … The Biden-Harris administration allowed this to happen."[81]

---

[71] Aaron Heitke, Transcribed Interview with the House Committee on Homeland Security, 96, May 9, 2023.

[72] *See* U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Nationwide Enforcement Encounters: Title 8 Enforcement Actions and Title 42 Expulsions Fiscal Year 2021,* last modified June 17, 2024, https://www.cbp.gov/newsroom/stats/cbp-enforcement-statistics/title-8-and-title-42-statistics-fy2021; and U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Nationwide Enforcement Encounters: Title 8 Enforcement Actions and Title 42 Expulsions Fiscal Year 2020,* last modified June 17, 2024, https://www.cbp.gov/newsroom/stats/cbp-enforcement-statistics/title-8-and-title-42-statistics-fy2020.

[73] *See* U.S. Department of Homeland Security, U.S. Customs and Border Protection, *Nationwide Enforcement Encounters: Title 8 Enforcement Actions and Title 42 Expulsions*, last modified June 17, 2024, https://www.cbp.gov/newsroom/stats/cbp-enforcement-statistics/title-8-and-title-42-statistics; U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Nationwide Enforcement Encounters: Title 8 Enforcement Actions and Title 42 Expulsions Fiscal Year 2022,* last modified June 17, 2024, https://www.cbp.gov/newsroom/stats/cbp-enforcement-statistics/title-8-and-title-42-statistics-fy22; and U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Nationwide Enforcement Encounters: Title 8 Enforcement Actions and Title 42 Expulsions Fiscal Year 2021,* last modified June 17, 2024, https://www.cbp.gov/newsroom/stats/cbp-enforcement-statistics/title-8-and-title-42-statistics-fy2021.

[74] 88 F.R. 31314.

[75] Anna Giaritelli, "Obama's DHS Secretary Jeh Johnson: 'We are truly in a crisis' at southern border," *The Washington Examiner*, March 29, 2019, https://www.washingtonexaminer.com/news/obamas-dhs-secretary-jeh-johnson-we-are-truly-in-a-crisis-at-southern-border.

[76] Adam Shaw and Bill Melugin, "Border Patrol Encounters 10,000 Migrants for Third Day in a Row as Numbers Swell before Title 42 Drops," *Fox News*, May 11, 2023, https://www.foxnews.com/politics/border-patrol-encounters-10000-migrants-third-day-numbers-swell-before-title-42-drops.

[77] Raul Ortiz, Briefing to the House Committee on Homeland Security, May 24, 2023.

[78] Bill Melugin [@BillMelugin_], "A reminder, DHS took a victory lap in early June when daily illegal crossings averaged 3,400 in the weeks after Title 42 ended, attributing the drop to the Biden admin's "comprehensive plan". We saw 7,000+ yesterday, more than double that prior average.," Tweet, *Twitter*, August 30, 2023, https://twitter.com/BillMelugin_/status/1696929088668139650.

[79] *See* Griff Jenkins [@GriffJenkins], "BREAKING: CBP sources tell FOX News..There were approximately 11,000 migrant encounters at the SW border in the last 24 hours marking the "single highest day in recent memory." In Eagle Pass alone, there were more than 4000 from Fri-Sun/weekend @FoxNews," Tweet, *Twitter*, September 25, 2023, https://twitter.com/GriffJenkins/status/1706319520753701112; and Griff Jenkins [@GriffJenkins], "BREAKING: CBP sources confirm to FOX News there were more than 11,000 total migrant encounters (BP & OFO) at the SW border marking a second time in a week to hit the unprecedented threshold again @FoxNews," Tweet, *Twitter*, September 27, 2023, https://twitter.com/GriffJenkins/status/1707017232683807172.

[80] Bill Melugin, [@BillMelugin_], "It's a total free for all in Eagle Pass right now. Mass illegal crossing taking place for over an hour and a half. Almost 2 years to the day we saw 15,000+ Haitians under the bridge in Del Rio, we now have thousands of predominantly Venezuelans gathering under Eagle Pass bridge.," Tweet, *Twitter,* September 20, 2023, https://twitter.com/BillMelugin_/status/1704535232970457439.

[81] Bill Wells [@MayorBillWells], "San Diego County has seen 2,000 migrants dropped off in the region in the past four days, and talking to Border Patrol officials, this is just the beginning. This is a disaster. Every emergency room is at capacity in SD County. Our homeless shelters are full. Resources are stretched thin. The Biden Administration allowed this to happen. People must pay attention and vote to fix this problem!," Tweet, *Twitter*, September 17, 2023, https://twitter.com/MayorBillWells/status/1703411851680530790.

HHS-PRWORA_000062

Chief Owens said that same month, "[t]his isn't sustainable. Up and down the system, everybody is overwhelmed."[82]

These surges led to major impacts on border security operations. On Sept. 15, 2023, CBP announced it was suspending cargo processing at the Bridge of the Americas port of entry in El Paso, in order to send Office of Field Operations (OFO) personnel, who manage official U.S. ports of entry, "to assist the U.S. Border Patrol in processing noncitizens who have arrived between the ports of entry… ."[83] All Border Patrol agents in Eagle Pass were pulled from patrolling the border to instead conduct administrative functions like processing and transport of illegal aliens.[84] In December, the Biden-Harris administration set the all-time record for the *most-ever* apprehensions by the Border Patrol (249,740) and total encounters by CBP (301,981) at the Southwest border in a single month.[85]

Standing at the White House podium on May 11, Mayorkas promised to ramp up the use of CBP's "expedited removal" authority once Title 42 was gone, but since June 2023, only in five months has the number of illegal aliens apprehended at the Southwest border and processed under this authority, as a percentage of monthly apprehensions, ever exceeded 20 percent—and never more than 50 percent.[86]

Ending Title 42 with no rational border security strategy to replace it resulted in disaster. The Biden-Harris administration did not stop at just ending these effective policies, however.



*Hundreds of thousands of illegal aliens poured across the Southwest border into Texas and Arizona in December 2023, setting an all-time monthly record. (Source: John Moore/Getty Images)*

---

[82] World News Tonight [@ABCWorldNews], "The new Border Patrol chief says "Everybody is overwhelmed" after a surge of migrants at the U.S.-Mexico border. He says human smugglers have sent thousands of migrants to the U.S. @MattRiversABC reports. https://trib.al/eh9saHe," Tweet, *Twitter*, September 24, 2023, https://twitter.com/abcworldnews/status/1706089762312913403?s=42&t=aJ1-2F725W5QDExEUlf0QQ.

[83] U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *CBP to temporarily suspend operations at Bridge of the Americas cargo lot,* September 15, 2023, https://www.cbp.gov/newsroom/local-media-release/cbp-temporarily-suspend-operations-bridge-americas-cargo-lot.

[84] Anna Giaritelli [@Anna_Giaritelli], "Situation in Eagle Pass, Texas has not improved. Tonight, all Border Patrol agents have pulled to other duties (mainly processing migrants) so not a single agent will be in the field. Document shared with me by an agent, who for what it's worth, is pretty pissed off about this," Tweet, *Twitter*, September 27, 2023, https://twitter.com/Anna_Giaritelli/status/1707185036888268914.

[85] U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Southwest Land Border Encounters*, last modified August 28, 2024, https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters.

[86] *See* U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Custody and Transfer Statistics*, last modified August 16, 2024, https://www.cbp.gov/newsroom/stats/custody-and-transfer-statistics; and U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Custody and Transfer Statistics Fiscal Year 2023*, last modified December 19, 2023, https://www.cbp.gov/newsroom/stats/custody-and-transfer-statistics-fy2023.

HHS-PRWORA_000063



# PART 2: "A WILLFUL AND SYSTEMIC REFUSAL TO COMPLY WITH THE LAW"

**Introduction:** The historic articles of impeachment approved by the House of Representatives included a very specific charge against Mayorkas—that he willfully and systemically refused to comply with the laws of the United States. That pattern of abuse was enabled by Biden and Harris.

## *Refusing to Detain Inadmissible Aliens*

A dramatic shift has taken place under the Biden-Harris administration regarding the detention of illegal aliens, not just from the Trump administration, but from administrations of both parties—a shift from enforcing the law to simply refusing to do so.

It is important to note that the Immigration and Nationality Act (INA) mandates any inadmissible alien who enters the United States be detained—from the moment they are encountered until they are removed or found to have a lawful basis to remain in the country.[87] Instead of taking steps to meaningfully comply with this mandate, as previous administrations have, Biden, Harris, and Mayorkas devised and implemented a comprehensive and unlawful agenda of mass "catch and release," which has led to the release of millions of inadmissible aliens into American communities.

This is unprecedented. Even under Obama, detention was the norm. In FY13, 91 percent of single adults and family units were detained for at least some time period while their cases were adjudicated, and 82 percent were detained for the entirety of their case.[88] This 91-percent figure plummeted to a mere 36 percent in FY21—the first year of the Biden-Harris administration.[89] Just 10 percent were detained for the duration of their case, 26 percent were released from detention at some point, and *nearly two-thirds were never detained*.[90]

> "THE EVIDENCE ESTABLISHES THAT IN LATE JANUARY OR EARLY FEBRUARY OF 2021, DHS MADE A DISCRETE CHANGE IN DETENTION POLICY FROM 'RELEASE ONLY IF THERE IS A COMPELLING REASON TO' TO 'RELEASE UNLESS THERE IS A COMPELLING REASON NOT TO.'"
>
> - JUDGE KENT WETHERELL'S OPINION IN STATE OF FLORIDA V. UNITED STATES, MARCH 2023



By 2022, the Biden-Harris administration had "quietly ended the practice of detaining immigrant families" altogether.[91] Dustin Caudle, deputy chief patrol agent for the Border Patrol's Yuma Sector, told the Committee during an official transcribed interview in September 2023 that 65-70 percent of encounters in his sector had ended

---

[87] *See* 8 U.S.C. § 1225; and Andria Strano and Lauren Alder Reid, "Re: Procedures for Credible Fear Screening and Consideration of Asylum, Withholding of Removal, and CAT Protections by Asylum Officers," *The Center for Immigration Studies*, October 18, 2021, https://cis.org/sites/default/files/2021-10/JNPRM_Asylum_Procedures_FINAL_submitted_10-18-2021.pdf

[88] U.S. Department of Justice, Office of the Solicitor General, *Re: Joseph R. Biden, Jr., President of the United States, et al. v. Texas, et al., No. 21-954*, June 6, 2022, 3, https://www.supremecourt.gov/DocketPDF/21/21-954/227228/20220606154050875_Letter%2021-954%20%206-6-2022.pdf.

[89] Ibid.

[90] Ibid.

[91] Eileen Sullivan, "Biden to Ask Congress for 9,000 Fewer Immigration Detention Beds," *The New York Times*, March 25, 2022, https://www.nytimes.com/2022/03/25/us/politics/biden-immigration-detention-beds.html.

HHS-PRWORA_000064


in release since January 2021.[92] In January 2024, Mayorkas admitted that release rates exceeded 85 percent.[93]

This radical shift was clear from the start. Federal judge Kent Wetherell wrote in his March 2023 decision striking down one of Mayorkas' unlawful release policies, "[t]he evidence establishes that in late January or early February of 2021, DHS made a discrete change in detention policy from *'release only if there is a compelling reason to' to 'release unless there is a compelling reason not to.'"[94] He further held that the Biden-Harris administration has turned the border "into a meaningless line in the sand and little more than a speedbump for aliens flooding into the country…"[95] According to Scott, administration officials "made it very clear: Expedite processing and find new ways to let migrants into the U.S. That was the only agenda."[96]

***Detention Is Critical to Immigration Enforcement:*** It should be unconscionable that Biden-Harris administration officials would subvert the law on detention, knowing how important detention is to enforcement. Undermining the law ensures that illegal aliens will *almost never* be removed. DHS' own reporting has shown that 82 percent of illegal aliens "neither expelled or repatriated directly by CBP nor continuously detained by ICE" remain in the United States years later, and that illegal aliens not removed after 12 months "are rarely repatriated after that."[97] Additionally, when illegal aliens are detained for the entirety of their case, they are ultimately removed 97 percent of the time, but when they are only temporarily detained or not detained at all, removal rates drop into the single digits.[98] Unaccompanied alien children (UACs) and family units who are released are rarely removed—ever.[99]

That's why Sean McGoffin, chief patrol agent for the Border Patrol's Big Bend Sector, told the Committee in April 2023 that continuous detention is "absolutely" vital.[100] In Modlin's view, "other than the rare occasion where you have someone with a crazy medical condition, everyone should be detained."[101]

Biden-Harris administration officials know this—detention is just not part of their plan. The administration has released historic numbers of inadmissible aliens through some of the following means:

- ***Notices to Appear:*** The Biden-Harris administration has accomplished its mass catch-and-release agenda through various means. One of the most common ways CBP has been directed to conduct mass releases is through the use of documents

[92] Dustin Caudle, Transcribed Interview with the House Committee on Homeland Security, 113, September 28, 2023.
[93] Adam Shaw, Bill Melugin, and Griff Jenkins, "Mayorkas tells Border Patrol agents that 'above 85%' of illegal immigrants released into US: sources," *Fox News*, January 8, 2024, https://www.foxnews.com/politics/mayorkas-tells-border-patrol-agents-illegal-immigrants-released-into-us-sources.
[94] *See* Opinion and Order, *State of Florida v. United States*, No. 3:21-cv-01066-TKW-ZCB, 71, (N.D. Fla. 2023), (emphasis added).
[95] Ibid, 5-6.
[96] "Open Borders, Closed Case: Secretary Mayorkas' Dereliction of Duty on the Border Crisis," *Homeland Security Committee Events*, YouTube video, 1:35:11, June 14, 2023, https://www.youtube.com/watch?v=0gjm6jzYHqw&t=5685s.
[97] U.S. Department of Homeland Security, Office of Immigration Statistics, *Fiscal Year 2021 Enforcement Lifecycle Report,* by Nadwa Mossad, et. al., November 2022, 5, https://www.dhs.gov/sites/default/files/2022-12/2022_1114_plcy_enforcement_lifecycle_report_fy2021.pdf.
[98] Ibid, 16.
[99] U.S. Department of Homeland Security, Office of Immigration Statistics, *Fiscal Year 2020 Enforcement Lifecycle Report*, by Marc R. Rosenblum and Hongwei Zhang, December 2020, 14-15, https://www.dhs.gov/sites/default/files/publications/immigration-statistics/Special_Reports/Enforcement_Lifecycle/2020_enforcement_lifecycle_report.pdf.
[100] Sean McGoffin, Transcribed Interview with the House Committee on Homeland Security, 128, April 25, 2023.
[101] John Modlin, Transcribed Interview with the House Committee on Homeland Security, 116, July 26, 2023.

HHS-PRWORA_000065



Case 1:25-cv-00345-MSM-PAS   Document 74-3   Filed 11/21/25   Page 67 of 137 PageID #: 2670

called "Notices to Appear" (NTAs)—through which individuals are issued a court date, ordered to appear before an immigration judge, and released into the interior on the condition they show up for their hearing.[102] The use of NTAs has exploded under the Biden-Harris administration. OFO personnel have recorded at least 921,000 NTAs between February 2021-July 2024, with many of them also being paroled with the NTA.[103] More than two million illegal aliens have been released on their own recognizance by the Border Patrol with an NTA in this same timeframe.[104] Owens has told the Committee "[t]here are more people probably that are being released on their own recognizance to await their immigration hearing than I have seen in my career."[105]

- ***Notices to Report:*** Between Mar. 21 and Aug. 31, 2021, the Border Patrol released more than 100,000 individuals with Notices to Report (NTRs), which required the illegal alien to report to an ICE office for further processing, though many never showed up.[106]

- ***Massive Abuse of Parole:*** The Biden-Harris administration has also used unlawful mass parole to release millions of inadmissible aliens into the United States. Per the INA, parole may only be granted on a case-by-case and temporary basis, for an urgent humanitarian reason or significant public benefit,[107] such as receiving urgent medical treatment or participating in court proceedings.[108] However, the administration has wantonly flouted this law by granting parole to millions of illegal aliens and creating parole programs for various nationality groups,[109] neither of which are consistent with the law.

This has exacerbated the crisis to an unprecedented degree. In the early years of the crisis, the Border Patrol was mass-paroling illegal aliens apprehended at the Southwest border, including through programs like "Parole Plus Alternatives to Detention" (Parole + ATD).[110] Owens told the Committee, "[l]ast year, for us, I would say the vast majority of the migrants that we encountered were processed under

---

[102] 8 U.S.C. § 1225(b)(1)(B).

[103] *See* U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Custody and Transfer Statistics*, last modified August 16, 2024, https://www.cbp.gov/newsroom/stats/custody-and-transfer-statistics; U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Custody and Transfer Statistics FY2023*, last modified December 19, 2023, https://www.cbp.gov/newsroom/stats/custody-and-transfer-statistics; U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Custody and Transfer Statistics FY2022*, last modified December 19, 2023, https://www.cbp.gov/newsroom/stats/custody-and-transfer-statistics-fy22; and U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Custody and Transfer Statistics FY2021*, last modified June 5, 2024, https://www.cbp.gov/newsroom/stats/custody-and-transfer-statistics-fy2021.

[104] Ibid.

[105] Jason Owens, Transcribed Interview with the House Committee on Homeland Security, 36, May 5, 2023.

[106] Anna Giaritelli, "47,705 Migrants Released with Instructions to Report to ICE Have Gone Missing under Biden," *The Washington Examiner*, January 11, 2022, https://www.washingtonexaminer.com/news/47-705-migrants-released-with-instructions-to-report-to-ice-have-gone-missing-under-biden.

[107] 8 U.S.C. § 1182.

[108] 8 C.F.R. § 212.5(b).

[109] *See* U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, *Processes for Cubans, Haitians, Nicaraguans, and Venezuelans*, June 13, 2023, https://www.uscis.gov/CHNV; U.S. Department of Homeland Security, News, *Fact Sheet: U.S. Government Announces Sweeping New Actions to Manage Regional Migration*, April 27, 2023, https://www.dhs.gov/news/2023/04/27/fact-sheet-us-government-announces-sweeping-new-actions-manage-regional-migration; and U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, Newsroom, *DHS Announces Family Reunification Parole Process for Ecuador*, October 18, 2023, https://www.uscis.gov/newsroom/news-releases/dhs-announces-family-reunification-parole-process-for-ecuador.

[110] *See* U.S. Department of Homeland Security, U.S. Customs and Border Protection, *Memorandum: Parole Plus Alternative to Detention*, November 2, 2021, https://www.cbp.gov/sites/default/files/assets/documents/2023-May/Parole%20Plus%20Alternative%20to%20Detention.pdf; and U.S. Department of Homeland Security, U.S. Customs and Border Protection, *Memorandum: Policy on the Use of Parole Plus Alternatives to Detention to Decompress Border Locations,* July 18, 2022, https://litigationtracker.justiceactioncenter.org/sites/default/files/2023-03/flnd%20-%203-2021-cv-01066%20-%20July%2018,%202022%20Parole%20and%20ATD%20memo_0.pdf.

HHS-PRWORA_000066


[Parole + ATD]."[111] The abuse of parole in between ports of entry has been condemned by multiple federal judges.[112]

The abuse of parole is also a historical anomaly.[113] Doris Meissner, former commissioner of the Immigration and Naturalization Service under President Bill Clinton, said last year of the use of parole, "[a]t this scale, in this time period, it is unprecedented."[114] Joseph Edlow, former acting director of U.S. Citizenship and Immigration Services (USCIS), has testified that parole "has become a favorite tool of the Biden administration."[115] One chief patrol agent told the Committee, "parole, *before we used it recently*, was used only in extreme humanitarian... instances, right? ... But that was very rare. It wasn't, like, an everyday thing."[116] Under Biden and Harris, it *is* now an "everyday thing."

Through July 2024, DHS had recorded at least 2.6 million paroles under the Biden-Harris administration,[117] including:

- Approximately **765,000 appointments** via the CBP One mass-parole scheme since January 2023
- More than **520,000 paroles** via the parole program for Cubans, Haitians, Nicaraguans, and Venezuelans (CHNV) since the program's inception
- More than **37,000 ICE paroles** in FY24
- Approximately **304,000 paroles** by the Border Patrol in FY23
- More than **378,000 releases** by the Border Patrol via Parole + ATD in FY22
- More than **85,000 paroles** by ICE in FY23
- More than **330,000 paroles** by OFO in FY22 (excluding Operation Allies Welcome (OAW) and Uniting for Ukraine (U4U) paroles)
- More than **79,000 paroles** by ICE in FY22
- Approximately **80,000 CBP paroles** between Jan. 20, 2021-September 2021
- Nearly **32,000 paroles** by ICE between January-September 2021

---

[111] Jason Owens, Transcribed Interview with the House Committee on Homeland Security, 25-26, May 5, 2023.
[112] *See State of Florida v. United States*, No. 3:21-cv-01066, 108, (N.D. Fla. 2023); *Texas v. Biden*, No. 21-10806, 4 and 105-106, (5th Cir. 2021); *State of Texas v. Biden*, No. 2:21-cv-00067, 43, (N.D. Tex. 2021); and *State of Florida v. Mayorkas*, No. 3:23-cv-09962-TKW-ZCB, 8, (N.D. Fla. 2023).
[113] *See* "Open Borders, Closed Case: Secretary Mayorkas' Dereliction of Duty on the Border Crisis," *Homeland Security Committee Events*, YouTube video, 3:12:40, June 14, 2023, https://www.youtube.com/watch?v=0gjm6jzYHqw&t=11560s; and "Leaked Border Patrol docs show Biden admin 'lying' about immigration: Tom Homan," *Fox Business,* YouTube video, 1:08, October 14, 2021, https://www.youtube.com/watch?v=e4W41b822sI.
[114] Camilo Montoya-Galvez, "U.S. has welcomed more than 500,000 migrants as part of historic expansion of legal immigration under Biden," *CBS News,* July 18, 2023, https://www.cbsnews.com/news/immigration-parole-migrants-us-expansion-biden/.
[115] U.S. Congress, House of Representatives, Committee on Homeland Security, *Prepared Testimony of Joseph B. Edlow for Open Borders, Closed Case: Secretary Mayorkas' Dereliction of Duty on the Border Crisis*, 118th Cong., 1st sess., June 14, 2023, 22, https://homeland.house.gov/wp-content/uploads/2023/08/2023-06-14-HRG-PressPacket.pdf.
[116] Joel Martinez, Transcribed Interview with the House Committee on Homeland Security, 125, June 1, 2023 (emphasis added).
[117] *See* U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *CBP Releases July 2024 Monthly Update*, August 16, 2024, https://www.cbp.gov/newsroom/national-media-release/cbp-releases-july-2024-monthly-update; U.S. Department of Homeland Security, Office of Homeland Security Statistics, *Immigration Enforcement and Legal Processes Monthly Tables - April 2024*, August 9, 2024, https://ohss.dhs.gov/sites/default/files/2024-08/24-0809_ohss_immigration-enforcement-and-legal-processes-tables-april-2024.xlsx; U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Custody and Transfer Statistics FY2023*, last modified December 19, 2023, https://www.cbp.gov/newsroom/stats/custody-and-transfer-statistics-fy2023; U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Custody and Transfer Statistics FY2022*, last modified December 19, 2023, https://www.cbp.gov/newsroom/stats/custody-and-transfer-statistics-fy22; U.S. Department of Homeland Security, U.S. Customs and Border Protection, *Fiscal Year 2022 Report to Congress: Parole Requests, Fiscal Year 2022*, July 12, 2023, 8, https://www.dhs.gov/sites/default/files/2023-08/23_0712_cbp_fy22_parole_requests.pdf. Including paroles through OAW and U4U, the number for FY22 exceeds 417,000. Per a DHS OIG report cited later in this report, roughly 77,000 Afghans total were paroled into the United States through OAW between July 2021-September 2022. For FY23, the number of U4U paroles exceeds at least 77,000.; U.S. Department of Homeland Security, U.S. Customs and Border Protection, *Fiscal Year 2023 Report to Congress: Parole Requests, Fiscal Year 2023*, December 4, 2023, 10, https://www.dhs.gov/sites/default/files/2024-01/2023_1204_dmo_plcy_parole_requests_q2_and_q3.pdf; Status Report, Defendants' Monthly Report Pursuant to Injunction, *State of Texas v. Biden*, No. 2:21-cv-00067, Document 119-1, 11, (N.D. Tex. 2021); and Status Report, Defendants' Monthly Report Pursuant to Injunction, *State of Texas v. Biden*, No. 2:21-cv-00067, Document 119-2, 20, (N.D. Tex. 2021).

HHS-PRWORA_000067



# PART 2: "A WILLFUL AND SYSTEMIC REFUSAL TO COMPLY WITH THE LAW"

- ***Release of Unaccompanied Alien Children:*** On Biden, Harris, and Mayorkas' watch, CBP has recorded more than 512,000 encounters of UACs at the Southwest border,[118] "a milestone no other administration has come close to hitting."[119] This increase has been driven, in large part, by the Biden-Harris administration's refusal to return UACs to their home countries, despite having the ability to do so.[120] Shortly after being apprehended, these minors are transferred from DHS custody to the Department of Health and Human Services (HHS), who then place them with "sponsors" in the interior. Between October 2020-July 2024, these releases exceeded 437,000.[121]

***Releasing Illegal Aliens Outside Proper Procedure:*** On top of these historic numbers, an untold number of illegal aliens have been released in such a way that DHS cannot effectively track, monitor, or remove them. In September 2022, the DHS Office of Inspector General (OIG) issued a report showing that the Border Patrol was frequently releasing illegal aliens without "alien registration numbers,"[122] which help DHS maintain accountability on these individuals. These numbers were not being assigned due to an emphasis on rapid processing and release.[123]

In an even more shocking OIG report in September 2023, the Biden-Harris administration was found to be releasing hundreds of thousands of illegal aliens with no way to track their whereabouts "accurately and effectively."[124] Addresses provided by illegal aliens to CBP, showing where they were going and could be reached, "were either missing, invalid for delivery, or not legitimate residential locations," with Border Patrol agents not able to record valid addresses, in part, "due to the large number of migrants apprehended."[125] Addresses given to agents included a Maryland restaurant, an Illinois bus station, and a New Jersey car dealership.[126]

That same month, Deputy Chief Patrol Agent Caudle told the Committee he believed that if agents had fewer illegal aliens to process and release, they would be able to conduct more thorough investigations into the information they provide, including addresses.[127] This data is essential in helping CBP and ICE track and remove illegal aliens once their court proceedings conclude—without it, there is no way to ensure illegal aliens are truly held accountable.

***The Biden-Harris Administration Has Repeatedly Undermined Detention:*** Ultimately, as Wetherell wrote in his March 2023 opinion, "the more persuasive evidence establishes that [the Biden-Harris administration] effectively incentivized what

---

[118] U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Southwest Land Border Encounters*, last modified August 28, 2024, https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters.
[119] Anna Giaritelli, "Biden's border sees nearly half a million immigrant children arrive without a parent," *The Washington Examiner*, April 13, 2024, https://www.washingtonexaminer.com/policy/immigration/2903688/bidens-border-half-million-unaccompanied-immigrant-children/.
[120] Anna Giaritelli, "Biden-Harris administration stops border officials from expelling unaccompanied children despite court allowing it," *The Washington Examiner*, February 11, 2021, https://www.washingtonexaminer.com/news/2613091/biden-administration-stops-border-officials-from-expelling-unaccompanied-children-despite-court-allowing-it/.
[121] U.S. Department of Health and Human Services, Office of Refugee Resettlement, *Unaccompanied Children Released to Sponsors by State*, last updated August 22, 2024, https://www.acf.hhs.gov/orr/grant-funding/unaccompanied-children-released-sponsors-state.
[122] U.S. Department of Homeland Security, Office of Inspector General, *U.S. Border Patrol Screened Migrants at the Southwest Border but Could Strengthen Process*, OIG-22-71, September 19, 2022, https://www.oig.dhs.gov/sites/default/files/assets/2022-09/OIG-22-71-Sep22.pdf.
[123] Ibid, 7.
[124] U.S. Department of Homeland Security, Office of Inspector General, *DHS Does Not Have Assurance That All Migrants Can be Located Once Released into the United States (REDACTED)*, OIG-23-47, September 6, 2023, 4, https://www.oig.dhs.gov/sites/default/files/assets/2023-09/OIG-23-47-Sep23-Redacted.pdf.
[125] Ibid.
[126] Ibid, 13.
[127] Dustin Caudle, Transcribed Interview with the House Committee on Homeland Security, 119-120, September 28, 2023.

HHS-PRWORA_000068



they call 'irregular migration'…by establishing policies and practices that all-but-guaranteed that the vast majority of aliens arriving at the Southwest Border who were not excluded under the Title 42 Order would not be detained and would instead be quickly released into the country… ."[128]



These mass releases have been directed and encouraged by senior DHS officials. Then-San Diego Sector Chief Patrol Agent Aaron Heitke told the Committee in May 2023 that leadership instructed sectors to "do our best to keep [the number of illegal aliens in detention] down," and that agents did so primarily by "putting as many resources that we can into processing to get the people moved quickly."[129] He further clarified that "moved" meant "released from detention."[130]

One would expect that amidst skyrocketing illegal crossings that the administration would request more ICE detention beds to increase enforcement capacity. However, the Biden-Harris administration has consistently asked for *fewer* ICE beds than the prior administration,[131] while also failing to use all the beds made available by Congress.[132] At the same time, it has awarded hundreds of millions of dollars in non-competitive contracts to politically connected groups—many of whom have no experience in detention—to house illegal aliens, instead of filling already-paid-for ICE beds.[133] After requesting fewer beds and refusing to fill them, the Biden-Harris administration was even preparing to roll out a plan in July 2024 "to eliminate in-person check-ins for migrants and replace them with an app," further reducing ICE's ability to enforce immigration law.[134]

By June 2024, DHS data showed that, based on an independent think tank's estimate of 16.8 million illegal aliens present in the United States, less than two percent were under any sort of ICE supervision, with only .25 percent being detained.[135] Such nonsensical, anti-enforcement policies likely explain why Wetherell wrote in his opinion that the Biden-Harris administration is effectively "like a child who kills his parents and then seeks pity for being an orphan."[136]

---

[128] Ibid, 21-22.
[129] Aaron Heitke, Transcribed Interview with the House Committee on Homeland Security, 148, May 9, 2023.
[130] Ibid.
[131] U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, *Budget Overview: Fiscal Year 2025 Congressional Justification*, March 8, 2024, 25, https://www.dhs.gov/sites/default/files/2024-04/2024_0308_us_immigration_and_customs_enforcement.pdf.
[132] *See* Ibid; Diana Glebova, "ICE facility holding just six migrants due to 'outdated' COVID-19 order," *The New York Post*, November 23, 2023, https://nypost.com/2023/11/23/news/ice-facility-operating-at-4-capacity-due-to-outdated-covid-19-order-rep/; and U.S. Congress, House of Representatives, Office of Rep. Jay Obernolte, *Letter to Immigration and Customs Enforcement*, 118th Cong., 1st sess., October 3, 2023, https://obernolte.house.gov/sites/evo-subsites/obernolte.house.gov/files/evo-media-document/23-10-03-obernolte-adelanto-ice-letter-final_sent.pdf.
[133] U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, *The Massive Waste and Abuse Enabled by DHS Secretary Alejandro Mayorkas, Phase 5 Interim Report*, 118th Cong., 1st sess., December 21, 2023, 2-6, https://homeland.house.gov/wp-content/uploads/2023/12/Phase-5.pdf.
[134] Jennie Taer, "Biden admin set to launch app so migrants can bypass in-person ICE check-ins: 'Sh-t show,'" *The New York Post*, July 12, 2024, https://nypost.com/2024/07/12/us-news/biden-admin-set-to-launch-app-so-migrants-can-bypass-in-person-ice-check-ins/.
[135] Adam Shaw, "Overwhelming majority of illegal immigrants aren't under federal supervision: analysis," *Fox News*, July 3, 2024, https://www.foxnews.com/politics/over-98-illegal-immigrants-not-under-federal-supervision-analysis.
[136] *State of Florida v. United States*, No. 3:21-cv-01066, 40, (N.D. Fla. 2023).

HHS-PRWORA_000069





### *Refusing to Remove Inadmissible Aliens*

If detention is one side of the immigration-enforcement coin, removal is the other. The Biden-Harris administration has largely refused to meet its statutory obligation to remove illegal aliens.

The warning signs were clear before they took office. In a June 2019 debate, Biden declared, "[w]e should fundamentally change"[137] the way ICE enforces the law, signaling that illegal aliens who do not have criminal offenses on their record (aside from entering illegally, which is also a federal crime) should not be targets for removal. Biden and Harris both affirmed during this debate that they supported decriminalizing illegal border crossings.[138] In March 2020, when asked if suspected criminal illegal aliens arrested by local law enforcement should be handed over to ICE, Biden said no.[139]

He further stated that after the first 100 days of his administration, "the only deportations that will take place are commissions of felonies in the United States of America," and confirmed when asked whether "only felons get deported and everyone else gets to stay"[140]—a radical statement of defiance of U.S. immigration law. On his first day in office, Biden declared a 100-day halt to

*"It's put so much friction in the system that we go weeks without arresting somebody. It seems like a **coordinated effort to come up with excuse after excuse for us not to do our job.**"*

– ICE Officer to Stephen Dinan
*The Washington Times*
*July 31, 2023*

deportations,[141] a move that one chief patrol agent later affirmed could have incentivized illegal crossings.[142]

---

[137] "WATCH: Biden says migrants shouldn't be detained just for crossing border | 2019 Democratic Debates," *PBS NewsHour*, YouTube video, June 27, 2019, https://www.youtube.com/watch?v=1-Yh4OyQ2xw.
[138] "Democratic Presidential Debate – June 27 (Full) | NBC News," *NBC News*, YouTube video, 41:32, June 27, 2019, https://www.youtube.com/live/cX7hni-zGD8?si=MyVvlcQtKhEXomKf&t=2491.
[139] "Democratic Candidates Debate in Washington, DC," The American Presidency Project, Transcript, March 15, 2020, https://www.presidency.ucsb.edu/documents/democratic-candidates-debate-washington-dc.
[140] "CNN Democration [sic] Presidential Primary Debate.," *CNN*, March 15, 2020, https://transcripts.cnn.com/show/se/date/2020-03-15/segment/03.
[141] U.S. Department of Homeland Security, *Memorandum: Review of and Interim Revision to Civil Immigration Enforcement and Removal Policies and Priorities*, January 20, 2021, https://www.dhs.gov/sites/default/files/publications/21_0120_enforcement-memo_signed.pdf.
[142] Joel Martinez, Transcribed Interview with the House Committee on Homeland Security, 151, June 1, 2023. The move was fortunately blocked by a federal judge.

HHS-PRWORA_000070



# PART 2: "A WILLFUL AND SYSTEMIC REFUSAL TO COMPLY WITH THE LAW"

The Biden-Harris administration also severely restricted ICE officials' ability to detain and remove illegal aliens.[143] In a September 2021 memo, Mayorkas declared, "[t]he fact an individual is a removable [alien] therefore should not alone be the basis of an enforcement action against them," and that conviction for a criminal offense was not sufficient to warrant investigation and removal[144]—another clear contradiction of federal immigration law.

