**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,      ) | |
|      ) | |
|   Plaintiffs,      ) | Civil Action No.: 1:25-cv-00345 |
|      ) | |
| v.      ) | |
|      ) | |
| UNITED STATES DEPARTMENT      ) | |
| OF JUSTICE, *et al.*,      ) | |
|      ) | |
|   Defendants.      ) | |

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Candice Jackson, declare as follows:

1.  I am Deputy General Counsel at the United States Department of Education.  I have been employed in that capacity since January 20, 2025, and in that capacity am responsible for supervising attorneys who have prepared the Administrative Record in this case.

2.  As part of my duties as Deputy General Counsel, I have been provided with information regarding the compilation of the Administrative Record in the above-captioned matter and the documents contained therein.

3.  I certify that the attached list includes, to the best of my knowledge, all non-privileged documents that constitute the Administrative Record underlying ED's "*Clarification of Federal Public Benefits Under the Personal Responsibility and Work Opportunity Reconciliation Act*" issued in the Federal Register on July 11, 2025, which is the subject of this litigation.

4.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of November, 2025, in Washington, D.C.

_____
Candice Jackson
Deputy General Counsel
United States Department of Education

*State of New York, et al. v. United States Dep't of Justice, et al.*
*Civil Action* No. 1:25-cv-00345 (D.R.I.)


**ADMINISTRATIVE RECORD INDEX**

**"*Clarification of Federal Public Benefits Under the Personal Responsibility and Work Opportunity Reconciliation Act*" (July 11, 2025)**


I.    "*Clarification of Federal Public Benefits Under the Personal Responsibility and Work Opportunity Reconciliation Act*"  (ED PRWORA Notice) No. 10-23, 90 Fed. Reg. 30,896 (July 11, 2025), https://www.federalregister.gov/documents/2025/07/11/2025-12925/clarification-of-federal-public-benefits-under-the-personal-responsibility-and-work-opportunity.

II.   Press Release, *U.S. Department of Education Ends Taxpayer Subsidization of Postsecondary Education for Illegal Aliens* (July 10, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-ends-taxpayer-subsidization-of-postsecondary-education-illegal-aliens (last accessed Nov. 14, 2025).

III.  Notification to Grantees and Subgrantees of Assistance Under the Higher Education Act of 1965 of Updated PRWORA Interpretation of Federal Public Benefits (July 10, 2025), https://www.ed.gov/media/document/notification-grantees-and-subgrantees-of-assistance-under-higher-education-act-of-1965-of-updated-prwora-interpretation-of-federal-public-benefits-7102025

IV.   Notification to Perkins and AEFLA Grantees and Subgrantees of Updated PRWORA Interpretation of Federal Public Benefits (July 10, 2025), https://www.ed.gov/media/document/notification-perkins-and-aefla-grantees-and-subgrantees-of-updated-prwora-interpretation-of-federal-public-benefits-july-10-2025-110367.pdf.


V.    Materials Relied Upon and/or Cited in ED PRWORA Notice, including:

   1.  Executive Order 14218, *Ending Taxpayer Subsidization of Open Borders*, 90 Fed. Reg. 10581 (Feb. 25, 2025), https://www.federalregister.gov/documents/2025/02/25/2025-03137/ending-taxpayer-subsidization-of-open-borders.

   2.  *Interim Guidance on Verification of Citizenship, Qualified Alien Status and Eligibility Under Title IV of the Personal Responsibility and Work Opportunity*

*Reconciliation Act of 1996*, 62 Fed. Reg. 61,344 (Nov. 17, 1997), https://www.govinfo.gov/content/pkg/FR-1997-11-17/pdf/97-29851.pdf.

3.  ED Dear Colleague Letter (DCL) of November 19, 1997, https://www.ed.gov/media/document/1997-prwora-dcl-110417.pdf.

4.  *U.S. Dep't of Homeland Sec., SAVE Transaction Charges,* https://www.uscis.gov/save/about-save/transaction-charges (last accessed Nov. 14, 2025).

5.  *Recruitment and Eligibility under section 418A of the Higher Education Act of 1965, as amended: Question H-6* (2012), https://www.ed.gov/sites/ed/files/2021/09/hep-camp-eligibility-non-regulatory-guidance-2012.pdf (last visited November 13, 2025)