*New York et al. v. DOJ et al.*, **No. 1:25-cv-00345 (D.R.I.)**

## ED ADMINISTRATIVE RECORD INDEX

| Begin Bates | Description |
|---|---|
| ED_PRWORA_000001 | "*Clarification of Federal Public Benefits Under the Personal Responsibility and Work Opportunity Reconciliation Act*" (ED PRWORA Notice) No. 10-23, 90 Fed. Reg. 30,896 (July 11, 2025) |
| ED_PRWORA_000007 | Press Release, *U.S. Department of Education Ends Taxpayer Subsidization of Postsecondary Education for Illegal Aliens* (July 10, 2025) |
| ED_PRWORA_000012 | Notification to Grantees and Subgrantees of Assistance Under the Higher Education Act of 1965 of Updated PRWORA Interpretation of Federal Public Benefits (July 10, 2025) |
| ED_PRWORA_000016 | Notification to Perkins and AEFLA Grantees and Subgrantees of Updated PRWORA Interpretation of Federal Public Benefits (July 10, 2025) |
| ED_PRWORA_000020 | Executive Order 14218, *Ending Taxpayer Subsidization of Open Borders*, 90 Fed. Reg. 10581 (Feb. 25, 2025) |
| ED_PRWORA_000022 | *Interim Guidance on Verification of Citizenship, Qualified Alien Status and Eligibility Under Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996*, 62 Fed. Reg. 61,344 (Nov. 17, 1997) |
| ED_PRWORA_000095 | ED Dear Colleague Letter (DCL) of November 19, 1997 |
| ED_PRWORA_000102 | *U.S. Dep't of Homeland Sec., SAVE Transaction Charges* |
| ED_PRWORA_000104 | *Recruitment and Eligibility under section 418A of the Higher Education Act of 1965, as amended: Question H-6* (2012) |