**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

|  |  |  |
|---|---|---|
| STATE OF NEW YORK, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 1:25-cv-00345 |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**<u>CERTIFICATION OF ADMINISTRATIVE RECORD</u>**

I, Kimberly Vitelli, declare as follows:

1. I am the Administrator of the Office of Workforce Investment ("OWI"), Employment and Training Administration ("ETA"), United States Department of Labor ("DOL" or "Department"). I have served in this position since June 2020, and before then, as Deputy Administrator starting in October 2015.

2. In my capacity as Administrator, I am responsible for providing executive management and oversight of ETA grant programs authorized by the Workforce Innovation and Opportunity Act ("WIOA") (Title I formula and discretionary programs), the Wagner-Peyser Act (Employment Service Program); and Title V of the Older Americans Act (Senior Community Service Employment Program (SCSEP)). The facts attested to herein are based upon my personal knowledge or information made available to me in the course of my official duties.

3. I certify that the attached list includes, to the best of my knowledge, all non-privileged documents that constitute the administrative record underlying DOL's Training and Employment Guidance Letter (TEGL) No. 10-23, Change 2, *Work Authorization Verification in Grant Programs Administered by the Employment and Training Administration*, issued July 10, 2025, which is the subject of this litigation.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of November, 2025, in Washington, D.C.

_____
Kimberly Vitelli
Administrator
Office of Workforce Investment
Employment and Training Administration

*State of New York, et al. v. United States Dep't of Justice, et al.*
*Civil Action* No. 1:25-cv-00345 (D.R.I.)

## ADMINISTRATIVE RECORD INDEX

**TEGL 10-23, Change 2 (July 10, 2025)**

I.    Training and Employment Guidance Letter (TEGL) No. 10-23, Change 2, *Work Authorization Verification in Grant Programs Administered by the Employment and Training Administration* (July 10, 2025), https://www.dol.gov/agencies/eta/advisories/tegl-10-23-change-2.

II.   Press Release, *US Department of Labor Moves to Prevent Illegal Immigrants from Utilizing Taxpayer-Funded Workforce Programs* (July 10, 2025), https://www.dol.gov/newsroom/releases/osec/osec20250710.

III.  Materials Relied Upon and/or Cited in TEGL 10-23, Change 2

1.   Executive Order 14218, *Ending Taxpayer Subsidization of Open Borders*, 90 Fed. Reg. 10581 (Feb. 25, 2025), https://www.federalregister.gov/documents/2025/02/25/2025-03137/ending-taxpayer-subsidization-of-open-borders.

2.   *Interim Guidance on Verification of Citizenship, Qualified Alien Status and Eligibility Under Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996*, 62 Fed. Reg. 61,344 (Nov. 17, 1997), https://www.govinfo.gov/content/pkg/FR-1997-11-17/pdf/97-29851.pdf.

3.   TEGL 02-14, *Eligibility of Deferred Action for Childhood Arrivals Participants for Workforce Investment Act and Wagner-Peyser Act Programs* (July 14, 2014), https://www.dol.gov/agencies/eta/advisories/training-and-employment-guidance-letter-no-02-14.

4.   TEGL 19-16, *Guidance on Services provided through the Adult and Dislocated Worker Programs under the Workforce Innovation and Opportunity Act (WIOA) and the Wagner-Peyser Act Employment Service, as amended by title III of WIOA, and for Implementation of the WIOA Final Rules* (Mar. 1, 2017), https://www.dol.gov/agencies/eta/advisories/training-and-employment-guidance-letter-no-19-16.

5.   TEGL 19-16, Attachment II, *Participation Level Services Chart WIOA Title I Adult, Title I Dislocated Worker, and Title III Employment Service Program*s (Mar. 1, 2017),

https://www.dol.gov/sites/dolgov/files/ETA/advisories/TEGL/2017/TEGL_19-16_Attachment_II.pdf.

6. TEGL 10-23, *Reducing Administrative Barriers to Improve Customer Experience in Grant Programs Administered by the Employment and Training Administration* (Feb. 21, 2024), https://www.dol.gov/agencies/eta/advisories/tegl-10-23.

7. TEGL 10-23, Change 1, *Rescission of TEGL No. 10-23: Reducing Administrative Barriers to Improve Customer Experience in Grant Programs Administered by the Employment and Training Administration* (Mar. 27, 2025), https://www.dol.gov/agencies/eta/advisories/tegl-10-23-change-1.

8. Travel.State.Gov, *Certificates of Noncitizen Nationality*, https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/us-citizenship/Certificates-Non-Citizen-Nationality.html.

9. USCIS, *DHS, USCIS and DOGE Announce Comprehensive Optimization of SAVE Service*, https://www.uscis.gov/save/current-user-agencies/news-alerts/dhs-uscis-and-doge-announce-comprehensive-optimization-of-save-service.

10. USCIS, *Form I-9 Employment Eligibility Verification*, https://www.uscis.gov/sites/default/files/document/forms/i-9.pdf.

11. USCIS, *Handbook for Employers M274 7.3 Refugees and Asylees*, https://www.uscis.gov/i-9-central/form-i-9-resources/handbook-for-employers-m-274/70-evidence-of-employment-authorization-for-certain-categories/73-refugees-and-asylees.

12. USCIS, *I-9 Central - Who is Issued this Document*, https://www.uscis.gov/i-9-central/form-i-9-acceptable-documents/who-is-issued-this-document.

13. USCIS, *SAVE Transaction Charges*, https://www.uscis.gov/save/about-save/transaction-charges.