*New York et al. v. DOJ et al.*, No. 1:25-cv-00345 (D.R.I.)

## DOL ADMINISTRATIVE RECORD INDEX

| Begin Bates | Description |
|---|---|
| DOL_PRWORA_000001 | Training and Employment Guidance Letter (TEGL) No. 10-23, Change 2, *Work Authorization Verification in Grant Programs Administered by the Employment and Training Administration* (July 10, 2025) |
| DOL_PRWORA_000007 | Press Release, *US Department of Labor Moves to Prevent Illegal Immigrants from Utilizing Taxpayer-Funded Workforce Programs* (July 10, 2025) |
| DOL_PRWORA_000009 | Executive Order 14218, *Ending Taxpayer Subsidization of Open Borders*, 90 Fed. Reg. 10581 (Feb. 25, 2025) |
| DOL_PRWORA_000011 | *Interim Guidance on Verification of Citizenship, Qualified Alien Status and Eligibility Under Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996*, 62 Fed. Reg. 61,344 (Nov. 17, 1997) |
| DOL_PRWORA_000084 | TEGL 02-14, *Eligibility of Deferred Action for Childhood Arrivals Participants for Workforce Investment Act and Wagner-Peyser Act Programs* (July 14, 2014) |
| DOL_PRWORA_000088 | TEGL 19-16, *Guidance on Services provided through the Adult and Dislocated Worker Programs under the Workforce Innovation and Opportunity Act (WIOA) and the Wagner-Peyser Act Employment Service, as amended by title III of WIOA, and for Implementation of the WIOA Final Rules* (Mar. 1, 2017) |
| DOL_PRWORA_000137 | TEGL 19-16, Attachment II, *Participation Level Services Chart WIOA Title I Adult, Title I Dislocated Worker, and Title III Employment Service Program*s (Mar. 1, 2017) |
| DOL_PRWORA_000140 | TEGL 10-23, *Reducing Administrative Barriers to Improve Customer Experience in Grant Programs Administered by the Employment and Training Administration* (Feb. 21, 2024) |
| DOL_PRWORA_000150 | TEGL 10-23, Change 1, *Rescission of TEGL No. 10-23: Reducing Administrative Barriers to Improve Customer Experience in Grant Programs Administered by the Employment and Training Administration* (Mar. 27, 2025) |
| DOL_PRWORA_000152 | Travel.State.Gov, *Certificates of Noncitizen Nationality* |
| DOL_PRWORA_000156 | USCIS, *DHS, USCIS and DOGE Announce Comprehensive Optimization of SAVE Service* |
| DOL_PRWORA_000157 | USCIS, *Form I-9 Employment Eligibility Verification* |

| DOL_PRWORA _000161 | USCIS, *Handbook for Employers M274 7.3 Refugees and Asylees* |
|---|---|
| DOL_PRWORA _000166 | USCIS, *I-9 Central - Who is Issued this Document* |
| DOL_PRWORA _000171 | USCIS, *SAVE Transaction Charges* |
|  |  |
|  |  |