UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Case No. 1:25-cv-00345 |

## JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE

For the reasons detailed below, the Parties jointly request an extension of the deadlines set forth in this case, *see* Text Order (Nov. 21, 2025). Under the current schedule, Plaintiffs' motion for summary judgment is due December 19, 2025.

On September 10, 2025, the Court entered a preliminary injunction regarding the HHS, ED, DOL, and DOJ PRWORA Notices. ECF No. 64.[1] On November 21, 2025, pursuant to the Court's scheduling order, Defendants produced the administrative record with respect to those four notices. *See* ECF No. 74.

On November 26, 2025, the U.S. Department of Housing and Urban Development (HUD) published a PRWORA Notice. Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA); Interpretation of "Federal Public Benefit." 90 Fed. Reg. 54,363 (Nov. 26, 2025) (the "HUD PRWORA Notice"). On December 4, 2025, Plaintiffs (with Defendants' consent) amended their complaint to add HUD and its Secretary as Defendants and to add claims challenging the HUD PRWORA Notice. ECF No. 76. On December 8, 2025, the Parties filed a

---

[1] Defendants filed a Notice of Appeal of the preliminary injunction. *See* ECF No. 71. Earlier today, upon stipulation of the Parties, the First Circuit dismissed Defendants' appeal.

1

stipulation in which Defendants have agreed not to enforce the HUD PRWROA Notice until the date on which judgment on the merits has been issued as to all claims in this action. ECF No. 80. Defendants' agreement to this stay of enforcement and application is contingent on Plaintiffs filing a single motion for summary judgment that includes Plaintiffs' challenges to all the PRWORA notices now at issue in this case, namely, the DOJ, HHS, ED, DOL, and HUD notices. *Id.* The Parties agreed to confer on a requested extension to the briefing schedule that would allow HUD and its Secretary to produce the administrative record. *Id.*

The Parties have conferred and now jointly request an extension of the current deadlines in this case, *see* Text Order (Nov. 21, 2025), and respectfully request that the Court order the following schedule:

- Defendants may defer responding to the third amended complaint until after the Court's ruling on the summary judgment motion(s), to the extent a response is necessary;
- Defendants will file the administrative record for the HUD PRWORA Notice on or before January 30, 2026;
- The Parties may dispense with Local Rule 56(a)(1)'s requirement that a motion for summary judgment "be accompanied by a separate Statement of Undisputed Facts";
- Plaintiffs shall file any motion for summary judgment on or before February 27, 2026;
- Defendants shall file any response to Plaintiffs' motion for summary judgment, as well as any cross-motion for summary judgment, on or before March 20, 2026;
- Plaintiffs shall file any reply to Defendants' response to Plaintiffs' motion for summary judgment, as well as any response to Defendants' cross-motion for summary judgment, on or before April 3, 2026; and

- Defendants shall file any reply to Plaintiffs' response to cross-motion for summary judgment on or before April 17, 2026.

A proposed order is enclosed as Exhibit A.

The Parties' proposed schedule is in the interest of all Parties and the Court because it will allow for all claims in this action to be raised on one round of cross-motions for summary judgment after production of the full administrative record.

Dated: December 11, 2025

Respectfully submitted,

| | |
|---|---|
| **LETITIA JAMES**<br>Attorney General for the State of New York<br><br>By: */s/ Rabia Muqaddam*<br><br>Rabia Muqaddam\*<br>*Chief Counsel for Federal Initiatives*<br>Jessica Ranucci\*<br>*Special Counsel*<br>Zoe Levine\*<br>*Special Counsel for Immigrant Justice*<br>28 Liberty St.<br>New York, NY 10005<br>(929) 638-0447<br>rabia.muqaddam@ag.ny.gov<br>zoe.levine@ag.ny.gov<br>jessica.ranucci@ag.ny.gov<br><br>*Attorneys for the State of New York*<br><br>**PETER F. NERONHA**<br>Attorney General for the State of Rhode Island<br><br>By: */s/ Sarah W. Rice*<br>Sarah W. Rice (RI No. 10588)<br>Stephen N. Provazza (RI No. 10435)<br>*Unit Chief, Consumer & Economic Justice Unit* | **NICHOLAS W. BROWN**<br>Attorney General of Washington<br><br>By: */s/ Andrew Hughes*<br><br>Andrew Hughes\*<br>Benjamin Seel\*<br>Zane Muller\*<br>*Assistant Attorneys General*<br>Cristina Sepe\*<br>*Deputy Solicitor General*<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(206) 464-7744<br>Andrew.Hughes@atg.wa.gov<br>Benjamin.Seel@atg.wa.gov<br>Zane.Muller@atg.wa.gov<br>Cristina.Sepe@atg.wa.gov<br><br>*Attorneys for the State of Washington*<br><br>**KRISTIN K. MAYES**<br>Attorney General for the State of Arizona<br><br>By: */s/ Hayleigh S. Crawford*<br>Hayleigh S. Crawford\*<br>Mary M. Curtin\*<br>2005 North Central Avenue<br>Phoenix, Arizona 85004<br>Phone: (602) 542-3333 |

| | |
|---|---|
| 150 South Main St.<br>Providence, RI 02903<br>Phone: 401-274-4400<br>SRice@riag.ri.gov<br>SProvazza@riag.ri.gov<br><br>*Attorneys for the State of Rhode Island* | Hayleigh.Crawford@azag.gov<br>Mary.Curtin@azag.gov<br>ACL@azag.gov<br><br>*Attorneys for the State of Arizona* |

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ David Moskowitz*
David Moskowitz*
*Deputy Solicitor General*
Jennifer L. Sullivan*
*Deputy Attorney General*
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
david.moskowitz@coag.gov
jen.sullivan@coag.gov

