# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>　　Defendants. | Case No. 1:25-cv-00345 |

# [ORDER

The Court, having fully considered the Parties' Joint Motion for Extension of Briefing Schedule, HEREBY ORDERS that the Motion is GRANTED. The briefing schedule is modified as follows:

- Defendants may defer responding to the third amended complaint until after the Court's ruling on the summary judgment motion(s), to the extent a response is necessary;

- Defendants will file the administrative record for the HUD PRWORA Notice on or before January 30, 2026;

- The Parties may dispense with Local Rule 56(a)(1)'s requirement that a motion for summary judgment "be accompanied by a separate Statement of Undisputed Facts";

- Plaintiffs shall file any motion for summary judgment on or before February 27, 2026;

- Defendants shall file any response to Plaintiffs' motion for summary judgment, as well as any cross-motion for summary judgment, on or before March 20, 2026;

- Plaintiffs shall file any reply to Defendants' response to Plaintiffs' motion for summary judgment, as well as any response to Defendants' cross-motion for summary judgment, on or before April 3, 2026; and

- Defendants shall file any reply to Plaintiffs' response to cross-motion for summary judgment on or before April 17, 2026.

IT IS SO ORDERED, this __5th__ day of __January__, 2026.

_____
Hon. Mary S. McElroy
United States District Judge