IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK, *et al.*,

    Plaintiffs,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

    Defendants.

Case No. 1:25-cv-00345

**NOTICE FILING ADMINISTRATIVE RECORD**

On December 4, 2025, the Parties filed their Third Amended Complaint, ECF No. 76, adding as Defendants the Department of Housing and Urban Development ("HUD") and Eric Scott Turner, the HUD Secretary in his official capacity. On January 5, 2026, the Court granted the Parties' Joint Motion for Extension of Briefing Schedule, ECF No. 81, requiring HUD's administrative record to be filed on January 30, 2026. ECF No. 85.

Defendants hereby file the administrative record for HUD.

Dated: January 30, 2026

                Respectfully submitted,

                BRETT A. SHUMATE
                Assistant Attorney General
                Civil Division

                ERIC J. HAMILTON
                Deputy Assistant Attorney General
                Federal Programs Branch

                DIANE KELLEHER
                Branch Director
                Federal Programs Branch

<u>/s/ Alexandra L. Yeatts</u>
ALEXANDRA YEATTS
(CA Bar No. 358762)
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
*Trial Attorneys*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 353-5677
Email: alexandra.yeatts@usdoj.gov

*Attorney for Defendants*

- 2 -