# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| STATE OF NEW YORK, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 1:25-cv-00345 |
| v. | ) ) ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, James G. Bartolotto, declare as follows:

1. I am the Associate General Counsel for Litigation, Office of General Counsel at the U.S. Department of Housing and Urban Development ("HUD" or "Department"). I have served in this position since June 30, 2024.

2. In my capacity as Associate General Counsel, I am responsible for providing oversight and supervision related to all defensive litigation matters and cases in which HUD has been named a party or is otherwise involved directly or indirectly. The facts attested to herein are based upon my personal knowledge or information made available to me in the course of my official duties.

3. I certify that the attached administrative record is to the best of my knowledge a true, correct, and complete copy of the non-privileged information that was directly or indirectly considered in connection with the Department's issuance of the "*Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA); Interpretation of 'Federal Public Benefit'*" Notice published in the Federal Register on November 26, 2025, which is the subject of this litigation.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of January 2026, in Washington, D.C.

 

_____
JAMES G. BARTOLOTTO
Associate General Counsel for Litigation
Office of General Counsel
U.S. Department of Housing and Urban Development