*New York et al. v. DOJ et al.*, No. 1:25-cv-00345 (D.R.I.)

## HUD ADMINISTRATIVE RECORD INDEX

| Begin Bates | Description |
|---|---|
| HUD-PRWORA_000001 | Federal Register Notice – Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA); Interpretation of "Federal Public Benefit" |
| HUD-PRWORA_000009 | Message from Secretary Scott Turner |
| HUD-PRWORA_000011 | AG Order Limiting Exceptions to PRWORA, July 11, 2025 |
| HUD-PRWORA_000020 | Order Granting Preliminary Injunction in *City of Fresno, et al. v. Turner, et al.* |
| HUD-PRWORA_000058 | Defendants' Notice of Appeal of Preliminary Injunction in *City of Fresno, et al. v. Turner, et al.* |
| HUD-PRWORA_000060 | *City and County of San Francisco, et al. v. Trump, et al.* – Order Granting Second Motion for Preliminary Injunction and Ruling on Propriety of HUD Continuum of Care and Formula Grant Conditions |
| HUD-PRWORA_000075 | HUD-wide Notice of Court Order – *Housing Authority of the County of San Diego, et al. v. Turner et al.* (N.D. Cal.) |
| HUD-PRWORA_000078 | *Housing Authority of the City and County of San Francisco et al., v. Turner, et al.* – Order Granting Temporary Restraining Order to Show Cause |
| HUD-PRWORA_000083 | *Housing Authority of the County of San Diego et al. v. Turner, et al.,* – Preliminary Injunction Appeal |
| HUD-PRWORA_000085 | HUD-wide Notice of New Preliminary Injunction – *Martin Luther King Jr. County et al. v. Turner, et al.,* 2:25-cv-00814 (W.D. Wash.); 25-3664 and 25-6428 (9th Cir.) |
| HUD-PRWORA_000093 | *Martin Luther King, Jr., County et al. v. Turner et al.* – Order Granting Plaintiffs' Fourth Motion for Preliminary Injunction |
| HUD-PRWORA_000108 | HUD-wide Notice of Court Order – *King County v. Turner* (W.D. Wash.) |
| HUD-PRWORA_000115 | *Martin Luther King, Jr., County et al. v. Turner, et al.* – Order Granting Plaintiffs' Third Motion for Preliminary Injunction |
| HUD-PRWORA_000165 | *Martin Luther King, Jr., County et al. v. Turner et al.* – Order Granting Plaintiffs' First and Second Motions for Preliminary Injunction |
| HUD-PRWORA_000214 | *Martin Luther King, Jr., County et al. v. Turner et al.* – Notice of Appeal |
| HUD-PRWORA_000216 | Federal Register Notice – E.O. 14218 Ending Taxpayer Subsidization of Open Borders |
| HUD-PRWORA_000218 | Federal Register Notice – E.O. 14287 Protecting American Communities from Criminal Aliens |

i

| HUD-PRWORA_000221 | Federal Register Notice – E.O. 14159 Protecting the American People Against Invasion |
|---|---|
| HUD-PRWORA_000227 | Addendum – Policy Requirements |
| HUD-PRWORA_000228 | Email Sharing AG Order Limiting Exceptions to PRWORA |
| HUD-PRWORA_000229 | Email Sharing HHS, USDA, Ed PRWORA Notices |
| HUD-PRWORA_000230 | Email Forwarding HUD Correspondence re: Executive Orders |
| HUD-PRWORA_000231 | HUD Email Correspondence re: Executive Orders |
| HUD-PRWORA_000232 | Email Sharing AG's Order Limiting Exceptions to PRWORA |
| HUD-PRWORA_000233 | Notice of TRO – *Housing Authority of the County of San Diego, et al. v. Turner, et al.* (N.D. Cal.) |
| HUD-PRWORA_000235 | Notice of PI – *King County v. Turner* (W.D. Wash.) |
| HUD-PRWORA_000241 | Press Release – HUD Secretary Scott Turner Doubles Down on Ensuring HUD Resources Do Not Benefit Illegal Aliens |
| HUD-PRWORA_000246 | 2025-04-10 HUD PRWORA Data Collection |
| HUD-PRWORA_000259 | Order Granting Preliminary Injunction – *Housing Authority of the City and County of San Francisco et al., v. Turner, et al.* (N.D. Cal.) |
| HUD-PRWORA_000297 | Order Granting Second Preliminary Injunction – *City of San Francisco* |
| HUD-PRWORA_000312 | Letter to DAS Bryan Horn |
| HUD-PRWORA_000315 | *City of Chelsea v. Trump* Amended Complaint Ex J HUD Letter.pdf |
| HUD-PRWORA_000317 | HUD Response to COSCDA NCDA |
| HUD-PRWORA_000321 | Tab A, OLC Opinion Memo, PRWORA (Jan. 14, 1997).pdf |
| HUD-PRWORA_000338 | 66 Fed. Reg. 3613 (Jan. 16, 2001) DOJ Final Life & Safety Exceptions Order |
| HUD-PRWORA_000342 | DOJ PRWORA Notice |
| HUD-PRWORA_000346 | Kenison Memo: Interrelationship the Welfare Reform Act and Section 214 (September 17, 1998) |
| HUD-PRWORA_000348 | Diaz Memo: Effect of Immigration Provisions on Welfare Reform Legislation and the Immigration Act on HUD Programs (October 3, 1996) |
| HUD-PRWORA_000355 | *City of Fresno, et al. v. Turner, et al.* Temporary Restraining Order |