# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK; STATE OF WASHINGTON; STATE OF RHODE ISLAND; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>      v.<br><br>U.S. DEPARTMENT OF JUSTICE; PAMELA BONDI, in her official capacity as ATTORNEY GENERAL OF THE UNITED STATES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. DEPARTMENT OF EDUCATION; LINDA McMAHON, in her official capacity as SECRETARY OF THE U.S. DEPARTMENT OF EDUCATION; U.S. DEPARTMENT OF LABOR; LORI CHAVEZ-DeREMER, in her official capacity as SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; ERIC SCOTT TURNER, in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>    Defendants. | Case No. 1:25-cv-00345 |

**SECOND SUPPLEMENTAL DECLARATION OF JESSICA RANUCCI**

JESSICA RANUCCI, an attorney duly admitted to practice, does hereby state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.      I am Jessica Ranucci, Special Counsel in the Office of the Attorney General for the State of New York. I represent the State of New York in this action.

2.      I submit this declaration in support of Plaintiff States' Motion for Summary Judgment. The facts set forth herein are based upon my personal knowledge and/or a review of the files in my possession.

3.      I have attached to this declaration true and correct copies of the following documents, as noted herein. I have numbered these exhibits consecutively following Exhibits 1-76 of my July 21, 2025 Declaration, ECF No. 4, and Exhibits 77-80 of my August 18, 2025 Supplemental Declaration, ECF No. 55.

4.      Attached as Exhibit 81 is a true and correct copy of the U.S. Department of Housing and Urban Development's "Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA); Interpretation of 'Federal Public Benefit'" dated November 26, 2025.

5.      Attached as Exhibit 82 is a true and correct copy of the U.S. Department of Housing and Urban Development Office of Healthy Homes and Lead Hazard Control's "Policy Guidance Number: 2001-01" on the subject "Personal Responsibility and Work Opportunity Reconciliation Act of 1996," dated January 16, 2001.

6.      Attached as Exhibit 83 is a true and correct copy of a letter written by then-Secretary of the U.S. Department of Housing and Urban Development Andrew Cuomo, addressed to "HUD Funds Recipient," dated January 19, 2001.

7. Attached as Exhibit 84 is a true and correct copy of a letter from then-U.S. Attorney General Loretta E. Lynch, then-U.S. Secretary of Health and Human Services Sylvia M. Burwell, and then-U.S. Secretary of Housing and Urban Development Julián Castro, addressed to "Recipients of Federal Financial Assistance," dated August 5, 2016.

8. Attached as Exhibit 85 is a true and correct copy of the U.S. Department of Housing and Urban Development Office of Special Needs Assistance Programs' "The Personal Responsibility and Work Opportunity Act of 1996 and HUD's Homeless Assistance Programs" fact sheet, dated August 16, 2016.

9. Attached as Exhibit 86 is a true and correct copy of a memorandum from Christeen Thomas, then-Director of the Joint Civil Fraud Division, GAW, addressed to Jemine Byron, then-Deputy Assistant Secretary for Special Needs, DN, with the subject "HUD Needs To Clarify Whether Illegal-Undocumented Aliens Are Eligible for Assistance Under the Housing Opportunities for Persons With AIDS Program," dated August 21, 2017.

10. Attached as Exhibit 87 is a true and correct copy of the Declaration of Gustavo Velasquez of the Department of Housing and Community Development (HCD) for the State of California.

11. Attached as Exhibit 88 is a true and correct copy of the Declaration of Maria De Cambra, the Executive Director at the Department of Local Affairs of Colorado.

12. Attached as Exhibit 89 is a true and correct copy of the Declaration of David Esposito, the Associate Director of the Office of Housing Stability in the Illinois Department of Human Services.

13. Attached as Exhibit 90 is a true and correct copy of the Declaration of Andrea Perez, the HIV Section Chief at the Illinois Department of Public Health.

14. Attached as Exhibit 91 is a true and correct copy of the Declaration of Karen R. Byron, the Balance of State Continuum of Care Supervisor at the Executive Office of Housing and Livable Communities for the Commonwealth of Massachusetts.

15. Attached as Exhibit 92 is a true and correct copy of the Declaration of Tyler McEachron, the Emergency Solutions Grants Contract Manager at the Massachusetts Executive Office of Housing and Livable Communities.

16. Attached as Exhibit 93 is a true and correct copy of the Declaration of Jessie Permar Kelly, the Manager of the HOME Program and Special Projects within the Housing Development Division at the Massachusetts Executive Office of Housing and Livable Communities.

