# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Case No. 1:25-cv-00345-MSM-PAS |

## MOTION FOR RELIEF FROM PRO HAC VICE ADMISSION FEE

*Amici* the Judge David L. Bazelon Center for Public Health, the Center for Public Representation, Grantmakers in Health, Justice in Aging, the National Health Law Program, and the National Immigration Law Center, by and through their undersigned counsel, hereby requests the Court to waive the pro hac admission fee for attorney Riley K. Segars to represent *Amici* in this litigation. As support for this motion, counsel states that Attorney Segars is an attorney, who is licensed by the District of Columbia. Attorney Segars's representation of *Amici* in this litigation is pro bono. Attorney Timothy Baldwin is also representing Amici in this litigation pro bono. Accordingly, pursuant to LR 101(c), counsel requests that the Court waive the pro hac vice admission fee of $100 for Attorney Segars to seek pro hac vice admission.[1]

---

[1] If this motion is granted, counsel respectfully asks the Court to file the attached Motion to Appear Pro Hac Vice, which is attached to this motion, as counsel is unable to bypass the $100 filing fee page in CM/ECF in order to file the Motion to Appear Pro Hac Vice.

-1-

Dated: March 6, 2026

By:  /s/ *Timothy K. Baldwin*
/s/ *Jessica S. Sylver*

Timothy K. Baldwin (#7889)
Jessica S. Sylver (#8607)
WHELAN CORRENTE
 & FLANDERS LLP
100 Westminster Street, Suite 710
Providence, RI  02903
401-270-4500
401-270-3760 (fax)
tbaldwin@whelancorrente.com
jsylver@whelancorrente.com

*Attorneys for Amici Curiae*