**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | No. 25-cv-00345-MSM |

**[PROPOSED] ORDER**

The Court, having fully considered the Parties' cross-motions, HEREBY ORDERS that Plaintiffs' Motion for Summary Judgment is DENIED and Defendants' Cross-Motion to Dismiss and for Summary Judgment is GRANTED.  Final judgment is entered for Defendants on all counts.

 IT IS SO ORDERED, this _____ day of _____, 2026.


_____
Hon. Mary S. McElroy
United States District Judge