UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK; STATE OF WASHINGTON; STATE OF RHODE ISLAND; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WISCONSIN,<br>Plaintiffs,<br>v.<br>U.S. DEPARTMENT OF JUSTICE; PAMELA BONDI, in her official capacity as ATTORNEY GENERAL OF THE UNITED STATES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. DEPARTMENT OF EDUCATION; LINDA McMAHON, in her official capacity as SECRETARY OF THE U.S. DEPARTMENT OF EDUCATION; U.S. DEPARTMENT OF LABOR; LORI CHAVEZ-DeREMER, in her official capacity as SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; ERIC SCOTT TURNER, in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>Defendants. | Case No. 1:25-cv-00345 |

1

## THIRD SUPPLEMENTAL DECLARATION OF JESSICA RANUCCI

JESSICA RANUCCI, an attorney duly admitted to practice, does hereby state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.       I am Jessica Ranucci, Special Counsel in the Office of the Attorney General for the State of New York. I represent the State of New York in this action.

2.       I submit this declaration in further support of Plaintiff Motion for Summary Judgment and in Opposition to Defendants' Cross-Motion to Dismiss and for Summary Judgment. The facts set forth herein are based upon my personal knowledge and/or a review of the files in my possession.

3.       I have attached to this declaration true and correct copies of the following documents, as noted herein. I have numbered these exhibits consecutively following Exhibits 1-76 of my July 21, 2025 Declaration, ECF No. 4, Exhibits 77-80 of my August 18, 2025 Supplemental Declaration, ECF No. 55, and Exhibits 81-111 of my February 27, 2026 Supplemental Declaration, ECF No. 92.

4.       Attached as Exhibit 112 is a true and correct copy of the transcript of the hearing on Plaintiffs' Motion for Preliminary Injunction in this matter, dated August 20, 2025.

5.       Attached as Exhibit 113 is a true and correct copy of the transcript of the hearing on the plaintiffs' Motion for Preliminary Injunction in *State of Washington, et al. v. United States Department of Housing and Urban Development, et al.*, Case No. 25-cv-626 (D.R.I.), dated December 19, 2025.

6.       Attached as Exhibit 114 is a true and correct copy of "Training and Employment Guidance Letter No.10-23, Change 3," dated March 18, 2026, also available at

2

https://www.dol.gov/sites/dolgov/files/ETA/advisories/TEGL/2025/TEGL%2010-23%2C%20Change%203/TEGL%2010-23%20Change%203.pdf.

7.      On March 25, 2026, I sent via email to Defendants' counsel a proposed stipulation requesting, among other things, that Defendants "agree that, regardless of the outcome of this litigation, including on any appeal, they will never enforce or in any way apply the DOL PRWORA Notice or the interpretations of PRWORA expressed in that Notice until DOL has promulgated a final rule after having undertaken notice-and-comment rulemaking via publication in the Federal Register relating to the scope of the term 'Federal public benefit' under PRWORA." On March 31, 2026, counsel for Plaintiffs and Defendants met and conferred regarding this proposal. On April 2, 2026, Defendants' counsel confirmed via email that DOL would not be signing Plaintiffs' proposed stipulation.

8.      Enclosed is an updated chart of all exhibits and declarations filed by Plaintiffs showing the exhibit number, ECF number, and title.

Dated: New York, New York
       April 2, 2026

_____
Jessica Ranucci

3

**Chart of All Exhibits and Declarations**

| Ex. # | ECF No. | Exhibit Title |
|---|---|---|
| 1 | 4-1 | DOJ PRWORA Notice, 90 Fed. Reg. 32,023, 32,025 (July 16, 2025) |
| 2 | 4-2 | HHS PRWORA Notice, 90 Fed. Reg. 31,232, 31,238 (July 14, 2025) |
| 3 | 4-3 | ED PRWORA Notice, 90 Fed. Reg. 30,896, 30,896 (July 11, 2025) |
| 4 | 4-4 | DOL PRWORA Notice, DOL Training and Employment Guidance Letter (TEGL) 10-23 Change 2 |
| 5 | 4-5 | HHS Final Regulatory Impact Analysis |
| 6 | 4-6 | ED 1997 Dear Colleague Letter |
| 7 | 4-7 | DOL Training and Employment Guidance Letter (TEGL) 10-23 |
| 8 | 4-8 | DOL Training and Employment Guidance Letter (TEGL) 19-16 Att. II |
| 9 | 4-9 | Chart of Exhibits in support of Preliminary Injunction Motion |
| 10 | 4-10 | Declaration of Beth Neary (CA) |
| 11 | 4-11 | Declaration of Colleen Chawla (CA) |
| 12 | 4-12 | Declaration of Greta Hansen (CA) |
| 13 | 4-13 | Declaration of Hillary Kunins (CA) |
| 14 | 4-14 | Declaration of Joan Miller (CA) |
| 15 | 4-15 | Declaration of Maria Guadalupe Jaime-Mileham (CA) |
| 16 | 4-16 | Declaration of Tony Thurmond (CA) |
| 17 | 4-17 | Declaration of Wilmer Brown, Jr. (CA) |
| 18 | 4-18 | Declaration of Danielle Ongart (CO) |

