# EXHIBIT 114

| | |
|---|---|
| **EMPLOYMENT AND TRAINING ADMINISTRATION ADVISORY SYSTEM U.S. DEPARTMENT OF LABOR** Washington, D.C. 20210 | **CLASSIFICATION** WIOA |
| | **CORRESPONDENCE SYMBOL** OWI |
| | **DATE** March 18, 2026 |

**ADVISORY:**   **TRAINING AND EMPLOYMENT GUIDANCE LETTER NO. 10-23, Change 3**

**TO:**   STATE WORKFORCE AGENCIES
STATE WORKFORCE ADMINISTRATORS
STATE WORKFORCE LIAISONS
STATE AND LOCAL WORKFORCE BOARD CHAIRS AND DIRECTORS
AMERICAN JOB CENTER DIRECTOR
STATE LABOR COMMISSIONERS
JOB CORPS PROGRAM
WORKFORCE INNOVATION AND OPPORTUNITY ACT SECTION 166
INDIAN AND NATIVE AMERICAN GRANTEES
WORKFORCE INNOVATION AND OPPORTUNITY ACT SECTION 167
MIGRANT AND SEASONAL FARMWORKER JOBS PROGRAM
GRANTEES
WORKFORCE INNOVATION AND OPPORTUNITY ACT SECTION 169
REENTRY EMPLOYMENT OPPORTUNITIES GRANTEES AND OTHER
DEMONSTRATION PROGRAMS
WORKFORCE INNOVATION AND OPPORTUNITY ACT SECTION 171
YOUTHBUILD GRANTEES
SENIOR COMMUNITY SERVICE EMPLOYMENT PROGRAM
GRANTEES

**FROM:**   HENRY MACK, ED.D.
Assistant Secretary

**SUBJECT:**   Rescission of Training and Employment Guidance Letter No. 10-23, Change 2: *Work Authorization Verification in Grant Programs Administered by the Employment and Training Administration*

1.  **Purpose.** To rescind Training and Employment Guidance Letter (TEGL) 10-23, Change 2.

2.  **Action Requested.** Please disseminate this information to appropriate staff.

3.  **Summary and Background.**

    a.  Summary – TEGL 10-23, Change 3, changes the status of TEGL 10-23, Change 2 to rescinded.

| **RESCISSIONS** TEGL 10-23 Change 2 | **EXPIRATION DATE** Continuing |
|---|---|

b. Background – On February 19, 2025, President Trump issued Executive Order (EO) 14218, *Ending Taxpayer Subsidization of Open Borders*, which directed Federal agencies to take certain steps to ensure that taxpayer-funded benefits are not being provided to individuals whose immigration status renders them ineligible. The EO requires agencies to review their programs to ensure they are in alignment with the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA) (Public Law 104-193), which provides that aliens who are not "qualified aliens" as defined in the Act are not eligible to receive federal public benefits. 8 U.S.C. 1611. The EO also instructs agencies to enhance eligibility verification systems to ensure that ineligible individuals do not receive benefits.

On July 10, 2025, in accordance with the requirements of EO 14218, the Employment and Training Administration (ETA) issued TEGL 10-23, Change 2, *Work Authorization Verification in Grant Programs Administered by the Employment and Training Administration.* TEGL 10-23, Change 2 informed grantees of eligibility and verification requirements in the following programs: Workforce Innovation and Opportunity Act (WIOA) Title I Adult, Dislocated Worker, Youth programs (including statewide employment and training services funded by the Governor reserve); WIOA National Dislocated Worker Grants (DWGs); Wagner-Peyser Act (W-P) Employment Service; Reentry Employment Opportunities (REO) and other programs authorized under Section 169 of WIOA; YouthBuild; WIOA Section 167 Migrant and Seasonal Farmworker Program, also commonly referred to as the National Farmworker Jobs Program (NFJP); and the Senior Community Service Employment Program (SCSEP).

The TEGL instructed grantees that all "participant-level services" in the above programs are considered federal public benefits under PRWORA, because they are the same as or similar to benefits listed in PRWORA, 8 U.S.C. 1611(c) (defining federal public benefits to include several enumerated benefit categories, as well as "any other similar benefit"). Consistent with WIOA's goal of preparing job seekers and workers to succeed in the labor market while helping employers hire the skilled workers they need to compete in the global economy, the TEGL also instructed grantees that they must verify work authorization for all participants before providing participant-level services. The requirement for grantees to obtain proof of work authorization was also intended to ensure compliance with nondiscrimination requirements in WIOA Section 188: "Participation in programs and activities or receiving funds under [Title I of WIOA] shall be available to citizens and nationals of the United States, lawfully admitted permanent resident aliens, refugees, asylees, and parolees, and other immigrants authorized by the Attorney General to work in the United States." 29 U.S.C. 3248(a)(5). The TEGL provided examples of documents that could be collected for verification purposes, and it encouraged states to use U.S. Citizenship and Immigration Services' Systematic Alien Verification for Entitlements (SAVE), an online service that provides immigration status and citizenship information to public agencies.

4. **Rescission of TEGL 10-23, Change 2.** ETA is rescinding TEGL 10-23, Change 2. In order to facilitate further consideration and implementation of PRWORA requirements, and to obtain input from interested stakeholders, the Department will engage in notice-and-comment rulemaking via publication in the *Federal Register*.

5. **Inquiries.** Please direct inquiries to the appropriate Regional Office.

6. **References.**
   - Executive Order 14218, "Ending Taxpayer Subsidization of Open Borders," February 19, 2025, available at: https://www.whitehouse.gov/fact-sheets/2025/02/fact-sheet-president-donald-j-trump-ends-taxpayer-subsidization-of-open-borders/ or in the Federal Register at: https://www.govinfo.gov/content/pkg/FR-2025-02-25/pdf/2025-03137.pdf.

7. **Attachment.** Not applicable.