**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

---

STATE OF NEW YORK; STATE OF
WASHINGTON; STATE OF RHODE ISLAND;
STATE OF ARIZONA; STATE OF CALIFORNIA;
STATE OF COLORADO; STATE OF
CONNECTICUT; STATE OF DELAWARE;
DISTRICT OF COLUMBIA; STATE OF
HAWAI'I; STATE OF ILLINOIS; STATE OF
MAINE; STATE OF MARYLAND;
COMMONWEALTH OF MASSACHUSETTS;
STATE OF MICHIGAN; STATE OF
MINNESOTA; STATE OF NEVADA; STATE OF
NEW JERSEY; STATE OF NEW MEXICO;
STATE OF OREGON; STATE OF VERMONT;
STATE OF WISCONSIN,

       Plaintiffs,

         v.

U.S. DEPARTMENT OF JUSTICE; PAMELA
BONDI, in her official capacity as ATTORNEY
GENERAL OF THE UNITED STATES; U.S.
DEPARTMENT OF HEALTH AND HUMAN
SERVICES; ROBERT F. KENNEDY, JR., in his
official capacity as SECRETARY OF THE U.S.
DEPARTMENT OF HEALTH AND HUMAN
SERVICES; U.S. DEPARTMENT OF
EDUCATION; LINDA McMAHON, in her official
capacity as SECRETARY OF THE U.S.
DEPARTMENT OF EDUCATION; U.S.
DEPARTMENT OF LABOR; LORI CHAVEZ-
DeREMER, in her official capacity as
SECRETARY OF THE. US. DEPARTMENT OF
LABOR; U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT; and ERIC
SCOTT TURNER, in his official capacity as
SECRETARY OF THE U.S. DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT,

       Defendants.

Case No. 1:25-cv-00345

**STIPULATION**

**STIPULATION**

1.    Defendants have consented to Plaintiffs amending their complaint to add the Department of Housing and Urban Development ("HUD") and Eric Scott Turner, the HUD Secretary in his official capacity, as Defendants (together, the "HUD Defendants") and to add claims challenging the November 26, 2025, Notice titled "Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA); Interpretation of 'Federal Public Benefit,'" 90 Fed. Reg. 54,363 (Nov. 26, 2025) (the "HUD PRWORA Notice").

2.    Defendants have agreed to stay enforcement and application in Plaintiff States[1] of the HUD PRWORA Notice (and its contents) until the date on which judgment on the merits has been issued as to all claims in this action ("district court judgment date"). *See* ECF No. 80.

3.    Defendants have agreed that, regardless of the outcome of this litigation, including on any appeal, they will never enforce or in any way apply the HUD PRWORA Notice, including the interpretations of PRWORA expressed in that Notice, related to:

    a.    conduct occurring prior to the district court judgment date;

    b.    funds expended prior to the district court judgment date; or

    c.    any other actions taken in reliance on this Stipulation prior to the district court judgment date. *See id.*

4.    Defendants' agreement to this stay of enforcement and application is contingent on Plaintiffs filing a single motion for summary judgment that includes Plaintiffs' challenges to all the PRWORA notices currently at issue in this case, namely, the DOJ, HHS, ED, DOL, and HUD notices.

---

[1] The Term States includes the Plaintiffs and their subdivisions and instrumentalities.

1

5.      Defendants agree that, in accordance with ¶¶ 2-3, regardless of the outcome of this litigation, including on any appeal, they will never enforce or in any way apply, in Plaintiff States, any grant condition purporting to require verification of immigration status pursuant to PRWORA for any HUD program newly interpreted by HUD in the HUD PRWORA Notice to fall within PRWORA's definition of "Federal public benefit", related to:

    a.  conduct occurring prior to the district court judgment date;

    b.  funds expended prior to the district court judgment date; or

    c.  any other actions taken in reliance on this Stipulation prior to the district court judgment date.

Dated: April 3, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

DIANE KELLEHER
Branch Director
Federal Programs Branch

*/s/ Alexandra L. Yeatts*
ALEXANDRA YEATTS
(CA Bar No. 358762)
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
*Trial Attorneys*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 353-5677

2

Email: alexandra.yeatts@usdoj.gov

*Attorneys for Defendants*

**LETITIA JAMES**
Attorney General for the State of New York


By: */s/ Rabia Muqaddam*

Rabia Muqaddam*
*Chief Counsel for Federal Initiatives*
Jessica Ranucci*
*Special Counsel*
Zoe Levine*
*Special Counsel for Immigrant Justice*
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov
zoe.levine@ag.ny.gov
jessica.ranucci@ag.ny.gov


*Attorneys for the State of New York*


**PETER F. NERONHA**
Attorney General for the State of Rhode Island


By: */s/ Sarah W. Rice*
Sarah W. Rice (RI No. 10588)
*Unit Chief, Consumer & Economic Justice Unit*
150 South Main St.
Providence, RI 02903
Phone: 401-274-4400
SRice@riag.ri.gov


