# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK; STATE OF WASHINGTON; STATE OF RHODE ISLAND; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WISCONSIN,

      Plaintiffs,

          v.

U.S. DEPARTMENT OF JUSTICE; PAMELA BONDI, in her official capacity as ATTORNEY GENERAL OF THE UNITED STATES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. DEPARTMENT OF EDUCATION; LINDA McMAHON, in her official capacity as SECRETARY OF THE U.S. DEPARTMENT OF EDUCATION; U.S. DEPARTMENT OF LABOR; LORI CHAVEZ-DeREMER, in her official capacity as SECRETARY OF THE. US. DEPARTMENT OF LABOR,

      Defendants.

Case No. 1:25-cv-00345

**NOTICE OF WITHDRAWAL OF ATTORNEY**

## NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE that Bryan W. Beach, Assistant Attorney General, hereby withdraws his appearance on behalf of Plaintiff, State of Michigan, in the above matter.  The appearance for Assistant Attorney General Neil A. Giovanatti continues and this Notice does not remove him from this matter.

Respectfully submitted,

/s/ *Bryan W. Beach*
Bryan W. Beach (P69681)
Assistant Attorney General
MI Dep't of Attorney General
P.O. Box 30736
Lansing, MI 48909
(517) 335-7603
BeachB@michigan.gov

Dated:  April 24, 2026