**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | No. 25-cv-00345-MSM |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE A SUR-REPLY**

Defendants respectfully request that the Court deny Plaintiffs' Motion for Leave to File a Sur-Reply. *See* ECF No. 105. Sur-replies are appropriate "only in rare instances . . . where a party has not had the opportunity to contest matters introduced for the first time in the opposing party's reply." *Aero Union Corp. v. Aircraft Deconstructors Intern. LLC*, No. 1:11-CV-00484-JAW, 2012 WL 3679627, at *9 (D. Me. Aug. 24, 2012). Stated differently, "the matter must be truly new." *Id*. (citation modified).

Defendants' Cross-Motion and Reply both emphasize that Plaintiffs' request for sweeping relief is not appropriately tailored to their claimed injuries. *See* Defs' Cross-Motion at 47-49, ECF No. 99. Defendants have at all times maintained (including at the preliminary injunction phase) that the Court should limit any relief to the named Plaintiffs and their claims. *See id*. Party-specific relief does not include remand with vacatur since that relief would apply to entities other than Plaintiffs. Defendants have always contested Plaintiffs' request for a blanket vacatur. Accordingly, the only appropriate relief for Plaintiffs' lack of notice and comment procedural challenges would be a remand to the agency for actions consistent with the Court's Order. And the discussion of remand without vacatur in Defendants' Reply directly responds to vacatur arguments in Plaintiffs' Reply. *See* Pls' Reply at 31-33, ECF No. 100; *see Aero*, 2012 WL 3679627, at *9 (A sur-reply is not appropriate where a party "merely responded to [an]

1

argument in its reply."). Because Defendants' argument regarding vacatur is not new, Plaintiffs'

sur-reply is not appropriate. Plaintiffs' Motion for Leave should be denied.

Dated:  April 29, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

DIANE KELLEHER
Branch Director
Federal Programs Branch

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ (FL Bar No. 1025003)
ALEXANDRA L. YEATTS (CA Bar No. 358762)
*Trial Attorneys*
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov