**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STATE OF NEW YORK, *et al.*,<br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br>Defendant. | ) | C.A. No. 1:25-cv-00345-MSM-PAS |

**JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Memo and Order of 9/21/2026.

Enter:
/s/ C. Potter
Deputy Clerk
Dated 9/21/2026