**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | No. 25-cv-00345-MSM |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule Gen 206, undersigned counsel Alexandra Yeatts respectfully seeks leave of this Court to withdraw her appearance as counsel for Defendants in the above captioned matter. Ms. Yeatts is withdrawing from this matter because she is resigning from the United States Department of Justice. Defendants will continue to be represented by counsel of record from the United States Department of Justice Heidy L. Gonzalez.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion to Withdraw Appearance.

Dated: November 17, 2026

Respectfully submitted,

JONATHAN GUYNN
Acting Assistant Attorney General
Civil Division

DIANE KELLEHER
Branch Director
Federal Programs Branch

*/s/ Alexandra L. Yeatts*
ALEXANDRA L. YEATTS (CA Bar No. 358762)
*Trial Attorney*
U.S. Department of Justice,

Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 353-5677
Alexandra.Yeatts@usdoj.gov

*Attorney for Defendants*