As a result of this refusal to detain and remove inadmissible aliens, ICE's Non-Detained Docket (NDD) has continued to grow, "primarily due to the historic levels" of encounters at the Southwest border.[145] In FY20, there were approximately 3.26 million inadmissible aliens on the NDD, which had more than doubled to more than 7.4 million by June 2024, per ICE figures.[146]

ICE is not coming close to removing all those it could be, either. In FY19, removals exceeded 267,000.[147] In FY20, in the midst of the COVID-19 pandemic, ICE removed 185,884 illegal aliens.[148] In FY21, the number was just 59,011,[149] 72,177 in FY22,[150] and 142,580 in FY23[151]—still more than 40,000 fewer than the lowest number during the Trump administration.



TOTAL ICE REMOVALS, BY FISCAL YEAR

| | FY17 | FY18 | FY19 | FY20 | FY21 | FY22 | FY23 |
|---|---|---|---|---|---|---|---|
| TOTAL: | 226,119 | 256,085 | 267,258 | 185,884 | 59,011 | 72,177 | 142,580 |

SOURCE: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

---

[143] U.S. Department of Homeland Security, *Memorandum: Review of and Interim Revision to Civil Immigration Enforcement and Removal Policies and Priorities*, January 20, 2021, https://www.dhs.gov/sites/default/files/publications/21_0120_enforcement-memo_signed.pdf.

[144] U.S. Department of Homeland Security, *Memorandum: Guidelines for the Enforcement of Civil Immigration Law*, September 30, 2021, https://www.ice.gov/doclib/news/guidelines-civilimmigrationlaw.pdf.

[145] U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, *Budget Overview: Fiscal Year 2024 Congressional Justification*, March 1, 2023, 65, https://www.dhs.gov/sites/default/files/2023-03/U.S%20IMMIGRATION%20AND%20CUSTOMS%20ENFORCEMENT_Remediated.pdf.

[146] Michael Lee, "ICE non-detained docket explodes to 7.4M cases," *Fox News*, June 17, 2024, https://www.foxnews.com/politics/fox-exclusive-migrants-freed-under-ice-program-exploded-over-7-4-million.

[147] U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, *U.S. Immigration and Customs Enforcement Fiscal Year 2019 Enforcement and Removal Operations Report,* 19, https://www.ice.gov/sites/default/files/documents/Document/2019/eroReportFY2019.pdf.

[148] U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, *ICE Annual Report Fiscal Year 2020,* December 23, 2020, 4, https://www.ice.gov/doclib/news/library/reports/annual-report/iceReportFY2020.pdf.

[149] U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, *ICE Annual Report Fiscal Year 2021,* March 11, 2022, 9, https://www.ice.gov/doclib/eoy/iceAnnualReportFY2021.pdf.

[150] U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, *ICE Annual Report Fiscal Year 2022,* December 30, 2022, 23, https://www.ice.gov/doclib/eoy/iceAnnualReportFY2022.pdf.

[151] U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, *Fiscal Year 2023 ICE Annual Report*, December 29, 2023, 26, https://www.ice.gov/doclib/eoy/iceAnnualReportFY2023.pdf.

HHS-PRWORA_000071

Case 1:25-cv-00345-MSM-PAS    Document 74-3    Filed 11/21/25    Page 73 of 137 PageID #: 2676



Meanwhile, the number of individuals on the NDD who have *not* been ordered removed by an immigration judge increased from 3.5 million in FY22 to 4.9 million in FY23, while those *with* a final order of removal only increased around 76,000.[152] In other words, the Biden-Harris administration is releasing illegal aliens into the interior at a far greater rate than they are being ordered removed—let alone *actually* removed.

For a specific example of the administration's unserious efforts to remove illegal aliens, consider the Family Expedited Removal Management (FERM) program, announced in May 2023, which would ostensibly help remove family units. However, more than a year after its inception, despite the apprehension of more than 842,000 illegal aliens at the Southwest border in family units in that timeframe, only around 2,500 of these individuals had been removed via FERM.[153] In fact, more illegal aliens had absconded from the program than been removed.[154]

ICE is effectively trying to bail out the Titanic using a thimble.

It is little wonder then, that when asked whether the consequence of removal was being applied "at a rate significant enough to deter [migrants] from illegally entering into the United States," Heitke twice said, "Not right now."[155] Perhaps that is why 62 percent of Americans recently expressed support a "new national program to deport all" illegal aliens.[156]



[152] *See* U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, *ICE Annual Report Fiscal Year 2022,* December 2022, 21, https://www.ice.gov/doclib/eoy/iceAnnualReportFY2022.pdf; and U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, *Fiscal Year 2023 ICE Annual Report*, December 29, 2023, 23, https://www.ice.gov/doclib/eoy/iceAnnualReportFY2023.pdf.
[153] *See* U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Southwest Land Border Encounters*, last modified August 28, 2024, https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters; and Jennie Taer, "Biden program meant to remove illegal migrant families has instead allowed 90% to stay in US," *The New York Post*, August 13, 2024, https://nypost.com/2024/08/13/us-news/biden-admin-touted-program-to-remove-migrant-families-but-let-most-stay/.
[154] Ibid.
[155] Aaron Heitke, Transcribed Interview with the House Committee on Homeland Security, 26, May 9, 2023.
[156] Anthony Salvanto, et. al., "Trump and Biden neck and neck nationally and in battlegrounds — CBS News poll," *CBS News*, June 9, 2024, https://www.cbsnews.com/news/poll-trump-biden-neck-and-neck-06-09-2024/. *See also* Margaret Talev and Russell Contreras, "Exclusive poll: America warms to mass deportations," *Axios*, April 25, 2024, https://www.axios.com/2024/04/25/trump-biden-americans-illegal-immigration-poll.

HHS-PRWORA_000072



# PART 2: "A WILLFUL AND SYSTEMIC REFUSAL TO COMPLY WITH THE LAW"

## *Refusing to Detain and Remove Criminal Illegal Aliens*

The INA also requires the federal government to "take into custody" a wide variety of criminal aliens. As noted by one federal judge, the law demands "the mandatory detention of certain criminal aliens who are convicted of certain crimes," yet under Biden and Harris, ICE agents "can no longer follow the statute's categorical command," flipping "the presumption of detention on its head by starting from the premise that an official should not enforce the law."[157] Per one former senior DHS official, the guidance protects most criminal illegal aliens from enforcement action.[158]

***Arrests, Removals, and Detainers All Plummet:*** Under the Biden-Harris administration, ICE is simply not arresting or removing as many criminal illegal aliens as under prior administrations, and they are issuing fewer detainers for them, as well.[159] Detainers are used by ICE to request local jurisdictions take custody of criminal aliens so ICE can subsequently detain and remove them. Despite this, DHS' targets for removals of convicted criminals *and* those with pending charges in FY24 and FY25 were just 60,000 and 65,000, respectively.[160]









[157] *See* Memorandum Opinion and Order, *State of Texas v. United States*, No. 6:21-cv-00016, 68, (S.D. Tex. 2022).

[158] Lora Ries, "Ries: Biden-Harris administration's New ICE Guidance 'Turns America Into a Sanctuary Country,'" *The Heritage Foundation,* February 19, 2021, https://www.heritage.org/press/ries-biden-administrations-new-ice-guidance-turns-america-sanctuary-country.

[159] The information in the following graphs is found in ICE's annual reports. *See* U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, *Fiscal Year 2023 ICE Annual Report*, December 29, 2023, https://www.ice.gov/doclib/eoy/iceAnnualReportFY2023.pdf; U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, *ICE Annual Report Fiscal Year 2022*, December 30, 2022, https://www.ice.gov/doclib/eoy/iceAnnualReportFY2022.pdf; U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, *ICE Annual Report Fiscal Year 2021,* March 11, 2022, https://www.ice.gov/doclib/eoy/iceAnnualReportFY2021.pdf; U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, *U.S. Immigration and Customs Enforcement Fiscal Year 2020 Enforcement and Removal Operations Report,* https://www.ice.gov/doclib/news/library/reports/annual-report/eroReportFY2020.pdf; and U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, *U.S. Immigration and Customs Enforcement Fiscal Year 2019 Enforcement and Removal Operations Report,* December 11, 2019, https://www.ice.gov/sites/default/files/documents/Document/2019/eroReportFY2019.pdf. ICE did not report arrest or removal numbers for convicted criminals and those with criminal histories combined in its FY21 report, but they have been reported in the press. *See* Camilo Montoya-Galvez, "ICE immigration arrests and deportations in the U.S. interior increased in fiscal year 2022," *CBS News*, December 30, 2022, https://www.cbsnews.com/news/ice-immigration-arrests-and-deportations-us-interior-increased-fiscal-year-2022/.

[160] U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, *Budget Overview: Fiscal Year 2025 Congressional Justification*, March 8, 2024, 23-24, https://www.dhs.gov/sites/default/files/2024-04/2024_0308_us_immigration_and_customs_enforcement.pdf.

HHS-PRWORA_000073



# PART 2: "A WILLFUL AND SYSTEMIC REFUSAL TO COMPLY WITH THE LAW"

***Release of Criminal Aliens:*** Beyond refusing to detain and remove a broad swath of criminal illegal aliens, the Biden-Harris administration has knowingly released them into the United States.[161] As of the first quarter of FY23, there were 407,983 convicted criminal aliens on the NDD,[162] a number that had grown to more than 617,000 by January 2024.[163] One July 2023 press report noted that "supervisors were so worried about running afoul of leaders that they were erring deeply on the side of releasing criminals," with one official telling reporters that "officers were discouraged from deporting even illegal immigrants who had final deportation orders and were linked to gangs."[164] Even dozens of illegal aliens who stormed a crossing site in El Paso, Texas, assaulting Texas National Guardsmen protecting the border, were released into the country.[165]



### [WATCH: Illegal Aliens Overwhelm and Assault National Guard Troops Near El Paso](#)

Responding to the release of Colombian national Efrain Vidales Vargas, even after his record had been flagged by an ICE agent, retired Yuma Sector Chief Patrol Agent Chris Clem said, "[i]f there is not a greater betrayal to the American people, I don't know what is."[166] One former ICE field director said in October 2023, "[o]ne of the reasons I retired early was because I was being forced to release people that should not have been allowed on the street. They continue to release people from custody like it's a revolving door."[167]

---

[161] *See* Callie Patterson, Carl Campanile, and Bruce Golding, "Migrants with Criminal Records Among Those Being Released in the US: ICE Agent," *The New York Post,* January 27, 2022, https://nypost.com/2022/01/27/migrants-with-criminal-records-among-those-being-released-in-the-us-ice-agent/; "Budget Hearing – Fiscal Year 2024 Request for the U.S. Immigration and Customs Enforcement Agency," *House Appropriations Committee*, YouTube video, 1:35:26, April 18, 2023, https://www.youtube.com/watch?v=EZLOTp8DH6w&t=5725s; and Stephen Dinan, "ICE Released Hundreds of Criminals to Clear Space for Border Surge," *The Washington Times*, May 9, 2023, https://www.washingtontimes.com/news/2023/may/9/ice-released-hundreds-criminals-clear-space-border/.

[162] U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, *Budget Overview: Fiscal Year 2024 Congressional Justification*, March 1, 2023, 65, https://www.dhs.gov/sites/default/files/2023-03/U.S%20IMMIGRATION%20AND%20CUSTOMS%20ENFORCEMENT_Remediated.pdf.

[163] U.S. Congress, House of Representatives, Committee on the Judiciary, Majority, *New Data Reveal Worsening Magnitude of the Biden Border Crisis and Lack of Interior Immigration Enforcement*, 118th Cong., 2nd sess., January 18, 2024, 10, https://judiciary.house.gov/sites/evo-subsites/republicans-judiciary.house.gov/files/evo-media-document/2024-01-18-new-data-reveal-worsening-magnitude-of-the-biden-border-crisis-and-lack-of-interior-immigration-enforcement.pdf.

[164] Stephen Dinan, "ICE arrests, deportations must clear high hurdles; officers see 'excuse for us not to do our job,'" *The Washington Times*, July 31, 2023, https://www.washingtontimes.com/news/2023/jul/31/ice-revives-policy-limiting-arrests-and-deportatio/.

[165] Jennie Taer, "Dozens of migrants who violently stormed El Paso border crossing were released into the US: ICE," *The New York Post*, June 30, 2024, https://nypost.com/2024/06/30/us-news/dozens-of-migrants-who-violently-stormed-border-released-into-us/.

[166] Ali Bradley, "Colombian convicted of murder released in US due to lack of space," *NewsNation*, May 14, 2024, https://www.newsnationnow.com/us-news/immigration/colombian-convicted-murder-released-ice/.

[167] John Fabbricatore [@JohnE_Fabb], "ICE alone has been releasing detained aliens to the street at an alarming rate. The numbers that were released during COVID in 2021 including criminals was staggering. One of the reasons I retired early was because I was being forced to release people that should not have been allowed on the street. They continue to release people from custody like it's a revolving door. All on the orders of Sec. Mayorkas and the Biden-Harris administration.," Tweet, *Twitter*, October 28, 2023, https://twitter.com/JohnE_Fabb/status/1718126322680054062.

HHS-PRWORA_000074



# PART 3: THE SCHEME TO FLOOD PORTS OF ENTRY WITH INADMISSIBLE ALIENS

**Introduction:** In addition to mass catch-and-release between ports of entry, Biden officials have devised never-before-seen policies to effectuate mass releases *at* official U.S. ports of entry. The numbers clearly show this. In FY19, nationwide encounters of inadmissible aliens at ports of entry averaged around 24,000 per month.[168] By FY24, total encounters at the ports were averaging more than 115,000 per month, and since May 2023, have exceeded 100,000 each month.[169]

The trend is obvious at the Southwest border, as well. For example, in April 2021, Southwest border port encounters totaled just over 5,000, but had increased ten-fold by April 2024 to more than 50,000; the split between December 2021 and December 2023 was 2,853 to *52,244*.[170] Overall, inadmissible encounters at America's ports from February 2021-July of FY24 have totaled more than three million.[171] From FY17-20, they totaled just 1.02 million.[172]

***The CBP One Mass-Parole Scheme:*** These numbers have been supercharged by the mass-parole programs schemed up by the Biden-Harris administration, most infamously the CBP One program by which tens of thousands of otherwise-inadmissible aliens use the CBP One app—originally created for commercial purposes—to schedule appointments for release into the country.[173] In October 2023, the Committee obtained documents from DHS, under threat of legal action, showing that from Jan. 12-Sept. 30, 2023, nearly 96 percent of the inadmissible aliens who made appointments were paroled.[174] The global pipeline to exploit this program is bursting at the seams, as well, as the app had been used more than 64 million times as of February 2024.[175]



---

[168] U.S. Department of Homeland Security, Office of Homeland Security Statistics, *2022 Yearbook of Immigration Statistics*, November 2023, 105, https://www.dhs.gov/sites/default/files/2024-02/2023_0818_plcy_yearbook_immigration_statistics_fy2022.pdf.
[169] U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Nationwide Encounters*, last modified August 28, 2024, https://www.cbp.gov/newsroom/stats/nationwide-encounters.
[170] Ibid.
[171] Ibid.
[172] U.S. Department of Homeland Security, Office of Homeland Security Statistics, *2022 Yearbook of Immigration Statistics*, November 2023, 105, https://www.dhs.gov/sites/default/files/2024-02/2023_0818_plcy_yearbook_immigration_statistics_fy2022.pdf.
[173] U.S. Department of Homeland Security, News, *Secretary Mayorkas Delivers Remarks on DHS's Continued Preparation for the End of Title 42 and Announcement of New Border Enforcement Measures and Additional Safe and Orderly Processes*, January 5, 2023, https://www.dhs.gov/news/2023/01/05/secretary-mayorkas-delivers-remarks-dhss-continued-preparation-end-title-42-and.
[174] U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, "New Documents Obtained By Homeland Majority Detail Shocking Abuse of CBP One App," Press Release, 118th Cong., 1st sess., October 23, 2023, https://homeland.house.gov/2023/10/23/new-documents-obtained-by-homeland-majority-detail-shocking-abuse-of-cbp-one-app/.
[175] Camilo Montoya-Galvez, "Migrants in Mexico have used CBP One app 64 million times to request entry into U.S.," *CBS News*, February 12, 2024, https://www.cbsnews.com/news/immigration-cbp-one-app-migrants-mexico-64-million/.

HHS-PRWORA_000075



Soon after its implementation, one report found that parolees were not even being interviewed, but simply being released upon arrival.[176] A report in August 2023 documented how the cartels at one point had even hijacked the app and were offering to make appointments for users for an extra fee.[177] Just days prior to this report, Mayorkas had told the House Judiciary Committee that the app "cuts out" the cartels and smuggling networks from the smuggling process.[178]

***The CHNV Mass-Parole Program:*** The administration has also devised the CHNV parole program,[179] allowing approximately 30,000 individuals every month from Cuba, Haiti, Nicaragua, and Venezuela to fly to the United States and be admitted.[180] Former Acting Secretary Wolf noted that the program "violates the letter of the law. It's very clear."[181] As one reporter has noted, this program has made airports "the latest front line on border crossings."[182] One report in 2023 demonstrated how some individuals have even used the program as an end-run around U.S. immigration laws.[183]



*Otherwise-inadmissible aliens are being released into the United States at ports of entry by the thousands every day, including those making appointments through the CBP One app. (Source: Jay Calderon/USA Today)*

---

[176] Jack Herrera, "Fleeing or Your Life? There's An App for That.," *Texas Monthly,* March 2, 2023, https://www.texasmonthly.com/news-politics/cbp-app-asylum-biden-administration/.
[177] Anna Giaritelli, "Mexican cartels exploit US government's CBP One app," *The Washington Examiner,* August 4, 2023, https://www.washingtonexaminer.com/policy/immigration/mexican-cartels-exploit-cbp-one-app.
[178] "Oversight of the U.S. Department of Homeland Security," *House Judiciary GOP*, YouTube video, 1:58:02, July 26, 2023, https://www.youtube.com/live/cAhJdIQy1IA?feature=share&t=7082.
[179] U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, *Processes for Cubans, Haitians, Nicaraguans, and Venezuelans*, June 13, 2023, https://www.uscis.gov/CHNV.
[180] U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, *Frequently Asked Questions About the Processes for Cubans, Haitians, Nicaraguans, and Venezuelans*, June 14, 2023, https://www.uscis.gov/humanitarian/frequently-asked-questions-about-the-processes-for-cubans-haitians-nicaraguans-and-venezuelans.
[181] "Open Borders, Closed Case: Secretary Mayorkas' Dereliction of Duty on the Border Crisis," *Homeland Security Committee Events*, YouTube video, 1:27:52, June 14, 2023, https://www.youtube.com/watch?v=0gjm6jzYHqw.
[182] Stephen Dinan, "Illegal immigrants stream into airports as Biden plans kick in," *The Washington Times,* June 11, 2023, https://www.washingtontimes.com/news/2023/jun/11/illegal-immigrants-stream-airports-biden-plans-kic/.
[183] Rebecca Santana and Gisela Salomon, "A Republican lawsuit threatens a Biden immigration policy thousands have used to come to the US," *The Associated Press,* August 21, 2023, https://apnews.com/article/immigration-biden-haiti-cuba-nicaragua-venezuela-e8a59f78e4b674d45a7dc0b546158336.

HHS-PRWORA_000076



Documents the Committee obtained following a separate legal action against DHS showed that the Biden-Harris administration has been flying these inadmissible aliens into dozens of cities across the country, from San Francisco to Miami to Washington, D.C.[184] In those documents, DHS even admitted the people it was allowing into the country would otherwise have no valid claim to enter, stating, "*[a]ll individuals* paroled into the United States *are, by definition, inadmissible*, including those paroled under the CHNV Processes."[185] Numbers later obtained by the Center for Immigration Studies additionally showed that parolees are coming not just from the four countries implied by the program's name, but from more than 70 others worldwide, including Australia, Brazil, Great Britain, Hong Kong, St. Lucia, and Sweden.[186] These shocking numbers demonstrate that many who are making use of the CHNV program have settled comfortably in other nations and almost certainly have no legitimate case for parole.

By August 2024, DHS announced it was pausing the issuance of travel authorizations through the program due to massive fraud uncovered in the troubled sponsorship process.[187]

Per former ICE Acting Director Tom Homan, these parolees are "overwhelming the system [which] more than likely will result in these people staying here forever."[188] This reality was confirmed by a May 2024 DHS OIG report about the approximately 77,000 Afghans paroled into the country following the Biden-Harris administration's disastrous Afghanistan withdrawal.[189] Like CBP One and CHNV parolees, these individuals received multi-year parole grants, but the OIG found that DHS "does not monitor parole expiration for individual [Operation Allies Welcome] parolees," and that the department "has not designated a component to monitor their parole expiration."[190] If DHS has no plan in place to handle 77,000 Afghans, it is unlikely in the extreme the department is prepared to ensure prompt removal of more than one million individuals who have come via the CBP One or CHNV mass-parole schemes.

---

[184] U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, "New: Documents Reveal Airports Used by Secretary Mayorkas to Fly Hundreds of Thousands of Inadmissible Aliens Into U.S. Via CHNV Mass-Parole Scheme," Press Release, 118th Cong., 2nd sess., April 30, 2024, https://homeland.house.gov/2024/04/30/new-documents-reveal-airports-used-by-secretary-mayorkas-to-fly-hundreds-of-thousands-of-inadmissible-aliens-into-u-s-via-chnv-mass-parole-scheme/ (emphasis added).
[185] Ibid.
[186] Todd Bensman, "New Data: Many Migrants in Biden's 'Humanitarian' Flights Scheme Coming in from Safe Countries and Vacation Wonderlands," *The Center for Immigration Studies*, June 17, 2024, https://cis.org/Bensman/New-Data-Many-Migrants-Bidens-Humanitarian-Flights-Scheme-Coming-Safe-Countries-and.
[187] Adam Shaw, "Biden admin freezes controversial migrant flight program after fraud revelations," *Fox News*, August 2, 2024, https://www.foxnews.com/politics/biden-admin-freezes-controversial-migrant-flight-program-after-fraud-revelations.
[188] Jennie Taer, "400,000 migrants flown to US under Biden parole program 'likely staying here forever': experts," *The New York Post*, May 1, 2024, https://nypost.com/2024/05/01/us-news/400k-migrants-under-parole-program-likely-staying-forever-experts/.
[189] U.S Department of Homeland Security, Office of Inspector General, *DHS Has a Fragmented Process for Identifying and Resolving Derogatory Information for Operation Allies Welcome Parolees,* OIG-24-24, May 6, 2024, https://www.oig.dhs.gov/sites/default/files/assets/2024-05/OIG-24-24-May24.pdf.
[190] Ibid, 24.

HHS-PRWORA_000077

# PART 4: THE WORLD HAS TAKEN ADVANTAGE OF BIDEN AND HARRIS' OPEN BORDERS

**Introduction:** The consequences of these radical policies of open borders and non-enforcement were utterly predictable. The world knew, as soon as Biden and Harris won, that it would be open season at America's borders. According to one staffer at a church in Mission, Texas, that provides aid to illegal aliens, "[o]ne group from Honduras told us last week, they had a celebration party the night Biden was elected."[191] One Guatemalan woman said in March 2021, "[w]hen Trump was president this was not possible."[192] This spring, one illegal alien at a camp in northern Mexico told a reporter, "I want Biden to win."[193]

***The Biden-Harris Administration Has Created Perverse Incentives to Enter Illegally:*** These mass waves of people are coming because they rightly believe they will be released into the United States under this administration. Chief Patrol Agent Anthony "Scott" Good of the El Paso Sector has told the Committee, "I would say that the more people that are released, the more there is a draw."[194] According to Modlin, large groups of illegal aliens—as many as 300 per group—are turning themselves in to agents instead of evading apprehension "because they believe they're going to stay in the United States."[195] Senior Border Patrol leaders have also told the Committee that illegal aliens, once released, immediately tell family and friends back home of their experiences, ultimately encouraging more to come.[196]



*Ariana Drehsler/The Wall Street Journal*

Some even use social media to document and share their experiences—including posting "selfies" for others to see[197]—and so the cycle continues. As Chairman Green said in an April 2024 hearing, "people from all over the world tested the system, they came and were released, they phoned home, and the mass waves began."[198]

Conversely, these individuals are not coming because of "longstanding factors" like "food insecurity, violence, corruption, lack of opportunities, and systemic poverty."[199] As

---

[191] Andrew Buncombe, "'When Trump was president this was not possible': Migrants tell of dramatic journeys to reach US as thousands arrive at border," *The Independent,* March 25, 2021, https://www.independent.co.uk/news/world/americas/texas-border-mexico-migrants-biden-trump-b1822349.html.
[192] Ibid.
[193] Peter Savodnik, "A Report from the Southern Border: 'We Want Biden to Win,'" *The Free Press*, April 3, 2024, https://www.thefp.com/p/the-migrants-who-want-biden-to-win-election.
[194] Anthony "Scott" Good, Transcribed Interview with the House Committee on Homeland Security, 22 & 82, June 29, 2023.
[195] John Modlin, Transcribed Interview with the House Committee on Homeland Security, 126, July 26, 2023.
[196] U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, *Appendix: First-Hand Accounts of the Crisis from Border Patrol Sector Chiefs*, 118th Cong., 1st sess., December 21, 2023, 26-30, https://homeland.house.gov/wp-content/uploads/2023/12/TI-Appendix.pdf#page=26.
[197] Todd Bensman, "How Selfies Fuel Rise In Illegal Migrants," *The New York Post*, August 18, 2022, https://nypost.com/2022/08/18/how-selfies-fuel-rise-in-illegal-migrants/.
[198] "Review of FY25 DHS Budget," *Homeland Security Committee Events*, YouTube video, 7:20, April 16, 2024, https://www.youtube.com/live/smvirqfUQ1g?si=9ognUSEoz8hA5QN9&t=440.
[199] U.S. Department of Homeland Security, News, *2023 Quadrennial Homeland Security Review (QHSR)*, April 20, 2023, 19, https://www.dhs.gov/publication/2023-quadrennial-homeland-security-review-qhsr.

HHS-PRWORA_000078



the New York Times pointed out a few months ago, in past decades, "[g]lobal poverty was far higher…and much of Latin America was convulsed by political violence. Yet the number of people who tried to cross the U.S. border was far lower than in recent years."[200]

One news anchor put it best in July 2023 when he said of the Biden-Harris administration's approach, "[w]e can all agree that the border policies have certainly led to a lot more people coming across during the Biden administration. That's just obvious and factual."[201]



*Border Patrol agents have been overwhelmed by unprecedented numbers of illegal aliens crossing the border and filing illegitimate asylum claims. (Source: Guillermo Arias/Getty Images)*

Some Democrats understand this basic reality. In September 2023, one Texas Democrat told MSNBC, "[y]ou've got to have a policy where you actually return people back. … Otherwise, people are going to keep coming. If you don't detain people, if you don't send people back, then the border becomes a speedbump."[202]

Even the Biden-Harris administration was eventually forced to admit this basic reality of law enforcement. In June 2024, buried in a rule implementing an executive order, was a note from administration officials that mass release of illegal aliens has "incentiviz[ed] potential migrants to travel to the United States with the belief that, even if initially detained, they will ultimately be released to live and work in the United States for long periods of time."[203]

---

[200] David Leonhardt, "Biden Tries to Close a Loophole," *The New York Times*, June 5, 2024, https://www.nytimes.com/2024/06/05/briefing/biden-immigration-executive-order.html.

[201] Liz Jassin, "Lawmaker: Life is 'hell' in my district," *NewsNation,* July 27, 2023, https://www.newsnationnow.com/us-news/immigration/mayorkas-americans-safer-today-border/.

[202] "'We need to turn migrants back': Top Dem calls for action on border crisis," *MSNBC*, September 22, 2023, https://www.msnbc.com/jose-diaz-balart/watch/-we-need-to-turn-migrants-back-rep-henry-cuellar-calls-for-action-on-border-crisis-19356741707.

[203] U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, and Executive Office for Immigration Review, U.S. Department of Justice, Rule, "Securing the Border," *Federal Register* 89, no. 111 (June 7, 2024): 48710-48772, 20, https://www.govinfo.gov/content/pkg/FR-2024-06-07/pdf/2024-12435.pdf.

HHS-PRWORA_000079



# PART 4: THE WORLD HAS TAKEN ADVANTAGE OF BIDEN AND HARRIS' OPEN BORDERS

***Abuse of the Asylum System Central to the Crisis:*** The abuse of America's generous asylum system has gone hand-in-hand with Biden and Harris' open borders. Per the New York Times, asylum "has expanded far beyond its original intent. Today, many migrants claim asylum even though they are not at risk of being persecuted."[204] Indeed, most of those who make asylum claims never ultimately receive it. Since FY13, the grant rate has never exceeded 16 percent.[205] Despite this fact, many illegal aliens are coached by the cartels and non-governmental organizations (NGOs) on how to claim credible fear of persecution in order to ensure their prompt release.[206]

Even many on the left understand this. One scholar at the left-leaning Migration Policy Institute said earlier this year, "people have come to realize that if they reach the United States border and they seek asylum, then they'll be let in…and they won't be deported"[207] for years—at least. Another Times reporter noted in January 2024 that turning themselves in to Border Patrol agents and claiming asylum is "now the surest way for migrants to stay in the United States, even if few will ultimately win their cases. … They are also certain that once they make it to the United States they will be able to stay. Forever."[208] Mayorkas himself has admitted that many illegal aliens "try to game" the asylum system,[209] yet recent reports indicate that the Biden-Harris administration has even been caught secretly flying previously deported individuals, whose claims were found to be invalid, back into the United States.[210]

> [C]laiming asylum is *"now the surest way for migrants to stay in the United States, even if few will ultimately win their cases. … They are also certain that once they make it to the United States they will be able to stay. Forever."*
>
> – Miriam Jordan
> The New York Times
> Jan. 31, 2024

---

[204] David Leonhardt, "Biden Tries to Close a Loophole," *The New York Times*, June 5, 2024, https://www.nytimes.com/2024/06/05/briefing/biden-immigration-executive-order.html.

[205] *See* U.S. Department of Justice, Executive Office for Immigration Review, *Adjudication Statistics: Asylum Decision and Filing Rates in Cases Originating with a Credible Fear Claim*, April 21, 2023, https://www.justice.gov/eoir/page/file/1062976/download; and U.S. Department of Justice, Executive Office for Immigration Review, *Adjudication Statistics: Credible Fear and Asylum Process,* October 23, 2019, https://www.justice.gov/eoir/file/1216991/download.

[206] Rodney Scott, Transcribed Interview with the House Committee on Homeland Security, 54, January 22, 2024.

[207] "Will The Immigration Crisis Bankrupt U.S. Cities?," *CNBC*, YouTube video, February 24, 2024, https://www.youtube.com/watch?v=O5w9rTvlgTM&t=374s.

[208] Miriam Jordan, "One Big Reason Migrants Are Coming in Droves: They Believe They Can Stay," *The New York Times*, January 31, 2024, https://www.nytimes.com/2024/01/31/us/us-immigration-asylum-border.html.

[209] Camilo Montoya-Galvez, "Mayorkas says some migrants "try to game" the U.S. asylum system," *CBS News*, May 28, 2024, https://www.cbsnews.com/sacramento/news/mayorkas-interview-migrants-immigration/.

[210] Joseph Simonson, "Biden Admin Flying Migrants Deported by Trump Back Into the US," *The Washington Free Beacon*, July 1, 2024, https://freebeacon.com/biden-administration/biden-admin-flying-migrants-trump-deported-back-into-the-us/.

HHS-PRWORA_000080



# PART 5: PARTNERS IN CHAOS: THE BIDEN-HARRIS ADMINISTRATION'S VAST NGO NETWORK

**Introduction:** Americans must understand that Biden, Harris, and Mayorkas could not have accomplished their mass catch-and-release scheme without the help of a sprawling network of NGOs, particularly at the Southwest border. As one reporter puts it, "[i]n a way, the federal government is able to hide the true cost of the border crisis from the public through NGOs."[211] While they were in operation before the crisis, "what is new under Biden is the amount of taxpayer money being awarded, the lack of accountability for performance, and the lack of interest in solving the problem."[212]

DHS has worked extensively with the NGO network[213] to ensure illegal aliens are aided in getting from the border to their ultimate destination inside the United States. In June 2022, one DHS official said the department "will continue to closely coordinate with and support cities and NGOs to facilitate the movement of any individual encountered at the Southwest border… ."[214] ICE has acknowledged that it "coordinates with non-governmental organizations to provide migrants with shelter, food, clothing, and transport,"[215] turning the enforcement agency into an "unofficial travel coordination agency."[216]

One groundbreaking study in 2022 used mobile-device data to show that NGOs are serving as a launching pad for illegal aliens to disperse throughout the country,[217] a fact the NGOs have corroborated. John Martin, deputy director for the Opportunity Center for the Homeless in El Paso, has said "the general term that we use is we go through a 'processing.' *That processing is to facilitate travel to the destination of their choice.*"[218]

The NGOs have also turned the border crisis into a perpetual source of taxpayer-funded profit. They have received billions of taxpayer dollars[219] to provide all manner of services to illegal aliens released from CBP and ICE custody,[220] making "circumstances easier for those that are released," according to one senior Border Patrol official.[221] One analysis of three prominent NGOs involved in the crisis—Global Refuge, Southwest Key Programs, and Endeavors, Inc.—"have seen their combined revenue grow from $597 million in 2019 to an astonishing $2 billion by 2022," with the salaries of top executives

[211] Jorge Ventura and Devan Markham, "NGOs Use American Tax Dollars to Relocate Migrants," *NewsNation*, June 7, 2023, https://www.newsnationnow.com/us-news/immigration/border-coverage/ngos-american-tax-dollars-migrants/.

[212] Madeleine Rowley, "Nonprofits Are Making Billions off the Border Crisis," *The Free Press*, May 12, 2024, https://www.thefp.com/p/nonprofits-make-billions-off-migrant-children.

[213] U.S. Government Accountability Office, *Southwest Border: DHS Coordinates with and Funds Nonprofits Serving Noncitizens*, GAO-23-106147, April 19, 2023, 1, https://www.gao.gov/assets/gao-23-106147.pdf.

[214] Julia Ainsley, "Amid border surge, Biden admin plans to send migrants to cities deeper inside U.S., starting with L.A., say internal documents," *NBC News*, June 8, 2022, https://www.nbcnews.com/politics/immigration/border-surge-biden-admin-plans-send-migrants-cities-deeper-us-starting-rcna32530.

[215] Bill Melugin and Adam Shaw, "Fox News footage shows mass release of single adult migrants into US," *Fox News*, January 25, 2022, https://www.foxnews.com/politics/texas-footage-single-adult-migrants-released-us.

[216] Bill Melugin and Adam Shaw, "ICE agents forced to coordinate travel for illegal immigrants, some with criminal records: source," *Fox News*, January 27, 2022, https://www.foxnews.com/politics/ice-removal-operations-turned-into-unofficial-travel-coordination-agency-source-says.

[217] Yael Halon, "NGOs are helping transport migrants to nearly every US congressional district, new analysis found," *Fox News*, December 21, 2022, https://www.foxnews.com/media/ngos-helping-transport-migrants-us-congressional-district-analysis-found.

[218] Jorge Ventura and Devan Markham, "NGOs use American tax dollars to relocate migrants," *NewsNation*, June 7, 2023, https://www.newsnationnow.com/us-news/immigration/border-coverage/ngos-american-tax-dollars-migrants/, (emphasis added).