*Attorneys for the State of Colorado*

**ROB BONTA**
Attorney General for the State of California

By: */s/ Heidi Lehrman*
Heidi Lehrman*
Neli Palma*
Michael L. Newman
*Senior Assistant Attorneys General*
Kathleen Boergers*
Srividya Panchalam*
*Supervising Deputy Attorneys General*
Heidi Lehrman*
Jeanelly Orozco Alcalá*
Natasha A. Reyes*
*Deputy Attorneys General*
1300 I Street
Sacramento CA 95814
Heidi.Lehrman@doj.ca.gov
Michael.Newman@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
Jeanelly.OrozcoAlcala@doj.ca.gov
Natasha.Reyes@doj.ca.gov

*Attorneys for the State of California*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Vanessa L. Kassab*
Ian R. Liston
*Director of Impact Litigation*
Vanessa L. Kassab
*Deputy Attorney General*
Rose Gibson
*Assistant Attorney General*
Delaware Department of Justice

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: */s/ Patricia McCooey*
Patricia McCooey*
*Assistant Attorney General*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5210
Patricia.McCooey@ct.gov

4

820 N. French Street  
Wilmington, DE 19801  
(302) 683-8899  
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*

**BRIAN L. SCHWALB**  
Attorney General for the District of Columbia

By: */s/ Mitchell P. Reich*  
Mitchell P. Reich  
*Senior Counsel to the Attorney General*  
Office of the Attorney General for the District of Columbia  
400 Sixth Street, NW  
Washington, D.C. 20001  
(202) 279-1261  
mitchell.reich@dc.gov

*Attorney for the District of Columbia*

**ANTHONY G. BROWN**  
Attorney General for the State of Maryland

By: */s Virginia A. Williamson*  
Virginia A. Williamson*  
*Assistant Attorney General*  
Office of the Attorney General  
200 Saint Paul Place, 20th Floor  
Baltimore, Maryland 21202  
410-576-6584  
VWilliamson@oag.state.md.us

*Attorney for the State of Maryland*

**DANA NESSEL**

*Attorney for the State of Connecticut*

**KWAME RAOUL**  
Attorney General for the State of Illinois

By: */s/ Sarah J. North*  
Sarah J. North*  
*Deputy Division Chief, Public Interest Division*  
Holly Berlin*  
Elena Meth*  
*Assistant Attorneys General, Special Litigation Bureau*  
Office of the Illinois Attorney General  
115 S. LaSalle Street  
Chicago, IL 60603  
312-814-3000  
Sarah.North@ilag.gov  
Holly.Berlin@ilag.gov  
Elena.Meth@ilag.gov

*Attorneys for the State of Illinois*

**ANNE E. LOPEZ**  
Attorney General for the State of Hawaiʻi

By: */s Kalikoʻonālani D. Fernandes*

David D. Day*  
*Special Assistant to the Attorney General*  
Kalikoʻonālani D. Fernandes*  
*Solicitor General*  
425 Queen Street  
Honolulu, HI 96813  
(808) 586-1360  
david.d.day@hawaii.gov  
kaliko.d.fernandes@hawaii.gov

*Attorneys for Plaintiff State of Hawaiʻi*

**AARON M. FREY**

5

Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Bryan Beach*
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
BeachB@michigan.gov

*Attorneys for the State of Michigan*


**AARON D. FORD**
Attorney General for the State of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
*Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

*Attorney for the State of Nevada*


**RAÚL TORREZ**
Attorney General for the State of New Mexico

By: */s/ Mark Noferi*
Mark Noferi*
*Senior Litigation Counsel*
NM Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501

Attorney General for the State of Maine

By: */s/ Brendan Kreckel*
Brendan Kreckel*
By: */s/ Kristin Trabucchi*
Kristin Trabucchi*
*Assistant Attorneys General*
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel.:  207-626-8800
Fax:  207-287-3145
Brendan.kreckel@maine.gov
kristin.k.trabucchi@maine.gov

*Attorneys for the State of Maine*


**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ David Ureña*
Katherine Dirks
*Chief State Trial Counsel*
Ethan W. Marks*
David Ureña*
Brett M. Gannon*
*Assistant Attorneys General*
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2675
david.urena@mass.gov

*Attorneys for the Commonwealth of Massachusetts*


**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Joseph R. Richie*
Joseph R. Richie*
*Special Counsel*
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921

(505) 490-4060
MNoferi@nmdoj.gov

*Attorney for the State of New Mexico*

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
*Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov

*Attorney for the State of Vermont*

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Faye B. Hipsman*
Faye B. Hipsman*
*Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-9487
faye.hipsman@wisdoj.gov

*Attorney for the State of Wisconsin*

joseph.richie@ag.state.mn.us

*Attorney for the State of Minnesota*

**MATTHEW J. PLATKIN**
Attorney General of New Jersey

By: */s/ Meghan Musso*
Meghan Musso*
Patrick Clancey*
Kathleen Riley*
*Deputy Attorneys General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-5289
meghan.musso@law.njoag.gov

*Attorneys for the State of New Jersey*

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Coby Howell*
Coby Howell*
*Senior Assistant Attorney General*
Tel (971) 673-1880
Fax (971) 673-5000
coby.howell@doj.oregon.gov

*Attorney for the State of Oregon*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

DIANE KELLEHER
Branch Director
Federal Programs Branch

*/s/ Alexandra L. Yeatts*
ALEXANDRA L. YEATTS (CA Bar No. 358762)
HEIDY L. GONZALEZ (FL Bar No. 1025003)
*Trial Attorneys*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 353-5677
Email: Alexandra.Yeatts@usdoj.gov

*Attorneys for Defendants*