17. Attached as Exhibit 94 is a true and correct copy of the Declaration of Kathryn A. McNelis, the Manager of the Community Development Unit within the Livable Communities Division at the Massachusetts Executive Office of Housing and Livable Communities.

18. Attached as Exhibit 95 is a true and correct copy of the Amended Declaration of Danielle Meister, the Assistant Secretary of Homeless Solutions at the State of Maryland Department of Housing and Community Development.

19. Attached as Exhibit 96 is a true and correct copy of the Declaration of Daniel E. Brennan, the Director of Maine State Housing Authority.

20. Attached as Exhibit 97 is a true and correct copy of the Declaration of Michael Duguay, the Commissioner at the Maine Department of Economic & Community Development.

21. Attached as Exhibit 98 is a true and correct copy of the Declaration of Helena Siers, the Director of Federal Affairs at the Minnesota Housing Finance Agency.

22. Attached as Exhibit 99 is a true and correct copy of the Supplemental Declaration of Janel Winter, the Assistant Commissioner and the Director of the Division of Housing & Community Resources at the New Jersey Department of Community Affairs.

23. Attached as Exhibit 100 is a true and correct copy of the Declaration of Wesley Billingsly, the Infrastructure Planning and Development Division Director of the New Mexico Department of Finance and Administration.

24. Attached as Exhibit 101 is a true and correct copy of the Declaration of Christine Brady, an Assistant Attorney General at the Nevada Office of the Attorney General.

25. Attached as Exhibit 102 is a true and correct copy of the Declaration of Richard Umholtz, the Deputy Commissioner of Housing and Refugee Services within the Office of Temporary and Disability Assistance of New York State.

26. Attached as Exhibit 103 is a true and correct copy of the Declaration of Edward Tabor, the Infrastructure and Program Services Director at the Oregon Business Development Department.

27. Attached as Exhibit 104 is a true and correct copy of the Declaration of Natasha Detweiler-Daby, the Affordable Rental Housing Division Director at the Oregon Housing and Community Services Department.

28. Attached as Exhibit 105 is a true and correct copy of the Declaration of Cody Sibley, the Homeless Services Programs Coordinator in the Housing Stabilization Division of Oregon Housing and Community Services.

29. Attached as Exhibit 106 is a true and correct copy of the Declaration of Ricardo Abrego, the Assistant Director of Manufactured Housing in the Homeownership Division of Oregon Housing and Community Services.

30. Attached as Exhibit 107 is a true and correct copy of the Declaration of Carol Ventura, the Executive Director at Rhode Island Housing and Mortgage Finance Corporation.

31. Attached as Exhibit 108 is a true and correct copy of the Declaration of Nicholas Mondau, the Federal Programs Manager in the Homelessness Assistance Unit at the Washington State Department of Commerce.

32. Attached as Exhibit 109 is a true and correct copy of the Declaration of AnnMarie Santiago, the Deputy Commissioner for the Office of Enforcement and Neighborhood Services at the New York City Department of Housing Preservation and Development.

33. Attached as Exhibit 110 is a true and correct copy of an Advisory of the Employment and Training Administration Advisory System of the U.S. Department of Labor, titled "Training and Employment Guidance Letter One-Stop Operating Guidance for the Workforce Innovation and Opportunity Act No. 16-16," dated January 18, 2017, also available at https://www.dol.gov/sites/dolgov/files/ETA/advisories/TEGL/2017/TEGL_16-16.pdf.

34. Attached as Exhibit 111 is a true and correct copy of the Order Granting Motion for Preliminary Injunction in *Washington State Ass'n of Head Start, et al. v. Kennedy, et al.*, Case No. C25-781-RSM (W.D. Wash.), dated September 11, 2025.

35. Enclosed is a chart of all exhibits and declarations filed by Plaintiffs showing the exhibit number, ECF number, and title.