| Ex. # | ECF No. | Exhibit Title |
|---|---|---|
| 19 | 4-19 | Declaration of Kelly Folks (CO) |
| 20 | 4-20 | Declaration of Les Becker (CO) |
| 21 | 4-21 | Declaration of Nancy Navarretta (CT) |
| 22 | 4-22 | Declaration of Peter Hadler (CT) |
| 23 | 4-23 | Declaration of Hannah Matthews (DC) |
| 24 | 4-24 | Declaration of Kilin Boardman-Schroyer (DC) |
| 25 | 4-25 | Declaration of Brian Durham (IL) |
| 26 | 4-26 | Declaration of Gregory Stevens (IL) |
| 27 | 4-27 | Declaration of Lisa Masinter (IL) |
| 28 | 4-28 | Declaration of Rosario Wortman (IL) |
| 29 | 4-29 | Declaration of Ryan Rollinson (IL) |
| 30 | 4-30 | Declaration of Tony Sanders (IL) |
| 31 | 4-31 | Declaration of Christopher Jee (MA) |
| 32 | 4-32 | Declaration of Lauren Woo (MA) |
| 33 | 4-33 | Declaration of Nathan Mackinnon (MA) |
| 34 | 4-34 | Declaration of Sharon Boyle (MA) |
| 35 | 4-35 | Declaration of Danielle Meister (MD) |
| 36 | 4-36 | Declaration of Erin Roth (MD) |
| 37 | 4-37 | Declaration of Sara Gagne-Holmes (ME) |

| Ex. # | ECF No. | Exhibit Title |
|---|---|---|
| 38 | 4-38 | Declaration of Stacie McCoy (ME) |
| 39 | 4-39 | Declaration of Dwayne Haywood (MI) |
| 40 | 4-40 | Declaration of Krista Johnson (MI) |
| 41 | 4-41 | Declaration of Sarah Lyon-Callo (MI) |
| 42 | 4-42 | Declaration of Eric Grumdahl (MN) |
| 43 | 4-43 | Declaration of Janel Winter (First) (NJ) |
| 44 | 4-44 | Declaration of Jorden Schiff (NJ) |
| 45 | 4-45 | Declaration of Robert Asaro-Angelo (NJ) |
| 46 | 4-46 | Declaration of Sarah Adelman (NJ) |
| 47 | 4-47 | Declaration of Casey Lafferty (NM) |
| 48 | 4-48 | Declaration of Janis Gonzales (NM) |
| 49 | 4-49 | Declaration of Sarita Nair (First) (NM) |
| 50 | 4-50 | Declaration of Sarita Nair (Second) (NM) |
| 51 | 4-51 | Declaration of Benjamin Rosen (NY) |
| 52 | 4-52 | Declaration of Ceylane Meyers-Ruff (NY) |
| 53 | 4-53 | Declaration of Elana Marton (NY) |
| 54 | 4-54 | Declaration of Eugene Heslin (NY) |
| 55 | 4-55 | Declaration of Jacqueline Orr (NY) |
| 56 | 4-56 | Declaration of Janice Chisholm (NY) |