*Attorney for the State of Rhode Island*


**PHILIP J. WEISER**
Attorney General for the State of Colorado


By: */s/ David Moskowitz*
David Moskowitz*

**NICHOLAS W. BROWN**
Attorney General of Washington


By: */s/ Benjamin Seel*

Andrew Hughes*
Benjamin Seel*
Zane Muller*
*Assistant Attorneys General*
Cristina Sepe*
*Deputy Solicitor General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Andrew.Hughes@atg.wa.gov
Benjamin.Seel@atg.wa.gov
Zane.Muller@atg.wa.gov
Cristina.Sepe@atg.wa.gov


*Attorneys for the State of Washington*


**KRISTIN K. MAYES**
Attorney General for the State of Arizona


By: */s/ Hayleigh S. Crawford*
Hayleigh S. Crawford*
Mary M. Curtin*
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: (602) 542-3333
Hayleigh.Crawford@azag.gov
Mary.Curtin@azag.gov
ACL@azag.gov


*Attorneys for the State of Arizona*


**ROB BONTA**
Attorney General for the State of California


By: */s/ Heidi Lehrman*
Heidi Lehrman*

3

*Deputy Solicitor General*
Jennifer L. Sullivan\*
*Deputy Attorney General*
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
david.moskowitz@coag.gov
jen.sullivan@coag.gov

*Attorneys for the State of Colorado*

Neli Palma\*
Michael L. Newman
*Senior Assistant Attorneys General*
Kathleen Boergers\*
William Downer \*
*Supervising Deputy Attorneys General*
Heidi Lehrman\*
Jeanelly Orozco Alcalá\*
Natasha A. Reyes\*
*Deputy Attorneys General*
1300 I Street
Sacramento CA 95814
Heidi.Lehrman@doj.ca.gov
Michael.Newman@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
William.Downer@doj.ca.gov
Jeanelly.OrozcoAlcala@doj.ca.gov
Natasha.Reyes@doj.ca.gov

*Attorneys for the State of California*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: /s/ *Vanessa L. Kassab*
Ian R. Liston
*Director of Impact Litigation*
Vanessa L. Kassab
*Deputy Attorney General*
Rose Gibson
*Assistant Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*

**WILLIAM TONG**
Attorney General for the State of
Connecticut

By: */s/ Patricia McCooey*
Patricia McCooey\*
*Deputy Section Chief for Health and
Education*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5210
Patricia.McCooey@ct.gov

*Attorney for the State of Connecticut*

**BRIAN L. SCHWALB**
Attorney General for the District of
Columbia
By: */s/ Mitchell P. Reich*
Mitchell P. Reich
*Senior Counsel to the Attorney General*

**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Sarah J. North*
Sarah J. North\*

4

Office of the Attorney General for the
District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 279-1261
mitchell.reich@dc.gov

*Attorney for the District of Columbia*

*Deputy Division Chief, Public Interest
Division*
Elena Meth*
*Assistant Attorney General, Special
Litigation Bureau*
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
312-814-3000
Sarah.North@ilag.gov
Elena.Meth@ilag.gov

*Attorneys for the State of Illinois*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s Virginia A. Williamson*
Virginia A. Williamson*
*Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6584
VWilliamson@oag.state.md.us

*Attorney for the State of Maryland*

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s Kalikoʻonālani D. Fernandes*

David D. Day*
*Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes*
*Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Attorneys for Plaintiff State of Hawaiʻi*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Bryan Beach*
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
BeachB@michigan.gov

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Brendan Kreckel*
Brendan Kreckel*
By: */s/ Kristin Trabucchi*
Kristin Trabucchi*
*Assistant Attorneys General*
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel.:  207-626-8800
Fax:  207-287-3145
Brendan.kreckel@maine.gov

5

*Attorneys for the State of Michigan*

kristin.k.trabucchi@maine.gov

*Attorneys for the State of Maine*

**AARON D. FORD**
Attorney General for the State of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
*Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

*Attorney for the State of Nevada*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ David Ureña*
Katherine Dirks
*Chief State Trial Counsel*
Ethan W. Marks*
David Ureña*
Brett M. Gannon*
*Assistant Attorneys General*
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2675
david.urena@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

**RAÚL TORREZ**
Attorney General for the State of New Mexico

By: */s/ Mark Noferi*
Mark Noferi*
*Senior Litigation Counsel*
NM Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 490-4060
MNoferi@nmdoj.gov

*Attorney for the State of New Mexico*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Joseph R. Richie*
Joseph R. Richie*
*Special Counsel*
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us

*Attorney for the State of Minnesota*

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
*Deputy Solicitor General*
109 State Street

**JENNIFER L. DAVENPORT**
Acting Attorney General of New Jersey

By: */s/ Meghan Musso*
Meghan Musso*
Patrick Clancey*
Kathleen Riley*
*Deputy Attorneys General*

6

Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov

*Attorney for the State of Vermont*

Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-5289
meghan.musso@law.njoag.gov

*Attorneys for the State of New Jersey*

**JOSHUA L. KAUL**
Attorney General for the State of
Wisconsin

By: */s/ Faye B. Hipsman*
Faye B. Hipsman*
*Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-9487
faye.hipsman@wisdoj.gov

*Attorney for the State of Wisconsin*

**DAN RAYFIELD**
Attorney General for the State of Oregon

By: */s/ Coby Howell*
Coby Howell*
*Senior Assistant Attorney General*
Tel (971) 673-1880
Fax (971) 673-5000
coby.howell@doj.oregon.gov

*Attorney for the State of Oregon*