[219] *See* U.S. Library of Congress, Congressional Research Service, *FEMA's Emergency Food and Shelter Program (EFSP),* by Elizabeth M. Webster, May 15, 2023, 2, https://crsreports.congress.gov/product/pdf/IF/IF12026; U.S. Department of Homeland Security, U.S. Federal Emergency Management Agency, *The Department of Homeland Security (DHS) Notice of Funding Opportunity (NOFO) Fiscal Year 2023 Shelter and Services Program,* June 12, 2023, https://www.fema.gov/grants/preparedness/shelter-services-program/fy-23-nofo; U.S. Department of Homeland Security, U.S. Federal Emergency Management Agency, *Shelter and Services Program Awards*, last updated August 21, 2023, https://www.fema.gov/grants/preparedness/shelter-services-program/awards; U.S. Department of Homeland Security, U.S. Federal Emergency Management Agency, *The Department of Homeland Security (DHS) Notice of Funding Opportunity (NOFO) Fiscal Year 2023 Shelter and Services Program,* June 12, 2023, https://www.fema.gov/grants/preparedness/shelter-services-program/fy-23-nofo; and U.S. Department of Homeland Security, News, *FACT SHEET: Biden-Harris Administration Supplemental Funding Request,* October 20, 2023, https://www.dhs.gov/news/2023/10/20/fact-sheet-biden-harris-administration-supplemental-funding-request.

[220] Andrew R. Arthur, "Massive spending bill includes $785 million to feed, House, and transport migrants," *The Center for Immigration Studies*, December 30, 2022, https://cis.org/Arthur/Massive-Spending-Bill-Includes-785-Million-Feed-House-and-Transport-Migrants.

[221] Aaron Heitke, Transcribed Interview with the House Committee on Homeland Security, 95-96, May 9, 2023.

HHS-PRWORA_000081

Case 1:25-cv-00345-MSM-PAS    Document 74-3    Filed 11/21/25    Page 83 of 137 PageID
#: 2688

skyrocketing during that time.[222] A 2023 DHS OIG report found that millions of dollars sent to NGOs were likely abused, even being used to provide benefits to gotaways.[223]



*An analysis of the movement patterns of mobile devices gathered in January 2022 from approximately 22,000 devices showed that these devices passed through 20 border-state NGOs before later pinging in 431 of 435 congressional districts. (Source: Heritage Foundation Oversight Project NGO report)*

These NGOs do not have American interests at heart. According to an investigation by a Florida grand jury into the unprecedented border chaos, "several *NGOs actively obstructed*" efforts to ascertain how these groups were using federal funds to help facilitate illegal immigration,[224] with the grand jury recommending a separate investigation into how NGOs might be helping would-be illegal aliens break the law, and finding, "These NGOs do not truly or exclusively operate as humanitarians. … Rather, they magnify the magnetic illusion of economic prosperity at the end of a migratory trek."[225]

---

[222] Madeleine Rowley, "Nonprofits Are Making Billions off the Border Crisis," *The Free Press*, May 12, 2024, https://www.thefp.com/p/nonprofits-make-billions-off-migrant-children.

[223] U.S Department of Homeland Security, Office of Inspector General, *FEMA Should Increase Oversight to Prevent Misuse of Humanitarian Relief Funds,* OIG-23-20, March 28, 2023, 8, https://www.oig.dhs.gov/sites/default/files/assets/2023-03/OIG-23-20-Mar23.pdf.

[224] State of Florida Supreme Court, Twenty-First Statewide Grand Jury, *Fifth Presentment*, No. SC22-796, November 27, 2023, 7, https://acis-api.flcourts.gov/courts/68f021c4-6a44-4735-9a76-5360b2e8af13/cms/case/651d8f68-f322-4cd0-831f-74dc9b0d77a8/docketentrydocuments/57d791ab-196f-41df-8e1b-47e04a3468e1 (emphasis in original).

[225] Ibid, 8.

HHS-PRWORA_000082

# PART 6: THE CRIMINAL CARTELS AND GANGS TAKE CONTROL OF THE BORDER



**Introduction:** As a result of this unprecedented crisis, the criminal cartels now exert unprecedented control over the Southwest border. These groups are "ruthless and violent global criminal enterprises, with members, associates, facilitators and brokers in all 50 states," using "treachery and deceit to drive addiction and deaths in our country."[226] They control smuggling routes throughout Mexico and exert near-complete control over the movement of individuals through the country, particularly at and near the Southwest border.[227] It is now nearly impossible to cross without paying them.[228] Per Owens, the cartels "keep a death grip on anything that comes across the border illicitly, because they want their cut."[229]

The cartels have also expanded their operations beyond drugs.[230] According to former HSI agent Victor Avila, "[j]ust a few years ago, the cartels never dealt with humans, not human trafficking or human smuggling. … But that's what has completely changed. The cartels saw the amount of potential money to be made with the human [smuggling] and they've now taken over."[231] According to one Mexican official, "[n]ow 60-70% of their focus is migrant smuggling."[232]

And that business is booming under Biden and Harris.[233] The Committee has documented how border crossers pay anywhere from a few thousand dollars to upwards of $60,000 to enter the United States.[234] Some are now even paying as much as $100,000, with one reporter noting, "[i]n the past, migrants from far-flung places such as China or Vietnam paid those kinds of rates. Now, they are the costs of smuggling from America's backyard."[235] Jaeson Jones, a former captain in the Texas Department of Public Safety's (DPS) Intelligence and Counterterrorism Division, has said, "I can without any doubt tell you that the profits they are making today are like nothing we have seen prior."[236] For them, more crossings equal more profits.

**US NEWS**

## Mexican cartels offering $15K VIP 'travel agency' packages to help illegal immigrants sneak into US

---

[226] "Protecting the U.S. Homeland: Fighting the Flow of Fentanyl from the Southwest Border," *Homeland Security Committee Events*, YouTube video, 50:06, July 12, 2023, https://www.youtube.com/live/L0EurNtLz0M?feature=share&t=3006.

[227] *See* Josh Jones, "Cartels and Their Cruelty Are the Crisis at the Border," *Texas Public Policy Foundation,* March 15, 2021, https://www.texaspolicy.com/cartels-and-their-cruelty-are-the-crisis-at-the-border/; and "Biden and Mayorkas' Open Border: Advancing Cartel Crime in America," *Homeland Security Committee Events*, YouTube video, 37:22, July 19, 2023, https://www.youtube.com/live/kva0HOb1TUg?feature=share&t=2242.

[228] Virginia Allen, "Former Border Patrol Chief Opens Up About the Horrifying Power Cartels Wield Around the Rio Grande," *The Daily Signal,* February 10, 2023, https://www.dailysignal.com/2023/02/10/no-one-crosses-unlawfully-from-mexico-without-working-with-cartels-former-border-patrol-chief-says/.

[229] Jason Owens, Transcribed Interview with the House Committee on Homeland Security, 53-54, May 5, 2023.

[230] Miriam Jordan, "Smuggling Migrants at the Border Now a Billion-Dollar Business," *The New York Times*, July 25, 2022, https://www.nytimes.com/2022/07/25/us/migrant-smuggling-evolution.html.

[231] Jennie Taer, "Eight dead bodies dumped near El Paso border as rival cartels battle over migrant smuggling routes," *The New York Post*, April 24, 2024, https://nypost.com/2024/04/24/us-news/eight-dead-bodies-dumped-near-el-paso-border/.

[232] Emily Crane, "Mexican cartels offering $15K VIP 'travel agency' packages to help illegal immigrants sneak into US," *The New York Post*, June 20, 2024, https://nypost.com/2024/06/20/us-news/mexican-cartels-offering-15k-vip-packages-to-help-illegal-immigrants-sneak-into-us/.

[233] Miriam Jordan, "Smuggling Migrants at the Border Now a Billion-Dollar Business," *The New York Times*, July 25, 2022, https://www.nytimes.com/2022/07/25/us/migrant-smuggling-evolution.html.

[234] U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, *DHS Secretary Alejandro Mayorkas Has Emboldened Cartels, Criminals, and America's Enemies, Phase 2 Interim Report*, 118th Cong., 1st sess., September 7, 2023, 11-12, https://homeland.house.gov/wp-content/uploads/2023/09/09.07-Phase-2-Final.pdf.

[235] Stephen Dinan, "Migrants paying record-high $50,000 to $100,000 to be smuggled into U.S.," *The Washington Times*, June 25, 2024, https://www.washingtontimes.com/news/2024/jun/25/migrants-paying-record-high-50000-to-100000-to-be-/.

[236] Karol Suárez, "Cartels reap growing profits in the smuggling of migrants across the US-Mexico border," *Louisville Courier Journal*, July 1, 2021, https://www.courier-journal.com/story/news/investigations/2021/07/01/mexican-cartels-fuel-immigration-crisis-at-us-border/5290082001/.

HHS-PRWORA_000083



# PART 6: THE CRIMINAL CARTELS AND GANGS TAKE CONTROL OF THE BORDER

***Cartels Now Control the Southwest Border:*** Numerous law enforcement veterans, local officials, and national security experts agree that the cartels have now seized a historic level of control at the Southwest border.[237] During a July 2023 Committee hearing, both Jones and Derek Maltz, former special agent in charge of the Drug Enforcement Administration's (DEA) Special Operations Division, confirmed that cartel control has drastically increased since 2021,[238] with Maltz testifying the cartels "have total control."[239] Scott said in February 2023 they "control the border today. And they control the border today under the Biden administration because of this mass migration to a level that they've never had."[240] Independent Arizona Sen. Kyrsten Sinema said in May 2023 that the cartels are "controlling what's happening on the southern border, not the United States government"[241]—an opinion shared by the majority of the American people.[242]

> **"NOBODY CROSSES WITHOUT PAYING THE CARTELS.** SO THE CARTELS, YOU KNOW, DETERMINE WHEN PEOPLE CROSS, YOU KNOW, HOW MANY PEOPLE CROSS AT A TIME, ALL OF THAT. IT'S ALL—**IT'S ALL CONTROLLED BY THEM."**
>
> – CHIEF PATROL AGENT JOHN MODLIN, TUCSON SECTOR



***How the Cartels Seized Control of the Southwest Border:*** Multiple factors have enabled the cartels' unprecedented seizure of control at the Southwest border—and they can all be traced back to the Biden-Harris administration's open-borders policies. First, Mayorkas and Biden's reversal of the effective border-security policies of the Trump administration, as well as the host of policies they have subsequently implemented, have encouraged millions of individuals to make the journey to the Southwest border in hopes of being released into the United States, representing a historic business opportunity for the cartels.

Second, the unmitigated tide of individuals flooding across the Southwest border has forced Border Patrol agents to focus their efforts on processing, transporting, and releasing unprecedented numbers of illegal aliens, rather than patrolling the border.[243] This has left broad stretches of the border open to cartel exploitation.[244] While agents respond to crossings in some areas, the cartels will then push drugs or other groups of aliens across in another location.[245] This process has been repeated day in and day out

---

[237] U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, *DHS Secretary Alejandro Mayorkas Has Emboldened Cartels, Criminals, and America's Enemies, Phase 2 Interim Report*, 118th Cong., 1st sess., September 7, 2023, 5-8 https://homeland.house.gov/wp-content/uploads/2023/09/09.07-Phase-2-Final.pdf.
[238] "Biden and Mayorkas' Open Border: Advancing Cartel Crime in America," *Homeland Security Committee Events*, YouTube video, 1:21:01, July 19, 2023, https://www.youtube.com/live/kva0HOb1TUg?feature=share&t=4861.
[239] Ibid, 1:34:18, https://www.youtube.com/live/kva0HOb1TUg?si=WySF9Owg1W9dn0l1&t=5658.
[240] Virginia Allen, "Former Border Patrol Chief Opens Up About the Horrifying Power Cartels Wield Around the Rio Grande," *The Daily Signal*, February 10, 2023, https://www.dailysignal.com/2023/02/10/no-one-crosses-unlawfully-from-mexico-without-working-with-cartels-former-border-patrol-chief-says/.
[241] Kevin Stone, "Sen. Kyrsten Sinema blasts Biden-Harris administration over handling of Title 42 end," *KTAR News*, May 11, 2023, https://ktar.com/story/5494615/sen-kyrsten-sinema-blasts-biden-administration-over-handling-of-title-42-end/.
[242] Diana Glebova, "Majority of Americans Think Cartels Control Border More than U.S. Government: Poll," *National Review*, September 22, 2022, https://www.nationalreview.com/news/majority-of-americans-think-cartels-control-border-more-than-u-s-government-poll/.
[243] "Full Committee Field Hearing: 'Failure By Design: Examining Secretary Mayorkas' Border Crisis,'" *Homeland Security Committee Events*, YouTube video, 2:46:10 March 15, 2023, https://www.youtube.com/watch?v=7Z1ETzh3AUA&t=9960s.
[244] *See* "Open Borders, Closed Case: Secretary Mayorkas' Dereliction of Duty on the Border Crisis," *Homeland Security Committee Events*, YouTube video, 2:52:57, June 14, 2023, https://www.youtube.com/watch?v=0gjm6jzYHqw&t=10377s; and Anna Giaritelli, "Mexican cartels use immigrants to divert agents from drug smuggling: Border Patrol chief," *The Washington Examiner*, September 25, 2023, https://www.washingtonexaminer.com/policy/immigration/mexican-cartels-use-immigrants-divert-agents-drug-smuggling.
[245] *See* "On The Front Lines of the Border Crisis: A Hearing with Chief Patrol Agents," *House Oversight and Accountability Committee,* YouTube video, 29:30, February 7, 2023, https://oversight.house.gov/hearing/on-the-front-lines-of-the-border-crisis-a-hearing-with-chief-patrol-agents/; Jason Owens, Transcribed Interview with the House Committee on Homeland Security, 51-52, May 5, 2023; Aaron Heitke, Transcribed Interview with the House Committee on Homeland Security, 40-41, May 9, 2023; and Gregory Bovino, Transcribed Interview with the House Committee on Homeland Security, 174, July 12, 2023.

HHS-PRWORA_000084



Case 1:25-cv-00345-MSM-PAS    Document 74-3    Filed 11/21/25    Page 86 of 137 PageID #: 2689

ever since early 2021, a fact known to CBP officials,[246] senior Border Patrol officials,[247] and local law enforcement.[248] They have even orchestrated mass crossings at ports of entry to distract and undermine law enforcement.[249]

### *The Devastating Impact of Increased Cartel Activity in the United States:*

According to the DEA's 2024 National Drug Threat Assessment, "[t]housands of Sinaloa and Jalisco cartel-linked drug dealers in the United States bring illicit fentanyl, methamphetamine, and other drugs into American communities every day," and that from there, "a web of illicit drug wholesalers," "smaller branches of the cartels," and "local independent drug trafficking groups, street crews, and gangs"[250] ensure these destructive substances find their way into the hands of Americans.



This network has been leveraged to terrible effect. According to Sheriff Bill Waybourn of Tarrant County, Texas, the county recorded "a 1000% increase in the amount of drugs seized in a two-year span."[251] Per Montana Attorney General Austin Knudsen, "100 percent" of the fentanyl and methamphetamines seized in the state through the first three quarters of FY23 were trafficked by the cartels across the Southwest border.[252] In California, "Honduran migrants have taken over San Francisco's drug market with the aid and blessing of Mexican cartels," and "squeezed competition out... ."[253]

The cartels have also expanded their operations into other criminal activity. This includes mass-retail theft, meaning that the organizations "that have facilitated the greatest-ever human smuggling operation across the U.S.-Mexico border over the past

---

[246] U.S. Department of Homeland Security, U.S. Customs and Border Protection, *Overview of the Southwest Border*, Accessed on July 6, 2023, 2, 3, 5, https://www.myfloridalegal.com/files/pdf/page/7C077C65BEDE74C685258841005FF57C/Mayorkas+Doc.pdf, (obtained through a FOIA request and released by the Florida Attorney General).

[247] *See* Jason Owens, Transcribed Interview with the House Committee on Homeland Security, 51-52, May 5, 2023; and Aaron Heitke, Transcribed Interview with the House Committee on Homeland Security, 40-41, May 9, 2023.

[248] America's Newsroom [@AmericaNewsroom], "CARTEL CRISIS: How Mexican Cartels Are Exploiting Biden's Open Border Policy @BillHemmer – Reporting Live from Yuma, AZ – Is Joined by Two County Officials Who Claim the Border Is Under Control of the Cartels, Not the US. 'We Have Never Seen It This Bad.,'" Tweet, *Twitter*, February 14, 2023, https://twitter.com/AmericaNewsroom/status/1625511036227842048.

[249] *See* Elizabeth Heckman, "Mexican cartels' social media misinformation blamed for rush of migrants to Texas border bridge," *Fox News*, March 14, 2023, https://www.foxnews.com/media/mexican-cartels-social-media-misinformation-blamed-rush-migrants-texas-border-bridge. Full quote in the second embedded video in the article.; and "Agents stop crowd at Texas border crossing amid asylum woes," *The Associated Press*, March 13, 2023, https://apnews.com/article/migrants-bridge-el-paso-mexico-customs-d414138040bb78229d3cfb6fc1793b05.

[250] U.S. Department of Justice, Drug Enforcement Administration, *National Drug Threat Assessment 2024*, DEA-DCT-DIR-010-24, May 2024, 19, https://www.dea.gov/sites/default/files/2024-05/NDTA_2024.pdf.

[251] U.S. Congress, House of Representatives, Committee on Homeland Security, *Prepared Testimony of Sheriff Bill Waybourn for Biden and Mayorkas' Open Border: Advancing Cartel Crime in America*, 118th Cong., 1st sess., July 19, 2023, https://homeland.house.gov/wp-content/uploads/2023/07/Written-testimony-SIGNED3.pdf.

[252] U.S. Congress, House of Representatives, Committee on Homeland Security, *Prepared Testimony of Austin Knudsen for Havoc in the Heartland: How Secretary Mayorkas' Failed Leadership Has Impacted the States*, 118th Cong., 2nd sess., January 10, 2024, 2, https://homeland.house.gov/wp-content/uploads/2024/01/2024-01-10-HRG-Testimony.pdf.

[253] Stephanie Pagones, "Honduran migrants working for Mexican cartels brazenly took over San Francisco's drug market thanks to lax policies," *The New York Post,* July 10, 2023, https://nypost.com/2023/07/10/honduran-migrants-mexican-cartels-overtaking-san-francisco/.

HHS-PRWORA_000085



two years and simultaneously caused the fentanyl epidemic in America now have a hand in organized retail crime."[254] In recent months, Texas officials have even "begun to see illegal immigrants aiding criminal networks in the stealing of truckloads of valuable oil and materials from the nation's largest oilfields in the Permian Basin," leading a prominent oil industry executive to note, "[w]e believe Joe Biden's open borders policies are helping drug cartels take over America's most prolific oil-producing region now."[255]

***Not Just the Cartels, but the Gangs, Too:*** Equally quick to take advantage of the Biden-Harris administration's open borders have been transnational gangs like the vicious MS-13, and Tren de Aragua, the largest criminal organization in Venezuela that has rapidly expanded its presence and operations in the United States. One May 2021 headline warned Americans, "MS-13, other gang members exploit migrant wave to cross into U.S."[256] Around the same time, then-Border Patrol deputy chief Matthew Hudak tweeted that gang members "attempt to evade arrest by exploiting the influx of migrants attempting to enter our country."[257] The Committee documented last year how the historic number of UACs coming across the border have almost certainly fueled the recruitment pipeline for MS-13.[258]



**[WATCH: Human Smuggler Mockingly Salutes While Pushing Illegal Aliens Across the Border](#)**

---

[254] Anna Giaritelli, "Mexican drug cartels are behind the surge in retail thefts," *The Washington Examiner,* July 24, 2023, https://www.washingtonexaminer.com/news/business/mexican-drug-cartels-behind-surge-in-retail-thefts.

[255] Anna Giaritelli, "Illegal immigrants stealing oil from Permian basin near Texas border," *The Washington Examiner*, May 10, 2024, https://www.washingtonexaminer.com/policy/energy/3000004/illegal-immigrants-stealing-oil-permian-basin-texas/.

[256] Isabel Vincent, "MS-13, other gang members exploit migrant wave to cross into US," *The New York Post*, May 1, 2021, https://nypost.com/2021/05/01/ms-13-other-gang-members-exploit-migrant-wave-to-cross-into-us/.

[257] Laredo Sector Border Patrol [@USBPChiefLRT], "5 Gang Members in 7 Days! #Laredo Sector #USBP Agents Arrested a Total of 5 Gang Members in the Last Week, Including an #ms13 & Two 18th Street Gang Members. They Attempt to Evade Arrest by Exploiting the Influx of Migrants Attempting to Enter Our Country. #bordersecurity," Tweet, *Twitter*, April 30, 2021, https://twitter.com/USBPChiefLRT/status/1388123097568403468.

[258] U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, *DHS Secretary Alejandro Mayorkas Has Emboldened Cartels, Criminals, and America's Enemies, Phase 2 Interim Report*, 118th Cong., 1st sess., September 7, 2023, 41-42, https://homeland.house.gov/wp-content/uploads/2023/09/09.07-Phase-2-Final.pdf.

HHS-PRWORA_000086

Case 1:25-cv-00345-MSM-PAS     Document 74-2     Filed 11/21/25     Page 88 of 137 PageID #: 2691



**EXCLUSIVE**

IMMIGRATION

# 'Ghost criminals': How Venezuelan gang members are slipping into the U.S.

Cases linked to Tren de Aragua, including sex trafficking and a shooting, show how hard it is for border agents to vet migrants from nations that won't provide criminal background info.

According to one report, Tren de Aragua, called "MS-13 on steroids" by one federal official,[259] has taken "advantage of the ongoing border crisis and has been able to push members into the United States and beef up its presence in cities nationwide where law enforcement and elected officials are gravely concerned about the type of violence they are seeing… ."[260] Further, members "conceal themselves amongst the general population of Venezuelan immigrants" seeking to enter the United States illegally.[261] Nationwide, law enforcement agencies "have launched more than 100 investigations of crimes tied to suspected members" of the gang.[262] In a recent internal Border Patrol bulletin, agents were warned that more 1,000 members of the gang had infiltrated the United States, and had even been given the "green light" to target members of law enforcement.[263]



*Tren de Aragua has been openly operating in Aurora, Colorado in recent months, with numerous gang members implicated in violent activity. (Source: Aurora Police Department)*

---

[259] Juan Forero, "A Venezuelan Gang Is Expanding Its Deadly Reach to the U.S.," *The Wall Street Journal*, September 12, 2024, https://www.wsj.com/world/americas/venezuela-gang-tren-de-aragua-us-0b40e380.
[260] Anna Giaritelli, "Venezuelan gang Tren de Aragua used border chaos to infiltrate US," *The Washington Examiner*, June 15, 2024, https://www.washingtonexaminer.com/news/crime/3041174/violent-venezuelan-gang-tren-de-aragua/.
[261] Ibid.
[262] Laura Strickler, et. al., "'Ghost criminals': How Venezuelan gang members are slipping into the U.S.," *NBC News*, June 12, 2024, https://www.nbcnews.com/politics/immigration/tren-de-aragua-venezuelan-gang-members-slip-into-us-rcna156290.
[263] Ali Bradley, "Over 1,000 Venezuelan crime organization members in US," *NewsNation*, July 30, 2024, https://www.newsnationnow.com/crime/venezuelan-crime-organization-members-green-light-attack-law-enforcement/.

HHS-PRWORA_000087



# PART 7: THE SPECTER OF GOTAWAYS, NATIONAL SECURITY THREATS, AND CCP EXPLOITATION

**Introduction:** The criminal cartels and violent gangs are not the only enemies exploiting America's borders on the Biden-Harris administration's watch. Deadly threats, including gotaways, potential terrorists, and unvetted Chinese nationals and China-linked drug operations, are rising, as well.

***Gotaways:*** In addition to those apprehended or encountered by CBP personnel, DHS also tracks individuals whom federal law enforcement record illegally crossing, but whom agents are unable to apprehend. These are known as "gotaways," and they have exploded under Biden and Harris.

Fewer agents on the line means less likelihood of being caught. NBPC Vice President Chris Cabrera told the Committee in March 2023, "[m]aybe 30-40 percent of our agents actually get out to the field on any given day, and then a lot of times they get called back in to process or transport somebody."[264] Morgan said in August 2023, "In many areas, there are 80% or more fewer Border Patrol agents on the line because



they're relegated to doing administrative work processing and releasing the millions of illegal aliens they've apprehended."[265] The numbers are staggering. Through June of FY24, CBP had recorded 194,000 gotaways.[266] In FY23, CBP recorded 694,685 gotaways,[267] 737,244 in FY22,[268] and 389,155 in FY21.[269] The approximately two million known gotaways since FY21 far exceeds the 1.29 million recorded from FY10-20 *combined.*[270] Then-Border Patrol Chief Ortiz told the Committee in March 2023 that the true number of gotaways—detected and undetected—could be as much as 20 percent higher than reported.[271] DHS knows nothing about these individuals, and they are at large in communities across the country—often after paying the cartels extra to avoid

---

[264] "Full Committee Field Hearing: "Failure By Design: Examining Secretary Mayorkas' Border Crisis"," *Homeland Security Committee Events,* YouTube video, 2:46:00, March 15, 2023, https://www.youtube.com/live/7Z1ETzh3AUA?feature=share&t=9960.
[265] Bethany Blankley, "Arrests of noncitizens with criminal convictions at border at record highs," *The Center Square,* August 2, 2023, https://www.thecentersquare.com/national/article_4134184e-315d-11ee-ae3d-ff0620827260.html.
[266] Bill Melugin [@BillMelugin_], "NEW: Per CBP sources & internal CBP data I've reviewed, there have been at least 194,000 known gotaways recorded at our southern border since fiscal year 2024 began on October 1st, w/ an average of 500+ per day over the last week. …," Tweet, *Twitter*, June 20, 2024, https://x.com/BillMelugin_/status/1803795576749957337.
[267] U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, *Budget Overview: Fiscal Year 2025 Congressional Justification*, April 2024, 52, https://www.dhs.gov/sites/default/files/2024-04/2024_0314_us_customs_and_border_protection.pdf.
[268] U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, *Budget Overview: Fiscal Year 2024 Congressional Justification*, March 1, 2023, 37, https://www.dhs.gov/sites/default/files/2023-03/U.S.%20CUSTOMS%20AND%20BORDER%20PROTECTION_Remediated.pdf.
[269] U.S. Department of Homeland Security, *Department of Homeland Security Border Security Metrics Report: 2022*, July 3, 2023, 18, https://www.dhs.gov/sites/default/files/2023-07/2023_0703_plcy_fiscal_year_2022_border_security_metrics_report_2021_data.pdf.
[270] U.S. Department of Homeland Security, *Department of Homeland Security Border Security Metrics Report: 2021*, April 27, 2022, 16, https://www.dhs.gov/sites/default/files/2022-06/2022_0427_plcy_border_security_metrics_report_FY2021_%282020_data%29.pdf.
[271] "Full Committee Field Hearing: 'Failure By Design: Examining Secretary Mayorkas' Border Crisis,'" *Homeland Security Committee Events*, YouTube video, 1:08:17, March 15, 2023, https://www.youtube.com/live/7Z1ETzh3AUA?feature=share&t=4089.

HHS-PRWORA_000088


Case 1:25-cv-00345-MSM-BAS    Document 74-3    Filed 11/31/25    Page 90 of 137 PageID #: 2693

apprehension.[272] According to Chief Owens, these massive numbers of gotaways are "what's keeping me up at night."[273]

***Individuals on the Terrorist Watchlist and Special Interest Aliens:*** Border Patrol agents have also encountered individuals from more than 160 countries since January 2021,[274] including from countries that sponsor terrorism or are major U.S. adversaries. Caudle told the Committee in September 2023 that this demographic shift was unprecedented:

> "[T]hroughout most of our career, those of us that have been in 20-plus years, particularly, you would encounter people from Mexico making illegal entry. That demographic shifted dramatically, especially in my time there in El Centro when we were starting to see a lot of migrants arrive from western Africa, India, Bangladesh, you know, very far away countries that were not common for that area..."[275]

Troublingly, an increasing number of those illegally crossing the Southwest border represent potential national security threats. DHS' own 2024 Homeland Threat Assessment makes the threat plain—"[t]errorists and criminal actors may exploit the elevated flow and increasingly complex security environment to enter the United States."[276] Since FY21, the Border Patrol has recorded a historic number of apprehensions of individuals who appear on the Terrorist Screening Data Set (TSDS),[277] also known as the "terrorist watchlist."



From FY17–FY20, between ports of entry along the Southwest and northern borders, the Border Patrol apprehended just 14 individuals whose names were on the TSDS.[278] Since FY21, that number has jumped to 384.[279] It is unknown how many additional national security threats have entered among the roughly two million gotaways.

When asked on Nov. 15, 2023, if these increased crossings were cause for concern, FBI Director Wray answered, "[w]e've all seen how much damage just a small number a

---

[272] *See* Nick Miroff, "Border Officials Say More People Are Sneaking Past Them as Crossings Soar and Agents Are Overwhelmed," *The Washington Post,* April 2, 2021, https://www.washingtonpost.com/national/got-aways-border/2021/04/01/14258a1e-9302-11eb-9af7-fd0822ae4398_story.html; and Aaron Heitke, Transcribed Interview with the House Committee on Homeland Security, 41, May 9, 2023.

[273] Camilo Montoya-Galvez, "U.S. Border Patrol chief calls southern border a "national security threat," citing 140,000 migrants who evaded capture," *CBS News*, March 24, 2024, https://www.cbsnews.com/news/jason-owens-border-patrol-southern-border-national-security-threat/.

[274] Robert Sherman, "Migrants from more than 160 countries encountered at border," *NewsNation*, October 6, 2022, https://www.newsnationnow.com/us-news/immigration/migrants-from-more-than-160-countries-encountered-at-border/.

[275] Dustin Caudle, Transcribed Interview with the House Committee on Homeland Security, 14, September 28, 2023.

[276] U.S. Department of Homeland Security, Office of Intelligence and Analysis, *Homeland Threat Assessment 2024*, September 2023, 20, https://www.dhs.gov/sites/default/files/2023-09/23_0913_ia_23-333-ia_u_homeland-threat-assessment-2024_508C_V6_13Sep23.pdf.

[277] U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *CBP Enforcement Statistics*, last modified August 16, 2024, https://www.cbp.gov/newsroom/stats/cbp-enforcement-statistics.

[278] Ibid.

[279] Ibid.

HHS-PRWORA_000089



Case 1:25-cv-00345-MSM-BAS    Document 74-3    Filed 11/21/25    Page 91 of 137 PageID
#: 2694

foreign terrorists could cause. I mean, sometimes people, as crazy as it sounds, tend to forget that it was 19 people who killed 3,000 people on 9/11."[280] Wray further noted, "I can tell you the threats that come from the other side of the border are very much consuming FBI field offices, not just in the border states."[281]

On numerous occasions, individuals on the TSDS or with other potential terrorism connections have been released. Perhaps the most shocking case came in June 2024, when Americans learned that eight individuals with suspected ties to ISIS had been arrested in New York, Los Angeles, and Philadelphia,[282] and that all of them had entered through the Southwest border, including one who reported entered using the CBP One app.[283] Authorities believe they may have been plotting an attack on U.S. soil.[284] Just days later, NBC News published an even more shocking report that an ISIS-affiliated smuggling network had helped more than 400 individuals illegally enter the country, and around 50 were still at large in the United States.[285] Other instances include:

- In May 2024, two Jordanian nationals attempted to force their way onto Marine Corps Base Quantico. Both were in the country unlawfully, and one was on the watchlist.[286]
- In March 2023, Afghan national Mohammad Kharwin was apprehended by the Border Patrol and released into the interior—though he was dropped from surveillance about two weeks later.[287] Almost a year later, ICE arrested him "after the FBI passed information to them indicating that Kharwin had potential terrorist ties"[288] ICE lawyers also reportedly withheld information on his terrorist ties from an immigration judge.[289]
- Also in March 2023, a Somali national who was a "confirmed member" of the terrorist group al Shabaab was released into the interior and roamed free until January 2024.[290]
- In April 2022, CBP officials released an illegal alien whose name was on the terrorist watchlist.[291] According to Border Patrol agents, over-capacity holding facilities "created pressure to quickly process migrants and decreased the time available" to vet them.[292]

[280] "Worldwide Threats to the Homeland," *Homeland Security Committee Events*, YouTube video, 1:02:54, November 15, 2023, https://www.youtube.com/live/yVjgdrpk_OE?si=gDMH7yXdlQWhf-Sd&t=3774.

[281] Ibid, 54:33, https://www.youtube.com/live/yVjgdrpk_OE?si=BFLHh70EGxJw2fqy&t=3273.

[282] Jennie Taer, "Six suspected terrorists with ISIS ties arrested in sting operation in New York, Los Angeles and Philadelphia: sources," *The New York Post*, June 11, 2024, https://nypost.com/2024/06/11/us-news/six-suspected-terrorists-with-isis-ties-arrested-in-sting-operation/.

[283] Julia Ainsley, et. al., "8 suspected terrorists with possible ISIS ties arrested in New York, L.A. and Philadelphia, sources say," *NBC News*, June 11, 2024, https://www.nbcnews.com/news/us-news/8-suspected-terrorists-possible-isis-ties-arrested-new-york-l-philadel-rcna156635.

[284] Pat Milton, et. al., "8 arrested men with ties to ISIS feared to have been plotting potential terrorist attack in U.S., sources said," *CBS News*, June 26, 2024, https://www.cbsnews.com/news/more-information-emerges-about-8-tajikistani-men-arrested-for-suspected-isis-ties/.

[285] Julia Ainsley and Tom Winter, "DHS identifies over 400 migrants brought to the U.S. by an ISIS-affiliated human smuggling network," *NBC News*, June 25, 2024, https://www.nbcnews.com/investigations/dhs-identifies-400-migrants-brought-us-isis-linked-human-smuggling-rcna158777.

[286] Stephen Dinan, "Jordanian who tried to enter Quantico Marine base was on terror watchlist: incident report," *The Washington Times*, August 7, 2024, https://www.washingtontimes.com/news/2024/aug/7/jordanian-who-tried-to-enter-quantico-marine-base-/.

[287] Julia Ainsley, "Man on terrorist watchlist was dropped from program that monitors migrants," *NBC News*, April 17, 2024, https://www.nbcnews.com/news/investigations/man-terrorist-watchlist-was-dropped-program-monitors-migrants-rcna148205.

[288] Ibid.

[289] Ibid.

[290] Jennie Taer, "Known terrorist spent year in US after being wrongly released by feds — and GOP lawmakers demand answers," *The New York Post*, April 2, 2024, https://nypost.com/2024/04/02/us-news/lawmakers-demand-to-know-if-taxpayers-funded-al-shabaab-terrorist/.

[291] U.S. Department of Homeland Security, Office of Inspector General, *CBP Released a Migrant on a Terrorist Watchlist, and ICE Faced Information Sharing Challenges Planning and Conducting the Arrest (REDACTED)*, OIG-23-31, June 28, 2023, 3, https://www.oig.dhs.gov/sites/default/files/assets/2023-07/OIG-23-31-Jun23-Redacted.pdf.

[292] Ibid, 12.

HHS-PRWORA_000090



- In February 2022, Uzbek national Jovokhir Attoev was caught and released into the interior by agents because at the time, "neither Customs and Border Protection nor ICE could find any derogatory information" on him.[293] In May 2023, Uzbekistan announced Attoev was wanted for alleged connections to ISIS, and it was not until March 2024 that U.S. officials noticed the terrorism connection, and moved to arrest him in April 2024.[294]

Incredibly, the Biden-Harris administration has released at least 99 illegal aliens on the terrorist watchlist into the United States.[295] On top of all this, the Biden-Harris administration has refused to publicly release important information about these individuals, including their countries of origin, going so far as to tell one reporter in May 2024 that the "privacy interests" of these potential terror threats "outweigh any minimal public interest in disclosure of the information."[296]

This is happening because Border Patrol agents are simply unable to adequately vet inadmissible aliens entering the country. Not only do the historic numbers make it impossible to devote the necessary time to such screening, but most of those crossing the border either come from countries with inadequate law enforcement databases, or from countries who would not share this information with federal officials even if they had it, such as China, Cuba, and Venezuela.