Dated: New York, New York
    February 27, 2026

_____
Jessica Ranucci

**Chart of All Exhibits and Declarations**

| Ex. # | ECF No. | Exhibit Title |
|---|---|---|
| 1 | 4-1 | DOJ PRWORA Notice, 90 Fed. Reg. 32,023, 32,025 (July 16, 2025) |
| 2 | 4-2 | HHS PRWORA Notice, 90 Fed. Reg. 31,232, 31,238 (July 14, 2025) |
| 3 | 4-3 | ED PRWORA Notice, 90 Fed. Reg. 30,896, 30,896 (July 11, 2025) |
| 4 | 4-4 | DOL PRWORA Notice, DOL Training and Employment Guidance Letter (TEGL) 10-23 Change 2 |
| 5 | 4-5 | HHS Final Regulatory Impact Analysis |
| 6 | 4-6 | ED 1997 Dear Colleague Letter |
| 7 | 4-7 | DOL Training and Employment Guidance Letter (TEGL) 10-23 |
| 8 | 4-8 | DOL Training and Employment Guidance Letter (TEGL) 19-16 Att. II |
| 9 | 4-9 | Chart of Exhibits in support of Preliminary Injunction Motion |
| 10 | 4-10 | Declaration of Beth Neary (CA) |
| 11 | 4-11 | Declaration of Colleen Chawla (CA) |
| 12 | 4-12 | Declaration of Greta Hansen (CA) |
| 13 | 4-13 | Declaration of Hillary Kunins (CA) |
| 14 | 4-14 | Declaration of Joan Miller (CA) |
| 15 | 4-15 | Declaration of Maria Guadalupe Jaime-Mileham (CA) |
| 16 | 4-16 | Declaration of Tony Thurmond (CA) |
| 17 | 4-17 | Declaration of Wilmer Brown, Jr. (CA) |
| 18 | 4-18 | Declaration of Danielle Ongart (CO) |

| Ex. # | ECF No. | Exhibit Title |
|---|---|---|
| 19 | 4-19 | Declaration of Kelly Folks (CO) |
| 20 | 4-20 | Declaration of Les Becker (CO) |
| 21 | 4-21 | Declaration of Nancy Navarretta (CT) |
| 22 | 4-22 | Declaration of Peter Hadler (CT) |
| 23 | 4-23 | Declaration of Hannah Matthews (DC) |
| 24 | 4-24 | Declaration of Kilin Boardman-Schroyer (DC) |
| 25 | 4-25 | Declaration of Brian Durham (IL) |
| 26 | 4-26 | Declaration of Gregory Stevens (IL) |
| 27 | 4-27 | Declaration of Lisa Masinter (IL) |
| 28 | 4-28 | Declaration of Rosario Wortman (IL) |
| 29 | 4-29 | Declaration of Ryan Rollinson (IL) |
| 30 | 4-30 | Declaration of Tony Sanders (IL) |
| 31 | 4-31 | Declaration of Christopher Jee (MA) |
| 32 | 4-32 | Declaration of Lauren Woo (MA) |
| 33 | 4-33 | Declaration of Nathan Mackinnon (MA) |
| 34 | 4-34 | Declaration of Sharon Boyle (MA) |
| 35 | 4-35 | Declaration of Danielle Meister (MD) |
| 36 | 4-36 | Declaration of Erin Roth (MD) |
| 37 | 4-37 | Declaration of Sara Gagne-Holmes (ME) |

| Ex. # | ECF No. | Exhibit Title |
|---|---|---|
| 38 | 4-38 | Declaration of Stacie McCoy (ME) |
| 39 | 4-39 | Declaration of Dwayne Haywood (MI) |
| 40 | 4-40 | Declaration of Krista Johnson (MI) |
| 41 | 4-41 | Declaration of Sarah Lyon-Callo (MI) |
| 42 | 4-42 | Declaration of Eric Grumdahl (MN) |
| 43 | 4-43 | Declaration of Janel Winter (First) (NJ) |
| 44 | 4-44 | Declaration of Jorden Schiff (NJ) |
| 45 | 4-45 | Declaration of Robert Asaro-Angelo (NJ) |
| 46 | 4-46 | Declaration of Sarah Adelman (NJ) |
| 47 | 4-47 | Declaration of Casey Lafferty (NM) |
| 48 | 4-48 | Declaration of Janis Gonzales (NM) |
| 49 | 4-49 | Declaration of Sarita Nair (First) (NM) |
| 50 | 4-50 | Declaration of Sarita Nair (Second) (NM) |
| 51 | 4-51 | Declaration of Benjamin Rosen (NY) |
| 52 | 4-52 | Declaration of Ceylane Meyers-Ruff (NY) |
| 53 | 4-53 | Declaration of Elana Marton (NY) |
| 54 | 4-54 | Declaration of Eugene Heslin (NY) |
| 55 | 4-55 | Declaration of Jacqueline Orr (NY) |
| 56 | 4-56 | Declaration of Janice Chisholm (NY) |