| Ex. # | ECF No. | Exhibit Title |
|---|---|---|
| 57 | 4-57 | Declaration of Maria Morris-Groces (NY) |
| 58 | 4-58 | Declaration of Alyssa Chatterjee (OR) |
| 59 | 4-59 | Declaration of Annika Shore (OR) |
| 60 | 4-60 | Declaration of Ben Cannon (OR) |
| 61 | 4-61 | Declaration of Ebony Clarke (OR) |
| 62 | 4-62 | Declaration of Elizabeth Weber (OR) |
| 63 | 4-63 | Declaration of Ana Giron (RI) |
| 64 | 4-64 | Declaration of Matthew Weldon (RI) |
| 65 | 4-65 | Declaration of Thomas Martin (RI) |
| 66 | 4-66 | Declaration of Cynthia Guertin-Anderson (WA) |
| 67 | 4-67 | Declaration of Faisal Khan (WA) |
| 68 | 4-68 | Declaration of Joy Adams (WA) |
| 69 | 4-69 | Declaration of Michele Roberts (WA) |
| 70 | 4-70 | Declaration of Shannon Mathis (WA) |
| 71 | 4-71 | Declaration of Teesha Kirschbaum (WA) |
| 72 | 4-72 | Declaration of Debra Standridge (WA) |
| 73 | 4-73 | Declaration of Kristin Flores (AZ) |
| 74 | 4-74 | Declaration of Zoie Saunders (VT) |
| 75 | 4-75 | Declaration of Emily Hawes (VT) |

| Ex. # | ECF No. | Exhibit Title |
|---|---|---|
| 76 | 4-76 | Declaration of Julie Arel (VT) |
| 77 | 55-1 | Declaration of Cynthia Marten (DE) |
| 78 | 55-2 | Declaration of Ryan Yamane (HI) |
| 79 | 55-3 | Declaration of Katrina T. McCombs (NJ) |
| 80 | 55-4 | Declaration of Janel Winter (Second) (NJ) |
| 81 | 92-1 | 2025 HUD PRWORA Notice, 90 Fed. Reg. 54,363 (Nov. 26, 2025) |
| 82 | 92-2 | HUD Office of Healthy Homes and Lead Hazard Control's "Policy Guidance Number: 2001-01," dated January 16, 2001 |
| 83 | 92-3 | Letter to "HUD Funds Recipient," dated January 19, 2001 |
| 84 | 92-4 | Joint Letter to "Recipients of Federal Financial Assistance," dated August 5, 2016 |
| 85 | 92-5 | HUD Fact Sheet dated August 16, 2016 |
| 86 | 92-6 | HUD Memorandum dated August 21, 2017 |
| 87 | 92-7 | Declaration of Gustavo Velasquez (CA) |
| 88 | 92-8 | Declaration of Maria De Cambra (CO) |
| 89 | 92-9 | Declaration of David Esposito (IL) |
| 90 | 92-10 | Declaration of Andrea Perez (IL) |
| 91 | 92-11 | Declaration of Karen R. Byron (MA) |
| 92 | 92-12 | Declaration of Tyler McEachron (MA) |
| 93 | 92-13 | Declaration of Jessie Permar Kelly (MA) |
| 94 | 92-14 | Declaration of Kathryn A. McNelis (MA) |

| Ex. # | ECF No. | Exhibit Title |
|---|---|---|
| 95 | 92-15 | Amended Declaration of Danielle Meister (MD) |
| 96 | 92-16 | Declaration of Daniel E. Brennan (ME) |
| 97 | 92-17 | Declaration of Michael Duguay (ME) |
| 98 | 92-18 | Declaration of Helena Siers (MN) |
| 99 | 92-19 | Supplemental Declaration of Janel Winter (NJ) |
| 100 | 92-20 | Declaration of Wesley Billingsly (NM) |
| 101 | 92-21 | Declaration of Christine Brady (NV) |
| 102 | 92-22 | Declaration of Richard Umholtz (NY) |
| 103 | 92-23 | Declaration of Edward Tabor (OR) |
| 104 | 92-24 | Declaration of Natasha Detweiler-Daby (OR) |
| 105 | 92-25 | Declaration of Cody Sibley (OR) |
| 106 | 92-26 | Declaration of Ricardo Abrego (OR) |
| 107 | 92-27 | Declaration of Carol Ventura (RI) |
| 108 | 92-28 | Declaration of Nicholas Mondau (WA) |
| 109 | 92-29 | Declaration of AnnMarie Santiago (NY) |
| 110 | 92-30 | DOL Training and Employment Guidance Letter (TEGL) No. 16-16 |
| 111 | 92-31 | *Washington State Ass'n of Head Start et al. v. Kennedy et al.* Order Granting Motion for Preliminary Injunction |
| 112 | | *State of New York, et al., v. U.S. Department of Justice, et al.* Preliminary Injunction Hearing Transcript |
| 113 | | *State of Washington, et al. v. U.S. Department of Housing and Urban Development, et al.* Preliminary Injunction Hearing Transcript |

| 114 | | DOL Training and Employment Guidance Letter (TEGL) No. 10-23, Change 3 |
| --- | --- | --- |