Federal law enforcement officials, including senior Biden officials, have confirmed this. According to one Border Patrol agent, "[m]ost countries are decades behind us with technology and policing practices, so when we detain these guys, mostly there's nothing on them except [if they have] terrorism or previous US charges."[297] Another frustrated agent has said, "I wanted to get into Border Patrol and protect from terrorists. And it's like, well, I probably let terrorists in the country."[298] According to Scott, vetting has become a "check-the-box exercise."[299] Even ICE Acting Director Patrick Lechleitner admitted in June 2024, "[s]ometimes there is just no information on individuals. It is quite common where there is just nothing."[300] And Wray testified to a Senate subcommittee on June 4, 2024, that he was concerned about individuals being released

---

[293] Julia Ainsley, "Migrant with alleged ISIS ties was living in the U.S. for more than two years, officials say," *NBC News*, May 1, 2024, https://www.nbcnews.com/politics/immigration/migrant-alleged-isis-ties-living-us-two-years-officials-say-rcna150281.
[294] Ibid.
[295] Adam Shaw, "Scathing report reveals Biden-Harris admin has released dozens of migrants on terror watchlist into US," *Fox News*, August 5, 2024, https://www.foxnews.com/politics/scathing-report-reveals-biden-harris-admin-released-dozens-migrants-terror-watchlist-us.
[296] Adam Shaw and Bill Melugin, "Biden admin refuses to reveal terror watchlist nationalities as illegal immigration explodes on his watch," *Fox News*, May 16, 2024, https://www.foxnews.com/politics/biden-admin-refuses-reveal-terror-watchlist-nationalities-illegal-immigration-explodes.
[297] Jennie Taer, "Border Patrol agents reveal how easily terrorists and killers get into US despite being screened," *The New York Post*, May 19, 2024, https://nypost.com/2024/05/19/us-news/border-patrol-agents-reveal-how-easily-terrorists-and-killers-get-into-us-despite-being-screened/.
[298] Jennie Taer, "3 Palestinian terror suspects caught after crossing border illegally as overwhelmed agents warn: 'I probably let terrorists in,'" *The New York Post*, July 28, 2024, https://nypost.com/2024/07/28/us-news/palestinian-terror-suspects-caught-after-crossing-illegally/.
[299] Rodney Scott, Transcribed Interview with the House Committee on Homeland Security, 50-53, January 22, 2024.
[300] Brian Entin [@BrianEntin], "How is it possible 8 suspected terrorists with ISIS ties were able to cross the Southern border and have clean background checks? "Sometimes there is just no information on individuals. It is quite common where there is just nothing," ICE Acting Director Patrick Lechleitner says.," Tweet, *Twitter*, June 12, 2024, https://x.com/BrianEntin/status/1800957331267571873.

HHS-PRWORA_000091



Case 1:25-cv-00345-MSM-PAS    Document 74-3    Filed 11/31/25    Page 93 of 137 PageID #: 2693

"for whom there's not enough derogatory information in the intelligence community to watch list them yet."[301]



**EXCLUSIVE**

IMMIGRATION

## DHS identifies over 400 migrants brought to the U.S. by an ISIS-affiliated human smuggling network

Over 150 have been arrested, but the whereabouts of over 50 remain unknown, officials said. ICE is looking to arrest them on immigration charges when they are found.

These limitations affect not just Border Patrol operations between the ports, but those at official ports of entry, as well. The same month that Lechleitner and Wray expressed their concerns, the DHS OIG reported that DHS' processes and procedures for vetting inadmissible aliens "were not fully effective to screen and vet noncitizens applying for admission into the United States or asylum seekers whose asylum applications were pending for an extended period."[302] Further, the OIG found, "USCIS may not promptly identify asylum seekers with derogatory information who remain in the country for extended periods of time while awaiting an asylum decision."[303]

The Biden-Harris administration's abuse of the CBP One app also presents a grave national security threat. Among the more-than 266,000 parolees just between January-September 2023, thousands were from adversarial nations or countries of concern, including approximately 20,000 Russians, 1,800 Uzbeks, and more than 200 Afghans.[304] Former immigration judge Andrew Arthur has said there is "no way" for CBP to vet these individuals "for criminal histories or terrorist intent in any meaningful way before releasing them into the United States. … [T]he toll this scheme will impose on border security is patent and significant."[305]

"Special interest aliens" are another concern. Between October 2022-late May 2024 alone, CBP recorded at least 125,000 encounters of inadmissible aliens who represented potential threats to national security.[306] These "special interest aliens" are individuals who, "based on an analysis of travel patterns, potentially [pose] a national security risk to the United States or its interests."[307] One specific and troubling example is the surge in Tajik nationals illegally entering the country. Between October 2020-May 2024, more than 1,500 individuals from Tajikistan, "a country known as a hotbed of ISIS

[301] U.S. Congress, Senate, Committee on Appropriations, *A Review of the President's Fiscal Year 2025 Budget Request for the Federal Bureau of Investigation,* 118th Cong., 2nd sess., 1:01:19, June 4, 2024, https://www.appropriations.senate.gov/hearings/a-review-of-the-presidents-fiscal-year-2025-budget-request-for-the-federal-bureau-of-investigation.
[302] U.S. Department of Homeland Security, Office of Inspector General, *DHS Needs to Improve Its Screening and Vetting of Asylum Seekers and Noncitizens Applying for Admission into the United States (REDACTED)*, OIG-24-27, June 7, 2024, 3, https://www.oig.dhs.gov/sites/default/files/assets/2024-06/OIG-24-27-Jun24-Redacted.pdf.
[303] Ibid, 10.
[304] U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, "New Documents Obtained By Homeland Majority Detail Shocking Abuse of CBP One App," Press Release, 118th Cong., 1st sess., October 23, 2023, https://homeland.house.gov/2023/10/23/new-documents-obtained-by-homeland-majority-detail-shocking-abuse-of-cbp-one-app/.
[305] U.S. Congress, House of Representatives, Committee on the Judiciary, *Prepared Testimony of Andrew Arthur for Biden's Border Crisis and Its Effect on American Communities*, 118th Cong., 1st sess., August 8, 2023, 50, https://cis.org/sites/default/files/2023-08/BordercrisistestimonyHCOAA08082023rev4b.pdf.
[306] *See* Jennie Taer, "EXCLUSIVE: Feds Flagged Nearly 75,000 Illegal Migrants As Potential National Security Risks," *The Daily Caller*, September 1, 2023, https://dailycaller.com/2023/09/01/illegal-migrants-national-security-risk/; and Chief Jason Owens [USBPChief], "5/25: USBP agents in Santa Teresa, NM apprehended 6 special interest migrants (SIMs) from Morocco. So far this FY, USBP has apprehended +52K SIMs. San Diego Sector alone accounts for nearly 88% of those.," Tweet, *Twitter*, May 29, 2024, https://x.com/USBPChief/status/1795923337748549988.
[307] U.S. Department of Homeland Security, Newsroom, *MYTH/FACT: Known and Suspected Terrorists/Special Interest Aliens*, January 7, 2019, https://www.dhs.gov/news/2019/01/07/mythfact-known-and-suspected-terroristsspecial-interest-aliens.

HHS-PRWORA_000092



recruitment," have crossed the border. This surge "could include ISIS 'seeding people into the United States.'"[308]

Following the devastating attacks on the United States on Sept. 11, 2001, that forever changed the world, the 9/11 Commission's historic report noted, "[i]t is elemental to border security to know who is coming into the country."[309] Wray confirmed this remains true today, testifying last November, "I think greater fidelity about who is coming into this country and how they are getting in is essential."[310] However, under Biden, Harris, and Mayorkas, a historic number of people are entering this country about whom law enforcement knows nothing. The national security threat this represents is monumental, unprecedented—and unacceptable.

***The Rising Threat Posed by the Chinese Communist Party (CCP):*** In FY24, Border Patrol apprehensions of Chinese nationals at the Southwest border have surpassed 35,000—the overwhelming majority of them single adults.[311] In FY23 alone, this number was 24,048.[312] In FY19, by contrast, the number was 2,060.[313] To put this surge in perspective, the number of Chinese nationals apprehended just in FY24 has been greater than the total number apprehended from FY07-20 *combined*.[314]



They are coming now because the border is wide open. Per former Border Patrol Chief Scott, it is because "there's no real response from the federal government of the United States to slow it down. There hasn't been since 2021."[315] In fact, one Biden-Harris administration response has been to "drastically simplif[y] the vetting process for Chinese illegal immigrants."[316] According to a leaked CBP email from April 2023, officials were instructed "to radically reduce the number of interview questions for Chinese migrants apprehended after illegally crossing into the country from roughly 40 to just five."[317] One chief patrol agent told the Committee that interviewing just one Chinese national could take up to seven

[308] Jennie Taer, "Hundreds of migrants from ISIS hotbed country have crossed US border under Biden," *The New York Post*, June 20, 2024, https://nypost.com/2024/06/20/us-news/migrants-from-isis-hotbed-tajikistan-have-surged-under-biden/.

[309] The National Commission on Terrorist Attacks Upon the United States, *The 9/11 Commission Report*, July 22, 2004, 407, https://govinfo.library.unt.edu/911/report/911Report.pdf.

[310] "Worldwide Threats to the Homeland," *Homeland Security Committee Events*, YouTube video, 52:54, November 15, 2023, https://www.youtube.com/live/yVjgdrpk_OE?si=pH6Xbad0ug4rFDwc&t=3174.

[311] U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Nationwide Encounters*, last modified August 28, 2024, https://www.cbp.gov/newsroom/stats/nationwide-encounters.

[312] Ibid.

[313] U.S. Department of Homeland Security, U.S. Border Patrol, *U.S. Border Patrol Nationwide Encounters by Citizenship & Sector (FY07-19)*, 40, https://www.cbp.gov/sites/default/files/assets/documents/2021-Aug/USBORD~3.PDF.

[314] *See* Ibid; and U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Nationwide Encounters*, last modified August 28, 2024, https://www.cbp.gov/newsroom/stats/nationwide-encounters.

[315] Virginia Allen, "6 Reasons Chinese Nationals Are Illegally Crossing California's Southern Border," *The Daily Signal*, April 28, 2024, https://www.dailysignal.com/2024/04/28/6-reasons-chinese-nationals-illegally-crossing-californias-southern-border/.

[316] Philip Lenczycki, "EXCLUSIVE: Biden Admin Watered Down Vetting Process For Chinese Illegal Immigrants, Email Shows," *The Daily Caller*, January 2, 2024, https://dailycaller.com/2024/01/02/biden-admin-cbp-chinese-illegal-migrants/.

[317] Ibid.



Case 1:25-cv-80345-MSM-BAS    Document 74-3    Filed 11/31/25    Page 95 of 137 PageID #: 2698

hours, due to having to use a translation service.[318] Only "some" of them are even being interviewed at all before being released, per one press report earlier this year.[319] Per Chief Patrol Agent Good, "we try our best" to figure out why individuals from nations like China are coming, but "that information can be hidden. Their agendas, their ideologies, the reason for them coming could be missed."[320] Some have even been found to have connections to the Chinese Communist Party (CCP) and the People's Liberation Army (PLA).[321]

According to one chief patrol agent, the majority are claiming to come for economic reasons.[322] Even if some are coming to flee the oppressive CCP, they are transiting numerous other safe countries to do so. One Chinese national told CBS News earlier this year that he traveled through "Thailand, Morocco, Ecuador, Colombia, Panama, Costa Rica and Nicaragua on his way to the U.S border."[323] Despite the fact that many of these individuals likely do not qualify for asylum under the law, many Chinese nationals are simply "being released into the U.S. on their own recognizance and with a notice to appear for a court date for their immigration hearings."[324]

In fact, some in China are actively helping Chinese nationals exploit the open border, almost certainly with the tacit endorsement of the CCP, which exercises tight controls over communications within the country. For example, one Chinese account on the social media platform Telegram helps "identify U.S. border wall gaps, instruct Chinese nationals on how to answer questions from Border Patrol agents and provide scripts for requesting asylum," prompting North Carolina Rep. Dan Bishop, chairman of the Committee's Oversight, Investigations, and Accountability subcommittee to state, "[w]e're allowing an element that is completely beyond our law to be established firmly as a beachhead in the United States of America, and the people of America are going to pay a severe price… ."[325]



---

[318] Gloria Chavez, Transcribed Interview with the House Committee on Homeland Security, 137, September 26, 2023.

[319] Sharyn Alfonsi, et. al., "Chinese migrants, some with the help of TikTok, have become fastest-growing group trying to cross U.S. southern border," *CBS News*, February 4, 2024, https://www.cbsnews.com/news/us-border-mexico-chinese-migrants-60-minutes/.

[320] Anthony "Scott" Good, Transcribed Interview with the House Committee on Homeland Security, 35-36, June 29, 2023.

[321] U.S. Congress, House of Representatives, Committee on Homeland Security, *Chairman Green: "Alejandro Mayorkas Has Been Derelict in His Duty as the United States Secretary of Homeland Security*," 118th Cong., 1st sess., June 14, 2023, https://homeland.house.gov/2023/06/14/chairman-green-alejandro-mayorkas-has-been-derelict-in-his-duty-as-the-united-states-secretary-of-homeland-security/.

[322] Anthony "Scott" Good, Transcribed Interview with the House Committee on Homeland Security, 133, June 29, 2023.

[323] Sharyn Alfonsi, et. al., "Chinese migrants, some with the help of TikTok, have become fastest-growing group trying to cross U.S. southern border," *CBS News*, February 4, 2024, https://www.cbsnews.com/news/us-border-mexico-chinese-migrants-60-minutes/.

[324] Adam Shaw and Bill Melugin, "Border Patrol Apprehensions of Chinese Nationals at Southern Border up 800%: Source," *Fox News*, February 9, 2023, https://www.foxnews.com/politics/border-patrol-apprehensions-chinese-nationals-southern-border-800-source.

[325] Philip Lenczycki, "EXCLUSIVE: Chinese 'Cyber Police' Agent Runs Online Network Helping Illegal Immigrants Flood Into US," *The Daily Caller*, June 17, 2024, https://dailycaller.com/2024/06/17/chinese-police-network-illegal-immigrants/.

HHS-PRWORA_000094



# PART 7: THE SPECTER OF GOTAWAYS, NATIONAL SECURITY THREATS, AND CCP EXPLOITATION

The Chinese threat is not limited to record numbers of Chinese nationals illegally crossing, however. The criminal cartels—who already purchase from China the chemical precursors required to manufacture illicit fentanyl—are increasingly turning to Chinese money laundering organizations "to move their funds around the world," according to Kemp Chester of the Office of National Drug Control Policy.[326] This use of Chinese organized crime "has made the money laundering process less expensive and drug trafficking more profitable for the cartels."[327]

Chinese organized crime is also operating openly in this hemisphere and in the United States. Oklahoma Attorney General Gentner Drummond testified to the Committee in January 2024, "we are seeing unprecedented levels of partnership between Chinese nationals and the Mexican cartels operating along the southwest border. Chinese and Mexican nationals work alongside the cartels to produce the opioid in labs in Mexico before transporting it across the border."[328] Illicit marijuana farming operations connected to China have exploded in recent years, with DHS identifying hundreds in Maine alone last year, worth billions of dollars in revenue.[329] More than 2,000 such operations in Oklahoma have also been linked to China.[330] According to one former senior DEA official, there are also strong connections between Chinese operations responsible for fentanyl being sold here and these illicit marijuana grows.[331]
Across the board, the CCP is taking advantage of the lawlessness sparked by the border crisis.

---

[326] U.S. Congress, Senate, Caucus on International Narcotics Control, Statement of Kemp L. Chester, Senior Advisor, Office of National Drug Control Policy, 118th Cong., 2nd sess., April 30, 2024, 5-6, https://www.drugcaucus.senate.gov/media-center/files/2024-04-30-kemp-testimony/.

[327] U.S. Congress, Senate, Caucus on International Narcotics Control, *Statement of the U.S. Department Of Justice, William F. Kimbell, Chief Of Operations, Drug Enforcement Administration, Before The Senate Caucus On International Narcotics Control, For A Hearing Entitled, "Chinese Money Laundering Organizations: Cleaning Cartel Cash,"* 118th Cong., 2nd sess., April 30, 2024, 5, https://www.drugcaucus.senate.gov/media-center/files/2024-04-30-kimbell-testimony/.

[328] U.S. Congress, House of Representatives, Committee on Homeland Security, *Prepared Testimony of Gentner Drummond for Havoc in the Heartland: How Secretary Mayorkas' Failed Leadership Has Impacted the States*, 118th Cong., 2nd sess., January 10, 2024, 11, https://homeland.house.gov/wp-content/uploads/2024/01/2024-01-10-HRG-Testimony.pdf.

[329] Jennie Taer, "EXCLUSIVE: Illegal Chinese Pot Grows Are Taking Over Rural Blue State And Law Enforcement Isn't Stopping Them," *The Daily Caller*, November 23, 2023, https://dailycaller.com/2023/11/22/china-marijuana-grows-immigrants-maine/.

[330] Alex Caprariello, "Lawmakers fear illegal Chinese marijuana grows in heartland," *NewsNation*, April 19, 2024, https://www.newsnationnow.com/world/china/lawmakers-fear-chinese-marijuana/.

[331] Nicole Sganga, Chrissy Hallowell, and Pat Milton, "Black market marijuana tied to Chinese criminal networks infiltrates Maine," *CBS News*, April 16, 2024, https://www.cbsnews.com/news/black-market-marijuana-tied-to-chinese-criminal-networks-infiltrates-maine/.

HHS-PRWORA_000095



Case 1:25-cv-01643-MSM-PAS   Document 74-3   Filed 11/21/25   Page 97 of 137 PageID #: 2701

**Introduction:** The historic border crisis caused by the Biden-Harris administration has proven to be a major national security crisis. However, the human costs of the crisis have been tragic, and unfortunately, experienced by Americans all across this country. Whether it is the families shattered by fentanyl poisoning or illegal alien crime, law enforcement officers overwhelmed by the crisis, or ranchers and farmers dealing with unprecedented challenges, no one has been safe.

## *A Drug Epidemic Like None Other—How Open Borders Unleashed the Fentanyl Crisis*

The United States is being consumed by an opioid crisis, and it is being driven by the fentanyl flowing across the wide-open Southwest border.[332] This fentanyl does not stay in border communities, but has spread throughout the country to destroy lives, families, and communities everywhere.[333] Fentanyl poisoning is now the leading cause of death for Americans between the ages of 18-45,[334] killing roughly 200,000 Americans between 2021-2023 alone.[335]



The cartels' increasingly regular practice of lacing other drugs and even fake prescription pills with fentanyl is poisoning many who never know they are ingesting it,[336] particularly young Americans.[337] Per a recent report in the New England Journal of Medicine, "[e]very week in 2022, the equivalent of a high-school classroom's worth of students — an average of 22 adolescents," died of drug overdoses, with this increase in mortality being driven by the "widespread availability of counterfeit pills containing illicit fentanyl."[338]

The DEA "continues to seize record amounts of illicit fentanyl every year, from 6,875 kilograms of powder fentanyl in 2021 to nearly twice that amount – 13,176 kilograms in 2023; and close to 79 million pills containing fentanyl in 2023, more than triple the 23.6

---

[332] U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, *The Devastating Human Costs of DHS Secretary Alejandro Mayorkas' Open-Borders Policies, Phase 3 Interim Report*, 118th Cong., 1st sess., October 10, 2023, 4-19, https://homeland.house.gov/wp-content/uploads/2023/10/Phase-3-Report.pdf.

[333] *See* Jackie DeFusco, "Virginia Attorney General Says Ending Title 42 Immigration Restrictions Would Cause Irreparable Harm," *WRIC ABC 8News*, December 20, 2022, https://www.wric.com/news/politics/capitol-connection/virginia-attorney-general-says-ending-title-42-immigration-restrictions-would-cause-irreparable-harm/; "Protecting the U.S. Homeland: Fighting the Flow of Fentanyl from the Southwest Border," *Homeland Security Committee Events*, YouTube video, 1:09:33, July 12, 2023, https://www.youtube.com/live/L0EurNtLz0M?feature=share&t=4173; and "An Unbearable Price: The Devastating Human Costs of the Biden-Mayorkas Border Crisis," *Homeland Security Committee Events*, YouTube video, 2:15:34, September 13, 2023, https://www.youtube.com/live/rPhbaOTSzHc?si=BtCIMXrKpZo1xAw7&t=8134.

[334] U.S. Department of Justice, Drug Enforcement Administration, *DEA Administrator on Record Fentanyl Overdose Deaths*, last accessed September 25, 2023, https://www.getsmartaboutdrugs.gov/media/dea-administrator-record-fentanyl-overdose-deaths. *See* Washington Post analysis of CDC data finding the same result for Americans between the ages of 18-49: Julie Vitkovskaya and Courtney Kan, "Why Is Fentanyl so Dangerous?," *The Washington Post*, November 3, 2022, https://www.washingtonpost.com/nation/2022/11/03/fentanyl-opioid-epidemic/.

[335] U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Health Statistics, *Provisional Drug Overdose Death Counts,* last modified May 5, 2024, https://www.cdc.gov/nchs/nvss/vsrr/drug-overdose-data.htm.

[336] *See* U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, *Fentanyl Facts*, last updated April 2, 2024, https://www.cdc.gov/stop-overdose/caring/fentanyl-facts.html; and State of Texas, Department of Health and Human Services, *Fentanyl: One Pill Kills*, last accessed September 25, 2023, https://www.hhs.texas.gov/services/mental-health-substance-use/mental-health-substance-use-resources/fentanyl-one-pill-kills.

[337] Steven Reinberg, "U.S. Child Deaths From Fentanyl Jumped 30-Fold in Just 8 Years," *HealthDay in US News & World Report*, May 8, 2023, https://www.usnews.com/news/health-news/articles/2023-05-08/u-s-child-deaths-from-fentanyl-jumped-30-fold-in-just-8-years.

[338] Joseph Friedman and Scott Hadland, "The Overdose Crisis among U.S. Adolescents," *NEJM* 390, no. 2 (January 6, 2024): 97-100, https://www.nejm.org/doi/full/10.1056/NEJMp2312084.

HHS-PRWORA_000096



Case 1:25-cv-02412-MSN-PAS    Document 74-3    Filed 11/21/25    Page 98 of 137 PageID #: 2701

million pills seized in 2021."[339] Agency officials estimate that seven out of every 10 counterfeit pills being smuggled into the country contain a lethal fentanyl dose.[340] Data from CBP also shows the cartels are smuggling more fentanyl across the border than ever before. In FY23, CBP seized nearly 27,000 pounds of fentanyl at the Southwest border— including a record 3,187 pounds in April 2023—far surpassing FY22's total seizure of 14,100 pounds.[341] In FY23, Border Patrol agents seized roughly 2,800 pounds of fentanyl between Southwest border ports of entry, surpassing FY22 total seizures, and nearly tripling those from FY21.[342] CBP seizures so far in FY24 total more than 17,000 pounds, including roughly 2,200 pounds between Southwest border ports of entry by Border Patrol agents.[343]

Soberingly, federal officials believe they only apprehend, at most, 10 percent of all the fentanyl coming across the Southwest border.[344] Mark Dannels, sheriff of Cochise County, Arizona, said in August 2023 that law enforcement in his county was only scratching the surface on intercepting illicit drugs pouring across the border.[345]

***Tragic Cases of Fentanyl Poisoning:*** While Biden has laughingly shrugged off the human tragedies of the crisis,[346] those most intimately affected by it are suffering every day. On May 26, 2021, Arizona mother Josephine Dunn lost her 26-year-old daughter Ashley to fentanyl poisoning. In testimony to the Committee in January 2024, she stated, "[i]n my humble opinion, Mr. Mayorkas' border policy is partially responsible for my daughter's death. His wide-open border policy allows massive quantities of poisonous fentanyl into our country."[347]



**[Josephine Dunn: My Daughter Ashley "Will Forever Be 26."](#)**

---

[339] U.S. Department of Justice, Drug Enforcement Administration, *National Drug Threat Assessment 2024*, DEA-DCT-DIR-010-24, May 2024, 24, https://www.dea.gov/sites/default/files/2024-05/NDTA_2024.pdf.
[340] Ibid, 23.
[341] U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Drug Seizure Statistics*, last modified August 28, 2024, https://www.cbp.gov/newsroom/stats/drug-seizure-statistics.
[342] Ibid.
[343] Ibid.
[344] Nick Miroff, "DEA Seized Enough Fentanyl to Kill Every Person in the U.S. in 2022," *The Washington Post*, December 21, 2022, https://www.washingtonpost.com/national-security/2022/12/20/fentanyl-seizures-2022-dea/.
[345] Ali Bradley, "Over 50% of fentanyl entering US coming through Arizona: DEA," *NewsNation,* August 2, 2023, https://www.newsnationnow.com/us-news/immigration/border-coverage/fentanyl-entering-us-through-arizona/.
[346] The White House, "Remarks by President Biden at the House Democratic Caucus Issues Conference," March 1, 2023, https://www.whitehouse.gov/briefing-room/speeches-remarks/2023/03/01/remarks-by-president-biden-at-the-house-democratic-caucus-issues-conference-2/.
[347] "Voices for the Victims: The Heartbreaking Reality of the Mayorkas Border Crisis," *Homeland Security Committee Events*, YouTube video, 51:49, January 18, 2024, https://www.youtube.com/live/gsod6sbSHSA?si=cB_hlGPNDizAZA7A&t=3109.

HHS-PRWORA_000097



Case 1:25-cv-02635-MSM-PAS Document 74-3 Filed 11/21/25 Page 99 of 137 PageID #: 2702

Just a few months later, on Oct. 26, 2021, Sandy Snodgrass lost her son, Bruce. She told the Committee in September 2023, "I am not ever going to be okay again. Never will I be okay again from the loss of my child."[348] In 2022, Anne Fundner lost her 15-year-old son Weston, later saying, "I hold Joe Biden, Kamala Harris, the border czar — what a joke — and Gavin Newsom and every Democrat who supports open borders responsible for the death of my son."[349] That same year, Mariah Ball lost her one-year-old son Lucca to the drug, after he was exposed. She later told the New York Post, "President Biden is not taking it seriously…Something has to be done about it."[350] In September 2023, 1-year-old Nicholas Feliz Dominici died after being exposed to fentanyl during his naptime at a Bronx daycare facility.[351] His grieving mother told the New York Times, "[h]e shouldn't have died like that."[352] These are just a handful of the stories of horror and loss experienced by families across this country.



WESTON FUNDNER (15)  LUCCA BALL (1)  NICHOLAS DOMINICI (1)  BRUCE SNODGRASS (22)  ASHLEY DUNN (26)
*SOURCE: PHOTOS FROM SOCIAL MEDIA ACCOUNTS/PROVIDED BY FAMILY

***The Open-Borders Connection to the Fentanyl Crisis:*** The Biden-Harris administration's open-borders policies are directly linked to the rising fentanyl crisis ravaging the country. Smuggling between the ports of entry is a particularly critical problem, because there simply is no way to know how much fentanyl the cartels are flooding across through these increasingly unguarded areas,[353] and less infrastructure in place to stop the cartels from doing so.

One agent said in February 2023, "[i]llegal aliens are carrying narcotics in their back packs or duffel bags. The cartel is going to choose the easiest and least secure route depending on the size of the load. Do you think that's going to be at a port of entry or in-between?"[354] NBPC Vice President Art Del Cueto has said "it's obvious that a lot of these drugs are coming in between the ports."[355] Early in the days of the crisis, now-Rio

[348] "An Unbearable Price: The Devastating Human Costs of the Biden-Mayorkas Border Crisis," *Homeland Security Committee Events*, YouTube video, 3:27:04, September 13, 2023, https://www.youtube.com/live/rPhbaOTSzHc?si=mb6WAf8a3brrm8xo&t=12424.
[349] Neil Vigdor, "Mother Whose Son Died of Fentanyl Poisoning Brings Some Delegates to Tears," *The New York Times*, July 16, 2024, https://www.nytimes.com/2024/07/16/us/politics/anne-fundner-rnc-fentanyl-poisoning.html.
[350] Jennie Taer, "Mother of one-year-old fatally poisoned by fentanyl calls out Biden for inaction on drug crisis, border: 'Take it seriously,'" *The New York Post*, July 16, 2024, https://nypost.com/2024/07/16/us-news/mother-of-one-year-old-fatally-poisoned-by-fentanyl-calls-out-biden-for-inaction-on-drug-crisis-border/.
[351] Maria Cramer, "2 Charged With Murder in Day Care Death of 1-Year-Old," *The New York Times,* September 17, 2023, https://www.nytimes.com/2023/09/17/nyregion/opioid-bronx-daycare-fentanyl-murder-charge.html.
[352] Ibid.
[353] U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, *DHS Secretary Alejandro Mayorkas Has Emboldened Cartels, Criminals, and America's Enemies, Phase 2 Interim Report*, 118th Cong., 1st sess., September 7, 2023, 8-9, https://homeland.house.gov/wp-content/uploads/2023/09/09.07-Phase-2-Final.pdf.
[354] Bethany Blankley, "Border officers refute claim that fentanyl isn't smuggled into U.S. between ports of entry," *The Center Square*, February 7, 2023, https://www.thecentersquare.com/texas/article_28a8aad6-a721-11ed-8fea-9b0f5af42669.html.
[355] Ali Bradley and Robert Sherman, "Border agent describes how cartels are using drones," *NewsNation*, February 9, 2023, https://www.newsnationnow.com/us-news/immigration/border-coverage/border-agent-cartels-using-drones/.

HHS-PRWORA_000098


Case 1:25-cv-00645-MSM-PAS Document 48-3 Filed 11/21/25 Page 100 of 137 PageID #: 2703

Grande Valley Sector Chief Patrol Agent Gloria Chavez said, "[f]or the first time, we're starting to see these tactics where fentanyl is being smuggled between ports of entry."[356]

Further still, in transcribed interviews with the Committee throughout 2023, multiple Border Patrol chief patrol agents confirmed that the historic number of illegal aliens crossing the border and diverting Border Patrol agents and resources had forced them to close internal checkpoints in certain sectors, with other senior agents concluding that an untold amount of drugs were smuggled through as a consequence.[357]

"It's quite frankly a tsunami of death that is crashing into the United States over our southern border. It's killing Americans wholesale and it's just an epic slaughter manufactured by the cartels. If you don't secure the border it's going to continue," according to Jim Skinner, sheriff of Collin County, Texas.[358] He is right.

## *Illegal Alien Impacts on Crime and Public Safety*

The impacts of the Biden-Harris administration's open-borders policies on crime and public safety in American communities cannot be understated. The number of criminal illegal aliens apprehended by the Border Patrol has skyrocketed on Biden, Harris, and Mayorkas' watch, including those guilty of violent offenses like homicide, sexual assault, and domestic violence.[359] Law enforcement is "completely overrun on the Southwest border."[360] Americans are becoming victims of illegal alien crime on a regular basis as mass releases continue.[361]

These crimes are entirely preventable. As one law enforcement veteran testified to members of the Committee in July 2023, "[o]ne hundred percent of all crimes committed by illegal immigrants are avoidable and unnecessary because they should have been deported... ."[362]

### *More Criminal Aliens Crossing Under the Biden-Harris Administration:*
The number of criminal aliens crossing illegally under Biden and Harris' leadership is astounding. From FY21 through FY24 year-to-date, the Border Patrol recorded 52,755 arrests of illegal aliens with criminal backgrounds, approximately 30,000 more such arrests than FY17-20.[363] By October 2023, the Border Patrol was apprehending more than 47 illegal aliens per day with "serious criminal histories."[364] According to one

[356] Gabe Gutierrez and Al Henkel, "Fentanyl Seizures at U.S. Southern Border Rise Dramatically," *NBC News*, June 29, 2021, https://www.nbcnews.com/politics/immigration/fentanyl-seizures-u-s-southern-border-rise-dramatically-n1272676.

[357] *See* Aaron Heitke, Transcribed Interview with the House Committee on Homeland Security, 121-122, May 9, 2023; Gregory Bovino, Transcribed Interview with the House Committee on Homeland Security, 92-93, July 12, 2023; and Dustin Caudle, Transcribed Interview with the House Committee on Homeland Security, 47-49, September 28, 2023.

[358] Jon Levine, "Texas sheriffs take aim at Biden border policies causing 'tsunami of death' from drug smuggling," *The New York Post*, August 27, 2022, https://nypost.com/2022/08/27/texas-sheriffs-say-open-border-causing-a-tsunami-of-death/.

[359] U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Criminal Noncitizen Statistics Fiscal Year 2023*, July 18, 2023, https://www.cbp.gov/newsroom/stats/cbp-enforcement-statistics/criminal-noncitizen-statistics.

[360] "Biden and Mayorkas' Open Border: Advancing Cartel Crime in America," *Homeland Security Committee Events*, YouTube video, 2:25:50, July 19, 2023, https://www.youtube.com/live/kva0HOb1TUg?feature=share&t=8750.

[361] "Examples of Serious Crimes By Illegal Aliens," *Federation for American Immigration Reform*, last accessed August 29, 2024, https://www.fairus.org/issue/border-security/examples-serious-crimes-illegal-aliens.

[362] "The Real Cost of an Open Border: How Americans are Paying the Price," *Homeland Security Committee Events*, YouTube video, 1:50:34, July 26, 2023, https://www.youtube.com/live/q2n1h6IIbMg?feature=share&t=6634.

[363] U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Criminal Noncitizen Statistics Fiscal Year 2023*, last modified August 16, 2024, https://www.cbp.gov/newsroom/stats/cbp-enforcement-statistics/criminal-noncitizen-statistics.

[364] Adam Shaw, "Illegal immigrants with 'serious criminal histories' are trying to cross border daily: Border Patrol chief," *Fox News*, October 26, 2023, https://www.foxnews.com/politics/illegal-immigrants-serious-criminal-histories-trying-cross-border-daily.

HHS-PRWORA_000099



Case 1:25-cv-00645-MSM-PAS    Document 73-3    Filed 11/21/25    Page 101 of 137 PageID #: 2704

veteran agent, "[t]here's really nothing stopping them from coming here at this point."[365] Deputy Chief Patrol Agent Caudle told the Committee that "any crime that can be committed, we do encounter people who have committed them."[366]

These are just the criminals being caught and identified. Law enforcement officials have noted that, "[h]ardened criminals often hide in smuggled migrant groups,"[367] seeking to take advantage of overwhelmed Border Patrol officials who may not be able to verify their identities or backgrounds.[368] Naturally, given the challenges in adequately vetting these illegal border crossers, criminal illegal aliens are also being released into the country, with ICE only arresting them weeks, months, or even years later, including:

- A Peruvian national suspected in 23 murders in his home country and released into the interior in May 2024 with an NTA—only for officials to learn of his record in July 2024, and arrest him in August 2024.[369]
- A Brazilian national wanted for aggravated homicide of a minor, who entered in May 2021, was released, and not arrested by ICE until October 2023;[370] and
- An Ecuadorian national released in June 2021 after entering in Arizona. In May 2023, Ecuadorian officials issued a warrant for his arrest on charges of raping a minor. He was not arrested by ICE until June 2024.[371]

How many other violent criminals are now at large within the homeland on Biden and Harris' watch?