| Ex. # | ECF No. | Exhibit Title |
|---|---|---|
| 57 | 4-57 | Declaration of Maria Morris-Groces (NY) |
| 58 | 4-58 | Declaration of Alyssa Chatterjee (OR) |
| 59 | 4-59 | Declaration of Annika Shore (OR) |
| 60 | 4-60 | Declaration of Ben Cannon (OR) |
| 61 | 4-61 | Declaration of Ebony Clarke (OR) |
| 62 | 4-62 | Declaration of Elizabeth Weber (OR) |
| 63 | 4-63 | Declaration of Ana Giron (RI) |
| 64 | 4-64 | Declaration of Matthew Weldon (RI) |
| 65 | 4-65 | Declaration of Thomas Martin (RI) |
| 66 | 4-66 | Declaration of Cynthia Guertin-Anderson (WA) |
| 67 | 4-67 | Declaration of Faisal Khan (WA) |
| 68 | 4-68 | Declaration of Joy Adams (WA) |
| 69 | 4-69 | Declaration of Michele Roberts (WA) |
| 70 | 4-70 | Declaration of Shannon Mathis (WA) |
| 71 | 4-71 | Declaration of Teesha Kirschbaum (WA) |
| 72 | 4-72 | Declaration of Debra Standridge (WA) |
| 73 | 4-73 | Declaration of Kristin Flores (AZ) |
| 74 | 4-74 | Declaration of Zoie Saunders (VT) |
| 75 | 4-75 | Declaration of Emily Hawes (VT) |

| Ex. # | ECF No. | Exhibit Title |
|---|---|---|
| 76 | 4-76 | Declaration of Julie Arel (VT) |
| 77 | 55-1 | Declaration of Cynthia Marten (DE) |
| 78 | 55-2 | Declaration of Ryan Yamane (HI) |
| 79 | 55-3 | Declaration of Katrina T. McCombs (NJ) |
| 80 | 55-4 | Declaration of Janel Winter (Second) (NJ) |
| 81 | | 2025 HUD PRWORA Notice, 90 Fed. Reg. 54,363 (Nov. 26, 2025) |
| 82 | | HUD Office of Healthy Homes and Lead Hazard Control's "Policy Guidance Number: 2001-01," dated January 16, 2001 |
| 83 | | Letter to "HUD Funds Recipient," dated January 19, 2001 |
| 84 | | Joint Letter to "Recipients of Federal Financial Assistance," dated August 5, 2016 |
| 85 | | HUD Fact Sheet dated August 16, 2016 |
| 86 | | HUD Memorandum dated August 21, 2017 |
| 87 | | Declaration of Gustavo Velasquez (CA) |
| 88 | | Declaration of Maria De Cambra (CO) |
| 89 | | Declaration of David Esposito (IL) |
| 90 | | Declaration of Andrea Perez (IL) |
| 91 | | Declaration of Karen R. Byron (MA) |
| 92 | | Declaration of Tyler McEachron (MA) |
| 93 | | Declaration of Jessie Permar Kelly (MA) |
| 94 | | Declaration of Kathryn A. McNelis (MA) |

| Ex. # | ECF No. | Exhibit Title |
|---|---|---|
| 95 | | Amended Declaration of Danielle Meister (MD) |
| 96 | | Declaration of Daniel E. Brennan (ME) |
| 97 | | Declaration of Michael Duguay (ME) |
| 98 | | Declaration of Helena Siers (MN) |
| 99 | | Supplemental Declaration of Janel Winter (NJ) |
| 100 | | Declaration of Wesley Billingsly (NM) |
| 101 | | Declaration of Christine Brady (NV) |
| 102 | | Declaration of Richard Umholtz (NY) |
| 103 | | Declaration of Edward Tabor (OR) |
| 104 | | Declaration of Natasha Detweiler-Daby (OR) |
| 105 | | Declaration of Cody Sibley (OR) |
| 106 | | Declaration of Ricardo Abrego (OR) |
| 107 | | Declaration of Carol Ventura (RI) |
| 108 | | Declaration of Nicholas Mondau (WA) |
| 109 | | Declaration of AnnMarie Santiago (NY) |
| 110 | | DOL Training and Employment Guidance Letter (TEGL) No. 16-16 |
| 111 | | *Washington State Ass'n of Head Start et al. v. Kennedy et al.* Order Granting Motion for Preliminary Injunction |