USBP ARRESTS OF CRIMINAL ILLEGAL ALIENS BETWEEN PORTS OF ENTRY, BY FISCAL YEAR

SOURCE: CBP

---

[365] Joe Nocera and Michele DeMarco, "Why Some U.S. Border Agents Are Contemplating Suicide," *The Free Press*, May 19, 2024, https://www.thefp.com/p/why-border-agents-contemplating-suicide.

[366] Dustin Caudle, Transcribed Interview with the House Committee on Homeland Security, 37, September 28, 2023.

[367] Chief Jason Owens [@USBPChief], "Within the past 48 hours, agents arrested 1 felon, 1 gang member, and 4 sex offenders. Hardened criminals often hide in smuggled migrant groups. Each week, on average, 10+ criminals are confirmed.," Tweet, *Twitter*, July 19, 2023, https://twitter.com/USBPChief/status/1681756299602587653.

[368] Anthony "Scott" Good, Transcribed Interview with the House Committee on Homeland Security, 128, June 29, 2023.

[369] Michael R. Sisak and Franklin Briceno, "US arrests reputed Peruvian gang leader wanted for 23 killings in his home country," *The Associated Press*, August 16, 2024, https://apnews.com/article/peru-gianfranco-23-killings-immigration-murder-9ba446c26cde81e48396a30a7a687bba.

[370] U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Newsroom, *ERO Boston arrests fugitive wanted for aggravated homicide of a minor in Brazil*, October 20, 2023, https://www.ice.gov/news/releases/ero-boston-arrests-fugitive-wanted-aggravated-homicide-minor-brazil.

[371] U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Newsroom, *ERO Boston arrests fugitive wanted for in Ecuador for raping child*, July 2, 2024, https://www.ice.gov/news/releases/ero-boston-arrests-fugitive-wanted-ecuador-raping-child.

HHS-PRWORA_000100



Case 1:25-cv-00645-MSM-PAS    Document 45-8    Filed 11/21/25    Page 102 of 137
PageID #: 2705

***Illegal Alien Crime in American Communities:*** This crime wave is crashing on the biggest cities and the smallest towns. In January 2024, in a now-infamous display of cowardice, a group of Venezuelan illegal aliens attacked two New York City police officers—they all later received plea deals with minimal jail time, and two of those involved in the incident were members of Tren de Aragua.[372] In April 2024, "[m]obs of rowdy migrants got into an all-out brawl outside a Midtown hotel, swinging sticks, belts and even traffic cones during the violent, broad-daylight melee."[373] In May 2024, a 49-year-old international jewel thief from South Korea was arrested for stealing hundreds of thousands of dollars in jewelry from Tiffany's and Cartier stores in Manhattan.[374] He had been released by the Border Patrol in December 2023 after claiming asylum, despite Interpol having issued a "Red Notice" for him.[375] In June 2024, a Venezuelan described as a "serial shoplifter" with 18 arrests on his record since arriving in December 2023, bit three police officers involved in his latest arrest.[376] According to one police officer, "[t]hese migrants are getting arrested quite often here, and…some of them are committing some of the most violent crimes here."[377]

The madness reached a crescendo in June 2024, when a Venezuelan illegal alien, also connected to Tren de Aragua and released into the country in 2023, shot two NYPD officers following a traffic stop.[378] The man was a suspect in other criminal activity and had been living in a city shelter until May.[379]

In Chicago, one alderman who represents a district currently housing a large shelter for illegal aliens has said, "[t]here are a lot of guns on the two blocks around this site, suddenly. … I'm also hearing about teenagers allegedly being sex-trafficked in the curb cut. It's unconscionable."[380] According to Chicago Police Department figures, arrests of Venezuelan-born individuals in 2023 increased 11,000 percent from 2021.[381] From January-March 2024 alone, police recorded more than 1,000 arrests of native Venezuelans.[382] Per one press report in May 2024, one illegal alien had been arrested 10 times in the 10 months since arriving in the city.[383]

[372] Desheania Andrews and Patrick Reilly, "Migrants charged in attack on NYPD cops in Times Square offered plea deals, including one who was rearrested," *The New York Post*, May 14, 2024, https://nypost.com/2024/05/14/us-news/migrants-charged-in-attack-on-nypd-cops-in-times-square-offered-plea-deals/.

[373] Amanda Woods and Jorge Fitz-Gibbon, "Migrants swing bats, belts and even traffic cones at each other in wild brawl outside NYC hotel," *The New York Post*, April 24, 2024, https://nypost.com/2024/04/24/us-news/weapon-wielding-migrants-brawl-in-broad-daylight-outside-nyc-hotel-in-wild-video/.

[374] Maureen Mullarkey, "Yaorong Wan, accused international jewel thief, accused of Manhasset, NYC thefts," *Newsday*, May 6, 2024, https://www.newsday.com/long-island/crime/jewelry-theft-heist-international-interpol-umeath1f.

[375] "Nassau police arrest accused jewelry thief wanted across the world," *News 12 Long Island*, May 6, 2024, https://longisland.news12.com/nassau-police-arrest-accused-jewelry-thief-wanted-across-the-world.

[376] Steven Hirsch, Joe Marino, and Kyle Schnitzer, "Munchy migrant bites three NYPD cops in three separate incidents after shoplifting at Target: prosecutors," *The New York Post*, June 11, 2024, https://nypost.com/2024/06/11/us-news/munchy-migrant-bites-three-nypd-cops-in-three-separate-incidents-after-shoplifting-at-target-prosectors/.

[377] Tina Moore, "Migrant arrested 6 times for 14 crimes in first two months in NYC," *The New York Post,* September 2, 2023, https://nypost.com/2023/09/02/newly-arrived-immigrant-arrested-7-times-court-records-show/.

[378] *See* Sheetal Banchariya and Thomas Tracy, "Migrant who shot NYPD cops says that's 'common practice' back in Venezuela: prosecutors," *The New York Daily News*, June 26, 2024, https://www.nydailynews.com/2024/06/26/migrant-who-shot-nypd-cops-says-thats-common-practice-back-in-venezuelan-prosecutors/; and Larry Celona, Joe Marino, and Emily Crane, "Gunman who shot 2 NYPD cops revealed to be migrant who recently crossed into US via Eagle Pass: sources," *The New York Post*, June 3, 2024, https://nypost.com/2024/06/03/us-news/two-nypd-cops-shot-in-queens-by-19-year-old/.

[379] Ibid.

[380] Fran Spielman, "'No rule of law': City Council members decry criminal activity outside migrant shelters," *Chicago Sun-Times,* July 26, 2023, https://chicago.suntimes.com/city-hall/2023/7/26/23808849/migrant-crisis-shelters-crime-drug-use-guns-trafficking-chicago-city-council-committee-hearing.

[381] "Arrests of Venezuelans has surged 2,538% since Chicago's migrant crisis began," *CWBChicago*, November 22, 2023, https://cwbchicago.com/2023/11/chicago-arrests-of-venezuelan-origin-surges-2538-percent.html.

[382] Joe Mahr, Laura Rodríguez Presa, and Nell Salzman, "Migrant arrests are up, but they're rarely accused of violent felonies," *The Chicago Tribune*, April 27, 2024, https://www.chicagotribune.com/2024/04/27/migrant-arrests-are-up-but-theyre-rarely-accused-of-violent-felonies/.

[383] "Migrant gets arrested for the 10th time in 10 months," *CWBChicago*, May 27, 2024, https://cwbchicago.com/2024/05/migrant-gets-arrested-for-the-10th-time-in-10-months.html.

HHS-PRWORA_000101



Case 1:25-cv-00645-MSM-PAS   Document 45-3   Filed 11/21/25   Page 103 of 137 PageID #: 2706

In Washington, D.C., reporters have noted the rising phenomenon of illegal aliens defying city ordinances and operating motorbikes throughout the city to conduct food deliveries without proper documentation or licensing for their vehicles.[384]



**ILLEGAL IMMIGRANTS**

## Illegal migrant allegedly commits 22 crimes in 6 months: 'It will get worse,' expert says

Bruce Blakeman, executive for Nassau County, New York, testified to the Committee in December 2023, "[w]e have seen an increase in crime, basically because you have these organized gangs that are part of the drug cartels from Mexico and other countries who have come to the metropolitan area," and that many illegal aliens are committing crimes to pay back their debts to the cartels.[385] In Oakland County, Michigan, Sheriff Michael Bouchard has said transnational gangs are targeting expensive homes and stealing "hundreds and hundreds of thousands of dollars" in personal property.[386] In West Whiteland Township, Pennsylvania, police "have identified an emerging crime trend involving people who have illegally crossed the border into the United States and are committing retail thefts among other crimes."[387]

Border towns have also had to deal with the specter of increased crime in their communities. As thousands of illegal aliens streamed into Eagle Pass in September 2023, Maverick County Sheriff Tom Schmerber said that his town was seeing break-ins, burglaries, and drug seizures.[388] Sheriff Dannels testified to the House Judiciary Committee in February 2023 that "border-related crime" was "at an all-time high" in his Arizona county.[389]

---

[384] Virginia Allen, Tim Kennedy, and Christian Lasval, "EXCLUSIVE: What's the Deal With Illegal Aliens on Motorized Bikes Without License Plates in DC?," *The Daily Signal*, April 8, 2024, https://www.dailysignal.com/2024/04/08/dc-not-enforcing-license-plate-laws-illegal-immigrants-driving-motorized-bikes/.

[385] *See* U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, "'Public Safety Crisis': New York First Responders, Official Testify To Strain On Emergency Management Resources Caused By Border Crisis," Press Release, 118th Cong., 1st sess., December 5, 2023, https://homeland.house.gov/2023/12/06/public-safety-crisis-new-york-first-responders-official-testify-to-strain-on-emergency-management-resources-caused-by-border-crisis/; "Biden and Mayorkas' Open Border: Advancing Cartel Crime in America," *Homeland Security Committee Events*, YouTube video, 2:05:02, July 19, 2023, https://www.youtube.com/live/kva0HOb1TUg?feature=share&t=7502; and U.S. Department of Homeland Security, *Department of Homeland Security Border Security Metrics Report: 2022*, July 3, 2023, 68, https://www.dhs.gov/sites/default/files/2023-07/2023_0703_plcy_fiscal_year_2022_border_security_metrics_report_2021_data.pdf.

[386] Jakkar Aimery, "'Transnational gangs' conduct 'high-end burglaries' in Oakland County, sheriff says," *The Detroit News*, September 29, 2023, https://www.detroitnews.com/story/news/local/oakland-county/2023/09/29/transnational-gangs-conducting-high-end-burglaries-in-oakland-county-sheriff-bouchard/71006220007/.

[387] John Paul, "Police in Chester County say thieves from South America are targeting local stores," *WPVI-TV ABC 6*, February 14, 2024, https://6abc.com/south-american-theft-groups-west-whiteland-township-police-retail-thefts-investigation/14424809/.

[388] Anna Giaritelli, "Immigration border upheaval stokes fear among Eagle Pass residents: 'Send extra help,'" *The Washington Examiner*, September 22, 2023, https://www.washingtonexaminer.com/policy/immigration/immigration-border-upheaval-stokes-fear-eagle-pass-residents.

[389] U.S. Congress, House of Representatives, Committee on the Judiciary, *Prepared Testimony of Sheriff Mark Dannels for The Biden Border Crisis: Part I*, 118th Cong., 1st sess., February 1, 2023, 2, https://judiciary.house.gov/sites/evo-subsites/republicans-judiciary.house.gov/files/evo-media-document/the-honorable-mark-dannels-testimony.pdf.

HHS-PRWORA_000102



Case 1:25-cv-00645-MSM-PAS    Document 73-3    Filed 11/21/25    Page 104 of 137
PageID #: 2707



The victims of these crimes have been ordinary Americans:

- In July 2024, a San Antonio police officer was shot in the line of duty by Venezuelan national Jorge Chacon-Gutierrez, who had illegally crossed in November 2023, and was released with a 2026 court date.[390]
- In June 2024, 12-year-old Jocelyn Nungaray was murdered by two Venezuelans who had arrived this year, one of whom entered barely three weeks prior to committing the crime.[391] Both men had been released on ATD,[392] despite thousands of ICE beds being available.[393] Said Jocelyn's mother Alexis, "[s]he was 12, you took my baby away, you took her away. Now, I get to let her little brother know his older sister is never coming home."[394]
- Just days prior, Christian Inga, an illegal alien from Ecuador who had entered the country in 2021, had sexually assaulted a 13-year-old girl at knifepoint in a New York City park—in broad daylight.[395] He even later told a judge, "I was nervous at first, then got comfortable and recorded it."[396] Inga had been ordered removed from the country by an immigration judge in early 2022—but was never deported.[397]

---

[390] Bill Melugin and Andrea Vacchiano, "Illegal migrant shoots Texas police officer with rifle after domestic violence call, sources say," *Fox News*, July 28, 2024, https://www.foxnews.com/us/illegal-migrant-shoots-texas-police-officer-rifle-after-domestic-violence-call-sources-say.
[391] Jennie Taer, "Migrant charged with murder of 12-year-old Jocelyn Nungaray was released into US just weeks ago," *The New York Post*, June 20, 2024, https://nypost.com/2024/06/20/us-news/2-migrants-charged-with-abducting-strangling-texas-girl-12-and-dumping-her-body-in-bayou/.
[392] Jennie Taer [@JennieSTaer], "Update: DHS sources confirm the second suspect crossed the border at El Paso on March 14 and was released with a court date in August. He also had a tracking monitor, but was removed from the program in May.," Tweet, *Twitter*, June 20, 2024, https://x.com/JennieSTaer/status/1803984080813384124.
[393] Jason Hopkins, "Authorities Had Detention Space To Hold Alleged Illegal Immigrant Killers — But They Released Them Anyway," *The Daily Caller*, June 26, 2024, https://dailycaller.com/2024/06/26/illegal-immigrants-released-despite-ice-bed-space/.
[394] Ibid.
[395] Joe Marino and David Propper, "Migrant suspect in sex assault of 13-year-old girl in NYC park now in NYPD custody," *The New York Post*, June 18, 2024, https://nypost.com/2024/06/18/us-news/migrant-arrested-for-allegedly-sexually-assaulting-13-year-old-girl-in-nyc-park/.
[396] Georgett Roberts, Zoe Hussain and Matt Troutman, "Ecuadorian migrant who allegedly raped 13-year-old NYC girl said he recorded the attack in sickening confession: DA," *The New York Post*, June 19, 2024, https://nypost.com/2024/06/19/us-news/ecuadorian-migrant-who-allegedly-raped-13-year-old-nyc-girl-said-he-recorded-the-attack-in-sickening-confession-da/.
[397] Jennie Taer, "Migrant accused of sexually assaulting 13-year-old girl in NYC park was ordered removed by an immigration judge two years ago," *The New York Post*, June 18, 2024, https://nypost.com/2024/06/18/us-news/migrant-accused-of-sexually-assaulting-13-year-old-girl-in-nyc-park-was-ordered-removed-by-an-immigration-judge-two-years-ago/.

HHS-PRWORA_000103



Case 1:25-cv-00645-MSN-LRV    Document 73-5    Filed 11/21/25    Page 105 of 137 PageID# 2708

- Also in June, a Turkish national in upstate New York raped a 15-year-old girl in the back of his car after threatening her with a metal pole. He entered the country in November 2023.[398]

- In the spring of 2024, 20-year-old Marvin Dionel Perez Lopez, a Guatemalan illegal alien who crossed the border just a few months prior and was released with a 2027 court date, kidnapped and raped an 11-year-old girl in Lake Worth, Florida.[399] Said Sheriff Ric Bradshaw, "[t]he federal government is victimizing the people who live in this country by letting these people in here."[400]

- In February 2024, 22-year-old Georgia nursing student Laken Riley was savagely murdered by Venezuelan national Jose Ibarra on the University of Georgia campus while out for a jog. Ibarra had been paroled into the country in the fall of 2022.[401]

- In August 2023, Rachel Morin, a 37-year-old Maryland mother of five, was attacked, raped, and murdered while jogging on a trail outside Baltimore by Salvadoran illegal alien Victor Antonio Martinez-Hernandez,[402] who illegally entered the country as a gotaway sometime after February 2023.[403] Her mother Patty would later say, "[i]t's like they're pretending these immigration problems don't exist and people aren't being harmed and killed by their policies. … It's like [Biden's] sitting in an ivory tower, and we're just down here. He's not connected with the everyday person."[404]

- In July 2022, 20-year-old Kayla Hamilton from Maryland, was raped and murdered by a teenage illegal alien and MS-13 gang member.[405] He was released into the interior during the Biden-Harris administration.[406] Kayla's mother, Tammy Nobles, testified to the Committee in January 2024, "[Secretary Mayorkas] is responsible for my daughter's death."[407]

Every one of these crimes could have been prevented if this administration just enforced the law.

[398] Jennie Taer and Emily Crane, "Illegal migrant arrested for allegedly raping 15-year-old girl in his car in upstate New York," *The New York Post*, June 27, 2024, https://nypost.com/2024/06/27/us-news/illegal-migrant-arrested-for-allegedly-raping-15-year-old-girl-in-his-car/.

[399] Amber Raub, "Undocumented immigrant arrested for kidnapping and assaulting 11-year-old in Lake Worth," *WPEC CBS12*, May 7, 2024, https://cbs12.com/news/local/lake-worth-man-arrested-for-kidnapping-sexually-assaulting-minor-marvin-dionel-perez-lopez-white-van-k-9-unit-saturday-captive-florida-may-6-2024.

[400] Emily Crane, "Undocumented migrant arrested in Florida for allegedly sexually assaulting 11-year-old girl," *The New York Post*, May 7, 2024, https://nypost.com/2024/05/07/us-news/undocumented-migrant-charged-with-sexual-assault-of-girl-11/.

[401] Adam Shaw, "ICE confirms Georgia student murder suspect entered US illegally, was previously arrested in NYC," *Fox News*, February 25, 2024, https://www.foxnews.com/us/ice-confirms-georgia-student-murder-suspect-was-us-illegally-previously-arrested-nyc.

[402] Maxine Streicher, "Illegal immigrant charged in killing of Harford County mother Rachel Morin," *WBFF Fox 45 News*, June 15, 2024, https://foxbaltimore.com/news/local/arrest-made-in-killing-of-rachel-morin.

[403] Jennie Taer, "Alleged El Salvador gang member charged in rape, killing of Maryland mom Rachel Morin crossed the border illegally at least three times in two months," *The New York Post*, June 17, 2024, https://nypost.com/2024/06/17/us-news/rachel-morins-accused-killer-crossed-the-border-illegally-at-least-three-times-in-two-months/.

[404] Rachel Morin, "Rachel Morin's mom rips Biden's 'devastating' border policies after her alleged murder by illegal migrant," *The New York Post*, June 25, 2024, https://nypost.com/2024/06/25/us-news/rachel-morins-mom-rips-bidens-devastating-border-policies-after-alleged-murdered-by-illegal-migrant/.

[405] "Teen MS-13 Gang Member Arrested for Murder of Maryland Autistic Woman, 20," *FOX 5 NY for FOX6 News Milwaukee*, January 22, 2023, https://www.fox6now.com/news/kayla-hamilton-maryland-ms-13-murder-autistic-woman.

[406] Stephen Dinan, "Suspect in Killing of 20-Year-Old Autistic Woman Was Newly Released Illegal Immigrant Teen," *The Washington Times*, January 23, 2023, https://www.washingtontimes.com/news/2023/jan/23/suspect-killing-20-year-old-autistic-woman-was-new/.

[407] "Voices for the Victims: The Heartbreaking Reality of the Mayorkas Border Crisis," *Homeland Security Committee Events*, YouTube video, 3:44:54, January 18, 2024, https://www.youtube.com/live/gsod6sbSHSA?si=bvZUV-1DEcoFrqyW&t=13494.

HHS-PRWORA_000104



Case 1:25-cv-00645-MSN-PAS   Document 45-3   Filed 11/21/25   Page 106 of 137 PageID# 2709



KAYLA HAMILTON
20 YEARS OLD

JOCELYN NUNGARAY
12 YEARS OLD

LAKEN RILEY
22 YEARS OLD

RACHEL MORIN
37 YEARS OLD

*SOURCE: PHOTOS FROM SOCIAL MEDIA ACCOUNTS/PROVIDED BY FAMILY

***Illegal Aliens Making American Streets Less Safe:*** These crimes against society are not limited just to intentional acts of violence, however. Illegal aliens often bring harm and death to innocent Americans while fleeing law enforcement, engaging in human and drug smuggling, or simply disregarding the law by driving recklessly or under the influence. Report after report from border cities and towns document the daily challenge of responding to human smuggling runs taking place on local highways, and the carnage that often results.[408] For example, Sheriff Benny Martinez of Brooks County, Texas, said in August 2022 that his county deals with three or four chases every day, often involving groups of more than 20 people.[409] These American lives were just a handful of those devastated by illegal aliens flouting traffic laws.

- In May 2024, 23-year-old illegal alien Oguzhan Cildir was "driving erratically, weaving in between cars" on a Maine highway when he struck and killed 53-year-old Gloria Cascio. He had entered the country illegally in January.[410]
- In November 2023, Jose and Isabel Lerma were struck and killed near San Antonio, Texas, when a human smuggler transporting several illegal aliens and fleeing police at high speeds, collided with their car head-on. The occupants of both vehicles all perished.[411]
- On Aug. 22, 2023, 35-year-old Haitian Hermanio Joseph crashed into a school bus in Clark County, Ohio, killing 11-year-old Aiden Clark, and injuring 26 other children.[412] It was Clark's first day of school.[413] ICE later confirmed that Joseph entered the country in August 2022.[414]

---

[408] *See* Anna Giaritelli, "Uvalde rocked by horrific fatal crash involving immigrant smuggler," *The Washington Examiner*, September 29, 2022, https://www.washingtonexaminer.com/news/uvalde-fatal-crash-migrant-smuggler; Anna Giaritelli [@Anna_Giaritelli], "The Cartel Lured in a 17-YEAR-OLD GIRL from Austin to Drive Nine Mexican Citizens from the Border This Week. She Died in a Horrific Crash. She Hadn't Even Finished High School, and She Was Recruited for Thousands of Dollars to Smuggle Migrants. #Uvalde," Tweet, *Twitter*, September 30, 2022, https://twitter.com/Anna_Giaritelli/status/1575985705700200448; and Paul Best, "Texas human trafficking crash leaves two migrants dead, a dozen others injured," *Fox News*, October 16, 2022, https://www.foxnews.com/us/texas-human-trafficking-crash-leaves-two-migrants-dead-dozen-others-injured.

[409] Sandra Sanchez, "'Got-aways,' migrant smugglers frequently damage property far from border, Texas ranchers lament," *WFXR TV*, August 4, 2022, https://www.wfxrtv.com/news/got-aways-migrant-smugglers-frequently-damage-property-far-from-border-texas-ranchers-lament/.

[410] Edward Tomic, "Man Involved in Four-Car Crash That Left Maine Woman Dead Entered U.S. Illegally in January: Oguzhan Cildir," *The Maine Wire*, May 7, 2024, https://www.themainewire.com/2024/05/man-involved-in-four-car-crash-that-left-maine-woman-dead-entered-u-s-illegally-in-january-oguzhan-cildir/.

[411] "Alleged human smuggler was avoiding capture when he crashed into north Georgia couple, killing 8," https://www.wsbtv.com/news/local/alleged-human-smuggler-was-avoiding-capture-when-he-crashed-into-north-georgia-couple-killing-8/ECDR6DGIW5AJZGBR5VRDGELMIQ/.

[412] "Driver accused in deadly Clark Co. school bus crash appears in court for bond hearing," *WHIO TV 7*, August 28, 2023, https://www.whio.com/news/crime-and-law/driver-accused-deadly-clark-co-school-bus-crash-make-next-court-appearance-today/FDGS5FROWJBLDHG5JZKYHC5IFA/.

[413] John Binder, "Illegal Alien, Freed into U.S. from Southern Border, Charged with Killing 11-Year-Old Aiden Clark," *Breitbart*, August 28, 2023, https://www.breitbart.com/politics/2023/08/28/illegal-alien-freed-southern-border-charged-killing-11-year-old-aiden-clark/.

[414] Ibid.

HHS-PRWORA_000105

Case 1:25-cv-00645-MSM-PAS    Document 43-3    Filed 11/21/25    Page 107 of 137
PageID #: 2710



- On June 14, 2023, Chief Patrol Agent Bovino tweeted a photo of a fatal car crash caused by a drunk driver in the United States illegally.[415] Bovino later told Committee staff that he was ordered to delete the tweet "because it was too political, and there were some folks at the higher levels that had a…problem with that."[416]

In powerful testimony before two Homeland subcommittees in July 2023, Elisa Tambunga—whose mother Maria and young daughter Emilia were killed in a car crash by a human smuggler in March 2023[417]—described the agony inflicted on her family:

> "I come to you as a young woman who no longer has a mother. I come to you as a mother who no longer has a child. I'm a United States citizen who has been horrifically failed by my own government. … Incidents as tragic as ours that are caused due to the lack of secured borders are not a matter of 'if' this will happen again. It is a matter of 'when' this will happen again."[418]



JOSE (67) AND ISABEL (65) LERMA     AIDEN CLARK (11)     MARIA (71) AND EMILIA (7) TAMBUNGA

*SOURCE: PHOTOS FROM SOCIAL MEDIA ACCOUNTS/PROVIDED BY FAMILY

In July 2023, Mayorkas testified that "Americans are safer today on the border" thanks to the administration's policies.[419] The trail of bodies and broken lives in its wake testifies otherwise.

## ***Illegal Aliens Introducing Serious Transmissible Diseases into the United States***

It has been well documented that the Biden-Harris administration's nonsensical border policies resulted in the release of untold numbers of COVID-19 carriers into the country.[420] However, COVID-19 is not the only serious transmissible disease that Biden, Harris, and Mayorkas have imported. The influx of illegal aliens, many from countries

---

[415] The tweet has since been deleted. The original URL was https://twitter.com/USBPChiefELC/status/1669028964860563457.

[416] Gregory Bovino, Transcribed Interview with the House Committee on Homeland Security, 168-169, July 12, 2023.

[417] Priscilla Borrego, "Woman who lost mother & daughter in Ozona wreck addresses how immigration played a part in their deaths," *KSLA News 12,* March 29, 2023, https://www.ksla.com/2023/03/29/woman-who-lost-mother-daughter-ozona-wreck-addresses-how-immigration-played-part-their-deaths/.

[418] "The Real Cost of an Open Border: How Americans are Paying the Price," *Homeland Security Committee Events*, YouTube video, 1:15:26 & 1:17:43, July 26, 2023, https://www.youtube.com/live/q2n1h6lIbMg?feature=share&t=4526.

[419] "Oversight of the U.S. Department of Homeland Security," *House Judiciary GOP*, YouTube video, 33:02, July 26, 2023, https://www.youtube.com/live/cAhJdIQy1IA?feature=share&t=1982.

[420] U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, *The Devastating Human Costs of DHS Secretary Alejandro Mayorkas' Open-Borders Policies, Phase 3 Interim Report*, 118th Cong., 1st sess., October 10, 2023, 77-80, https://homeland.house.gov/wp-content/uploads/2023/10/Phase-3-Report.pdf.

HHS-PRWORA_000106

Case 1:25-cv-00645-MSN-LRV   Document 73-3   Filed 11/21/25   Page 108 of 137
PageID# 2711



lacking adequate public health infrastructure,[421] has risked the spread of other transmissible diseases in American communities.

In July 2023, one shocking report showed that HHS had released approximately 2,500 UACs with latent tuberculosis (TB) infections into the United States because they were processing them far too quickly to be able to conduct necessary treatment, tossing the responsibility on state and local jurisdictions.[422] Per the report, the Biden-Harris administration also had to "create protocols to handle chlamydia and gonorrhea."[423]

By October 2023, TB cases in New York City had increased roughly 20 percent from the same time last year,[424] with one press report noting "the problem has been exacerbated by the challenge of finding housing for newly arrived migrants. Migrants are at increased risk of developing a TB infection because they are often located in crowded, poorly-ventilated settings in which the disease spreads easily."[425]

In May 2024, the CDC reported a major outbreak of measles in Chicago, with the vast majority of cases "linked to Venezuelan immigrants," most of whom were not vaccinated against the disease.[426] Another CDC report that same month showed that imported malaria cases in parts of Arizona, California, and Texas more than doubled from 2022 to 2023, with most of the cases attributed to "newly arrived migrants."[427]

## *The Border Crisis Has Overwhelmed Federal Law Enforcement*

Federal law enforcement has been devastated by Biden, Harris, and Mayorkas' border crisis, on a myriad of levels. From being pulled off their jobs to help facilitate illegal immigration, to the emotional and mental burdens placed on them in responding to the crisis, the men and women of DHS law enforcement deserve to have their story told.

***Misuse of Federal Law Enforcement:*** Thousands of federal law enforcement personnel around the country have been diverted from their vital responsibilities to instead conduct simple administrative work at the overwhelmed Southwest border. Thousands of Border Patrol agents, up to several hundred at a time, have been deployed from the northern border to the Southwest border,[428] creating not only operational challenges at the northern border,[429] but driving down morale among agents stationed there.[430] Meanwhile, as agents were being deployed south, the number of Border Patrol

---

[421] City of New York, Department of Health and Mental Hygiene, Office of the Commissioner, *Dear Colleague Letter*, April 11, 2023, 2-3, https://www.nyc.gov/assets/doh/downloads/pdf/immigrant-health/asylum-seeker-dear-colleague.pdf.
[422] Stephen Dinan, "Illegal immigrant kids with tuberculosis infections released into 44 states," *The Washington Times,* July 18, 2023, https://www.washingtontimes.com/news/2023/jul/18/health-department-released-thousands-of-illegal-im/.
[423] Ibid.
[424] Maya Kaufman, "New York City struggling to contain rising tuberculosis cases," *Politico*, October 4, 2023, https://www.politico.com/news/2023/10/04/tuberculosis-cases-rising-new-york-00119878.
[425] Marc Lallanilla, "NYC struggling to contain 'dramatic' increase in tuberculosis cases amid COVID, migrant concerns," *The New York Post*, October 6, 2023, https://nypost.com/2023/10/06/dramatic-spike-in-tb-cases-overwhelms-nyc-health-dept/.
[426] "Staggering 84 percent of measles cases in major Chicago outbreak linked to Venezuelan migrants, CDC report shows," *The Daily Mail*, May 16, 2024, https://www.dailymail.co.uk/health/article-13426663/chicago-measles-outbreak-venezuela-immigrants-cdc-report.html.
[427] U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, *Notes from the Field: Increases in Imported Malaria Cases — Three Southern U.S. Border Jurisdictions, 2023,* by Dr. Cedar Mitchell, et. al., May 9, 2024, https://www.cdc.gov/mmwr/volumes/73/wr/mm7318a2.htm.
[428] Internal data provided by CBP to the Committee on April 19, 2023, confirmed this. *See also* Virginia Allen, "Illegal Immigrants Are Now Using the Northern Border, Too," *The Daily Signal*, February 20, 2023, https://www.dailysignal.com/2023/02/20/its-not-just-southern-border-anymore-northern-border-also-faces-explosion-of-illegal-immigration/.
[429] Anthony Scott Good, Transcribed Interview with the House Committee on Homeland Security, 34, June 29, 2023.
[430] U.S. Department of Homeland Security, Office of Inspector General, *CBP Facilities in Vermont and New York Generally Met TEDS Standards, but Details to the Southwest Border Affected Morale, Recruitment, and Operations*, OIG-23-27, May 23, 2023, https://www.oig.dhs.gov/sites/default/files/assets/2023-05/OIG-23-27-May23.pdf.

HHS-PRWORA_000107



Case 1:25-cv-00645-MSM-PAS    Document 73-5    Filed 11/21/25    Page 109 of 137 PageID #: 2712

apprehensions along the northern border in FY23 (10,021) increased roughly ten-fold from FY21 (916). So far in FY24, apprehensions exceed 19,000.[431]



Federal air marshals have been pulled away from their roles ensuring security on flights to instead perform duties at the Southwest border unrelated to law enforcement.[432] Dozens of Homeland Security Investigations (HSI) agents have been diverted to the border, as well, many of them being pulled away from their jobs doing casework on crimes like child trafficking.[433] According to one source, "[t]hese special agents are trained to investigate complex criminal cases…We've got them driving vans."[434] One whistleblower said that around 600 HSI agents "are being told to shut down investigations to go hand out sandwiches and escort migrants to the shower and sit with them while they're in the hospital and those types of tasks."[435] One agent told the Committee, "[w]hile I am not physically making sandwiches, that would be a better use of my skill set."[436] Another agent informed the Committee:

> "It was incredibly apparent to me and everyone else that we were not needed there and we were not allowed to take on any investigative-type position. …[T]hese details are demoralizing, and are not at all in line with any job description of a special agent. Further, my cases containing actual criminal investigations were all put on hold while I was detailed. … I have never seen the morale of HSI this low."[437]

***Plummeting Morale Among DHS Law Enforcement Personnel:*** DHS law enforcement personnel have also borne the brunt of the trauma caused by this historic border crisis, driving morale to all-time lows.

---

[431] U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Nationwide Encounters*, last modified August 28, 2024, https://www.cbp.gov/newsroom/stats/nationwide-encounters.
[432] U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, *DHS Secretary Alejandro Mayorkas Has Emboldened Cartels, Criminals, and America's Enemies, Phase 2 Interim Report*, 118th Cong., 1st sess., September 7, 2023, 55, https://homeland.house.gov/wp-content/uploads/2023/09/09.07-Phase-2-Final.pdf.
[433] Internal correspondence provided to House Committee on Homeland Security.
[434] Randy Clark, "Exclusive: Biden's DHS Leaves Miles of Border Wide Open as Migrant Crossings Spike," *Breitbart*, September 12, 2023, https://www.breitbart.com/border/2023/09/12/exclusive-bidens-dhs-leaves-miles-of-border-wide-open-as-migrant-crossings-spike/.
[435] Stephen Dinan, "Special agents yanked off child trafficking cases to make sandwiches for migrants at border," *The Washington Times*, October 31, 2023, https://www.washingtontimes.com/news/2023/oct/31/special-agents-yanked-child-trafficking-cases-make/.
[436] Correspondence provided to the House Committee on Homeland Security in fall 2023.
[437] Correspondence provided to the House Committee on Homeland Security in fall 2023.

HHS-PRWORA_000108



Case 1:25-cv-00645-MSM-PAS   Document 42-3   Filed 11/21/25   Page 110 of 137 PageID #: 2713

The "accumulation of the frustrations" agents experience "has led to a mental health crisis in their ranks," per one recent report.[438] "We regularly see things that people should never see, like rotting human remains, abuse of every kind, babies and kids dying or dead," one Border Patrol agent said earlier this year. He further stated, "[d]o you know what that does to you over time? You have to shut down a part of yourself to keep going."[439] Multiple agents told *The Free Press* earlier this year "they believed the administration is not interested in protecting the border. Several said the Biden administration had forced them to make impossible choices, calling its treatment of them a betrayal."[440]



In May 2023, the DHS OIG officially documented these realities,[441] finding that CBP and ICE personnel also "feel overworked and unable to perform their primary law enforcement duties:"[442]

"Our interviews and survey comments showed staff frustration and lower morale related to changing policies, especially when the respondents felt the changes were inconsistent with their law enforcement duties. In the view of some law enforcement personnel these policies have made it difficult for them to enforce the laws and carry out their mission; one said they felt as if they were doing their job 'with one hand tied behind [their] back.'"[443]

Multiple chief patrol agents interviewed by the Committee confirmed hearing similar complaints from their agents.[444] The resulting stress on the men and women of CBP and ICE has spiraled out of control. One agent told the press in October 2023, "[n]one of us signed up to be Uber drivers or babysitters. This isn't what we joined for. We signed up for enforcement not administration."[445] One agent told CNN this year, "[i]f I don't allow them to cross, they call and complain, now I'm in trouble. Now I'm going to lose my job."[446] Other chief patrol agents have confirmed to the Committee the detrimental impact on morale caused by increased processing and release of illegal aliens.[447]

[438] Joe Nocera and Michele DeMarco, "Why Some U.S. Border Agents Are Contemplating Suicide," *The Free Press*, May 19, 2024, https://www.thefp.com/p/why-border-agents-contemplating-suicide.
[439] Ibid.
[440] Ibid.
[441] U.S. Department of Homeland Security, Office of Inspector General, *Intensifying Conditions at the Southwest Border Are Negatively Impacting CBP and ICE Employees' Health and Morale*, OIG-23-24, May 3, 2023, https://www.oig.dhs.gov/sites/default/files/assets/2023-05/OIG-23-24-May23.pdf.
[442] Ibid, 4.
[443] Ibid, 27.
[444] *See* Jason Owens, Transcribed Interview with the House Committee on Homeland Security, 109, May 5, 2023; Joel Martinez, Transcribed Interview with the House Committee on Homeland Security, 112-113, June 1, 2023; and Anthony "Scott" Good, Transcribed Interview with the House Committee on Homeland Security, 129-130, June 29, 2023.
[445] Rob Crilly, "EXCLUSIVE: It's business as usual at the border while Biden deals with the Middle East: Daily Mail catches hundreds of migrants squeezing through the wall," *Daily Mail*, October 27, 2023, https://www.dailymail.co.uk/news/article-12680671/us-mexico-border-chaos-democrats-migrants-immigrants.html.
[446] Jeffrey Clark, "Border patrol agent tells CNN he has to allow illegal border crossings or lose his job," *Fox News*, June 13, 2024, https://www.foxnews.com/media/border-patrol-agent-tells-cnn-allow-illegal-border-crossings-lose-job.
[447] *See* John Modlin, Transcribed Interview with the House Committee on Homeland Security, 102, July 26, 2023; Gloria Chavez, Transcribed Interview with the House Committee on Homeland Security, 33, September 26, 2023; and Dustin Caudle, Transcribed Interview with the House Committee on Homeland Security, 83-84, September 28, 2023.

HHS-PRWORA_000109

Case 1:25-cv-00645-MSN-FAS Document 45-3 Filed 11/21/25 Page 111 of 137 PageID# 2714

Border Patrol agents are subsequently leaving the force in droves. More than 4,000 agents have left the force since FY21, with more than twice as many choosing early retirement than during the Obama and Trump administrations.[448] According to one agent, "[t]he administration is so bad for morale. I'm not trying to be political. I'm just speaking facts. It's become so political. Catch and release is demoralizing for agents."[449]

Being silenced by the Biden-Harris administration has put a further strain on morale. According to former Deputy Chief Hudak, the Trump administration allowed senior agents "pretty seamless" engagement with the press, but the Biden-Harris administration made it far more difficult to communicate and be transparent with the public.[450]



**US NEWS** **EXCLUSIVE**

**Border Patrol hasn't forgotten that Kamala Harris jumped on fake story about agents whipping migrants: 'It sickens me'**

A final factor undermining morale was the effort in September 2021 by top officials in the Biden-Harris administration to slander the mounted Border Patrol agents falsely accused of "whipping" illegal aliens from Haiti entering illegally near Del Rio, Texas.[451] Amidst the growing catastrophe at the Southwest border in September 2021, the Biden-Harris administration clearly saw an opportunity to distract from the crisis it had created by embracing this hoax. Harris claimed their actions were reminiscent of those used against slaves in the South.[452] Mayorkas falsely accused the agents of "weaponiz[ing] a horse to aggressively attack a child."[453] He was also warned that no whipping had occurred,[454] but then later slandered the agents from the White House podium anyway.[455] Biden even declared, "I promise you, those people will pay. ... There will be consequences. It's an embarrassment."[456]

[448] Anna Giaritelli, "The Biden effect? Border Patrol has lost a quarter of workforce since 2020 election," *The Washington Examiner*, May 23, 2024, https://www.washingtonexaminer.com/policy/immigration/3011397/the-biden-effect-border-patrol-has-lost-a-quarter-of-workforce-since-2020-election/.
[449] Ibid.
[450] Anna Giaritelli, "Top Border Patrol officials say Biden appointees silenced them for years," *The Washington Examiner*, May 10, 2024, https://www.washingtonexaminer.com/news/white-house/2990090/top-border-patrol-officials-say-biden-appointees-silenced-them-years/.
[451] Adam Shaw, et. al., "Border Patrol stunned as Biden goes to war with his own agents over false 'whipping' allegations," *Fox News*, September 24, 2021, https://www.foxnews.com/politics/border-patrol-agents-biden-backs-claims-whipping-promises-agents-pay.
[452] Erin B. Logan, "Kamala Harris says footage of Border Patrol evokes images of slavery," *The Los Angeles Times*, September 24, 2021, https://www.latimes.com/politics/story/2021-09-24/kamala-harris-says-footage-of-border-patrol-on-horseback-evokes-images-of-american-slavery.
[453] "'Horrified': Mayorkas Reacts to Disturbing US Border Patrol Video," *CNN*, September 21, 2021, https://www.cnn.com/videos/politics/2021/09/21/mayorkas-reacts-to-border-patrol-del-rio-texas-horse-video-sot-keilar-new-day-vpx.cnn.
[454] Bill Melugin and Adam Shaw, "Mayorkas Alerted That No Haitian Migrants Were 'Whipped' Hours Before WH Press Conference," Fox News, October 12, 2022, https://www.foxnews.com/politics/mayorkas-alerted-haitian-migrants-whipped-hours-wh-press-conference.
[455] The White House, "Press Briefing by Press Secretary Jen Psaki and Secretary of Homeland Security Alejandro Mayorkas," September 24, 2021, https://www.whitehouse.gov/briefing-room/press-briefings/2021/09/24/press-briefing-by-press-secretary-jen-psaki-and-secretary-of-homeland-security-alejandro-mayorkas-september-24-2021/.
[456] The White House, "Remarks by President Biden on the COVID-19 Response and the Vaccination Program," September 24, 2021, https://www.whitehouse.gov/briefing-room/speeches-remarks/2021/09/24/remarks-by-president-biden-on-the-covid-19-response-and-the-vaccination-program-8/.

HHS-PRWORA_000110



Case 1:25-cv-00643-MSM-PAS    Document 45-3    Filed 11/21/25    Page 112 of 137 PageID #: 2715

The agents were later cleared of the false charges in a report that was quietly released almost a year later,[457] but the damage was done. Said Morgan, "[j]ust when I think morale couldn't go lower, it did because of that incident."[458]



**WATCH: Border Patrol Agents Confront Mayorkas, Ortiz on Open-Borders Policies**

***Declining Mental Health and Increasing Suicides:*** Far too often, the stresses and frustrations experienced by many of the men and women in DHS law enforcement have led to horrific outcomes. Then-Chief Ortiz and NBPC Vice President Cabrera[459] told the Committee in March 2023 that 17 CBP personnel committed suicide in 2022— the highest total in 13 years.[460] CBP reported another eight suicides in 2020 and 11 in 2021.[461]

Cabrera told the Committee last year, "[w]e see a lot of stuff out there that the average person doesn't see. What hits folks the hardest is what happens with the children. ... It's a difficult job."[462] Former Border Patrol Chief Scott has also testified to the devastating effects of the administration's open-borders directives, saying, "[t]his administration makes Border Patrol agents and many CBP officers feel like smugglers. ... I believe that has cascading effects in many areas and can potentially be a factor in the suicide."[463] In September 2023, Mayra Cantu, the wife of a Border Patrol agent with more than 15 years on the force, gave the Committee perhaps the most sobering account to date:

> "I can tell you that our community within the Border Patrol has been so affected that now we actually get phone calls of agents on that last straw, trying to speak to my husband that they're on the verge, that they're on the verge of taking their

---

[457] U.S. Department of Homeland Security, U.S. Customs and Border Protection, Office of Professional Responsibility, *Report of Investigation*, July 8, 2022, 5, https://www.cbp.gov/sites/default/files/assets/documents/2022-Jul/202112280-cbp-closing-report-public-redacted-final.pdf.
[458] Mark Morgan, Transcribed Interview with the House Committee on Homeland Security, 44, January 22, 2024.
[459] *See* "Full Committee Field Hearing: 'Failure By Design: Examining Secretary Mayorkas' Border Crisis,'" *Homeland Security Committee Events*, YouTube video, 35:46, March 15, 2023, https://www.youtube.com/live/7Z1ETzh3AUA?si=0vJNFigNVFNebxL-&t=2146; and Bethany Blankley, "Border Patrol Union: 'Failing' Biden Policies, Hardships Result in 17 Suicides in '22," *The Center Square*, March 16, 2023, https://www.thecentersquare.com/national/article_7c41f1ba-c428-11ed-b7dd-434d37b140a1.html.
[460] Mireya Villarreal and Luke Barr, "US Border Officer Suicides at 13-Year High: How Agency Is Focusing on 'Culture Change,'" *ABC News*, December 22, 2022, https://abcnews.go.com/US/us-border-officer-suicides-13-year-high-agency/story?id=95671395.
[461] Benjamin Siegel and Lauren Peller, "After Suicides, Lawmakers Push for Mental Health Resources for Border Agents," *ABC News*, December 7, 2022, https://abcnews.go.com/Politics/after-suicides-lawmakers-push-mental-health-resources-border/story?id=94702806.
[462] Bethany Blankley, "Border Patrol Union: 'Failing' Biden Policies, Hardships Result in 17 Suicides in '22," *The Center Square*, March 16, 2023, https://www.thecentersquare.com/national/article_7c41f1ba-c428-11ed-b7dd-434d37b140a1.html, (emphasis added).
[463] "Open Borders, Closed Case: Secretary Mayorkas' Dereliction of Duty on the Border Crisis," *Homeland Security Committee Events*, YouTube video, 2:28:46, June 14, 2023, https://www.youtube.com/watch?v=0gjm6jzYHqw&t=8925s.

HHS-PRWORA_000111

Case 1:25-cv-00645-MSM-PAS    Document 48-3    Filed 11/21/25    Page 113 of 137
PageID #: 2716



life. That was unheard of. This is recent. We have to check up on everybody now. We call agents that we haven't spoken to in a while just to make sure how they're doing. This is real."[464]

***Increased Personal Risk and Threats on the Job for Law Enforcement:*** One of the stressors caused by the increasingly open border has been the need for a massive number of search-and-rescue operations, as well as the record level of interactions between Border Patrol agents and illegal aliens. Often, these operations place the agents themselves in peril. In FY23, CBP conducted 37,511 rescue operations nationwide, 22,522 in FY22, and 13,280 in FY21.[465] By comparison, CBP conducted 5,297 such operations in FY19.[466]



American efforts to save lives sometimes end in tragedy. In 2022, Texas National Guardsman Bishop Evans tragically lost his life trying to save two individuals who were drowning in the Rio Grande near Eagle Pass.[467] On Nov. 14, 2023, 44-year-old Border Patrol agent Freddy Ortiz was killed when his all-terrain vehicle crashed while he was responding to a call about a potential group of illegal aliens in Cochise County.[468]

Many other Border Patrol agents routinely face the threat of assault by illegal aliens. Heitke told the Committee in May 2023 that the risks to his agents increased along with the higher flow of illegal aliens across the border, and that assaults on his agents had increased in recent years.[469] Another chief patrol agent echoed this observation, saying, "[i]t's more often here recently where our agents are facing assaults compared to previous times."[470] As of June 3, 2024, 463 agents had been assaulted,[471] up from the previous high set earlier in the Biden-Harris administration.[472]

*Jason Owens/U.S. Border Patrol*

[464] "An Unbearable Price: The Devastating Human Costs of the Biden-Mayorkas Border Crisis," *Homeland Security Committee Events*, YouTube video, 3:41:16, September 13, 2023, https://www.youtube.com/live/rPhbaOTSzHc?si=0jPO0iCMx7mzZHcf&t=13276.
[465] U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *CBP Enforcement Statistics*, last modified August 16, 2024, https://www.cbp.gov/newsroom/stats/cbp-enforcement-statistics.
[466] U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *CBP Enforcement Statistics Fiscal Year 2020*, last modified June 4, 2024, https://www.cbp.gov/newsroom/stats/cbp-enforcement-statistics-fy2020.
[467] Timothy Nerozzi, "Bishop Evans, Texas Soldier Who Died Saving Migrants, to Be Laid to Rest," *Fox News*, April 30, 2022, https://www.foxnews.com/us/bishop-evans-texas-soldier-funeral-died-saving-migrants.
[468] Ashley Bowerman, "Border Patrol agent Freddy Ortiz killed in ATV crash in Douglas," *KOLD 13 News*, November 15, 2023, https://www.kold.com/2023/11/15/cbp-agent-killed-atv-crash-douglas/.
[469] Aaron Heitke, Transcribed Interview with the House Committee on Homeland Security, 113 & 115-116, May 9, 2023.
[470] Gloria Chavez, Transcribed Interview with the House Committee on Homeland Security, 19, September 26, 2023.
[471] Chief Jason Owens [USBPChief], "This year alone, there have been 463 assaults on our brave Border Patrol agents. Despite the challenges, they remain resilient and steadfast in their duty to protect our borders. #Honorfirst," Tweet, *Twitter*, June 3, 2024, https://x.com/USBPChief/status/1797761191758495968/.
[472] Ali Bradley, "Border Patrol celebrates 100-year anniversary," *NewsNation*, May 28, 2024, https://www.newsnationnow.com/us-news/immigration/border-patrol-100-year-anniversary/.

HHS-PRWORA_000112



Case 1:25-cv-00645-MSM-PAS    Document 45-3    Filed 11/21/25    Page 114 of 137
PageID #: 2717

## *The Financial and Emotional Costs to Ranchers and Farmers*

Ranchers and farmers who make their living along the Southwest border have been particularly hit hard, as Biden and Harris' open-borders policies have exacted a heavy financial and emotional toll.

The financial costs have been enormous. For example, the cost to repair fences that trespassing human smugglers and illegal aliens have damaged or destroyed often exceed tens of thousands of dollars.[473] Sheriff Emmett Shelton of McMullen County, Texas, told the Committee in August 2023 that he knew of ranchers who spent between $70,000-$100,000 on repairs.[474] According to another rancher, sometimes illegal aliens intentionally set fires in hopes of being rescued after getting lost on ranchers' property.[475] Large groups also "literally [walk] the crops flat."[476] According to south Texas rancher John Sewell, "[w]ater is the life of south Texas. They're turning our water off and breaking our water [lines]."[477] One rancher recounted that in 2021, "he lost 130,000 gallons of fresh water and endured 'more property damage than if I were to add 30 years together.'"[478] Massive amounts of litter and refuse left behind by illegal aliens represent another substantial, expensive challenge.[479]

The crisis has also exacted a terrible toll on the personal lives of these men and women.[480] They often find dead or abandoned individuals on their property. One rancher in Maverick County, Texas, said in April 2022, "I had more dead people out here [last year] than I've ever had."[481]

Concerns for family safety are also paramount. One New Mexico rancher said in April 2021, "[t]o have your family, your kids down there, it's very dangerous. It's become very worrisome, and it kind of makes you wonder and can't believe that you have to live that way in the United States of America, where you're looking over your shoulder afraid that somebody's going to sneak up behind you and kill somebody or whatever it might be, but that's exactly what they're living with."[482] Another said, "[w]e picked the wrong place to raise a family."[483] South Texas rancher Stephanie Crisp-Canales wrote in testimony to Committee last fall, "[n]ow, every time we leave our home we have to carry a gun on us. … You just never know what's coming up the road or who is hiding in the brush watching you."[484]

[473] Mary Elise Cosgray, "South Texas Ranchers Share Stories of Property Crime, Deaths Related to Border," *The Texan*, May 15, 2024, https://thetexan.news/issues/immigration-border-issues/south-texas-ranchers-share-stories-of-property-crime-deaths-related-to-border/article_294119a6-123c-11ef-9ade-83b5046a8db2.html.
[474] Information provided by the McMullen County Sheriff's Office to the House Committee on Homeland Security, August 14, 2023.
[475] Bethany Blankley, "Ranchers Testify to Property Damage, Crime Caused by Illegal Foreign Nationals," *The Center Square*, March 17, 2023, https://www.thecentersquare.com/texas/article_1755e2b6-c4be-11ed-b10f-a300cefd0853.html.
[476] Ibid.
[477] Carine Hajjar, "Nightmare on the Border: Locals Left to Fend for Themselves as Migrant Surge Overruns Ranches, Towns," *National Review*, April 20, 2022, https://www.nationalreview.com/2022/04/nightmare-on-the-border-locals-left-to-fend-for-themselves-as-migrant-surge-overruns-ranches-towns/.
[478] Ibid.
[479] Arthur Uhl, "Editorial: The Border Crisis Is Real for Texas Ranchers," *Texas and Southwestern Cattle Raisers Association*, May 28, 2021, https://tscra.org/editorial-the-border-crisis-is-real-for-texas-ranchers/.
[480] Eli Saslow and Erin Schaff, "A Family Ranch, Swallowed Up in the Madness of the Border," *The New York Times*, February 18, 2024, https://www.nytimes.com/2024/02/18/us/border-migrant-crisis-arizona.html.
[481] Carine Hajjar, "Nightmare on the Border: Locals Left to Fend for Themselves as Migrant Surge Overruns Ranches, Towns," *National Review*, April 20, 2022, https://www.nationalreview.com/2022/04/nightmare-on-the-border-locals-left-to-fend-for-themselves-as-migrant-surge-overruns-ranches-towns/.
[482] Elyse Kelly, "Border Crisis Causing Some New Mexico Ranchers to Live in Fear," *Aberdeen News*, April 28, 2021, https://www.aberdeennews.com/story/news/2021/04/28/border-crisis-causing-some-new-mexico-ranchers-to-live-in-fear/43781519/.
[483] Megan Myers, "Border rancher fears for her life as migrants cross unchecked, 'picked the wrong place to raise a family,'" *Fox News,* July 14, 2023, https://www.foxnews.com/us/border-rancher-fears-life-migrants-cross-unchecked-picked-wrong-place-raise-family.
[484] Testimony submitted by Stephanie Crisp-Canales to the House Committee on Homeland Security for "An Unbearable Price: The Devastating Human Costs of the Biden-Mayorkas Border Crisis," September 18, 2023.

HHS-PRWORA_000113



Case 1:25-cv-00645-MSM-PAS    Document 75-5    Filed 11/21/25    Page 115 of 137
PageID #: 2718



## WATCH: Rancher Family Finds Five Young Girls Abandoned by River on Their Property

These hardships are of the Biden-Harris administration's own making. Jim Volcsko, a rancher and former CBP officer, has said that the Biden-Harris administration is "100 percent" responsible for the chaos, because "[t]hey're the ones who changed everything."[485] Another rancher summed it up, saying, "To be honest, we feel like it's a Trump versus the new administration, so they're going to do the opposite of whatever Trump did…but meanwhile the citizens of America and the citizens of New Mexico are caught in the middle."[486]

In a June 2021 letter to Biden officials, the American Farm Bureau Federation wrote, "[f]arm and ranch families…have never seen a more dire situation. … The current situation should not be acceptable to you or to any American. … You must not allow this to continue."[487] Yet, that is exactly what Biden, Harris, and Mayorkas have done.

---

[485] Carine Hajjar, "Nightmare on the Border: Locals Left to Fend for Themselves as Migrant Surge Overruns Ranches, Towns," *National Review*, April 20, 2022, https://www.nationalreview.com/2022/04/nightmare-on-the-border-locals-left-to-fend-for-themselves-as-migrant-surge-overruns-ranches-towns/.
[486] Elyse Kelly, "Border Crisis Causing Some New Mexico Ranchers to Live in Fear," *Aberdeen News*, April 28, 2021, https://www.aberdeennews.com/story/news/2021/04/28/border-crisis-causing-some-new-mexico-ranchers-to-live-in-fear/43781519/.
[487] "Letter to Secretaries Mayorkas, Vilsack, and Haaland," *The American Farm Bureau Federation*, June 3, 2021, https://texasfarmbureau.org/wp-content/uploads/2021/06/Letter_to_Sec_Mayorkas_Vilsack_Haaland_June3_2021.pdf.

HHS-PRWORA_000114



# PART 9: MIGRANTS SUFFERING ABUSE, EXPLOITATION, AND DEATH AT RECORD LEVELS

**Introduction:** The greatest casualties of the Biden-Harris administration's open-borders policies have been American citizens. However, the migrants the administration claims to value have also suffered horrifically as a direct result of those policies. This administration has actively encouraged millions of people around the world to embark on what the United Nations has called the "deadliest land crossing in the world."[488] Biden, Harris, and Mayorkas' policies have even enabled the creation of new smuggling routes originating halfway around the globe. One recent report detailed the "Biden Express"—a flight from Turkey to Colombia which forms "the first leg of a major new smuggling route across the Atlantic that ultimately allows migrants to flood into – and in many cases remain in – the United States."[489] The subsequent human costs have been enormous.

***Suffering and Abuse Along the Journey to the Border:*** Biden-Harris administration officials have claimed their policies are "safe, orderly, and humane."[490] These statements are utterly divorced from the reality lived by those, especially women and children, who make the perilous journey. For example, one of the most treacherous points in that journey is the 66-mile trek through the Darién Gap into Panama. "[w]eek after week, more children are dying, losing their parents, or getting separated from their relatives" in the Darién, per one U.N. official in 2021.[491]

According to the Panama Red Cross, between 10-15 percent of those who transit the Darién Gap "suffer sexual violence."[492] In October 2023, Doctors Without Borders "reported assisting 107 victims of sexual abuse, including 59 in one week. Three of the rape victims were ages 11, 12 and 16…"[493] Per an April 2024 New York Times report, "aid groups working in the Darién Gap say that in the past six months they have documented an extraordinary spike in attacks, with patterns and frequencies rarely seen outside of war zones. … [T]he assaults often involve cases in which dozens of women are violated in a single event."[494]

> "HAD I KNOWN, I WOULD NOT HAVE COME OR LET MY SON COME THROUGH HERE. … I REGRET PUTTING MY SON THROUGH THIS JUNGLE OF HELL SO MUCH THAT I HAVE HAD TO CRY TO LET IT ALL OUT BECAUSE I RISKED HIS LIFE AND MINE."
>
> - CAROLINA FROM VENEZUELA
> CNN, "ON ONE OF THE WORLD'S MOST DANGEROUS MIGRANT ROUTES, A CARTEL MAKES MILLIONS OFF THE AMERICAN DREAM"
>
> "EVEN IF I MAKE IT TO THE U.S. AND LIVE OUT MY AMERICAN DREAM, I DON'T THINK I'LL BE ABLE TO SAY THAT CROSSING THE DARIÉN WAS WORTH IT."
>
> - ARACELI FROM CUBA
> THE WALL STREET JOURNAL, "RAPES OF U.S.-BOUND MIGRANTS MAKE A TREACHEROUS ROUTE EVEN MORE DANGEROUS"



[488] *See* United Nations, International Organization for Migration, *Latest Migrant Tragedy in Texas Highlights Crisis Along Deadliest Migration Land Route*, September 30, 2022, https://www.iom.int/news/latest-migrant-tragedy-texas-highlights-crisis-along-deadliest-migration-land-route; and United Nations, International Organization for Migration, *U.S.-Mexico Border World's Deadliest Migration Land Route*, September 12, 2023, https://www.iom.int/news/us-mexico-border-worlds-deadliest-migration-land-route.

[489] James Franey, "EXCLUSIVE: On board the Biden Express - Dailymail.com joins the throng of African migrants on daily sold-out Flight TK800 from Istanbul to Bogota as they make their way to our southern border," *The Daily Mail*, September 29, 2023, https://www.dailymail.co.uk/news/article-12576219/On-board-Biden-Express-African-migrants-flight-Istanbul-Bogota.html.

[490] U.S. Department of Homeland Security, Newsroom, *DHS Announces Process to Address Individuals in Mexico with Active MPP Cases*, February 11, 2021, https://www.dhs.gov/news/2021/02/11/dhs-announces-process-address-individuals-mexico-active-mpp-cases.

[491] United Nations, United Nations Children's Fund, *2021 records highest ever number of migrant children crossing the Darién jungle towards the US – UNICEF*, October 11, 2021, https://www.unicef.org/lac/en/press-releases/2021-records-highest-ever-number-migrant-children-crossing-Darién-towards-us.

[492] Gustavo Ocando Alex, "Los 10 peligros de cruzar el Darién, el 'infierno verde' de las Américas," *Voz de América*, August 19, 2022, https://www.vozdeamerica.com/a/los-10-peligros-de-cruzar-el-Darién-el-infierno-verde-de-las-americas/6705004.html.

[493] Sandra Sanchez, "'Rape tents' and sexual violence toward migrants plague Darién Gap, nonprofit says," *Border Report*, November 22, 2023, https://www.borderreport.com/immigration/border-crime/rape-tents-and-sexual-violence-toward-migrants-plague-darien-gap-nonprofit-says/.

[494] Julie Turkewitz, "Sexual Assault of Migrants in Panama Rises to Level Rarely Seen Outside War," *The New York Times*, April 4, 2024, https://www.nytimes.com/2024/04/04/world/americas/migrants-sexual-assault-darien-gap.html.

HHS-PRWORA_000115


These horrors are not limited to the Darién, however. Heitke told the Committee in May 2023, "[i]t's very common that female migrants are raped during the process. … Most of them believe it's just part of the payment as they go up."[495] One 2021 report further documented the horrifying existence of "rape trees" along the Southwest border, which are "known locations where smugglers and others rape women and leave their undergarments on the tree as 'trophies.'"[496]

***Record Numbers of Migrant Deaths Under the Biden-Harris Administration:*** Those who make it to the border are often abandoned by the cartels in remote and dangerous areas.



**WATCH: Border Patrol Agent Tries to Save Baby Pulled from the Rio Grande**

Many are simply dropped over the border wall[497] or abandoned to the elements, with Border Patrol agents or other law enforcement their only hope of rescue.[498] Babies as young as two months have been discovered abandoned at the border.[499] The Rio Grande also poses a danger to those seeking to enter illegally. In the span of just 24 hours in August 2022, the river claimed the lives of a 3-year-old boy and a 5-year-old girl,[500] while last November, a 4-year-old girl lost both her parents in the river.[501]

---

[495] Aaron Heitke, Transcribed Interview with the House Committee on Homeland Security, 156, May 9, 2023.
[496] Charlotte Cuthbertson, "Illegal Immigrants Walk a Deadly Path Around a Border Checkpoint," *The Epoch Times,* May 18, 2021, https://www.theepochtimes.com/us/illegal-immigrants-walk-a-deadly-path-around-a-border-checkpoint-3819611.
[497] Amber Stegall, "VIDEO: Smugglers Drop 2 Toddlers over Border Barrier, Rescued by U.S. Border Patrol," *KCBD 11 News*, March 31, 2021, https://www.kcbd.com, March 31, 2021, https://www.kcbd.com/2021/03/31/video-smugglers-drop-toddlers-over-border-barrier-rescued-by-us-border-patrol/.
[498] Kelli Dugan, "Border Patrol Rescues Infant, Toddler Abandoned by Smugglers in Arizona Desert," *KIRO 7 News Seattle*, August 27, 2022, https://www.kiro7.com/news/trending/border-patrol-rescues-infant-toddler-abandoned-by-smugglers-arizona-desert/ZOM4S7GPLFC5TCAMNKAMG5G66U/.
[499] Chief Patrol Agent Gloria I. Chavez [USBPChiefRGV], "Heartbreaking News Alert: Rio Grande City Border Partol [sic]Agents find a 2-month-old child left abandoned at the border! This is a chilling reminder of how children are being exploited by human smugglers & criminal organizations every day.," Tweet, *Twitter*, September 26, 2023, https://x.com/USBPChiefRGV/status/1706659403590476066.
[500] Chantal Da Silva, "2 Children Dead, Baby in Critical Condition after Attempted Border Crossings," *NBC News*, August 24, 2022, https://www.nbcnews.com/news/us-news/2-children-dead-baby-critical-attempted-border-crossings-rcna44547.
[501] Ali Bradley [@AliBradleyTV], "TX: #BREAKING several migrant drownings were reported this morning on the Rio Grande in the Eagle Pass area, according to sources. Two of those drownings were the parents of a 4-year-old girl who is now in Border Patrol/ @DHSgov custody… Both of her parents died today. I am working to confirm the number of lives lost today. I'll update as I learn more.," Tweet, *Twitter*, November 18, 2023, https://twitter.com/AliBradleyTV/status/1725985961438511387.

HHS-PRWORA_000116



Case 1:25-cv-80345-MSM-PAS    Document 74-3    Filed 11/21/25    Page 118 of 137
PageID #: 2721

 

*Numerous migrants have been found dead on U.S. soil after crossing the border. Many others are never found. (Sources: Jonathan Lines and Greg Genitempo)*

Under the Biden-Harris administration, migrant deaths are on the rise.[502] In FY21, Border Patrol agents and other law enforcement agencies discovered 568 dead migrants at the Southwest border, more than double the 254 discovered in FY20; this jumped to 895 in FY22.[503] One Texas county official has said that the costs to bury and cremate illegal aliens found in their county "were such an expense that county employees had to take a pay cut to cover the cost."[504]



RECORDED MIGRANT DEATHS ALONG SOUTHWEST BORDER, BY FISCAL YEAR

* INCLUDES BODIES DISCOVERED BY USBP, AND OTHER FEDERAL, STATE, TRIBAL, AND LOCAL AGENCIES.

---

[502] Charlotte Cuthbertson, "As Border Crossings Surge, Biden Admin Hiding Data on Illegal Alien Deaths," *The Epoch Times,* July 19, 2022, https://www.theepochtimes.com/us/as-border-crossings-surge-biden-admin-hiding-data-on-illegal-alien-deaths-4605251.
[503] U.S. Department of Homeland Security, U.S. Customs and Border Protection, Newsroom, *Border Rescues and Mortality Data*, last modified March 29, 2024, https://www.cbp.gov/newsroom/stats/border-rescues-and-mortality-data.
[504] Andrew Arthur, "RGV Border Disaster: Demoralized Agents, Angry and Despondent Residents," *The Center for Immigration Studies*, April 13, 2022, https://cis.org/Arthur/RGV-Border-Disaster-Demoralized-Agents-Angry-and-Despondent-Residents.

HHS-PRWORA_000117



Those are just the people who have been found. Many more never will be.[505] When asked during a June 2023 hearing why these numbers have increased so dramatically, Scott answered, "[b]ecause chaos kills people, and we created a chaotic border situation."[506]

***Rising Trafficking and Exploitation of UACs:*** Many of the unaccompanied children who cross the border face another nightmare—trafficking and enslavement. The Wall Street Journal has reported that in the early days of the crisis, Biden-Harris administration officials "sometimes overlooked concerns about potential guardians as they faced a political crisis over an unprecedented surge of unaccompanied minors soon after taking office."[507] That negligence continues today.

Before they even come into DHS custody, many of these minors have already been victimized. The Florida grand jury investigation found that "children are often found to be exploited as part of a 'fake family' or even 'recycled' to assist the entry of multiple other individuals," and "often used as lottery tickets to get the whole family across the border at a huge discount."[508]

Heitke also told the Committee, "[t]he busier you get, the less time you have, the less time you can put into interviews," meaning that when there are surges of illegal aliens across the border, agents have less ability to conduct the screening to ensure minors are not being exploited.[509] Former Chief Patrol Agent Clem has described how this impacts operations:

> "Even if my spidey senses go off, I have to ask myself, how much time can I devote to this? Because I've got 200 more people in line I have to process. They even took away our ability to use DNA testing, so we no longer have the resources to see whether or not we're processing a real family unit."[510]

---

[505] *See* Charlotte Cuthbertson, "For Every Dead Body Found, 5 to 10 More Out There: Texas Sheriff on Illegal Alien Deaths," *The Epoch Times,* October 19, 2022, https://www.theepochtimes.com/us/for-every-dead-body-found-5-to-10-more-out-there-texas-sheriff-on-illegal-alien-deaths-4806821; and United Nations, International Organization for Migration, Global Migration Data Analysis Centre, Missing Migrants Project, *Annual Regional Overview - Executive Summary: The Americas, January - December 2021*, 2021, https://missingmigrants.iom.int/sites/g/files/tmzbdl601/files/publication/file/MMP%20annual%20regional%20overview%202021%20LAC_Executive%20Summary-ENG_0.pdf.
[506] "Open Borders, Closed Case: Secretary Mayorkas' Dereliction of Duty on the Border Crisis," *Homeland Security Committee Events*, YouTube video, 1:58:12, June 14, 2023, https://www.youtube.com/live/0gjm6jzYHqw?feature=share&t=7065.
[507] Jack Gillum and Michelle Hackman, "U.S. Officials Wanted to Avoid Trump's 'Kids in Cages' Problem. Doing So Created Another Dilemma.," *The Wall Street Journal*, July 8, 2024, https://www.wsj.com/us-news/biden-migrant-children-temporary-guardians-trump-cages-e4d115f1.
[508] State of Florida Supreme Court, Twenty-First Statewide Grand Jury Regarding Unaccompanied Alien Children, *Third Presentment*, No. SC22-796, March 29, 2023, 32-33, https://www.documentcloud.org/documents/23734272-3rd-presentment-of-21st-swgj.
[509] Aaron Heitke, Transcribed Interview with the House Committee on Homeland Security, 160, May 9, 2023.
[510] Joe Nocera and Michele DeMarco, "Why Some U.S. Border Agents Are Contemplating Suicide," *The Free Press*, May 19, 2024, https://www.thefp.com/p/why-border-agents-contemplating-suicide.

HHS-PRWORA_000118



# PART 9: MIGRANTS SUFFERING ABUSE, EXPLOITATION, AND DEATH AT RECORD LEVELS

The Biden-Harris administration has also been caught cutting corners in making sure that, before UACs are released to sponsors, these sponsors are legitimate and that children are going to safe situations. A September 2022 HHS OIG report found that basic screening safeguards had been removed from the sponsor vetting process "in an effort to expedite children's release from care."[511] Another HHS OIG report in February 2024 found that in a sample of cases just from March-April 2021, "[i]n 16 percent of children's case files, one or more required sponsor safety checks lacked any documentation that the checks were conducted,"[512] and that HHS officials also failed to conduct timely follow-up calls to evaluate the welfare of the child in more than 20 percent of cases.[513] According to the Florida grand jury investigation, "[i]n one memorable instance, a federal employee was told by an [Office of Refugee Resettlement] attorney to stop asking questions about potentially unsafe sponsors because doing so caused delay... ."[514]

Additionally, the Biden-Harris administration has simply lost track of tens of thousands of UACs after their release. In 2021, Axios reported that the administration "has lost contact with thousands of migrant children released from its custody."[515] As of early 2023, the Biden-Harris administration could not account for the whereabouts of approximately 85,000 UACs.[516]

Incredibly, the DHS OIG further reported in August 2024 that since FY19, ICE had failed to provide NTAs to more than 291,000 UACs, and more than 32,000 who had received court dates never showed up.[517] More than 90,000 of these children who have yet to receive court dates arrived in FY21.[518]

The results of this failure have been predictable. Hundreds of thousands of these children have been released to someone other than a verified family member.[519] In one case, more than 100 children were sent to the same address in Austin, Texas, while

[511] U.S. Department of Health and Human Services, Office of Inspector General, *Operational Challenges Within ORR and the ORR Emergency Intake Site at Fort Bliss Hindered Case Management for Children*, OEI-07-21-00251, September 2022, 21, https://oig.hhs.gov/documents/evaluation/3097/OEI-07-21-00251-Complete%20Report.pdf.
[512] U.S. Department of Health and Human Services, Office of Inspector General, *Gaps in Sponsor Screening and Followup Raise Safety Concerns for Unaccompanied Children*, OEI-07-21-00250, February 2024, 16-17, https://oig.hhs.gov/documents/evaluation/3093/OEI-07-21-00250-Complete%20Report.pdf.
[513] Ibid, 22-23.
[514] State of Florida Supreme Court, Twenty-First Statewide Grand Jury Regarding Unaccompanied Alien Children, *Third Presentment*, No. SC22-796, March 29, 2023, 10, https://www.documentcloud.org/documents/23734272-3rd-presentment-of-21st-swgj.
[515] Stef Kight, "Government Can't Reach 1 in 3 Released Migrant Kids," *Axios*, September 1, 2021, https://www.axios.com/2021/09/01/migrant-children-biden-administration.
[516] Hannah Dreier and Kirsten Luce, "Alone and Exploited, Migrant Children Work Brutal Jobs Across the U.S.," *The New York Times*, February 25, 2023, https://www.nytimes.com/2023/02/25/us/unaccompanied-migrant-child-workers-exploitation.html.
[517] U.S. Department of Homeland Security, Office of Inspector General, *Management Alert - ICE Cannot Monitor All Unaccompanied Migrant Children Released from DHS and U.S. Department of Health and Human Services' Custody*, OIG-24-46, August 19, 2024, 4, https://www.oig.dhs.gov/sites/default/files/assets/2024-08/OIG-24-46-Aug24.pdf.
[518] Ibid, 7.
[519] State of Florida Supreme Court, Twenty-First Statewide Grand Jury Regarding Unaccompanied Alien Children, *Third Presentment*, No. SC22-796, March 29, 2023, 17, https://www.documentcloud.org/documents/23734272-3rd-presentment-of-21st-swgj.

HHS-PRWORA_000119



# PART 9: MIGRANTS SUFFERING ABUSE, EXPLOITATION, AND DEATH AT RECORD LEVELS

other Texas addresses received 44 and 25 minors, respectively.[520] According to one expert, "girls have been placed with older men in what is clearly an exploitative situation. There are kids who have been turned over to labor traffickers. There are kids who get turned over to gang members."[521] One HHS whistleblower, Deborah White, told a Senate roundtable in June 2024 that even after reporting concerns about UACs being trafficked, "children continued to be sent to dangerous locations with improperly vetted sponsors."[522] Two heart-rending New York Times reports in February[523] and April 2023[524] showed how these minors have also been repeatedly exploited by corporate entities after being released from HHS custody.

It is the Biden-Harris administration's willful refusal to secure the border and ensure the safety of these minors that is to blame. As the Times reported, "all along, there were signs of the explosive growth of this labor force and warnings that the Biden administration ignored or missed... ."[525] Perhaps El Cajon Mayor Wells put it best when he said earlier this year that the Biden-Harris administration "is complicit in allowing human trafficking through our southern border. ... My heart breaks knowing what's happening to these children."[526]

---

[520] Ibid, 21.

[521] "Biden and Mayorkas' Open Border: Advancing Cartel Crime in America," *Homeland Security Committee Events*, YouTube video, 1:51:19, July 19, 2023, https://www.youtube.com/live/kva0HOb1TUg?feature=share&t=6679.

[522] Victor Nava, "Biden admin whistleblowers claim 'billions of taxpayer dollars' used by gov contractor to traffic children on the border," *The New York Post*, July 9, 2024, https://nypost.com/2024/07/09/us-news/biden-admin-whistleblowers-claim-billions-of-taxpayer-dollars-used-by-contractor-to-traffic-children-on-border/.

[523] Hannah Dreier and Kirsten Luce, "Alone and Exploited, Migrant Children Work Brutal Jobs Across the U.S.," *The New York Times*, February 25, 2023, https://www.nytimes.com/2023/02/25/us/unaccompanied-migrant-child-workers-exploitation.html.

[524] Hannah Dreier, "As Migrant Children Were Put to Work, U.S. Ignored Warnings," *The New York Times*, April 17, 2023, https://www.nytimes.com/2023/04/17/us/politics/migrant-child-labor-biden.html.

[525] Ibid.

[526] Bill Wells [@MayorBillWells], "The Biden Admin is complicit in allowing human trafficking through our southern border. The administration ended mandatory DNA testing, allowing any person to claim someone is their kid to jump to the head of the line. My heart breaks knowing what's happening to these children.," Tweet, *Twitter*, June 13, 2024, https://x.com/MayorBillWells/status/1801277118707352015.

HHS-PRWORA_000120



# PART 10: THE BIDEN-HARRIS ADMINISTRATION PUT TAXPAYERS ON THE HOOK

**Introduction:** There is simply no debate—the border crisis has been a national security, public safety, and humanitarian debacle. On top of these consequences, however, the refusal of the Biden-Harris administration to enforce the law and secure America's borders has led to devastating financial costs, and ultimately forced taxpayers to foot the bill for mass illegal immigration. In addition to direct dollar costs associated with the crisis, Federal Reserve Governor Michelle Bowman has pointed out that the broader economic consequences of unchecked illegal immigration "could lead to persistently high core services inflation."[527] But the costs do not stop there.

## *Housing and Benefits for Illegal Aliens*

The Washington Post reported in July 2024 that "the influx of migrants has worsened the problem" of homelessness.[528] While record numbers of Americans are falling victim to this condition[529] in places like New York City and Chicago,[530] towns and cities across the country are paying to house and provide benefits to increasing numbers of illegal aliens arriving in their communities. Per some analysis, these costs could exceed as much as $451 billion.[531]

***New York City:*** As of mid-June 2024, more than 205,000 illegal aliens had arrived in the Big Apple since April 2022, with roughly 65,000 living in city shelters.[532] As of May

2024, one out of five city hotels was functioning as a shelter for illegal aliens rather than providing services to paying customers, taking more than 16,000 hotels rooms off the market.[533] In August 2023, Mayor Eric Adams said that total costs incurred in providing these services would balloon by 2025 to around $12 billion.[534] Adams would say just a month later, "I don't see an ending to this. This issue will destroy New York City."[535]



*Spencer Platt/Getty Images*

Councilman Borelli testified in 2023 that over the following year, New York would "spend enough money [on migrant shelter] to cover the entire budget of Dallas,

---

[527] Address by Governor Michelle W. Bowman, "Perspectives on U.S. Monetary Policy and Bank Capital Reform," *Board of Governors of the Federal Reserve System*, June 25, 2024, https://www.federalreserve.gov/newsevents/speech/bowman20240625a.htm.

[528] Abha Bhattarai, "More of America's homeless are clocking into jobs each day," *The Washington Post*, July 28, 2024, https://www.washingtonpost.com/business/2024/07/28/homeless-lack-of-affordable-housing-economy/.

[529] Jon Kamp and Shannon Najmabadi, "More Americans Are Ending Up Homeless—at a Record Rate," *The Wall Street Journal,* August 14, 2023, https://www.wsj.com/articles/homelessness-increasing-united-states-housing-costs-e1990ac7.

[530] *See* "The Financial Costs of Mayorkas' Open Border," *Homeland Security Committee Events*, YouTube video, 1:25:29, September 20, 2023, https://www.youtube.com/live/49LVY4FL2xk?si=6nCZLQBpJytUlqG_&t=5129; and Adriana Pérez, "South Shore residents file lawsuit against city over plans to use high school as migrant shelter: 'We will fight as long as we need to,' one says.," *Chicago Tribune*, May 11, 2023, https://www.chicagotribune.com/news/breaking/ct-south-shore-migrants-shelter-lawsuit-20230512-mrrmkk24yjd2xp4c2q7ntgsz2u-story.html.

[531] Andrew Arthur, "Biden's Border Fiasco Costing Local Taxpayers Billions," *The Center for Immigration Studies*, May 4, 2023, https://cis.org/Arthur/Bidens-Border-Fiasco-Costing-Local-Taxpayers-Billions.

[532] Sahalie Donaldson, "Following the asylum-seeker odyssey: a timeline," *City & State New York*, June 11, 2024, https://www.cityandstateny.com/policy/2024/06/following-asylum-seeker-odyssey/382850/#.

[533] Luis Ferré-Sadurni, "Why N.Y.C. Hotel Rooms Are So Expensive Right Now," *The New York Times*, May 25, 2024, https://www.nytimes.com/2024/05/25/nyregion/hotels-prices-migrants-nyc.html.

[534] Jefferey Mays, "Mayor Adams Says Migrant Influx Will Cost New York City $12 Billion," *The New York Times,* August 9, 2023, https://www.nytimes.com/2023/08/09/nyregion/adams-nyc-migrants-cost.html.

[535] Emma G. Fitzsimmons, "*In Escalation, Adams Says Migrant Crisis 'Will Destroy New York City,'*" *The New York Times*, September 7, 2023, https://www.nytimes.com/2023/09/07/nyregion/adams-migrants-destroy-nyc.html.

HHS-PRWORA_000121



Texas."[536] He further stated, "[i]t's only been since [the Biden] administration has took [sic] over…where we have had this level of unprecedented migration to our cities from people who are relying on the city taxpayer to provide every resource available to them."[537] Those costs are being borne by some of the poorest neighborhoods in the city, per internal figures obtained by the New York Post. According to a resident in one of these areas, "[t]he [migrants] are taking over. They're taking over all the parking with their 8,000 scooters. They're disrespectful — peeing in front of everybody. We do that one time, and we're going to jail for a long time."[538]

Amidst proposed city budget cuts to help pay for these services, Andrew Ansbro, president of the Uniformed Firefighters Association of Greater New York, testified to the Committee in December 2023, "[t]hey are basically going to balance the budget on the backs of injured firefighters."[539] This warning proved to be a heartbreaking reality for the family of 36-year-old firefighter Derek Floyd, who died of a heart attack just a few months after he was laid off right before Christmas in 2023.[540] According to the New York Post, "Floyd had been just shy of vesting additional medical benefits for his family and more than $600,000 worth of death benefits when he was booted, leaving his family with nothing despite his years of service."[541]

***Chicago:*** The Windy City has spent more than $460 million since August 2022 on benefits and services for illegal aliens,[542] and despite maintaining a public dashboard listing expenditures, "many aspects of the migrant crisis remain shrouded in secrecy."[543] At one Chicago shelter, it cost taxpayers $38,000 per night to house 2,300 individuals.[544] Illegal aliens arriving in the city are even eligible for up to $15,000 in rental assistance.[545] Approximately $200 million of the city's projected $538-million 2024 budget deficit will come from providing these services.[546]



*Recently arrived inadmissible aliens reside in a shelter at Chicago's O'Hare International Airport in August 2023.*
*(Source: Armando L. Sanchez/Chicago Tribune)*

---

[536] "The Financial Costs of Mayorkas' Open Border," *Homeland Security Committee Events*, YouTube video, 35:02, September 20, 2023, https://www.youtube.com/live/49LVY4FL2xk?si=C57fi0XwiYIHe8Ea&t=2102.
[537] Ibid, 55:54, https://www.youtube.com/live/49LVY4FL2xk?si=jDbcMm2aekqMDzkh&t=3354.
[538] Rich Calder and Georgia Worrell, "NYC's poorest ZIP codes forced to bear brunt of migrant crisis, confidential docs reveal," *The New York Post*, July 7, 2024, https://nypost.com/2024/07/07/us-news/nycs-poorest-zip-codes-forced-to-bear-brunt-of-migrant-crisis-confidential-docs-reveal/.
[539] U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, "'Public Safety Crisis': New York First Responders, Official Testify to Strain On Emergency Management Resources Caused By Border Crisis," Press Release, December 5, 2023, https://homeland.house.gov/2023/12/06/public-safety-crisis-new-york-first-responders-official-testify-to-strain-on-emergency-management-resources-caused-by-border-crisis/.
[540] Craig McCarthy and Alex Oliveira, "NYC firefighter, 36, dies of heart attack after being fired to pay for migrants — leaving his family with nothing," *The New York Post*, April 28, 2024, https://nypost.com/2024/04/28/us-news/nyc-firefighter-dies-of-heart-attack-after-being-fired-to-pay-for-migrants-leaving-his-family-with-nothing/.
[541] Ibid.
[542] City of Chicago, *Cost Dashboard, Vendor Payments – New Arrivals Mission*, last modified August 9, 2024, https://www.chicago.gov/city/en/sites/texas-new-arrivals/home/cost-dashboard.html.
[543] Bennett Haeberle, Lisa Capitanini, and Nathan Halder, "Chicago's migrant website obscures details on where $300 million was spent," *NBC 5 Chicago*, March 25, 2024, https://www.nbcchicago.com/investigations/chicagos-migrant-website-obscures-details-on-where-300-million-was-spent/3392762/.
[544] Ibid.
[545] Illinois Housing Department Authority, *Request for Applications (RFA) Housing Stability Services (HSS) for the Asylum Seeker Emergency Assistance Program (ASERAP)*, February 2023, https://www.ihda.org/wp-content/uploads/2023/02/RFA_ASERAP_3.0_final-version_-2-2-2023.pdf.
[546] Heather Cherone, "Johnson Sets Aside $150M to Care for Migrants in 2024, Less Than Half of 2023 Costs," *WTTW*, October 12, 2023, https://news.wttw.com/2023/10/12/johnson-sets-aside-150m-care-migrants-2024-less-half-2023-costs.

HHS-PRWORA_000122



Case 1:25-cv-00345-MSM-PAS    Document 74-3    Filed 11/21/25    Page 124 of 137
PageID #: 2727

When she learned that her neighborhood park was being turned into a shelter for illegal aliens, 57-year-old West Side resident Cata Truss' reaction represented the frustration of many Chicagoans—"Are you freaking kidding me?"[547] Meanwhile, city figures showed that the number of homeless people on Jan. 25, 2024 (18,836), more than tripled compared to the same day the year prior (6,139), nearly 14,000 of whom were "new arrivals."[548]

**_Denver:_** In 2023, Denver spent $46 million on services for illegal aliens, most of it going to housing, with more than $5 million going toward 19,000 bus tickets to transport illegal aliens out of the city.[549] A spokesman for Denver Health Services has said, "[w]e say, 'where do you want to go?' and then we buy them a ticket, usually by bus, and get them on their way."[550] In April 2024, the city unveiled a roughly $90-million budget "to fund migrant aid and sheltering for the rest of the year," partly paid for by cuts to the fire department and law enforcement.[551]

Per one Colorado think tank, costs have ballooned to as much as $340 million since December 2022,[552] and "are not limited to Denver alone, but also have been absorbed by other neighboring metro communities."[553] Not content with these services, however, a group of illegal aliens in a street camp in Denver in April 2024 demanded the city provide benefits like "employment support" and "free immigration lawyer[s]" as their price for using city-provided shelters.[554]

**_Washington, D.C.:_** As of March 2024, the nation's capital had spent nearly $60 million to date on providing services like housing and food to more than 13,000 illegal aliens arriving from the Southwest border since April 2022.[555]

> **GEORGIA NEWS**
> # In Atlanta, long lines of migrants downtown reflect surge at border

**_Small-Town America:_** These devastating costs have not been confined to America's largest cities, however. Between 15,000-20,000 Haitians have arrived in Springfield, Ohio—a town of around 60,000 people—in just the past four years, "putting a significant strain on [city] resources and ability to provide ample housing for all of [the

---

[547] Olivia Reingold, "They're Black Democrats. And They're Suing Chicago Over Migrants.," *The Free Press*, January 23, 2024, https://www.thefp.com/p/black-democrats-sue-chicago.

[548] City of Chicago, *Point in Time (PIT) Count*, last accessed September 17, 2024, https://www.chicago.gov/city/en/depts/fss/provdrs/emerg/svcs/PITcount.html.

[549] Katie Parkins, "Denver mayor announces reduction in DMV and Parks & Rec. to offset migrant costs," *Denver 7 ABC*, February 9, 2024, https://www.denver7.com/news/front-range/denver/denver-mayor-announces-reduction-in-dmv-and-parks-rec-after-failure-of-bipartisan-congress-immigration-bill.

[550] Shaun Boyd, "Denver spends millions of dollars on plane, bus and train tickets for migrants to other cities," *CBS News Colorado*, November 6, 2023, https://www.cbsnews.com/colorado/news/denver-spends-millions-dollars-plane-bus-train-tickets-migrants/.

[551] Gabby Easterwood, "Denver introduces nearly $90M 'newcomer' budget plan for migrant aid," *KDVR Fox 31*, April 10, 2024, https://kdvr.com/news/local/denver-introduces-nearly-90m-newcomer-budget-plan-for-migrant-aid/.

[552] DJ Summers, "The Ongoing Costs of Denver Migrants," *Common Sense Institute*, May 30, 2024, https://commonsenseinstituteco.org/the-ongoing-costs-of-denver-migrants/.

[553] DJ Summers, "The Metro-Wide Accumulated Costs of Migrants," *Common Sense Institute*, March 20, 2024, https://commonsenseinstituteco.org/the-metro-wide-accumulated-costs-of-migrants/.

[554] Rogelio Mares, "Group of migrants sends list of demands to Denver's mayor," *KDVR Fox 31*, May 7, 2024, https://kdvr.com/news/local/group-of-migrants-send-denver-mayor-list-of-demands/.

[555] Antonio Olivo, "While bused migrants overwhelm other cities, D.C. scales back services," *The Washington Post*, March 12, 2024, https://www.washingtonpost.com/dc-md-va/2024/03/12/migrants-dc-border-crossings-lull/.

HHS-PRWORA_000123



city's] residents."[556] At least 1,000 illegal aliens arrived in Whitewater, Wisconsin—a town of around 15,000 people—between 2022-2023, forcing officials "to deal with the increasing strain on law enforcement resources, housing overcapacity, and the challenges associated with educating children with no formal background in schooling and often lacking basic English skills."[557] Sanford, Maine, which boasts a population of just 22,000 people, saw costs to care for illegal aliens roughly triple from what was budgeted for FY23, prompting one official to say, "[w]e're tapped. We're out. ... We've been overrun."[558] Carbondale, Colorado, home to around 6,000 people, sent a request to the state in December 2023 for roughly $220,000 to house around 100 newly arrived Venezuelans.[559] Ultimately, as one local New York official has noted, "[i]f [New York City] can be overwhelmed by a couple thousand migrants, imagine what a couple hundred can do to overwhelm a small rural community upstate?"[560]

### *Health Care Costs*

Uninsured illegal aliens also consume limited health care resources, leading to massive costs for taxpayers. For example, total Medicaid costs for "emergency services for undocumented aliens" in FY21 alone exceeded $7 billion and more than $5.4 billion in FY22,[561] compared to $1.6 billion in FY16.[562] Many costs often go unreimbursed, meaning providers pass them on to those with insurance.

Providers have been hit hard. For example, Yuma Regional Medical Hospital in Arizona incurred more than $26 million in unreimbursed costs from December 2021 to November 2022 alone.[563] In September 2023, Yuma County Supervisor Jonathan Lines told the Committee that the crisis was even forcing American citizens to drive hundreds of miles away to receive care: "I had several people tell me that they had to travel to San Diego or to Phoenix to deliver their baby or to have regular surgery that had been scheduled that had been put off. We had an 18-month period where it was almost impossible to go into the hospital... ."[564] In 2023, the Denver Health hospital system incurred $136 million in uncompensated costs, some of which were incurred from treating 8,000 illegal aliens, spread across approximately 20,000 visits—even reducing beds, canceling raises, and delaying renovations to cover costs.[565]

Two San Diego trauma centers have seen costs to provide care to illegal aliens injured trying to scale the border wall jump from $11 million between 2016-2019 to $72 million

---

[556] Thérèse Boudreaux, "Ohio city faces 'significant housing crisis' due to migrant flux," *The Center Square*, July 10, 2024, https://www.thecentersquare.com/ohio/article_cb6446c2-3ed8-11ef-919b-cbe9a1b1fdbb.html.
[557] The Institute for Reforming Government, "Immigration Crisis in Wisconsin," June 2024, 5, https://reforminggovernment.org/wp-content/uploads/2024/06/June-2024-Immigration-Crisis-in-Wisconsin.pdf.
[558] Edward Tomic, ""We've been overrun": Sanford City Officials Express Frustration Over Migrant Crisis at Emergency Meeting," *The Maine Wire*, May 23, 2023, https://www.themainewire.com/2023/05/weve-been-overrun-sanford-city-officials-express-frustration-over-migrant-crisis-at-emergency-meeting/.
[559] Andrea Teres-Martinez, "Carbondale confirms new shelters for Venezuelan migrants, acquires $200,000 grant," *The Post Independent*, December 27, 2023, https://www.postindependent.com/news/carbondale-confirms-new-shelters-for-venezuelan-migrants-acquires-200000-grant/.
[560] Bernadette Hogan, Jack Morphet, and Bruce Golding, "Tiny upstate town faced with NYC-like migrant influx: 'Won't take many to overwhelm the system,'" *The New York Post*, January 13, 2023, https://nypost.com/2023/01/13/tiny-upstate-new-york-town-faced-with-nyc-like-migrant-influx/.
[561] *See* Financial Management Report for FY 2021 and Financial Management Report for FY 2022, U.S. Department of Health and Human Services, Center for Medicaid and CHIP Services, *Expenditure Reports From MBES/CBES*, last accessed August 29, 2024, https://www.medicaid.gov/medicaid/financial-management/state-expenditure-reporting-for-medicaid-chip/expenditure-reports-mbescbes/index.html.
[562] Ibid, Financial Management Report for FY 2016.
[563] U.S. Congress, House of Representatives, Committee on Homeland Security, *Prepared Testimony of Robert J. Trenschel for Every State is a Border State: Examining Secretary Mayorkas' Border Crisis*, 118th Cong., 1st sess., February 28, 2023, 31-32, https://homeland.house.gov/wp-content/uploads/2023/08/2023-02-28-HRG-PressPacket.pdf.
[564] "The Financial Costs of Mayorkas' Open Border," *Homeland Security Committee Events*, YouTube video, 2:54:38, September 20, 2023, https://www.youtube.com/live/49LVY4FL2xk?si=5H74C_-j3DG0rytc&t=10478.
[565] Meg Wingerter, "Denver Health at "critical point" as migrant influx contributes to more than $130 million in uncompensated care," *The Denver Post*, January 16, 2024, https://www.denverpost.com/2024/01/16/denver-health-finances-budget-migrants-mental-health/.

HHS-PRWORA_000124


from 2020-June 2022. In 2022, "U.C. San Diego had to convert a postpartum unit into a ward for the border-wall casualties. Treating gravely injured migrants has affected care for the local population."[566]

## *Law Enforcement Costs*

State and local law enforcement have experienced the costs of dealing with increased illegal immigration more acutely than many in the Biden-Harris administration seem to comprehend. One study has estimated that total law enforcement expenditures associated with illegal aliens cost states around $22 billion in 2022.[567] Texas alone projects to spend more than $9 billion by the end of 2024 to secure its border through Operation Lone Star.[568] Numerous other states have stepped up to help secure America's borders, at immense cost to themselves.[569] Illegal aliens also frequently tie up first responder and law enforcement resources that would otherwise go to helping American citizens and other lawful residents.[570] Caudle told the Committee that 911 calls are "pretty prevalent," with illegal aliens sometimes calling because they are "frustrated that we aren't picking them up and transporting them fast enough…"[571]

## *Transportation Costs*

The Biden-Harris administration has also spent hundreds of millions of dollars transporting illegal aliens into the interior,[572] including on new contracts with private entities to do so.[573] It has also actively used charter and commercial flights to transport illegal aliens throughout the country.[574] In recent months, DHS has even been caught flying illegal aliens from overwhelmed Border Patrol facilities in California to Texas, at a cost of $80,000 per flight.[575] States have also spent tens of millions of dollars to transport illegal aliens out of their states.[576]

---

[566] Miriam Jordan, "Border Wall Falls Leave Migrants With Devastating — and Costly — Injuries," *The New York Times*, November 14, 2023, https://www.nytimes.com/2023/11/14/us/border-wall-migrant-injuries.html.

[567] "The Fiscal Burden of Illegal Immigration On United States Taxpayers 2023," *Federation for American Immigration Reform*, March 2023, 56, https://www.fairus.org/sites/default/files/2023-03/Fiscal%20Burden%20of%20Illegal%20Immigration%20on%20American%20Taxpayers%202023%20WEB_0.pdf.

[568] J. David Goodman, "Gov. Abbott's Policing of Texas Border Pushes Limits of State Power," *The New York Times*, July 26, 2023, https://www.nytimes.com/2023/07/26/us/texas-greg-abbott-border-migrants.html.

[569] *See* State of Florida, Office of the Governor, *Governor Ron DeSantis: 'Florida is Sending Help to Texas to Secure the Southern Border,'* May 16, 2023, https://www.flgov.com/2023/05/16/governor-ron-desantis-florida-is-sending-help-to-texas-to-secure-the-southern-border/; Greg Abbott [@GregAbbott_TX], "Tennessee Joins Idaho, Florida, and Nebraska in Support of Texas' Historic Border Mission. Thank You, @GovBillLee. Together, We Will Fill the Gaps Biden's Open Border Policies Created and Keep Americans Safe.," Tweet, *Twitter*, May 25, 2023, https://twitter.com/GregAbbott_TX/status/1661856812650446854; Summer Concepcion, "Four GOP Governors Send National Guard to the Southern Border," *NBC News*, May 31, 2023, https://www.nbcnews.com/politics/immigration/va-gov-glenn-youngkin-sends-national-guard-southern-border-rcna87048; and Misty Severi, "These are the states sending National Guard troops to southern border," *The Washington Examiner*, June 3, 2023, https://www.washingtonexaminer.com/policy/immigration/these-states-are-sending-national-guard-troops-us-southern-border; and State of New Hampshire, Office of the Governor, *Re: Request to Enter into an I.C.E. Delegation Agreement Pursuant to Section 287(g)*, March 13, 2023, https://www.governor.nh.gov/sites/g/files/ehbemt336/files/inline-documents/sonh/20230313123049.pdf.

[570] U.S. Congress, House of Representatives, Judiciary Committee, *Prepared Testimony of Leon N. Wilmot for The Biden Border Crisis: Part II*, 118th Cong., 1st sess., February 23, 2023, 3, https://judiciary.house.gov/sites/evo-subsites/republicans-judiciary.house.gov/files/evo-media-document/WilmotTestimony.pdf.

[571] Dustin Caudle, Transcribed Interview with the House Committee on Homeland Security, 101, September 28, 2023.

[572] John Binder, "Biden's Flights of Illegals into U.S. Cost Taxpayers $340M in 9 Months," *Breitbart*, February 1, 2022, https://www.breitbart.com/politics/2022/02/01/bidens-flights-of-illegal-aliens-into-u-s-cost-taxpayers-340m-in-9-months/.

[573] U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, *The Historic Dollar Costs of DHS Secretary Alejandro Mayorkas' Open-Borders Policies, Phase 4 Interim Report*, 118th Cong., 1st sess., November 13, 2023, 48, https://homeland.house.gov/wp-content/uploads/2023/11/Phase4Report.pdf.

[574] *See* Miranda Devine, et al., "Biden secretly flying underage migrants into NY in dead of night," *The New York Post*, October 18, 2021, https://nypost.com/2021/10/18/biden-secretly-flying-underage-migrants-into-ny-in-dead-of-night/; Miranda Devine, "'Betraying the American people': Leaked video reveals Joe Biden's 'hush hush' migrant invasion," *The New York Post*, January 26, 2022, https://nypost.com/2022/01/26/leaked-video-reveals-joe-bidens-hush-hush-migrant-invasion/; and James Varney, "'Ghost Flights': The Mystery of the Migrant Kids the Feds Are Spiriting into the U.S. Interior," *RealClearInvestigations*, February 10, 2022, https://www.realclearinvestigations.com/articles/2022/02/10/the_mystery_of_the_migrant_kids_the_feds_are_spiriting_into_the_us_interior_815986.html.

[575] Jennie Taer, "Biden admin flying migrants from overwhelmed California to Texas after Gov. Abbott's crackdown deterred crossings — at $80K per flight," *The New York Post*, July 15, 2024, https://nypost.com/2024/07/15/us-news/biden-admin-flying-migrants-from-overwhelmed-california-to-texas-after-gov-abbotts-crackdown-deterred-crossings/.

[576] *See* Kevin Ozebek and Sarah Rafique, "Texas private company paid $75 million in 1 year to bus migrants out of state, report shows," *ABC 13 Eyewitness News*, October 11, 2023, https://abc13.com/texas-bus-migrants-bussing-to-other-cities-wynne-transportation-sanctuary/13889625/; Jeremy Duda, "Arizona transports 26,000 asylum seekers under Hobbs," *Axios Phoenix*, November 17, 2023, https://www.axios.com/local/phoenix/2023/11/17/arizona-migrant-bus-transport-asylum-seekers-cost; and Joe Duhownik, "Arizona budget committee recommends $13 million to fund migrant transportation, prosecution," *Courthouse News Service*, January 30, 2024, https://www.courthousenews.com/arizona-budget-committee-recommends-13-million-to-fund-migrant-transportation-prosecution/.

HHS-PRWORA_000125



# PART 11: BORDER CRISIS LIES FROM THE BIDEN-HARRIS ADMINISTRATION

**Introduction:** The Biden-Harris administration's refusal to comply with and enforce U.S. laws has been catastrophic enough. Even more frustrating for millions of Americans are administration officials' consistent attempts to mislead the public about the crisis. Almost from day one, they have repeatedly misrepresented the truth about the unprecedented crisis and chaos at America's borders. The following are some of the most egregious falsehoods, many of which are also inconsistent with each other.

*__"The Border Is Secure:"__* Mayorkas has repeated this false claim, or variations on it, dozens of times. On March 1, 2021, he denied that there was even a crisis, but called it a "challenge…that we are managing."[577] He told a member of the Committee that the border was "no less secure than it was previously."[578] He even misled Congress when he falsely claimed to have "operational control" of the border, as defined by federal law[579]— a statement he tried to back away from just days later.[580] Harris said in September 2022 that the border was secure.[581]



**WATCH: Mayorkas Refuses to Tell Rep. Michael Guest How Many Daily Border Encounters Represents a "Bad Day"**

---

[577] The White House, "Press Briefing by Press Secretary Jen Psaki and Secretary of Homeland Security Alejandro Mayorkas," March 1, 2021, https://www.whitehouse.gov/briefing-room/press-briefings/2021/03/01/press-briefing-by-press-secretary-jen-psaki-and-secretary-of-homeland-security-alejandro-mayorkas/.
[578] U.S. Congress, House of Representatives, Committee on Homeland Security, Worldwide Threats To The Homeland: 20 Years After 9/11, 117th Cong., 1st sess., September 22, 2021, 64, https://www.congress.gov/117/chrg/CHRG-117hhrg46377/CHRG-117hhrg46377.pdf.
[579] "'I Know It's True, You Know It's True!': Sparks Fly Between Chip Roy & Mayorkas," *Forbes Breaking News,* YouTube video, May 1, 2022, https://www.youtube.com/watch?v=sH1-Q2frimk.
[580] U.S. Congress, Senate, Committee on Homeland Security and Governmental Affairs, *Resources and Authorities Needed to Protect and Secure the Homeland,* 117th Cong., 2nd sess., 1:21:10, May 4, 2022, https://www.hsgac.senate.gov/hearings/05-04-2022-resources-and-authorities-needed-to-protect-and-secure-the-homeland/.
[581] "Vice President Kamala Harris under fire for saying 'the border is secure,'" *The National Desk*, September 13, 2022, https://cbsaustin.com/news/nation-world/vice-president-kamal-harris-under-fire-for-saying-the-border-is-secure-mark-morgan-united-states-customs-order-protection-immigration-migrants-joe-biden.

HHS-PRWORA_000126



# PART 11: BORDER CRISIS LIES FROM THE BIDEN-HARRIS ADMINISTRATION

**_"The Biden-Harris Administration Cannot Fix the Crisis:"_** On Jan. 30, 2024, Biden denied that he had executive authority to respond to the very crisis that exploded on his watch, telling reporters, "I've done all I can do. Just give me the power."[582] This was belied by his later issuing executive orders in response to the crisis, indicating that he clearly understood he did have authority to act. Just after the order was announced, Mayorkas' department tweeted, "[o]nly Congress can provide an enduring solution to our broken immigration system,"[583] an excuse Mayorkas has made frequently.[584] Part Two of this report makes evident that Congress has passed numerous border security laws—which are distinct from laws regarding the broader legal immigration system— and they work well when enforced. The Biden-Harris administration's blame-shifting is just political gamesmanship.

**_The Biden-Harris Administration Has "Effectively Managed" the Crisis:_**
Biden claimed in 2022, "we have a process in place to manage migrants at the border."[585] Mayorkas testified three times to Congress in 2022 that DHS had "effectively managed" the chaos at the border,[586] and told CNN in January 2023 that the border had been "managed in an orderly way."[587] Jen Psaki, the former White House press secretary, claimed on May 4, 2021, that the Biden-Harris administration was "building a fair, orderly, and humane immigration system… ."[588] If the last several years represent Biden and Harris' definition of "orderly" and "effective," one would shudder to think how they define "disorder."

**_"DHS Is Enforcing the Law Against Illegal Aliens:"_** Mayorkas, in particular, has often hidden behind tough-sounding phrases and talking points, such as contending that DHS is placing illegal aliens without valid asylum claims into "immigration enforcement proceedings," thinking most Americans will assume that means they will be promptly removed.[589] He has claimed, "[p]eople who cross our border unlawfully and without a legal basis to remain will be promptly processed and removed."[590] Nothing is further from the truth. The figures and accounts documented throughout this report make clear that this is all a lie.

---

[582] The White House, "Remarks by President Biden Before Marine One Departure," January 30, 2024, https://www.whitehouse.gov/briefing-room/speeches-remarks/2024/01/30/remarks-by-president-biden-before-marine-one-departure-43/.

[583] Homeland Security [@DHSgov], "Only Congress can provide an enduring solution to our broken immigration system, which is legislation. @POTUS has taken action within his lawful authorities to address high border encounters. @SecMayorkas joined @MSNBC to discuss," Tweet, _Twitter_, June 5, 2024, https://x.com/DHSgov/status/1798473188143190099.

[584] _See_ U.S. Congress, House of Representatives, Committee on Homeland Security, _A Review of the Fiscal Year 2023 Budget Request for the Department of Homeland Security_, 117th Cong., 2nd sess., April 27, 2022, 12, https://www.congress.gov/117/chrg/CHRG-117hhrg48215/CHRG-117hhrg48215.pdf; and Summer Concepcion and Alexandra Marquez, "Alejandro Mayorkas on border: 'We don't bear responsibility for a broken system,'" _NBC News_, February 11, 2024, https://www.nbcnews.com/politics/immigration/alejandro-mayorkas-border-dont-bear-responsibility-broken-system-rcna138268.

[585] The White House, "Remarks by President Biden at the 45th Congressional Hispanic Caucus Institute Gala to Kick Off Hispanic Heritage Month," September 15, 2022, https://www.whitehouse.gov/briefing-room/speeches-remarks/2022/09/16/remarks-by-president-biden-at-the-45th-congressional-hispanic-caucus-institute-gala-to-kick-off-hispanic-heritage-month.

[586] _See_ U.S. Congress, House of Representatives, Committee on Homeland Security, A Review of the Fiscal Year 2023 Budget Request for the Department of Homeland Security, 117th Cong., 2nd sess., April 27, 2022, 12, https://www.congress.gov/117/chrg/CHRG-117hhrg48215/CHRG-117hhrg48215.pdf; U.S. Congress, House of Representatives, Committee on the Judiciary, Oversight of the Department of Homeland Security, 117th Cong., 2nd sess., April 28, 2022, 11, https://www.congress.gov/117/chrg/CHRG-117hhrg49702/CHRG-117hhrg49702.pdf; and "A Review of the President's Fiscal Year 2023 Funding Request for the U.S. Department of Homeland Security," U.S. Senate Committee on Appropriations video, 35:00, May 4, 2022, https://www.appropriations.senate.gov/hearings/a-review-of-the-presidents-fiscal-year-2023-funding-request-for-the-us-department-of-homeland-security.

[587] Zachary Leeman, "CNN's Poppy Harlow Pushes Mayorkas After He Touts Border Successes: 'If That's Not a Crisis, Secretary, What Is?,'" _Mediaite_, January 6, 2023, https://www.mediaite.com/tv/cnns-poppy-harlow-pushes-mayorkas-after-he-touts-border-successes-if-thats-not-a-crisis-secretary-what-is/.

[588] The White House, "Press Briefing by Press Secretary Jen Psaki," May 4, 2021, https://www.whitehouse.gov/briefing-room/press-briefings/2021/05/04/press-briefing-by-press-secretary-jen-psaki-may-4-2021/.

[589] _See_ Callie Patteson, "DHS Secretary Alejandro Mayorkas Says 'Borders Are Not Open,'" _The New York Post_, September 20, 2021, https://nypost.com/2021/09/20/dhs-secretary-alejandro-mayorkas-says-borders-are-not-open/; and Glenn Kessler, " Mayorkas's Claim That Undocumented Immigrants Are 'Promptly Removed,'" _The Washington Post_, May 5, 2022, https://www.washingtonpost.com/politics/2022/05/05/mayorkass-claim-that-undocumented-immigrants-are-promptly-removed/.

[590] The White House, "Press Briefing by Press Secretary Karine Jean-Pierre and Secretary of Homeland Security Alejandro Mayorkas," May 11, 2023, https://www.whitehouse.gov/briefing-room/press-briefings/2023/05/11/press-briefing-by-press-secretary-karine-jean-pierre-and-secretary-of-homeland-security-alejandro-mayorkas/.

HHS-PRWORA_000127



# PART 11: BORDER CRISIS LIES FROM THE BIDEN-HARRIS ADMINISTRATION

Former Acting Secretary Wolf said Mayorkas "uses terms like these…to try to explain away what's going on along that border."[591] In actuality, such proceedings often take years to adjudicate, increasingly so given the backlog created under this administration. Meanwhile, these millions of individuals are released to roam free. While some are removed, certainly, Biden, Harris, and Mayorkas' policies are a wholesale departure from bipartisan precedent on border enforcement. This falsehood is meant to distract from that fact.

***"The Trump Administration 'Dismantled' the Immigration and Asylum System:"*** The Biden-Harris administration is fond of declaring that the previous administration "gutted" or "dismantled" the immigration system. The numbers show that this is little more than a severe case of projection. For starters, consider that the Trump administration granted more asylum claims in 2019 alone—46,508—than the final four years of Biden's vice presidency.[592] By contrast, Biden, Harris, and Mayorkas have overseen a dramatic increase in the asylum claims backlog. Through the second quarter of FY21, the majority of which constituted the first months of the Biden-Harris administration, pending asylum claims, as well as those for a similar form of relief known as "withholding of removal," totaled 398,928.[593] By the second quarter of FY24, the backlog had skyrocketed to 1.18 million.[594]

One recent shocking report showed that since 2022, the Biden-Harris administration has simply terminated more than 350,000 cases, allowing illegal aliens to remain in the country indefinitely, with no oversight—effectively granting them "mass amnesty."[595] In FY19, this number was just 4,746.[596]

The backlog has gotten so bad that numerous illegal aliens are being given court dates years in the future, as far out as April 2027,[597] and even 2032 and 2035.[598] Councilman Borelli quipped in September 2023, "[w]e have seen people with 2033 court dates, meaning the lawyers are probably at Little League tonight. That'll be their attorney in that case in 10 years."[599]

Meanwhile, as of mid-summer 2024, inadmissible aliens seeking employment authorization after being paroled were having their cases adjudicated in less than a month.[600] These and other backlogs have no doubt been exacerbated by the administration forcing USCIS personnel to assist with operations at the border instead

---

[591] "Open Borders, Closed Case: Secretary Mayorkas' Dereliction of Duty on the Border Crisis," *Homeland Security Committee Events*, YouTube video, 2:55:15, June 14, 2023, https://www.youtube.com/watch?v=0gjm6jzYHqw&t=10515s.

[592] U.S. Department of Homeland Security, News, Table 16. Individuals Granted Asylum Affirmatively or Defensively: Fiscal Years 1990 to 2019, December 14, 2022, https://www.dhs.gov/immigration-statistics/yearbook/2019/table16.

[593] U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, *Number of Service wide Forms By Quarter, Form Status, and Processing Time, Fiscal Year 2021*, https://www.uscis.gov/sites/default/files/document/reports/Quarterly_All_Forms_FY2021Q2.pdf.

[594] U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, *Number of Service-wide Forms By Quarter, Form Status, and Processing Time, January 1, 2024 – March 31, 2024*, https://www.uscis.gov/sites/default/files/document/reports/quarterly_all_forms_fy2024_q2.xlsx.

[595] Jennie Taer, "Biden admin offers 'mass amnesty' to migrants as it quietly terminates 350,000 asylum cases: sources," *The New York Post*, June 2, 2024, https://nypost.com/2024/06/02/us-news/biden-admin-offers-mass-amnesty-to-migrants-as-it-quietly-terminates-350000-asylum-cases-sources/.

[596] Ibid.

[597] Kaelan Deese [@KaelanDC], "Speaking to immigrants in the streets of Brownsville this afternoon. This man from Venezuela was given a date to appear in court for April 2027. #Immigration #BrownsvilleTX #migrants," Tweet, *Twitter*, May 13, 2023, https://twitter.com/KaelanDC/status/1657471382349807617.

[598] Valentina Jaramillo and Stephanie Pagones, "Migrants allowed into US as asylum seekers given immigration court dates into year 2035," *The New York Post*, May 11, 2023, https://nypost.com/2023/05/11/migrants-admitted-to-us-given-2035-immigration-court-dates/.

[599] "The Financial Costs of Mayorkas' Open Border," *Homeland Security Committee Events*, YouTube video, 1:08:09, September 20, 2023, https://www.youtube.com/live/49LVY4FL2xk?si=xjZv92FGKSQ3QEam&t=4089.

[600] U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, *Historical National Median Processing Time (in Months) for All USCIS Offices for Select Forms By Fiscal Year*, last accessed August 29, 2024, https://egov.uscis.gov/processing-times/historic-pt.

HHS-PRWORA_000128



Case 1:25-cv-00345-MSM-BAS    Document 74-3    Filed 11/21/25    Page 130 of 137
PageID #: 2733

of handling these claims.[601] Under Biden and Harris, "[e]ntering the 'right way' is for suckers," according to one former immigration judge.[602]

***Blaming Everyone and Everything but Their Own Policies:*** "I am President of the United States of America, and the buck stops with me," Biden told the country in August 2021, amidst the disastrous withdrawal from Afghanistan.[603] However, just as he refused to truly accept responsibility for that debacle, so too has his administration refused to take ownership of the unprecedented crisis it created. Mayorkas, in particular, has blamed the crisis on "extreme weather events,"[604] COVID-19,[605] and general poverty, violence, and corruption[606]—excuses that all fall apart on close scrutiny. Biden falsely claimed in 2021 that the massive surge mere weeks into his presidency was simply seasonal.[607] Mayorkas has flat out denied any suggestion that the administration's policies have contributed at all to the chaos.[608]

---

[601] Stephen Dinan, "DHS orders employees to drop regular duties, shift to coming border surge," *The Washington Times,* May 2, 2023, https://www.washingtontimes.com/news/2023/may/2/dhs-will-slow-legal-immigration-work-to-handle-bor/.

[602] Andrew Arthur, "Legal immigrants are being hurt the most by Biden's policies," *The New York Post*, May 10, 2024, https://nypost.com/2024/05/10/opinion/legal-immigrants-are-being-hurt-the-most-by-bidens-policies/.

[603] The White House, "Remarks by President Biden on Afghanistan," August 16, 2021, https://www.whitehouse.gov/briefing-room/speeches-remarks/2021/08/16/remarks-by-president-biden-on-afghanistan/.

[604] "Mayorkas: US Immigration System Is 'Completely Broken,'" *CNN*, 1:05, March 8, 2023, https://www.cnn.com/videos/tv/2023/03/08/amanpour-alejandro-mayorkas.cnn.

[605] U.S. Department of Homeland Security, News, *Secretary Mayorkas Delivers Remarks in Brownsville, Texas*, August 12, 2021, https://www.dhs.gov/news/2021/08/12/secretary-mayorkas-delivers-remarks-brownsville-texas.

[606] Ibid.

[607] The White House, "Remarks by President Biden in Press Conference," March 25, 2021, https://www.whitehouse.gov/briefing-room/speeches-remarks/2021/03/25/remarks-by-president-biden-in-press-conference/.

[608] U.S. Congress, House of Representatives, Committee on the Judiciary, *Oversight of the Department of Homeland Security*, 117th Cong., 2nd sess., April 28, 2022, 73, https://www.congress.gov/117/chrg/CHRG-117hhrg49702/CHRG-117hhrg49702.pdf.

HHS-PRWORA_000129



Case 1:25-cv-00645-MSM-PAS    Document 74-3    Filed 11/21/25    Page 131 of 137
PageID #: 2734

**Introduction:** While the Biden-Harris administration and its Democrat enablers in Congress are the arsonists in this crisis, House Republicans have been trying to put out the fire and ensure accountability for this crisis. The legislative record makes that clear.

***Policy Responses:*** One of the first significant attempts to address the crisis by House Republicans in the 118th Congress was to pass major border-security legislation. H.R. 2, the "Secure the Border Act,"[609] closed various loopholes in the asylum process currently being exploited to an unprecedented degree, prohibited the Biden-Harris administration from using mass parole to release inadmissible aliens into the interior, restarted construction of new border wall system, cut off federal funding to NGOs who have helped facilitate the crisis, and instituted a nationwide E-Verify system.[610] It passed the House in May 2023, with Democrats unanimously voting against it.[611] To this day, the bill awaits a vote in the Senate, almost 18 months later, and Biden has vowed to veto it.[612]

> ## Biden dismisses GOP border security bill as too tough on illegal immigrants, says he'll veto

Democrats' opposition to common sense solutions did not stop there. Over the next year, House Republicans proposed bills that would make assaulting law enforcement officers a deportable offense,[613] prohibit federal funds from being used to house illegal aliens in schools,[614] make Social Security or identity fraud grounds for removal,[615] make conviction for DUI grounds for deportation,[616] empower DHS to detain illegal aliens arrested for "burglary, theft, larceny, or shoplifting," and allow the states to sue the federal government "for alleged failures related to immigration enforcement."[617] The vast majority of House Democrats have opposed them all,[618] and the Senate has refused to consider any of them.

What the Senate *did* try to force on the American people, however, was an ill-advised bill negotiated at the eleventh hour of Biden's presidency by the White House, Mayorkas, Senate Democrats, and one Republican senator. Unfortunately, the bill would only have perpetuated the crisis. Former senior DHS officials have noted the bill would have done the following:

---

[609] "The Secure the Border Act," H.R. 2, 118th Cong., 1st sess. (2023).

[610] Lora Ries and R.J. Hauman, "Incoming Speaker and House Republicans Cannot Squander Another Opportunity to End the Biden Border Crisis," *The Heritage Foundation*, October 24, 2023, https://www.heritage.org/immigration/report/incoming-speaker-and-house-republicans-cannot-squander-another-opportunity-end.

[611] Office of the Clerk, Roll Call 209, "The Secure the Border Act," H.R. 2, 118th Cong., 1st sess., https://clerk.house.gov/Votes/2023209.

[612] Stephen Dinan, "Biden dismisses GOP border security bill as too tough on illegal immigrants, says he'll veto," *The Washington Times*, May 8, 2023, https://www.washingtontimes.com/news/2023/may/8/biden-says-hell-veto-republicans-border-security-b/.

[613] "The POLICE Act of 2023," H.R. 2494, 118th Cong., 1st sess. (2023).

[614] "The Schools Not Shelters Act," H.R. 3941, 118th Cong., 1st sess. (2023).

[615] "The Consequences for Social Security Fraud Act," H.R. 6678, 118th Cong., 2nd sess. (2024).

[616] "The Protect Our Communities from DUIs Act," H.R. 6976, 118th Cong., 2nd sess. (2024).

[617] "The Laken Riley Act," H.R. 7511, 118th Cong., 2nd sess. (2024).

[618] *See* Office of the Clerk, Roll Call 225, "The POLICE Act of 2023," H.R. 2494, 118th Cong., 1st sess., https://clerk.house.gov/Votes/2023225; Office of the Clerk, Roll Call 340, "The Schools Not Shelters Act," H.R. 3941, 118th Cong., 1st sess., https://clerk.house.gov/Votes/2023340; Office of the Clerk, Roll Call 27, "The Consequences for Social Security Fraud Act," H.R. 6678, 118th Cong., 2nd sess., https://clerk.house.gov/Votes/202427; Office of the Clerk, Roll Call 31, "The Protect Our Communities from DUIs Act," H.R. 6976, 118th Cong., 2nd sess., https://clerk.house.gov/Votes/202431; and Office of the Clerk, Roll Call 66, "The Laken Riley Act," H.R. 7511, 118th Cong., 2nd sess., https://clerk.house.gov/Votes/202466.

HHS-PRWORA_000130



Case 1:25-cv-00645-MSM-PAS    Document 74-3    Filed 11/21/25    Page 132 of 137
PageID #: 2735

- Effectively legitimized crisis levels of illegal crossings by giving the president authority to immediately expel illegal aliens *only when* encounters exceeded 5,000 a day for at least a week—not counting UACs, parolees, and those claiming credible fear or who had already traveled beyond 100 miles from the border;
- Mandated mass releases by changing the law requiring detention of inadmissible aliens to require "noncustodial detention" instead;
- Expanded the definition of parole to apply to far more inadmissible aliens;
- Taken asylum claim adjudication authority away from immigration judges;
- Broken with precedent, requiring taxpayer-funded lawyers for younger UACs;
- Made various, harmful changes to the legal immigration system.[619]

Indeed, while Democrats in Washington continue to oppose commonsense solutions to this unprecedented crisis, the Biden-Harris administration has also taken legal action against states like Texas to keep them from securing their own borders. Most notably, in January of this year, the administration sued to prevent Texas from enforcing Senate Bill 4, which would empower Texas law enforcement to arrest and remove those apprehended illegally entering the state[620]—something DHS under the Biden-Harris administration often refuses to do.



**_Funding:_** From a fiscal standpoint, there has also been a clear difference between House Republicans and the Biden-Harris administration. Specifically, the administration has repeatedly attempted to cut vital funding for DHS law enforcement, while Republicans have increased it.

For example, despite the escalating numbers at the border, President Biden's FY24 budget request cut CBP's "border security operations" funding by several hundred million dollars, and proposed a reduction of CBP's overall budget by more than $1 billion.[621] Meanwhile, in the same budget, DHS requested just $3.8 billion for ICE's Enforcement and Removal Operations (ERO), a nearly $700-million cut from what Congress enacted in FY23.[622] In their FY24 DHS appropriations bill, House Republicans allocated billions more dollars for border security operations than were requested by the

---

[619] Lora Ries, et. al., "The Senate Border Bill Is a Disaster for Border Security," *The Heritage Foundation*, February 5, 2024, https://www.heritage.org/homeland-security/report/the-senate-border-bill-disaster-border-security.

[620] Hayden Sparks, "Biden-Harris administration Sues Texas to Stop Enforcement of State Law Criminalizing Illegal Immigration," *The Texan*, January 4, 2024, https://thetexan.news/issues/immigration-border-issues/biden-administration-sues-texas-to-stop-enforcement-of-state-law-criminalizing-illegal-immigration/article_a0995eb2-ab19-11ee-9cca-8ff22e92f74e.html.

[621] U.S. Department of Homeland Security, U.S. Customs and Border Protection, *Budget Overview: Fiscal Year 2024 Congressional Justification*, March 1, 2023, 6-8, https://www.dhs.gov/sites/default/files/2023-03/U.S.%20CUSTOMS%20AND%20BORDER%20PROTECTION_Remediated.pdf.

[622] U.S. Department of Homeland Security, U.S. Customs and Immigration Enforcement, *Budget Overview: Fiscal Year 2024 Congressional Justification*, March 1, 2023, 5-6, https://www.dhs.gov/sites/default/files/2023-03/U.S%20IMMIGRATION%20AND%20CUSTOMS%20ENFORCEMENT_Remediated.pdf.

HHS-PRWORA_000131



Case 1:25-cv-00645-MSM-PAS    Document 74-3    Filed 11/21/25    Page 133 of 137 PageID #: 2736

Biden-Harris administration.[623] In H.R. 2, Republicans also funded a Border Patrol force of roughly 22,000 agents, an increase of roughly 3,000 above current levels and the number senior leaders have said they need; comparatively, the administration's 2023 supplemental spending request only asked to fund around 1,300 agents.[624]

Meanwhile, the Biden-Harris administration has requested more taxpayer money to facilitate the crisis it has created, while simply better managing the terrible optics it poses. For example, in its FY24 budget request, DHS asked for $165 million to construct a new Joint Processing Center at the Southwest border,[625] to allow CBP to process and release illegal aliens more quickly into the interior of the United States, or as DHS framed it, "yield processing efficiencies."[626] Border Patrol sources have said that other "soft-sided processing facilities" that have "popped up all across the southern border" cost $100 million per month to operate.[627] In



*Despite a record-breaking number of monthly encounters in December 2023, the Biden-Harris administration has only doubled down on its unlawful policies in the months since. (Source: John Moore/Getty Images)*

its FY25 budget, the Biden-Harris administration requested an astounding $4.7 billion to operate an effectively off-book slush fund to pay for more processing capacity, transportation of illegal aliens, and money to NGOs and local jurisdictions.[628]

Biden has previously said, "[m]y father had an expression: 'Don't tell me what you value. Show me your budget—and I'll tell you what you value.'"[629] Unfortunately, recent budgets indicate the Biden-Harris administration simply does not value border security or immigration enforcement.

***Accountability:*** In spring 2023, the Committee launched a comprehensive, five-phase investigation into the causes, costs, and consequences of the historic crisis. Over the course of the year, the Committee conducted 10 full and subcommittee hearings, gathering testimony from dozens of witnesses. The Committee, along with the House Committee on Oversight and Accountability, also conducted transcribed interviews with chief and deputy chief patrol agents responsible for the Border Patrol's Southwest

---

[623] U.S. Congress, House of Representatives, Committee on Appropriations, Majority, "Fiscal Year 2024 Homeland Security Appropriations Bill," Bill Summary, 118th Cong., 1st sess., September 28, 2023, https://appropriations.house.gov/sites/evo-subsites/republicans-appropriations.house.gov/files/FY24%20Homeland%20Security%20-%20Bill%20Summary%20Updated%209.28.23.pdf.

[624] U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, "Chairman Green Op-Ed on Border Spending Package: 'Not Another Dime For DHS Until We Get Real Border Policy Changes'" Press Release, 118th Cong., 1st sess., December 7, 2023, https://homeland.house.gov/2023/12/07/chairman-green-op-ed-on-border-spending-package-not-another-dime-for-dhs-until-we-get-real-border-policy-changes/.

[625] U.S. Department of Homeland Security, *FY 2024 Budget in Brief*, March 27, 2023, 21, https://www.dhs.gov/sites/default/files/2023-03/DHS%20FY%202024%20BUDGET%20IN%20BRIEF%20%28BIB%29_Remediated.pdf.

[626] Ibid.

[627] Ali Bradley, "How much is the migrant crisis costing American taxpayers?," *NewsNation*, November 7, 2023, https://www.newsnationnow.com/us-news/immigration/migrant-crisis-costing-american-taxpayers/.

[628] U.S. Department of Homeland Security, *FY 2025 Budget in Brief*, March 11, 2024, 10, https://www.dhs.gov/sites/default/files/2024-03/2024_0311_fy_2025_budget_in_brief.pdf.

[629] President Biden [POTUS], "My father had an expression: "Don't tell me what you value. Show me your budget—and I'll tell you what you value." The budget I'm releasing today sends a clear message that we value fiscal responsibility, safety and security, and the investments needed to build a better America.," Tweet, *Twitter*, March 28, 2022, https://x.com/POTUS/status/1508530790249947147.

HHS-PRWORA_000132



Case 1:25-cv-00645-MSM-PAS    Document 74-3    Filed 11/21/25    Page 134 of 137
PageID #: 2737

border sectors. At the conclusion of each phase, the Committee released in-depth reports of its findings—nearly 400 pages in total.[630]

The comprehensive, thorough, and fair investigation ultimately found, in particular, that Mayorkas' efforts to turn Biden and Harris' open-borders directives into reality had contributed to the unprecedented crisis at America's borders and in the homeland. In January 2024, the Committee, as the committee of jurisdiction for DHS, initiated impeachment proceedings against Mayorkas,[631] and later that month, voted to advance articles of impeachment to the full House.[632] On Feb. 13, 2024, the House voted to impeach Mayorkas for high crimes and misdemeanors,[633] the first impeachment of a sitting Cabinet official in American history. However, the Democrat-led Senate refused to fulfill its constitutional duty and even hold an impeachment trial—the first time in U.S. history the Senate failed to hold such a trial when given the opportunity.[634]

Despite this historic rebuke, Biden, Harris, and Mayorkas have shown no contrition for their actions, or any willingness to reverse course on their open-borders agenda.



---

[630] *See* U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, DHS Secretary Alejandro Mayorkas' Dereliction of Duty, Phase 1 Interim Report, 118th Cong., 1st sess., July 19, 2023, https://homeland.house.gov/wp-content/uploads/2023/07/Phase-One-Report.pdf; U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, *DHS Secretary Alejandro Mayorkas Has Emboldened Cartels, Criminals, and America's Enemies, Phase 2 Interim Report*, 118th Cong., 1st sess., September 7, 2023, https://homeland.house.gov/wp-content/uploads/2023/09/09.07-Phase-2-Final.pdf; U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, *The Devastating Human Costs of DHS Secretary Alejandro Mayorkas' Open-Borders Policies, Phase 3 Interim Report*, 118th Cong., 1st sess., October 10, 2023, https://homeland.house.gov/wp-content/uploads/2023/10/Phase-3-Report.pdf; U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, *The Historic Dollar Costs of DHS Secretary Alejandro Mayorkas' Open-Borders Policies, Phase 4 Interim Report*, 118th Cong., 1st sess., November 13, 2023, https://homeland.house.gov/wp-content/uploads/2023/11/Phase4Report.pdf; U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, *The Massive Waste and Abuse Enabled by DHS Secretary Alejandro Mayorkas, Phase 5 Interim Report*, 118th Cong., 1st sess., December 21, 2023, https://homeland.house.gov/wp-content/uploads/2023/12/Phase-5.pdf; and U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, *Appendix: First-Hand Accounts of the Crisis from Border Patrol Sector Chiefs*, 118th Cong., 1st sess., December 21, 2023, https://homeland.house.gov/wp-content/uploads/2023/12/TI-Appendix.pdf.

[631] U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, "Media Advisory: Chairman Green Announces First Hearing as Part of Impeachment Proceedings Against DHS Secretary Mayorkas," Press Release, 118th Cong., 2nd sess., January 3, 2024, https://homeland.house.gov/2024/01/03/media-advisory-chairman-green-announces-first-hearing-as-part-of-impeachment-proceedings-against-dhs-secretary-mayorkas/.

[632] U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, "Chairman Green on Homeland Security Committee Approving Mayorkas Impeachment Articles: 'Congress Must Finally Hold This Man Accountable,'" Press Release, 118th Cong., 2nd sess., January 31, 2024, https://homeland.house.gov/2024/01/31/chairman-green-on-homeland-security-committee-approving-mayorkas-impeachment-articles-congress-must-finally-hold-this-man-accountable/.

[633] U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, "Chairman Green on the Impeachment Of DHS Secretary Mayorkas: Congress Has Taken Decisive Action to 'Defend Our Constitutional Order,'" Press Release, 118th Cong., 2nd sess., February 13, 2024, https://homeland.house.gov/2024/02/13/chairman-green-on-the-impeachment-of-dhs-secretary-mayorkas-congress-has-taken-decisive-action-to-defend-our-constitutional-order/.

[634] U.S. Congress, House of Representatives, Committee on Homeland Security, Majority, "Chairman Green on Democrat-Led Senate Refusing to Hold Mayorkas Impeachment Trial: Senate, Like Secretary Mayorkas, Has Failed Its Constitutional Duty," Press Release, 118th Cong., 2nd sess., April 17, 2024, https://homeland.house.gov/2024/04/17/chairman-green-on-democrat-led-senate-refusing-to-hold-mayorkas-impeachment-trial-senate-like-secretary-mayorkas-has-failed-its-constitutional-duty/.

HHS-PRWORA_000133



# PART 13: EXAMINING THE RECORD OF "BORDER CZAR" KAMALA HARRIS

**Introduction:** On March 24, 2021, Biden announced that he was tapping Harris to "lead our efforts" in working with Mexico and Central America to stem the flow of historic numbers of would-be illegal border crossers to the Southwest border.[635] At the time, some in the media gave Harris the title of "border czar,"[636] with the Washington Post even reporting that she would have "the lead role on the overall border and regional issue,"[637] and the Associated Press running a piece titled, "Biden taps VP Harris to lead response to border challenges."[638]

However, despite the fanfare that accompanied being given responsibility for this all-important issue, Harris utterly failed to deliver any solutions to the border crisis her own policies and statements helped create. A careful look at her track record reveals why putting her, of all officials, in charge of the border crisis was the height of foolishness.



**WATCH: "Border Czar" Harris' Irresponsible Rhetoric on Border Security**

In 2018, then-Senator Harris advocated abolishing ICE, saying "we need to probably think about starting from scratch."[639] She also advocated doing away with private ICE detention facilities,[640] and boasted about introducing legislation to reduce the number of ICE detention beds.[641] She called construction of new border wall system, a move supported by the overwhelming majority of Border Patrol agents, "a stupid use of money"[642] and a "vanity project."[643] During one 2018 Senate hearing, she even compared ICE agents to the Ku Klux Klan.[644]

---

[635] The White House, "Remarks by President Biden and Vice President Harris in a Meeting on Immigration," March 24, 2021, https://www.whitehouse.gov/briefing-room/speeches-remarks/2021/03/24/remarks-by-president-biden-and-vice-president-harris-in-a-meeting-on-immigration/.

[636] Shawna Chen, "Harris to visit Mexico and Guatemala to address 'root causes' of border crossings," *Axios*, April 14, 2021, https://www.axios.com/2021/04/14/harris-immigration-visit-mexico-guatemala.

[637] Anne Gearan, Nick Miroff, and Karen DeYoung, "White House border coordinator to step down soon," *The Washington Post*, April 9, 2021, https://www.washingtonpost.com/politics/roberta-jacobson-border-coordinator-leaves/2021/04/09/e2fe3a14-9971-11eb-962b-78c1d8228819_story.html.

[638] Jonathan Lemire, et. al., "Biden taps VP Harris to lead response to border challenges," *The Associated Press*, March 24, 2021, https://apnews.com/general-news-3400f56255e000547d1ca3ce1aa6b8e9.

[639] Naomi Lim, "Kamala Harris: ICE should be reassessed 'from scratch,'" *The Washington Examiner*, June 25, 2018, https://www.washingtonexaminer.com/news/109823/kamala-harris-ice-should-be-reassessed-from-scratch/.

[640] Kamala Harris [@KamalaHarris], "Private prisons literally incentivize making money off of incarcerating human beings. No wonder ICE officials are bought in. On day 1, my Administration will shut down all government contracts with private prisons.," Tweet, *Twitter*, November 27, 2019, https://x.com/KamalaHarris/status/1199826489379840002.

[641] Kamala Harris [@KamalaHarris], "The WH wants to pour billions of dollars into ICE's detention facilities, despite reports of rampant abuse and negligence. I've put forward legislation to prohibit the expansion or construction of new facilities and reduce the number of detention beds.," Tweet, *Twitter*, June 14, 2018, https://x.com/KamalaHarris/status/1007323293634957315.

[642] Kamala Harris [@KamalaHarris], "Trump's border wall is just a stupid use of money. I will block any funding for it.," Tweet, *Twitter*, April 21, 2017, https://x.com/KamalaHarris/status/855559494637674496.

[643] Adam Kelsey, "Sen. Kamala Harris hits Trump's border wall 'vanity project,'" *ABC News*, January 8, 2019, https://abcnews.go.com/Politics/sen-kamala-harris-mother-big-influence-life-mum/story?id=60219175.

[644] Adam Shaw, "Flashback: Kamala Harris compared ICE to KKK in Senate hearing," *Fox News*, August 11, 2020, https://www.foxnews.com/politics/kamala-harris-ice-kkk-senate-hearing.

HHS-PRWORA_000134



# PART 13: EXAMINING THE RECORD OF "BORDER CZAR" KAMALA HARRIS

Given such a long track record of anti-border security, anti-enforcement bias, it should come as no surprise to Americans that Harris has done nothing to alleviate this crisis.

The numbers documented throughout this report stand alone in condemnation of her record as "border czar," but the failure goes even deeper. In fact, as "border czar," she has only made one trip to the Southwest border—all the way back in June 2021—in what a member of her own party blasted as a "politically safe," "check the box" visit.[645] Border Patrol agents would later say of the visit,



"*The border is secure… We have a secure border* in that that is a priority for any nation, including ours and our administration."

– *Vice President Kamala Harris*
Sept. 11, 2022

"[t]hey rented out a ton of hotels and we spent hours moving out bodies. The kids that remained, we had to braid their hair," while another said, "[w]e sanitized all the aliens out of there to make it look good."[646] She has not gone back since.

In July 2024, Americans further learned that she has never spoken with current Border Patrol Chief Owens, or his predecessor, Chief Ortiz.[647] Her defenders have argued that Harris was only tasked with dealing with the "root causes" of increased illegal immigration from Mexico and the Northern Triangle countries, but an examination of the numbers shows that illegal crossings just from those countries on her watch, through July 2024, were up 140 percent compared to the Trump administration.[648] Her abject failure as "border czar" was officially recognized by the House of Representatives on July 25, 2024, when, in a bipartisan vote, the House condemned the Biden-Harris administration's open-borders policies, and specifically, Harris' failed tenure as "border czar."[649]

[645] Tim Hains, "Texas Democrat Rep. Cuellar: Kamala Harris Taking A "Politically Safe," "Check The Box" Trip To The Border," *RealClearPolitics*, June 25, 2021, https://www.realclearpolitics.com/video/2021/06/25/texas_democrat_rep_cuellar_kamala_harris_taking_a_politically_safe_check_the_box_trip_to_the_border.html.
[646] Jennie Taer, "Federal agents instructed to clear streets of migrants and put on a 'show' for 'border czar' Kamala Harris' only trip to border," *The New York Post*, July 24, 2024, https://nypost.com/2024/07/24/us-news/kamala-harris-border-visit-agents-told-to-clear-streets/.
[647] Ali Bradley, "Last 2 Border Patrol chiefs say Harris has not spoken with them," *NewsNation*, July 22, 2024, https://www.newsnationnow.com/us-news/immigration/border-coverage/kamala-harris-border-patrol-chiefs/.
[648] Bill Melugin [@BillMelugin_], "NEW: VP Kamala Harris was tasked w/ solving "root causes" of migration in the Northern Triangle countries & Mexico. What do the numbers say? According to CBP data, under the Biden/Harris administration, illegal crossings of migrants from Mexico and the Northern Triangle countries are up 140% over Trump's term in office, and are up 34% over all 8 years of Obama's two terms in office…," Tweet, *Twitter*, July 25, 2024, https://x.com/BillMelugin_/status/1816637500390180751.
[649] "Strongly condemning the Biden Administration and its Border Czar, Kamala Harris's, failure to secure the United States border.," H.Res. 1371, 118th Cong., 2nd sess. (2024).

HHS-PRWORA_000135



# PART I-9: CONCLUSION

It is time for the Biden-Harris administration to follow the law and end this crisis—or step aside. As San Diego County Supervisor Jim Desmond has said, "[y]ou're not a country if you do not have borders."[650] While there have always been policy differences on border security, administrations of both parties historically agreed with this sentiment. They understood that America's immigration laws should be enforced. America's leaders used to comprehend that illegal immigration was not only an affront to the rule of law, but a direct threat to the health and prosperity of the United States.

As one politician put it more than three decades ago, "[a]ll Americans, not only in the States most heavily affected but in every place in this country, are rightly disturbed by the large numbers of illegal aliens entering our country. … It is wrong and ultimately self-defeating for a nation of immigrants to permit the kind of abuse of our immigration laws we have seen in recent years, and we must do more to stop it."[651]



*John Moore/Getty Images*

Those words were uttered not by some Republican member of Congress, but by President Clinton in his 1995 State of the Union address. They stand in stark contrast to the feckless, reckless policies and rhetoric of the Biden-Harris administration today.

Quite simply, Biden, Harris, and Mayorkas have launched an assault on the rule of law, and in so doing, have undermined the sovereignty, national security, and long-term wellbeing of the country they claim to serve. Despite absurd claims to the contrary, like Mayorkas giving himself "an 'A' for effort" in his oversight of the border,[652] the American people know the Biden-Harris administration has failed in its basic constitutional responsibility.

Biden, Harris, and Mayorkas were entrusted with the responsibility to secure the border, enforce the law, and keep Americans safe. They have not only broken that trust, but willfully cast aside their sacred obligation to the American people. History will remember them for this, but before those books are written, leaders in both parties must stand up and do what is right—end this crisis, reduce illegal immigration, and secure America's borders.

---

[650] Supervisor Jim Desmond [@jim_desmond], "Over 1,500 single male adults have been dropped off at transit stations throughout San Diego County in the past three days. Our immigration system is non-existent, and people from around the world are taking advantage of the Federal government's ineptness. It is simple: you're not a country if you do not have borders.," Tweet, *Twitter*, September 16, 2023, https://twitter.com/jim_desmond/status/1703041867670294698.
[651] "Address Before a Joint Session of the Congress on the State of the Union," *The American Presidency Project*, Transcript, January 24, 1995, https://www.presidency.ucsb.edu/documents/address-before-joint-session-the-congress-the-state-the-union-11.
[652] Tim Hains, "DHS Secretary Mayorkas Grades Biden Immigration Policy As 'A For Effort,'" *RealClearPolitics,* video, November 16, 2021, https://www.realclearpolitics.com/video/2021/11/16/dhs_secretary_mayorkas_grades_biden_immigration_politics_as_a_and_on_the_road_to_success.html.

HHS-PRWORA_000136